issue in the Congress will undoubtedly be highly contentious in both the Republican controlled House and the Democrat controlled Senate with the outcome not predetermined. In the end it is likely that the Congress will go along with the President because no other state want's nuclear waste in their backyards either.



The more than five miles of tunnels, cross drifts and alcoves that have been drilled so far are really part of what is called the Exploratory Studies Facility. It is a research program, costing $8 billion so far, intended to prove the safety of the repository for ten thousand years. If it morphs into the actual nuclear waste site then they will bore another sixty miles of tunnels branching off the main one where they will actually store the hot waste. Deep in the tunnel we saw one of the current research projects designed to test the consequences of the heating that the sealed in nuclear waste will produce. In a tunnel branching several hundred feet off the main tunnel we found the last half sealed off. Peering through a very hot pane of glass we could see along row of huge heaters lined up back into the end of the tunnel. The heaters had raised the temperature in the tunnel to several hundred degrees over four and had just been turned off a few weeks ago for their four year cool down.



What's the urgency to get Yucca Mt on line? Today the country's 104 nuclear plants and the nuclear weapons program have produced 40, 000 metric tons of spend fuel. By 2035 it will be two and a half times that. Most of that waste is currently stored in 33 states at a few Dept. of Energy sites and at the sites of 72 nuclear power plants in what are euphemistically called "swimming pools." These were designed as temporary storage sites where the risks of dangerous failures are increasing over time. So something must be soon with the existing waste let alone what is to come. And even if we get started now it will be 2010 before any waste goes underground. It will take that long to build out the necessary infrastructure for handling this very nasty stuff.

This is very big science and truly great engineering at the service of bad politics. At Yucca Mt we met remarkably creative people who have spent much of their working lives in very harsh conditions trying to solve one of the toughest problems we have in this country. That the problem as posed is insoluble is not their doing. Politicians on both sides of the issue, proponents and opponents of nuclear power have engaged in the politics of illusion at great cost to the American people. The opponents that cannot be realistically achieved have set a target of perfect isolation for 10,000 years. This is their way of blocking nuclear power. So the proponents in turn design a deceptive process to validate the achievement of an unattainable goal.

So what are the options? We can leave them where scattered around the country in temporary facilities. This has very high risks of something wrong and no one finds it acceptable. We could recycle the fuel for reuse. So far, however, cost, its own environmental problems and most of all, the dangers of nuclear weapons proliferation, have stopped nuclear fuel reprocessing. Most current process for recycling nuclear waste yields plutonium that can be used for weapons.

Or as currently planned we can store somewhere for along time. That means Yucca Mt or somewhere

else. No one wants nuclear fuel around but Yucca Mt has a few advantages. It sits at the edge of the Nevada Nuclear weapons testing site. Shortly after clearing the gate of the site if instead of turning left toward Yucca Mt we had turned right we would have encountered dozens of sites of nuclear weapons test both above ground and underground. As it was we crossed Jackass Flats where we tested a nuclear powered rocket motor in the late fifties and early sixties. This isn't prime development real estate. Indeed some hint of the local attitude is the fact that there are two prisons on the 100-mile drive out from Las Vegas.

There are several possible scenarios for the future of Yucca Mt. The opponents could successfully block it indefinitely. It is not too hard to imagine opponents lying across the railroad tracks as the nuclear waste trains make their way to Nevada. It ends up like some other federal energy related projects, never being used. Something else would have to come along, like cheap safe recycling to make this an enduring scenario. Eventually you have to clean up the local mess one way or the other.

Of course, we could put the waste into Yucca Mt and remains their uneventfully for tens of thousands of years stretching on indefinitely into the future. However it is not impossible that something goes wrong relatively soon, say in the next thousand years. Perhaps the heat and the radioactivity lead to the breakdown of the storage vessels soon along with more rapid intrusion of water into the repository could lead to the poisoning of the aquifer. This would lead to big regrets.



Or as I think most likely we will put it in and take it out. There is likely no better answer in the short run. But I think we will be come so concerned about the consequences of burning hydrocarbons, especially the impact on climate change that we will want to revive nuclear power. We may come to want the usable fuel buried in the waste. The technology for fuel reprocessing and for nuclear plants themselves are both likely to improve dramatically in the future. We just don't when. There are no risk

third of which states, "We have the tools for the first time in the history of humanity to answer virtually any question about biology and our own evolution." [more]

[Original German text]

## Introduction



What's new at Long Now? It's been nearly 10 years since Stewart Brand picked up on Danny Hillis' idea to build a 10,000 year clock. Brand co-founded The Long Now Foundation to help Danny build the clock, wrote a book, The Clock of the Long Now. These were initial steps in beginning to address the bigger issue involved: how to get people to think in a longer term, how to stretch out their sense of time.

In an feature published in Edge #46 in 1998, his opening comments began as follows:

*Three years we've been working on building a ten-thousand-year clock, and as of this year, '98, we're building a prototype eight feet tall, probably about the size of two refrigerators back to back, and we've got an invitation to debut it at the World Economic Forum in Davos next January, '99 - perfect place to get world leaders and corporate leaders and so on thinking in ten thousand year terms. Danny's clock is I believe the world's first Year 10,000-compliant computer. There's all this ruckus about—correct ruckus—about the year 2000 problem in computers—that they can't handle 2-digit year dates. Well, 4-digit year dates also become a problem after the year 10000—five-digits in your year dates. In the Long Now Foundation we refer to this year as 01998, and 01999, and 02000 and so on. So the clock is ready for the year 10000 and carries on in a completely accurate time-telling fashion until the year 12000.*

The prototype was built and it toured the world. Hillis was one of the first recipients of the $1,000,000 Dan David Prize in 2001 for the category of "present" - Technology. The Long Now Foundation board raised money from software and dot.com entrepreneurs and purchased land on Mt. Washington, Nevada for a permanent home for the clock. This summer, an exploratory expedition was carried out on the mountain to check out locations and "to contemplate deeply whether it is the right place for a 10,000-year Clock." The following is an abridged version of Brand's report to the Long Now board on the summer's activities.

—JB

Stewart Brand's Edge Bio Page

[STEWART BRAND:] Nevada. In 02002 the Long Now board decreed it was time to examine our mountain physically and to contemplate deeply whether it is the right place for a 10,000-year Clock. Accordingly, June 02003 was scheduled for a proper multi-week expedition to Mt. Washington, culminating with a board meeting at the site.

My emotional executive summary is this: I had more fun exploring and living at Mt. Washington than anything I've done in years. Every day was an adventure.

All during the expedition Danny Hillis kept telling variations of his theory of "The 7 Stages of a Mythic Experience" as a way to think about how the mountain and the Clock might fit together. After the trip I asked



him to write up
the ideas fully.
Here they are:

*Stewart,*

*You ask me to write up a short summary of the design issues that I have been thinking about for the experience of visiting the clock. Here it is.*

*The visit to the clock is intended to be a kind of Hajj, a spiritual journey. As such it needs to have certain elements. One of the design issues for the clock is how to provide these elements. Below is a description of seven of the elements that I think are needed. Variations of this list have been discovered and identified many times by anthropologists and storytellers*

### THE IMAGE

*Before committing to the journey the travelers must have a picture in their minds of what they want to reach. They need a picture of the goal at the end of the journey. If I travel to Paris, I imagine the Eiffel tower. If I go to see the movie Titanic, I expect to see a ship sink. This is what I mean by the Image. It is a simple picture that travelers can hold in their minds of what they are going to accomplish.*

*Storytellers and designers are mostly concerned with motivation at this point (what Campbell calls the Call to Adventure). I am not so concerned with the Why, but about the What. What is their picture of visiting the clock? A compelling image is a sufficient attraction. Why do you want to visit the Taj Mahal or the Great Pyramid? In part, it is because you can imagine them. The Image is particularly important to the clock, because most people will probably never visit it. For them, the clock will be the Image.*

### THE EMBARKATION

*If someone is going to set out on a quest, there must be a moment of beginning, where they make a transition from everyday life into the special state of pilgrim. Part of what makes the state special is that it is clearly defined. The Hajji change into their Ihram cloths. The visitor to Disneyland crosses through a turnstile, under a tunnel, and emerges into the park.*

*In the case of the journey to the clock, the visitor will have to travel to the clock site, but since we have no control over that preparatory journey, we need to mark the beginning of the trip with something specific, such as crossing a threshold.*

### THE LABYRINTH

*The spiritual journey requires leaving the world behind, and the most effective way to do this is to force people to focus on the immediate. The best way to do that is fear. This is what Victor Turner calls the Liminal Zone (i.e. the Twilight Zone). Campbell calls it the Belly of the Whale. This is the confusing maze*

*through which the traveler must pass on the way to the goal. This is not just a trial to overcome (although this is part of it), but it is disorientation that leaves the travelers unsure of what they know. The state of confusion is a necessary precondition to reintegration in a new state of mind.*

### THE DRAW

*Part of what pulls the pilgrim forward through the labyrinth is glimpses of some indicator of the goal. This what the a screenwriter calls the McGuffin, or a theme park designer calls the Wienie (for instance, Cinderella's Castle in center of the park.) This is a beacon that lets us see where we are headed and draws us forward through the difficulties.*

*I speak of the Labyrinth, the Draw and the Payoff as if they are separate events, but in actuality that are interleaved, so the traveler is alternately challenged and led forward, given partial payoffs and tantalizing promises, punctuated by setbacks and disappointments. The rhythm of this alternation of tension and release, building to a climax, is part of the art of the storyteller.*

### THE PAYOFF

*The payoff is the point at which the goal of the journey is achieved, and it must be definite and specific. The traveler of course imagines the Image as the payoff. The good journey will deliver the image, hopefully suddenly and unambiguously. The great journey will do something more. After it delivers the Image, which is the apparent payoff, it will deliver something more, the Secret Payoff. The Secret Payoff is beyond what the traveler was expecting, and by its very nature, it cannot be fully understood by those who have not completed the journey.*

*The entire Journey is actually a set up for the secret payoff. Having passed through the stresses of the Labyrinth the traveler is relieved to find the apparent payoff. But since the Apparent Payoff is anticipated, it can never be entirely satisfying. This state of relieved tension and slight let down prepares the traveler perfectly for the secret payoff.*

### THE RETURN

*Having gained the boon, the traveler must now make the return journey to the real world. This cannot happen suddenly, or the newfound state will not have a chance to be assimilated by the traveler. The return must take time. It gradually brings the traveler back home to the ordinary world. Ideally the return should be marked by a clear transition, but by then the assimilation should have already happened, and the traveler should be ready to return.*

### THE MEMENTO

*Finally, the travelers must be left with some physical reminder of the experience, something to remind them of what they accomplished. This is a souvenir, or the trophy. It must be something physical. It is preferably something rare or valuable but not useful, so that it will not be lost.*

*This list is not exhaustive or exact. I learned many of these ideas at Disney. Others I picked up from Joseph Campbell, Victor Turner, Larry Keeley, and Claude Levi-Strauss. They each discuss different variations of these elements, but the spirit of what they are describing is much the same.*

*To see how universal the list is, try mapping it against a common ritual. Consider a wedding:*

*The Image: The picture of the bride and groom standing together at the end of the aisle.*
*The Embarkation: The Proposal.*
*The Labyrinth: The Bachelor's Party.*
*The Draw: The Groom waiting at the end of the aisle.*
*The Apparent Payoff: "You may kiss the bride."*
*The Secret Payoff: The Consummation.*
*The Return. The Honeymoon.*
*The Memento. The Ring.*

*When applied to the clock I could imagine that the Image is an image of the clock, or possibly the structure that contains it. Because that must be iconic, I see that as the most difficult design element. I think the Embarkation should be relatively easy to mark if the journey is a trip up the mountain. The Labyrinth would obviously be best done if part of the journey is underground. The Draw can be literal glimpses of*

*something that marks the location of the clock. (Right now I am enamored with a glint of light at the top of the mountain.) The Apparent Payoff will be seeing the clock as it looks in the Image. Right now my favorite candidate for the Secret Payoff is listening to the chimes.*

— *Danny Hillis*



Chronologically, here is how it went, with some of what was gleaned along the way.

— SB

14-15 June, Saturday, Sunday. Base camp.

I arrived at base camp "Tilford", the roadside flat spot in the alluvial fan a half-mile from the highway, with a stunning view of Mt. Washington through Pole Canyon. Danny Hillis sneaked in late Saturday night and quietly popped up the bed-ready tent on top of his new BMW Range Rover. Alexander Rose wheeled his truck in on Sunday, fried from a straight-through drive from California. Kurt flew in from Las Vegas late Sunday.

A brief expedition to Box Canyon (the one just north of Pole Canyon) revealed an old mine shaft of uncertain depth, a total trap if you fell into it alone. Just to the south, we explored a wonderful tiny canyon where one COULD easily tunnel into the mountain, but it would be a horizontal distance of 3.3 miles and a climb of a vertical mile in the dark to the top of the upper cliffs—a project for the centuries perhaps.

Dave and Edith Tilford invited us to a nearby field meeting of the White Pine County Archaeological Society, a potluck dinner and talks amid the beautiful "cedars" forest of Spring Valley. Dave Tilford was publicly charming for hours while not mentioning that his right eye was internally exploding with lightning and floating garbage from a sudden worrisome condition that might be a detached retina. It was a sweet sunset gathering of locals, including a short talk from a Shoshone gent who is teaching his language to whites, including Dave.

16 June, Monday. The Baker-Shoshone Trail.



You can only find the Baker-Shoshone Trail on older maps and we thought it would be wonderful to retrace and reopen it. If we were to build the Clock somewhere under the St. Lawrence Mine cabins the revived trail might be a great scenic route down for hikers after experiencing it.

Fortunately the Baker-Shoshone Trail is still marked on GPS maps of the area. Alexander, Danny, Kurt, and I set out to scout the trail downward from the St. Lawrence Mine cabins. We started in the worst of the forest fire burn, the earth still scorched, dead trees everywhere with intact bark on the upwind side. There was no physical trace of the old trail except for animal tracks exactly where the GPS showed the trail used to be. (Are other mammals using GPS too, now?) We sidehill-dodged along for a mile and half, and had a couple great views into Lincoln Canyon. The trail headed over toward the western cliffs, with big views there. From there it went seriously downhill in every respect into Lincoln Canyon. We encountered scratchy bushes, ankle-biting rocks, and a very steep, edgy descent. We finally made it down, but will not do it again. Scratch reviving the Baker-Shoshone Trail, at least its western part.

17 June, Tuesday. Weather station, cliffs epiphany, Young America claim.

Danny Hillis and I had reached a place on Mt. Washington we hadn't sought and weren't prepared for.

All we had in mind was a short hike up the ridge above the weather station, where Alexander Rose and Kurt Bollacker were toiling once more on fixing it. We'd go up a little ways to get a closer view of the vertical western cliffs of Mt. Washington and the white limestone cirque at the head of Pole Canyon.

But the view riveted us and drew us onward. With every step it became more impressive. The cirque expanded to Cinerama scale, filling 170 degrees with limestone. Spring Valley opened up behind us, with range after range of Nevada coming into view. There began to be bristlecone pines around us. Maybe we'd just go to where the ridge met the white limestone in a sharp ridgetop and get the view from there.



With increasing altitude our IQ went down and affect went up. Soon our dialogue consisted entirely of "This is pretty cool. Should we keep going? Yes." Up the limestone razor ridge, up the angle-of-repose talus slope studded with ancient bristlecones. Hey, just a little further and we might make it to the actual base of the cliffs! It was more than just a little further.

The outlook at the top of the climb would have taken our breath away if we had any breath left to take. The brilliant white cliffs shot 600 feet straight up overhead, seeming to overhang us. We were in a shallow cave, seated, gasping, looking down at what we had ascended and marveling. The elevation was 10,600 feet—we'd just hiked up 1,600 vertical feet. We felt utterly rewarded.

What if this were the approach for visitors to the Clock?

18 June, Wednesday. Great Basin National Park headquarters.

Alexander and I met with Kathy Billings, the new Superintendent of the Park at the headquarters by Baker. We've heard that Kathy Billings has become a popular Superintendent locally and with her staff, which adds even more importance to her friendly support of Long Now and the Clock idea. She immediately took us to an extended meeting with two staff scientists, "bat guy" Ben Roberts and another guy named Tod.

I mentioned that Long Now might one day buy one of the ranches in Spring Valley and want to restore it to natural condition. Tod responded that his advice would be not to just let everything go, because alien invasive plants would take over and dominate for many years. He would keep the water system going and plant a variety of native plants, give them a head start, and then let the whole system go natural. Ben added that it would be helpful to grade away the human-shaped field edges and drainage ditches, bringing back the natural curves and draining the land faster.

Both of them urged leaving the beautiful cottonwood grove, in part because such groves are seen as revealing cultural artifacts. Wherever you see a cottonwood grove in Nevada, settlers once nested there and planted the trees for wind and sun break.

19 June, Thursday. Pole Adit and Lincoln Canyon.

Ben Roberts met with us at the Pole Adit (Long Now's 1.5 mile mine tunnel). He and I explored the first quarter mile or so, cold water gushing through the place from spring snows. Ben was surprised at the extent and complexity of the mine—he thought there must be four levels of adits. He would love to survey it in detail; we said fine. He gave us the design for a bat entrance in the gate. I'm conflicted: I'd rather not have guano in the otherwise delicious water that pours from the mine opening.



While I went to Ely to deal with digital photo storage problems (I was astonished to find a computer shop in town), Alexander headed up Lincoln Canyon with Ben Roberts. They explored the south fork of the canyon, which has running water throughout, including a 15-foot waterfall.

At the Bonanza Adit Ben and Alexander met lady cave expert Krupa Patel and a youthful, hardy group of summer Park staff. In the evening they put up a mist net over the mine opening for bat study, examining 22 specimens of 4 species. Alexander found them adorable, though eager to bite. They can't fly once stationary for a while, so they crawl around on you. You have to put them in a pocket till they're warm enough to get their engine running, then they fly off. The group camped on the mine's spoil pile. Alexander said it was very buggy until the bats came out, then instantly insect free.

20 June, Friday. Lincoln Canyon and the Lincoln Tunnel (aka Bonanza Adit).



All morning Alexander put in hard volunteer work with the Park team in the mine, four hours in the cold, dark, and wet surveying the whole place with measuring tape and compass.

Later Ben Roberts sent us the result of the survey—indeed the adit does reach Long Now property, right under the bottom of Lincoln Canyon. Researching at the Bureau of Mines in Reno, I learned that the Bonanza Adit is often referred to as the Lincoln Tunnel and was part of the St. Lawrence Mine. It was an effort to tunnel into the base of the silver-lead ore body in the St. Lawrence fault, making for much easier excavation and extraction than from the top. But just as the deep penetration of our Pole Adit found, there was no ore at that 8,400 foot level.

21 June, Saturday. Nighthawk Knoll and Zander's Siq.

At present there are no trails anywhere on or around Mt. Washington. Apart from the rare dirt road, you're bushwhacking through terrain that is not kind to sneakers. Wear boots.

I was exploring the low-seeming knoll in front of Pole Canyon, scouting a possible route up for hikers from the valley floor. I was in touch by radio with Alexander, who made a further adjustment to the weather station far above me and then headed up the ridge to the base of the Bristlecone Cliffs, where Danny and I had been on Tuesday.

All too soon for my pride I heard him report, "I'm at the cliffs. I'm heading up along their base north, and there's this hidden notch going up that I think I can get up a ways." I replied with six varieties of "Be careful!!" knowing that Alexander's new rock climbing skills would draw him toward verticalities. Soon I hear: "I'm halfway up! It's like climbing stairs, going up at about 60 degrees. It's a secret passage. It feels like something from Tolkien." And I'm going, "Be careful, be careful, be careful." And then I hear: "I made it to the top! You can see all creation from here!

And so it was that Alexander Rose made the first ascent of the west face of Mount Washington—a solo ascent at that.

The secret passage up the cliffs has been named Zander's Siq in honor of the famous slot-canyon approach to the lost city of Petra, known as The Siq. Zander's Siq became a reframing component in Danny's thinking about siting the Clock.



At the weather station Alexander discovered that the data line from the rain gauge had been cut yet again—the third time in a year, the second time in four days. "Someone does NOT want us to know about rainfall in Spring Valley," he commented.

22 June, Sunday. Swallow Canyon, Geyser Hot Spring.

On Sunday Alexander and I decided to scratch a long-standing itch and began exploring the canyons to the south of Lincoln Canyon. The closest major one to the south is Swallow Canyon, which features a large cottonwood grove out on the bajada (alluvial plain) in front of it. This turned out to be an idyllic spot with a hidden river springing miraculously from the ground and a fine view to the north of Mt. Washington. It could be a great camping or conference site for Long Now some day.

Next we took on a quest that had been enticing us for days. It was right there on a new map of all the hot springs in Nevada—"Geyser Spring," just twelve miles south of our base camp, right off Highway 93, adjoining a large working ranch called "Geyser Ranch". A wild hot spring nearby! It could be part of a gateway for the Clock from the south!

We bounced for a couple hours on mountain roads but found no spring. We needed a better map. Off to Ely for the night and extravagantly welcome baths at the Hotel Nevada.

23 June, Monday. BLM office, storm.

The Bureau of Land Management is one of the three government agencies we must deal with in any projects on Mt. Washington. Our base camp at Tilford, for example, is on BLM land. Anything we do on the mountain that involves activity underground requires BLM oversight. The bronze and pipe monuments we've been finding at all the corners of our claims are the amazing work of BLM. Until now we'd had no formal interaction with the regional BLM office in Ely, so today we undertook a diplomatic mission with Dave Tilford, who made the introductions.

The regional director wasn't around; we met instead with a deputy who was brand new to her job and then with various functionaries who were entirely welcoming and interested in the Clock project. Alexander got detailed documentation and maps of our 1869 claims for aid in finding exactly where the corners are. The BLM was originally established to sell off government land, and they still do a fair amount of that. We requested to be put on a notification list for any pending sales in our area. We also picked up a topo map showing the route to Geyser Spring.

We battened down for the night, heeding forecasts of four days of thunderstorms. Alexander gratefully stepped into the beautiful, historic sheep camp that Dave Tilford's daughter and family had hauled in on Sunday. I crawled equally gratefully into my yellow Bibler tent, single-walled, four-season, reportedly bomb proof.

Among the first drops of rain were a few snowflakes. A full-on storm rained and blew all night long.

24 June, Tuesday. Forest Service, snow, hot spring.

On this late-June morning we found Mount Washington covered with snow from 8,600 feet up. We had an early appointment with the new regional Forest Service head, Patricia Irwin, and her colleague Barbara to look at our weather station, which was installed with a Forest Service temporary use permit.

The snow got ever dicier as we approached the weather station, three inches among the green aspens, then four inches. Pat's 4-wheeler got stuck; Alexander helped unstick it. The scene was gleeful at the weather station. It felt like Christmas.



Pat seemed completely supportive of Long Now's endeavors on the mountain. We asked about getting a permit to extend the road temporarily up the ridge if we needed it for Clock excavation. "How long is temporary?" they asked. "A couple years," we said. "Anything longer than a season doesn't count as temporary," they said.

Wouldn't a wild hot spring be a nice contrast to all that chilly snow? Clutching the new map, Alexander and I drove south again and closed in on Geyser Spring, eventually striding up a babbling watercourse to the point where it burst fully formed from the ground—cold. Studying the terrain nearby we could see it had clearly always been cold. Some bureaucrat messed up.

25 June, Wednesday. The Long Server Grotto, Ely officials.

This afternoon we were back in Ely to collect Kurt Bollacker and Dave Tilford and checked out our newly granted basement room in the old Bank of America building on the main drag downtown, where our Ely Long Server is meant to be installed. The most visually interesting feature is a robustly metallic walk-in vault; the most important feature is a connection to newly laid fiberoptic cable that spans Nevada (one of only five connections in town).



Mike Keller and Paul Saffo arrived in good spirits, having driven America's Loneliest Highway from California with aplomb. We picked up Kevin Kelly and Ryan Phelan at the airport, and all assembled for dinner at The Jailhouse restaurant along with Ely's mayor, a city council member, and the city attorney, whom we roundly thanked for giving us the bank basement.

The mayor explained his plan to make Ely completely broadband by running fiberoptic to every house. He then got about $300,000 worth of unsolicited advice to scrap that plan and go wireless, delivered by a daunting array of expertise—Saffo, Keller, Kelly, Bollacker, Rose, and Hillis.

I announced that I had to leave early to entertain large-donor Ryan Phelan in my room. I presume those assembled knew we are married.

26 June, Thursday. Bristlecone rings and the clifftop Washington claim.

After rendezvousing at base camp with the four gents from the University of Arizona tree ring lab we all variously ascended the mountain for a day of research. The two youngest bristlecone experts (Chris and Matt) decided to accompany Alexander and Kurt up Zander's Siq, climbing from the ridge above the weather station. We soon learned that the Siq team would be delayed. There was a temperature sensor problem to be fixed with the weather station, and the eventual climb up the Siq took much longer with four than when it was Alexander alone. "You realized," Kurt later said, "that if you didn't put your foot in exactly the right place you could be really, really hurt."

We quickly dispersed into five unplanned groups. I scouted a potential lower route to the south (low) end of the Washington claim by scrambling west across the two still snowy upper branches of Pole Canyon, to see if there could be a direct link from our Young America claim. There was. Its waypoints were added on my GPS to the many GPS specifics being collected by Alexander, toward a comprehensive detailed Long Now map of the mountain.

428

Eventually Alexander and Kurt headed back down the Siq, Kevin and I watching with trembling knees as they skirted the edge of the abyss on their way into the steep slot.

All the tree ring people went down in my car. I learned that the original discoverer of the extreme age of bristlecones, Edmund Schulman, was pursuing a theory described in his 1954 Science paper as "Longevity Under Adversity in Conifers." Longevity Under Adversity sounds like a potential guideline for Long Now, or at least an occasional reassurance.

27 June, Friday. Board meeting.

I brought in Peter Schwartz from Ely and we commenced the meeting in the white tent provided by Dave Tilford. The sundry current Long Now projects were reported on: the ever-improving Long Bets site; Rosetta's great conference at Stanford and plans for compiling all languages on the website; potential museums for Clock Prototype 2; the elegantly graphic Timeline Software project; the planned stages for Long Server and Digital Preservation work; the arduous Weather Station; Eno's great Bell Studies CD; etc. You would think they were the work of a cast of thousands, but nearly everything was done by the same half-dozen people.



By midafternoon it was hot as we began serious discussion of how the Clock and the Mountain might fit together. Danny suggested we all jump in cars and ascend 4,000 feet to the great lookout cliff edge that gazes north across the Pole Canyon limestone cirque to the Bristlecone Cliffs. It was Peter Schwartz's first time up the mountain. At the lookout it was indeed cooler, and purely spectacular.



We hunkered down under a bristlecone. Danny explained that he did not yet have a major next stage for the Clock planned out. Mount Washington is looking ever better as the site—pretty much a certainty—but a great deal more research has to be done on it, including some core drilling.



Dave Tilford had quietly attended the whole daylong meeting. As the sun headed toward the horizon a hundred miles to the west, we asked if he had any thoughts to add. "Just one," he said. "When the board of The Long Now Foundation meets here ten years from now, I wonder who will be here. How are you handling the passing on of this institution so it really can go on indefinitely?"

28 June, Saturday. St. Lawrence Mine cliffs, Washington claim again.

Puttering around base camp in the morning felt like vacation for those remaining—Danny, Alexander, Paul, and me. Just as we were feeling ready for more adventure, Jeff

Bezos drove in, having flown direct from Seattle. "Whatever you were planning to research on our mountain next," he said, "I'm here to help." So up we went, stopping first to show Jeff the Pole Adit.



Next stop was the St. Lawrence Mine cabins, sturdily made of bristlecone pine logs.

Though these cliffs facing south into Lincoln Canyon have long been one of the two main candidate sites for the Clock, this was the first time we'd examined the area on this trip. Since Paul, Danny, and Jeff are major rock hounds the next hour or so was devoted to whacking with geologist's picks in adits that were open.

With our newly critical eyes, the geology of the area looked less appealing than we thought for a Clock site. Though ornamented with beautiful huge rock-gripping bristlecones, the cliffs tend to spall off in big chunks and the ore body rock where the mine adits go clearly tends to cave in unless aggressively shored up.

It was still early afternoon, so we drove on up to the summit to look for the ever-elusive northern corners of the Washington claim. The group proceeded to the point where the west-facing Bristlecone Cliffs meet the sheer cliffs on the north side of Mt. Washington's peak. Looking down the northern cliff they thought they spotted a BLM monument a hundred feet below us that might be the northwest corner of our claim. Paul Saffo, it turns out, has a past as a technical climber, so he belayed Alexander down the cliff. Indeed the corner monument was there —increasing our respect for the intrepid field crews of the BLM.



Back at Tilford base camp, Jeff was offered the luxurious sheep camp trailer, but he chose to sleep outside on a cot, with brilliant Mars waking him from time to time.



29 June, Sunday. East ridge and the Bigwash canyon.

It was a little like helicopter skiing—all downhill. A little after 7am, Danny drove Alexander, Jeff Bezos, and me to the top of Mt. Washington. The four of us signed in at the jar at the peak and headed northeast down a steepish ridge to the spectacular saddle where our main, two-mile claim terminates on the north, ever vigilant for corner markers.

Sure enough, Alexander spied one right on the ridge edge, a northwest corner. That gave us hope to find the northeast corner, supposedly just 600 horizontal feet due east—in very non-horizontal terrain. We fanned out into a beautiful swale filled with exceptionally healthy, ancient bristlecones—the most magical forest we had seen anywhere.

Gradually the going became brushy and steeper, and eventually we dropped off the ridge 2,000 feet down into Bigwash canyon. The amble became more of a forced march. Ten miles from the peak at 4pm we were glad to see Dave and Edith Tilford waiting in a car at to give us a lift to the resort at Hidden Canyon Ranch. Oh god the showers felt good, as did the sweetly provided dinner.

During the long drive around the north end of the Southern Snake Range back to base camp, Jeff gave his



considered advice about siting the Clock. "Make it inaccessible. The harder it is to get to, the more it will be valued." And off he flew, due at his office Monday morning.

30 June, Monday. Decamp, Clock thoughts.

Alexander, Danny, and I disassembled the big tent and the whole encampment in Burning Man mode: Leave no trace, and be sure all the right stuff gets back to the right people.



The goal of the expedition was to study Long Mountain and begin to think in detail about how a Clock might fit gracefully into it. What had we learned?

For a couple years there had been two leading contenders for a Clock site: 1) at the St. Lawrence Mine looking south into Lincoln Canyon, 2) in the Bristlecone Cliffs looking west over Spring Valley.

The initial attractions of the St. Lawrence Mine site were the following: It's Long Now property, which makes it easier on permissions. There are extensive existing mine tunnels that might serve it. Maybe we could connect them all for a well-ventilated, circular route under the mountain. A St. Lawrence Clock would be all about Lincoln Canyon. The hike to or from it might be along the bottom of the canyon. The view from the Clock would be into the special remote world of the upper canyon, looking at cliffs from cliffs.

This trip made the St. Lawrence site look somewhat less attractive. The Baker-Shoshone trail would not work as a scenic route down. The geology appeared to be looser than elsewhere on the mountain—therefore less durable over time and somewhat less spectacular. Dazzling at first, Lincoln Canyon palled a little bit with many revisits, compared to other places on the mountain.

When we first saw the mountain back in 1999 the towering Bristlecone Cliffs proposed themselves, almost too obviously. The view from on top, and the trees there, are awesome. Part of the cliffs looks south, so the noon sun could get in to keep the Clock accurate. We don't own the whole potential site, but what isn't under the Washington claim is on Forest Service land, which might be worked with.

This trip added some attractive elements to the Bristlecone Cliffs site. Zander's Siq, most of all, was potentially a hiker's route right up (or down) the fearsome cliffs. The apparent top of the mountain, seen from the valley, is on our land, and that might be conjured with subtly. As we spent more time climbing to the cliffs and hanging out on and around them, they rewarded us more and more. They taught us this: most of the amazingness of the Clock we can borrow from the amazingness of the mountain. The more we highlight and blend in with the most spectacular features of the mountain, the more memorable a Clock visit will be for the time pilgrims. It's a Mountain Clock.

What might be next steps?

Danny and Alexander want to build a series of models exploring the aesthetics of the Clock. At the far end of that might be a working physical model of the Clock inside a model of the mountain. Another approach toward that would be a working tabletop model of the Clock, advancing on what's been learned from the first two large prototypes.

We need to know a great deal more about the mountain, starting with detailed aerial photos so we can make an exact computer model of the relevant parts of Mt. Washington. We need to do core drilling to find out exactly what's in there...water? hidden caves? white dolomite? What we'll be eventually crafting is not a mine but a nuanced sequence of passages and rooms, alert to the exact nature of the rock they're in.

We could build some full-scale working models of Clock parts, such as a solar trigger, or a bimetallic spiral lever and see how much torque it develops from the Mt. Washington day/night cycle through the four wild seasons that so fiercely sculpt those trees.

Many more expeditions to this desert mountain are in store. Here ends the report for this one.



Tweet

Like   0

Share

- <u>John Brockman</u>, Editor and Publisher
- <u>Russell Weinberger</u>, Associate Publisher
- Nina Stegeman, Editorial Assistant

- Contact Info:<u>editor@edge.org</u>
- <u>In the News</u>
- <u>Manage Email Subscription</u>
- <u>Get Edge.org by email</u>

dge.org is a nonprofit private operating foundation under Section 501(c)(3) of the Internal Revenue Code. Copyright © 2013 By Edge Foundation, Inc All Rights Reserved.

archaeologyfieldwork.com
resources for the archaeological community · since 1996

Log On Register Home About FAQ

Topic ID #31620 - posted 3/7/2014 2:13 AM

**Historian - Great Basin Institute/Great Basin National Park**



Historian

Introduction: The Great Basin Institute, in partnership with Great Basin National Park, is recruiting to hire a Historian to support a project to document and stabilize a historic site and structure in Great Basin National Park. The Historian[1] serves as the project support for "Assessment and Stabilization of Historic Tilford Stone Cabin and Site Area".

This position requires knowledge and analytical skills equivalent to a bachelor's Degree in American History, American studies, American civilization, Public History, or Historic Archaeology, and experience in historic research including conducting oral history. The Historian should meet the qualifications at the Entry or Developmental level described in the National Park Service essential competencies to easily conduct research in primary and secondary sources, know how to evaluate and interpret a variety of source material, and synthesize information from these sources into coherent historical reports and recommendations.

[1] This position is equivalent to an Historian (0170) GS-09 within the Federal Service.

Compensation & Timeline: Rate of Pay: $25.00/hour with field per diem. 160 hour appointment beginning upon availability.

Major Duties

The historian serves as an advisor to the cultural resource program manager for park management on cultural resources, particularly history. The historian will compile historic information to create a history for Tilford Spring Stone Cabin site area in Snake Creek Canyon, and provide guidance for interpretation. Duties will include: 1. Researching and gathering information about the history of the Tilford cabin and associated Bonita Mine in Great Basin National Park area. 2. Collecting and transcribing oral history of the Tilford family including information already recorded in previous forms. 3. Preparing a short historic context for the Tilford cabin area in Snake Creek with recommendations for interpretive opportunities.

1. Research and information gathering:

The historian will work collaboratively with park cultural resource staff and gather information to document the history of the Tilford Spring cabin and Bonita Mine. This will include creating an annotated bibliography. The historian will work closely with the Tilford family to access family documents and photographs. The information gathering may require some travel to appropriate repositories. The research and information gathering will require:

-Ability to plan and organize a historic research project.

-Ability to communicate effectively orally and in written form.

-Demonstrated ability to conduct basic research on specific historical topics

-Experience collecting diverse historic resource information (i.e. documentary evidence, oral history, primary and secondary references, public records etc.)

-Ability to effectively use electronic recording media (i.e. laptop, scanners, digital cameras)

2. Collecting and transcribing oral history:

The historian may conduct and record oral history interviews transcribe information in written form. This will require communicating with park cultural resource staff and the Tilford family to identify appropriate individuals for oral history interview. In addition the historian will work with the Great Basin National Heritage Area to transcribe previously recorded interviews, video and audio recordings. The collection and transcription of oral history will require:

-Ability to effectively use electronic recording media (i.e. digital recording devices, video and still cameras)

-Experience conducting oral history interviews.

-Ability to transcribe oral history interviews in written form.

-Ability to organize historic information from electronic and print media.

3. Preparing a short history of the Tilford Spring Stone Cabin site area:

The historian will prepare a document reporting on the historic aspects of the Tilford Spring Stone Cabin site area by compiling and analyzing documentary information, oral history, and public record data. The history should include information about the Tilford family activities in Snake Creek Canyon, lumbering, mining, and the residence camps around the Bonita Mine. In addition the historian will provide information and recommendations for interpretive opportunities. Writing the short history will require:

-Experience critically evaluating and synthesizing historical research from a variety of historic resources including oral history interviews.

Archaeology & Fieldschool

Where are you goin to dig in 2014? 25 fieldworks opportunies. Sign Up!

Safelite Advantage

**Stronger Repairs**

Safelite's exclusive GlassReader™ resin is why our repairs stay stronger and last longer. It also helps cracks better to make your windshield strong again

Schedule Now



Safelite AutoGlass

AdChoices ▷

➤ Archaeology
➤ City Park
➤ Park Cabin

# Historic Preservation Mason

Posted March 26, 2014

Working in partnership with Great Basin National Park, the Great Basin Institute is recruiting to hire a Historic Preservation Mason. The Mason will support Great Basin National Park in a project to document and stabilize a historic site and structure in Great Basin National Park for the "Assessment and Stabilization of Historic Tilford Stone Cabin and Site Area" project. This position requires knowledge of historic preservation techniques and principals of the appropriate building type (stone masonry). Work at the developmental level is performed under supervision of the Historic Preservation Specialist and park Cultural Resource Program Manager. The project work requires an emphasis on safety.

| Position Details | |
| --- | --- |
| Type | Full Time |
| Offered By | Great Basin Institute in partnership with Great Basin National Park |
| | Great Basin National Park |
| | Baker, Nevada |
| Salary | $25/hour + up to $1,500 for travel expenses (e.g. lodging, per diem) |
| Deadline | 07/31/2014 |
| For More Information | Name: Chris Warner |
| | Title: Program Specialist |
| | cwarner@gbinstitute.org |
| | http://www.thegreatbasininstitute.org |

## Duties

The Historic Preservation Mason serves as a skilled laborer to assist the Historic Preservation Specialist and park cultural resource staff providing appropriate historic preservation techniques to protect the Tilford Stone Cabin within Great Basin National Park.

Duties will include:

▸ Performing historic preservation labor: The assignment will require following recommended treatment plans for the historic stone structure with mud mortar, log and cut lumber roofing elements, and corrugated metal roofing.

▸ Assure NPS 28 Secretary of Interior Standards are maintained: The Historic Preservation Mason will perform work consistent with the NPS 28 Secretary of Interior Standards for building stabilization for the appropriate building type (stone masonry). This will include following recommendations of the historic preservation plan for the structure and working closely with the Historic Preservation Specialist to resolve any unexpected complications.

## Qualifications

Performing historic preservation labor will require:

▸ Ability to interpret construction drawings and plans.

▸ Training or experience in selection of proper tools and equipment.

▸ Working knowledge of construction techniques.

▸ Experience using and maintaining tools and shop equipment.

▸ Knowledge of general historic preservation techniques.

▸ Some experience with stone and earthen building systems.

▸ Ability to recognize materials safety, environmental, and other workplace hazards and respond appropriately.

Assuring NPS 28 Secretary of Interior Standards are maintained requires:

▸ Working knowledge of construction techniques and preservation standards.

▸ Ability to apply standards in problem solving for historic construction techniques.

## How to Apply

Qualified and interested applicants should forward a cover letter, their résumé, and a list of three professional references to Amy Gladding, GBI HR Coordinator, at agladding@gbinstitute.org. In your e-mail response, please include where you found this position posted, as well as where you currently live/work. This program is available to all, without regard to race, color, national

43

# The Tilford Cabin at the Bonita Mine Site
# in Snake Creek, Great Basin National Park:
# History and Summary of Repair.



By Gregory R. Seymour
Great Basin Institute

for the

Great Basin National Park
National Park Service
Baker, Nevada

May 2015

# The Tilford Cabin at the Bonita Mine Site in Snake Creek, Great Basin National Park: History and Summary of Repair.



By Gregory R. Seymour
Great Basin Institute

for the

Great Basin National Park
National Park Service
Baker, Nevada

May 2015

# Contents

Part I- The Tilford Cabin, a History of John Tilford

Introduction ........................................................................................................ 4

Mining In White Pine County ............................................................................ 4

Mining Districts of the South Snake Range .................................................... 6

    Snake Mining District ..................................................................................... 8

    The Tilfords, a Mining Family ....................................................................... 8

        Thomas Boone Tilford ............................................................................. 8

        John D Tilford and Family ...................................................................... 16

        The Bonita Mine ..................................................................................... 26

        The Tilfords Leave Nevada .................................................................... 30

        Back in Nevada ....................................................................................... 33

        Life at Bonita .......................................................................................... 34

        Back at the Bonita Mine ......................................................................... 38

        Life after Bonita ..................................................................................... 41

        Latter Days of the Bonita Mine ............................................................ 45

    References ........................................................................................................ 51

Part II
Record of Repair for the Tilford Cabin at the Bonita Mine, Snake Creek, Great Basin National Park, White Pine County, Nevada

Introduction ...................................................................................................... 56

    The Building ..................................................................................................... 57

        Project Preparation ................................................................................. 58

        Removing Debris ..................................................................................... 58

        Walls ......................................................................................................... 58

        Structural Members ................................................................................ 59

        Roof .......................................................................................................... 59

        Doors ........................................................................................................ 59

        Measurements ......................................................................................... 60

# Part I- The Tilford Cabin, a History of John Tilford

# Introduction

This is the story of the Bonita Mining Complex in Snake Creek, White Pine County, Nevada. It is also one of the Tilford family. It is a tale of hard, dirty work. John Tilford; miner, lumber man, jack of many trades finds relative riches in the mining districts of eastern Nevada. Always a miner, he adds lumbering when the opportunity presents itself. With skill and luck, he finds gold and tungsten and through the tragedy of world politics and fluctuating markets, he loses it all. This is a story of miners in the west before the advent of modern day corporate mining that dominates Nevada today.

Although containing some gaps, this document chronicles the history of the John Tilford family. It is the story of a man who, along with his wife and family, took chances, sometimes won and other times lost. It is a story that provides a glimpse of life in the remote reaches of White Pine County Nevada at the turn of the twentieth century.

Interviews were conducted with relatives and descendants of John Tilford, Dave Tilford (nephew) of Ely, Nevada, Dave Charleston (grandson), John and Rene Charleston (grandson and wife of John C.) and Elinor Charleston (Daughter). Katherine Kaiser Roundtree (retired forest service) was interviewed pertaining to the 1970s mining effort at the Bonita Mine. A video recording of a prior interview with Bonnie and Elinor (daughters) was reviewed. References consulted included newspapers and books. The White Pine County Recorder's office contained many historic deeds and papers. General Land Office plat maps, Bureau of Land Management records, and National Park Service records also provided information.

Part II of this document provides a summary of the repair of the stone building carried out by Great Basin Institute Research Associates during late summer of 2014. The research contained herein and the cabin repair was sponsored by the Great Basin National Park, National Park Service. The work supporting this document, as well as the document itself, was paid for by Great Basin National Park, National Park Service.

Many stories have been told about the Bonita Mine including the following found on line from a treasure, mining history web site. There is no record of saloons at the site despite the following quote. The mine was discovered in late 1912 as the reader will find further below.

*"The initial discoveries at Bonita took place in 1869, but it wasn't until 1913 that measurable production took place. The Tilford Mine was discovered in spring 1913, and a two-ton experimental mill was built to treat the Scheelite ore. The camp soon had a population of 25 and a pair of saloons. Bonita was abandoned by 1920, after production of only $10,000, which did not even come close to covering the cost of the mill disaster. No activity has taken place here since and only mill ruins mark the site" (http://www.nevadadventures.com/ghost%20towns/whitepineco/bonita/bonitamain.html).*

# Mining In White Pine County

Mining was probably the largest catalyst for settlement in this region (Figure 1). The first mining district in the area to be organized was the Eagle District in 1859, located in present-day White Pine County on



Figure 1. Map detailing the approximate location of mines and districts discussed in the report.

the west side of the Snake Range. Then it was silver that was mined. Later it was tungsten when it became known at the Minerva District (Paher 1970). Nearly a decade later, a silver strike at Treasure Hill in 1868 spurred the formation of the White Pine District, and of White Pine County, with the county seat at Hamilton. Mines in the White Pine District peaked around 1870, and experienced only sporadic success afterward. The Ely Mining District was first organized as the Robinson District soon after the Treasure Hill discoveries. This district included the towns of Ely, East Ely, Kimberly, Reipetown, and Ruth.

By 1870 Elko had become the entry point for commerce from the east. Rail lines and roads led from Elko southward, to mining districts in Steptoe Valley such as Duck Creek in 1869, Schellbourne in 1871, Ward, and Cherry Creek in 1872. Gold was discovered in Ely Canyon in 1867, but little was recovered. In 1887, the White Pine county seat was moved from Hamilton to Ely (Paher 1970).

Throughout the end of the nineteenth century, the Ely Mining District enjoyed only moderate success. By the start of the twentieth century, copper was king, thanks to rich copper deposits discovered in Ruth in 1902. The owner of the nearby Eureka & Palisades railroad, Mark Requa, purchased the Star Pointer and Ruth mines, combining them into the White Pine Copper Company. Other local persons of consequence, including A. C. Cleveland and William McGill, teamed up with Requa to fund and initiate the planning and construction of the Nevada Northern Railway, linking the Southern Pacific between Wendover and Wells, to Ely, 140 miles to the south. On June 1, 1905 the Nevada Northern Railway was formally incorporated. Grading started at the north end at Cobre 10 days later. For the next couple of years, construction was on and off due to financing, politics, and weather. Finally, the first train ran on May 22, 1906.

The use of smelters to process ore in the region required large amounts of charcoal. A specialized charcoal industry developed in the mid- to late-nineteenth century to meet this demand throughout the west. Pinyon-juniper forests were exploited all over the Great Basin, and in Nevada this industry has been archaeologically documented in the Cortez Mountains, the Roberts Mountains, the Mt. Hope area in Eureka County, in the Pine Nut Mountains in Douglas County and the South Schell Range in White Pine County.

Earthen ovens were commonly used to process pinyon. Juniper and mountain mahogany woods require temperatures hotter than what could convert wood to charcoal in these temporary ovens. More often than not they were comprised of a pile of logs on a leveled area. The logs were lit and buried in order to control the rate of burn. Where significant stands of trees and mountain mahogany existed, beehive-shaped kilns, such as those still standing at Ward and Bristol, were typically constructed out of rock or baked mud. Thompson and West noted in 1881 that the Schell Creek Range contained "considerable pine fit for lumber, and that the mountains in White Pine County were well covered with nut pine and mountain mahogany, which are excellent for charcoal and fuel."

## Mining Districts of the South Snake Range

Within Great Basin National Park, and the South Snake Range there are six historic Mining Districts. With the establishment of the Great Basin National Park, no more mining is permitted. These are the Snake, Shoshone, Mount Washington, Osceola, Tungsten, and Lexington mining districts (Figure 2). Mining began in the South Snake Range in 1869 with the discovery of silver in the Snake and Shoshone mining districts and copper-lead antimony in the Mount Washington District.

Little work was done in the Snake Mining District after 1874 and it was not until the discovery of tungsten in 1912 that mining began in earnest with the need for this mineral for the war effort . Mining for tungsten was no longer profitable when WWI was over.  After approximately 1920 mining in the district was sporadic, until the need for tungsten during World War II made mining for the mineral once again profitable.  After World War II intermittent mining continued in the Snake Mining District into the 1960s (Unrau 1990: 75-98).

Despite the initial prosperity of the Shoshone Mining District, mining practically stopped in 1874.  After 1885 sporadic mining occurred in the district and it was not until the discovery of tungsten in 1915 that work increased.  Mining of tungsten remained profitable in the district until 1923 when the mill at the Scheelite Chief Mine near Minerva was shutdown.  Little mining work was done in the district until 1936 when mining of tungsten continued.  Mining continued in the Shoshone Mining District well into the 1970s (Unrau 1990: 89-98).

441

After the initial discoveries in the Mount Washington Mining District little work was done until the discovery of a silver-lead ore in 1899. Mining in the district remained profitable through the end of World War I, when operations were scaled back and not resumed until 1928. Mining continued to be relatively profitable in the Mount Washington Mining District well into the 1980s (Unrau 1990: 98-113).



Figure 2. Map showing the mining districts of the Snake Range. Note the Snake District Became the Bonita District in 1913. Arrow denotes location of Bonita Camp.

Gold was discovered in the Osceola Mining District in 1872. Gold was the major mineral mined within the Osceola Mining District; however silver, lead, copper, phosphate, and tungsten were also mined there (Unrau 1990: 113-144). Mining of Gold and other minerals in the Osceola Mining District continues to the present.

7

442

Tungsten was first discovered within the South Snake Range in 1885 in the Tungsten mining district; however it was originally assayed as hematite. It would not be until 1899 that the tungsten was properly identified. Tungsten mining in the district was sporadic until the onset of World War I, when production increased exponentially. The wealth gained from the Tungsten mining district was short lived as production slowed again after 1917, the district would not see any new developments until 1952. Mining work in the Tungsten Mining District continued in the late 1950s (Unrau 1990: 144-151).

The Lexington mining district was established soon after the Osceola district sometime prior to 1874. Tungsten was discovered in the district in 1915. Several tungsten mines were formed after 1915, one of which, the Bonanza Mine, continued into the mid-1940s with some success (Unrau 1990: 151-154).

## Snake Mining District

The Snake District was first organized in 1869 when some quality ore was discovered (Hose et al. 1976). No mines of importance were established until J.D. Tilford began his operation in 1913. He and his partners began mining Tungsten ore and erected "an experimental 2 ton concentrator" where the product from there was shipped elsewhere for final processing (Lincoln 1982). The Bonita Mine was the largest to operate within the Snake District and was in operation between 1912 and 1920 and then again in the 1940s during World War II (Unrau 1990:86-87). The final attempt at recovery of ore at the Bonita Mine was early in the 1970s. Other mines within the Snake Mining District include the Wiggle group of Mining Claims that were worked from 1945 to 1961 (White Pine County Recorder 1945: 423; White Pine County Recorder 1961: 367). The Johnson Lake Mine was in operation between the years of 1908 and 1950 (White Pine County Recorder 1908: 594-596; White Pine County Recorder 1909: 3-4 and 379; White Pine County Recorder 1950: 504-505). It is situated at the headwaters of Snake Creek. The Poljack Mine was operating between 1919 and 1950 and is north of the Bonita Mine (White Pine County Recorder 1919: 554-555; White Pine County Recorder 1950: 151).

# The Tilfords, a Mining Family

Upon conducting research on early mining efforts in White Pine County, the researcher quickly discovers that one of the more prominent names that stand out is that of the Tilford family. Boone Tilford was the first Tilford to begin prospecting in eastern Nevada. He married, had children, the children had children, some of which continued it their father's footsteps. The part of the document reveals details about the Tilford family up until approximately 1900. It discusses Boone Tilford's early endeavors as well as John Tilford's early years.

### Thomas Boone Tilford

The earliest record found came from an 1860 census in Cedar Creek Arkansas. It provides information on the Tilford Family. Table 1 details this history and is centered on Boone Tilford.

Mary, Boone's half-sister moved to California sometime during the civil war to be with her grandmother. In 1849 the Grandmother had traveled on a wagon train to Coloma, California. After arriving there, Mary married the superintendent of schools in Santa Barbara, California.

Boone's parents were reportedly killed by raiders in Arkansas sometime near the end of the Civil War. Boone, his sister Rose and brother, George, traveled to New Orleans where they sailed around the Cape Horn to California to live with Boone's half-sister Mary in Santa Barbara. Shortly thereafter, Boone and other children moved to Township No. 2, Santa Barbara, California. There, the head of the household was Joseph C. Hamer, Superintendent of County Schools and husband to Mary Tilford Hamer. Here Boone graduated from high school.

Table 1.  Information of the Boone Tilford Family (Father of John D. Tilford).

| Census year and/or location | Name | Relationship to Boone | Age-years | Occupation |
|---|---|---|---|---|
| 1860– Cedar Creek Arkansas | M D Tilford | Father | 44 | farmer |
| | Sara A. | mother | 39 | Wife-mother |
| | Mary F. | Half sister | 20 | Domestic work |
| | D L | Brother | 12 | |
| | James S | Brother | 9 | |
| | Thomas Boone | Self | 6 | |
| | Rosa | Sister | 4 | |
| | George D | Brother | 7 months | |
| 1870– Santa Barbara, CA | Joseph C. Hamer | Brother in law | | Superintendent of Schools |
| | Mary F. (Tilford) Hamer | Sister | 28 | |
| | T Boone | Self | 16 | |
| | Rosa J (R l) | Sister | 13 | |
| | George D | Brother | 10 | |
| 1880– Ward, NV | T Boone | Self | 26 | Miner |
| | Mary J. | Wife | 25 | |
| | Minnie | Daughter | 6 | |
| | Rosie | Daughter | 5 | |
| | Clyde | Son | 3 | |
| | Maude | Daughter | 2 | |
| 1900–Osceola, NV | T Boone | Self | 45 | Miner |
| | Mary J "Mollie" | Wife | 44 | School teacher |
| | Minerva "Minnie" (Tilford) Millick | Daughter | 26 | Not living with father and mother |
| | Richard A Millick. | Son-in-law | 37 | Miner (quartz) |
| | Edna R Millick | Granddaughter | 7 | Born May 1893 |
| | Arnold R Millick | Grandson | 5 | Born Sept 1894 |
| | Beatrice L Millick | Granddaughter | 1 | Born August 1898 |
| | Maude Tilford | Daughter | 22 | |
| | Lillian Tilford | Daughter | 19 | |
| | Grover Tilford | Son | 15 | |
| | Florence Tilford | Daughter | 13 | |
| | Susie Tilford (Audrey) | Daughter | 12 | |

9

444

| Census | Name | Relationship | Age | Occupation |
|---|---|---|---|---|
| | Leslie Tilford | Son | 11 | Born 1889 |
| | Laine Tilford | Son | 7 | |
| | Edith Tilford | Daughter | 4 | |
| 1910 Census-Blackhorse | Boone | Self | 56 | Miner |
| | Mary J | Wife | 55 | |
| | Florence | Daughter | 23 | |
| | Susie Audry | Daughter | 22 | |
| | Edith | Daughter | 14 | |
| 1910 Census-Ely | Boone | Self | 56 | Miner |
| | Mary J | Wife | 55 | |
| | Grover C | Son | 25 | Miner |
| | Florence | Daughter | 23 | |
| | Audrey S | Daughter | | Asst Dentist |
| | Leslie E | Son | 21 | Miner |
| | Laine T | Son | 17 | |
| | Edith N | Son | 14 | |
| 1920 Census- Pleasant Valley | Boone | Self | 65 | Miner |
| | Clyde | Son | 44 | Miner |
| | Leslie | Son | 31 | Miner |
| | Lidia | Daughter-in-law | 22 | |
| 1930 Census-Long Beach CA | Boone | Self | 75 | |
| | Mary | Wife | 73 | |

10

445

After graduation Boone then traveled to Mountain Meadow Utah where he met Mary Cherry his soon to be wife. Mary's father Columbus Cherry was English. Cherry was a veteran of the Mexican War and a Texas Ranger. He had also worked for John C Fremont. This is how Boone arrived in Utah.

After being married, Boone (Figure 3) and Mary (Figure 4) arrived in Currant Creek in Nye County in 1872 where they resided at the Angleworm Ranch. Boone was 17 years old at the time; Mary was a year younger. He worked at the freight station at the ranch hauling produce between Eureka and Hamilton. Mary did the cooking at the station (Read 1965). Before 1877 he and Mary had moved to Ward in White Pine County where he became a miner. He was 26 years old while Mary J "Mollie" Tilford was 25. Leaving Ward they moved over the hill to Osceola where they had a small stone home across from the mercantile below a quartzite outcrop (Figure 5). "Boone also went to Taylor probably before arriving in Osceola" (Dave Tilford, personal communication 2014). In Osceola he hauled water for 3 cents a gallon to the workers at Dry Gulch, and was paid in gold dust (Read 1965). John Tilford was born in 1882 in Ward.

In 1887, Rose (born in 1875), Boone's 2nd child died of measles in this house (Figure 6). She was buried in Osceola Cemetery. Everyone in the family living there became sick, all recovered except Rose. This house was destroyed in the 1970/80s by Bill Marriot, now deceased, who owned the property.



Figure 3. Boone Tilford

446



Figure 4. Mary Cherry Tilford. Mary Cherry's mother was a full bolded Costal Miwok Indian. Her Grand Father was a Senator of the Unratified Treaty of March 19, 1851. His name was Trai-Pax-E. Her Mother was Cholata.



Figure 5. Osceola showing the Boone and Mary Tilford house.

12

447



Figure 6. Grave of Rose at Osceola Cemetery. Her funeral was at 1 pm on December 18th, 1887. J.A Skinner spent 49 days nursing the family back to health (JA Skinner diaries).

Leslie Tilford was born in Osceola in 1889. Later in life, Leslie Tilford said to Dave (son) that in the early 1890s, Boone was riding on horseback from Osceola south when he encountered a group of riders coming towards him. They were about four miles south of Osceola and north of Willard Creek, when they all stopped to talk. Kneeling down, Boone was tossing small rocks into a nearby badger hole. Limestone is the predominant rock and is sharp edged and rough. Noticing that one rock he picked up was smooth, Boone looked at it, and finding that it was not limestone but a piece of quartz with lots of gold, he discretely slipped it into his pocket (Dave Tilford, personal communication 2014). Figure 7 is a photo of Boone and friends in Spring Valley in 1895.

Rather than continuing to Willard Creek, he decided to prospect where he had found the nugget. Finding promise, he and a couple of friends located a number of placer claims. The original mine was called the Stalwart. When everyone in Ward, Osceola, and Taylor heard about this rich find, they went to look. It was reported to be somewhat of a mad rush. These other men saw that the whole area had been located by Boone and his friends. One left saying that Boone had "hogged them all up" hence the name Hogum "Hog em" (Dave Tilford, personal communication 2014).

*"After establishing his mining endeavor there, Boone had a two-story log home built by a man named Hutson (Figures 8 and 9). Logs to build the cabin at Hogum came from nearby Shingle Creek. It had a parlor and nice kitchen; in back there was one wall that would swing out of the way so they could have dances. Bedrooms were off to the side on the first floor for Boone and his wife and the girls. The boy's bedrooms were on the second floor. By 1893 the home had been completed in Hogum. Eventually, as the kids began to grow, Boone converted the upstairs to a class room. He tried to get White Pine County to get a school teacher out there but failed. Finally, he hired a teacher himself and built desks. Later they moved the school to Osceola"* (Dave Tilford, personal communication 2014). Figure 10 shows the remains of the house currently.

448



Figure 7. From left: Charles Gaby, T Boone Tilford, Horace Bay-stone mason buried in the
Baker Cemetery January 25th, 1895 (Photo courtesy Dave Tilford).





Figures 8. Photo of the Tilford house at Hogum.

Figure 9. Photo of a painting of Boone Tilfords
two-story house at Hogum. The painting was
done by Richard Dorehty, friend of Dave
Tilford.  Photo courtesy of the Charleston family
web site.



Figure 10. What remains today. Photo courtesy
of the Charleston family website.

The move from Ward is confirmed by the 1900 Census (Table 1). It reveals that Boone and family had moved to the Osceola Precinct, White Pine County, Nevada where he continued to make a living as a placer miner. He is 45 years old and Mary is 44. She is listed as a School Teacher, perhaps at the Hogum house? John D. Tilford is not listed with the family at this time because he was living in Cherry Creek and/or Ely.



Figure 11. The town of Ward, Nevada in 1876.

Apparently, Boone was a taskmaster. He made his boys work hard in the placer mines. They would work before and after they went to school. Boone wanted his girls to be well educated so after some schooling in Osceola they were sent off to California either to Santa Barbara or the San Francisco area. When Leslie was 15 years old he rebelled against Boone his father. Boone sent him to be with his aunt Mary in San Francisco. Leslie "did not want any more of Boone or any more of Nevada" so he went down to

15

450

Howard Street and signed onto a whaling ship and off to the artic. He was gone 3 years (Tilford interview 9-4-2014).

Boone's journals reveal how much ore he was digging. One year in the 1890s he took out 60 thousand dollars in gold. He had several people working for him. Mary ran a boarding house, below Osceola. He was active in the community and served on a grand jury. The journey to serve took two days from Osceola to Ely over Conner pass. He would have stayed overnight at the Rosebud Spring Stage Station or the 3 C Ranch.

While in Hogum, John Tilford fell about 16 feet from a ladder in his father's placer shaft sustaining painful but not dangerous injuries according to the newspaper (Personal communication, Dave Tilford, 2104; Aug 18, 1894, White Pine News, Osceola Nuggets).

In one version of the 1910 Census the Boone Tilford family had moved to Blackhorse, Nevada. Boone is 56 years old and still head of Head of Household and still a Miner. Mary J Tilford is 55 years old but now only three children remain at home (Table 1). Mary Cherry Tilford dies on January 27, 1935 at the age of 78. Ten years later Thomas Boone Tilford dies on December 9, 1945 at the age of 93.

### John D Tilford and Family

This section of the document focuses on John Tilford and family after he has become an adult. During this period of his life he makes a living as a lumberman and a miner.

### 1900

In the 1900 census, John Dixon Tilford is listed in the Cherry Creek and Ely Precincts, Nevada (Table 2). He shared a residence with William Ashman. John is a gold miner, single and 18 years old. Throughout this period of time the Tilford family appears regularly in the press suggesting that they are important members of the community of White Pine County. Articles and community announcements reveal events and comings-and-goings of John and his family. Figure 12 show John Tilford.



Figure 12. John Dixon Tilford, Born 1882 Ward, Died 1942 Ely.

Figures 13, 14, and 15 show Sadie (Sarah) Tilford. Figure 16 shows three of the brothers including John Tilford. Photographs courtesy Dave Tilford.



Figure 13. Sarah Overson or Sadie Overson –Snake Creek. According to Elinor Tilford Charleston, her mother was called Sadie by family and friends and Sarah by others such as teachers and associates.



Figure 14. Sarah Overson Tilford

17



Figure 15. Sarah (Sadie) with son Ralph.



Figure 16. Lane, John, and Ralph Tilford

Table 2. Lineage of John D. Tilford.

| Census year and/or location | Name | Relationship to John Tilford | Age-years | Occupation |
|---|---|---|---|---|
| 1900 Census- Cherry Creek and Ely Districts | John | Self | 18 | Gold Miner-lives with William Ashman |
| 1910 Census-Blackhorse | John | Self | 28 | Lumberman |
|  | Sada Tilford | Wife | 29 |  |
|  | Ralph D. | Son | 1 |  |
| 1910 Census-Leamington, Millard, UT | John | Self | 28 | Logger |
|  | Sadie J | Wife | 29 |  |
|  | Ralph D. | Son | 1 |  |
| 1918 Draft Registration-Baker NV | John D. | Self | 36 | Miner |
| 1920 Census-Ely NV | John D. | Self | 38 | Miner-Copper Mines |
|  | Sarah Josephine | Wife | 39 |  |
|  | Ralph D | Son | 10 |  |
|  | Leland | Son | 9 |  |
|  | Bonnie | Daughter | 8 |  |
|  | Eleanor | Daughter | 3 ½ |  |
|  | Paul Tilford | Son | 2 |  |
|  | Mary | Daughter | 10 months |  |
| 1930 Census | John D | Self | 48 | Miner-Boarding with others |
|  | Leland | Son | 19 | Boarding here also |

19

454

In late February "he came over from Osceola last week and went of work at the Robust Mine for the winter" (White Pine News, Feb 22, 1900 Scraps from Ely). On August 9, John Tilford and H. Faulentino arrived from Ely back in Osceola for a visit. Meanwhile *"Boone Tilford and Clifton packed ore to the mill at Willard Canyon from each of their mines at the head of Mary Ann Canyon and will start the mill up soon"* (White Pine News, Aug 9, 1900, Osceola Nuggets).

Again in October John went to Osceola on Tuesday to visit his parents. He has been working at the Robust Mine for several months (White Pine News, Oct 18, 1900, Scraps from Ely). Apparently that winter he was traveling back and forth between Ely and Osceola. In early January he reported that he *"intends to stay in Ely for a while"* (White Pine News, Jan 17, 1901, Osceola Nuggets). By the end of January he and his friends Louie Franks, and Earnest and Arthur Millick and a few others were reported to come *"into Osceola last week to try their luck in the Osceola gold fields."* Mrs. Tilford (Sadie) *"came back from Snake Valley from where she had been for several weeks"* (White Pine News, Jan 24, 1901, Osceola Nuggets).

*1901-02*

In May of 1901, Lane Tilford had a serious accident when he and his brother Grover were hunting horses. Some old timbers on a mine they were exploring collapsed and he fell 25 feet down a vertical shaft. He was 8 years old at the time. Fortunately he had no broken limbs but perhaps ribs and bruising. Grover had climbed down, wrapped a rope around him and then pulled him out (White Pine News, May 30 1901, Osceola Nuggets).

The work started at the beginning of the year at Osceola began to pay off. *"John and Clyde Tilford doing assessment work on the old Gopher mine and found some rich grade gold ore"* (WPN Nov 21, 1901, Osceola Nuggets). Early the next year the two men were reported to have leased *"some place at Hogum and are finding good results"* (White Pine News, Jan 9, 1902, Osceola Nuggets). Two weeks later, their lease is reported to have *"paid off"* (White Pine News, Jan 23, 1902, Osceola Nuggets).

All of this hard work required some recreation. It was in the form of a masquerade ball that was given a mid-January Friday evening at Snake Creek. "Was well attend and a great success." Henery Schilling, Lee Marriott, Clyde, John and Lillian Tilford, and Lulu Shallenburger of his neighborhood were in attendance and "they never had a better time" (White Pine News, Jan 23, 1902, Osceola Nuggets).

In March John Tilford sells Joseph Newman of Ely an undivided parcel at the Alberta Mine which is one mile west of the Cold Springs in the Osceola Mining District for $100.00. The parcel was 300 x 1500 feet in size. This mine is a relocation of the Red Monster Mine (White Pine News, March 31, 1902, Osceola Nuggets).

Meanwhile, Mrs. T. Boone Tilford is opening the Winnen Restaurant mid-April in Osceola (White Pine News, Apr 3, 1902, Osceola Nuggets). Boone and son J D Tilford sell an undivided one-fourth of the Alberta Mine to Joseph Newman, formerly the Red Monster Mine in Osceola District, for a *"consideration nominal"* (WPN, Apr 10, 1902, Filed for Record). Still hard at work on his claims, J Tilford came in from Hogum *"with some good samples from the Charmaine Mine and the Gopher Mine. These sites have been dormant for years"* (White Pine News, May 15, 1902, Osceola Nuggets).

For Labor Day, John Tilford, Lillian Tilford, and Ivy Gregory came from Osceola to attend the festivities in Ely (White Pine News, Sept 10, 1902, Scraps from Ely). While working the Charmaine Mine and the Gopher mines, John Tilford had also taken a three month lease on the Revenue Mine and was taking out some *"very high grade gold ore"* which was being processed at the Butterfield Mill (White Pine News, Dec 18, 1902, Osceola Nuggets).

*1904*

With all of his hard work, he was probably overdoing it a bit. John *"in attempting to throw the reins over the front end of a wagon, he threw his arm with such force that his shoulder slipped out of joint."* He was nursing a dislocated shoulder for the rest of the year (White Pine News, Dec 15, 1904).

*1905*

A couple of months later, John must have healed because he and the rest of the dance committee, which was composed of his brother Grover and Lee Marriott, had announced a grand mask ball is billed for Feb 25th in the Osceola Hall *"Everyone is invited and a good time is assured"* (White Pine News, Feb 16,1905, Osceola).

At the beginning of March John and Grover had come from Osceola to work at the Success Mine at the head of Steptoe Creek. They and D C McDonald took a wagon with all supplies necessary. They hoped to be *"successful because lead had been removed by others the year before"* (White Pine News, March 1st, 1905). *"John goes to Ely for supplies"* (White Pine News, March 9, 1905, Local Happenings) *"and then end up at Duck Creek for the summer and will work with Grover on D C McDonald's property"* (White Pine News, Mar 23, 1905, Osceola). Apparently they are working with McDonald at Steptoe and on his farm. For the 4th of July celebrations and to visit relatives, John and Grover go to Ely (White Pine News, July 6, 1905). Near the end of the year John is reported to have brought in some *"fine specimens of gold ore"* (White Pine News, Nov 30, 1905). There is no record of which his mines they came from.

*1906*

Early the next year, John adds another mine to his list. He has been working the Harper Tunnel of the Casson Mine where he struck a large vein of gold-bearing quartz (White Pine News, Feb 20, 1906).

1906 is a very good year for John Tilford. He and R. A. Millick sell quartz mining claims in Blackhorse Mining District to Hyrum S. Woolley of Salt Lake City. Woolley paid $50,000.00 to Millick and Tilford. They included the Wesley T Boulder, Whatsleft, Little Buck, Little Buck No. 1, Little Chief, and Little Chief No. 1, each of these 7 being 1500 by 600 foot to a side (White Pine County Recorder Book Old E 25, Mining Deeds, April 3, 1906). At that same time, Woolley paid $40,000.00 to Millick and Tilford for other quartz mining claims in the same District. They included the Cyclone, Cyclone Extension, Northern Light, and the R A Fraction, four claims measuring 1500 by 600 foot to a side except R.A. Fraction. Perhaps Wooley never actually paid John Tilford for the claims even though they were recorded as sold because Tilford is still possession of them later in the fall. On September 1st John D Tilford sold/ mortgaged to John Magnuson of Ely a one-half interest in mines in the Blackhorse District for $1500.00 for collateral for a loan. They included the Halo Fraction, Cyclone, The Cyclone Extension, Northern Light, and the R A Fraction (White Pine County Recorder, Chattel Mortgages, Book Old 45 Sept 1 1906). Why he chose to borrow money since he had made perhaps half of the $90,000 from the months earlier sale of claims is uncertain. Was he saving it? Buying more claims? Or had the buyer not paid him yet? Perhaps he never received the money. There are no records in the County Recorder's office to make this clear.

Through much of his young life, John Tilford continued to collaborate with his father in mining and economic ventures. Then a couple of days later on September 5th, T Boone Tilford, John D Tilford and R. A Millick sell a claim to Joseph Beck, Hans Neilson and P.N. Neilson of Spring City, Sanpete County, Utah for $150.00. It is a parcel 375 feet north of the Trinity Mine and is 375 feet x 600 feet (White Pine County Recorder, Mining Deeds, Book Old E 25, Sept 5, 1906). Then John has to travel to Las Angeles so he gives Power of Attorney to Grover for property and mining claims in Blackhorse and Osceola until

21

he gets back (White Pine County Recorder, Power of Attorney, Book Old B 47, Oct 20, 1906). Whey he must go to California is not revealed. Then, shortly after this R. A Millick and John D Tilford (or Grover – Power of Attorney?) of Osceola sells claims in the Blackhorse Mining District to Hyrum S. Woolley of Salt Lake City for $16,000.00. These claims included the Halo Fraction Lode Mining Claim (White Pine County Recorder, Mining Deeds, Book Old E 25, November 28, 1906).

There is no more news of John until mid-summer when the paper reports that John, his brother Grover and associates, and the Wilcox Brothers both made *"nice clean ups from the Dry Gulch operations but not yet his to good dirt and will not til next year"* (Ely Mining Record, July 7, 1907). In that same paper it is reported that Clyde Tilford was shot through the lung at Green Water is improving slowly but surely. There is no information on how he was shot.

*"John Tilford and Frank Anderson have taken a lease on the Stray Deer Group 2 miles west of Osceola and found some good shipping ore and expect to work through the winter"* (Ely Mining Record, Dec 14, 1907).

*The Snake Creek Sawmill*

The Snake Creek sawmill was instrumental in bringing John Tilford and his family to Snake Creek. While he operated it, he continued prospecting resulting in the discovery of the Bonita Mine. Before he owned it however, others had conducted logging in the canyon. The first record of the saw mill was in 1903 when Clarence L Shaw, Superintendent of the New York & Nevada Consolidated Copper Company *"returned from a trip to the company's saw mill in Snake Creek Canyon. Mr. Shaw was very impressed with the quality of timber found there and is also very confident that the company can bring into camp lumber of a higher quality and a great deal cheaper than heretofore"* (White Pine News, April 23, 1903). Sometime later, John Magnuson of Ely had bought the saw mill from NY&N Consolidated.

John and his brother Grover Tilford of Blackhorse bought a saw mill from Magnuson for $1500.00. The Tilfords were to make payments starting on Jan 1, 1907 with 1½ % interest. Apparently the reason they purchase the mill was that they were planning to build a *"Modern Store for Blackhorse. The Tilford brothers have just completed a deal for the sawmill at the head of the creek (Snake) and Blackhorse will soon have a wooden town, instead of canvas, as now. John and Grover Tilford came over from Osceola Friday to complete the transfer to them of the saw mill in Snake Creek Canyon, on the east side of Jeff Davis Peak (Wheeler). They have orders ahead for lumber to keep them running till snow falls"* (White Pine News, Sept 4, 1906). The wording of the article implies that the mill is already in Snake Creek when they bought it (Figure 17).

The Tilford saw mill is in the news again. The paper reports that they sold it to the New York & Nevada Consolidated Copper Co. the original owners before 1903. The paper reports that the NY&NC *"has purchased of John D. Tilford for nominal consideration, his saw mill in Snake Creek Canyon* on the border between the county and Utah. The deed conveying the property was filed yesterday" (Ely Record News, July 1908, Saw Mill is Sold). Despite this article, the evidence and family accounts suggest that John was still in possession of the mill in 1911 when he and his family resided at the mill site in Snake Creek. Later published news reports also conflict (see below). Perhaps he sold the mill with the right to use it. There is no deed of sale back to the New York & Nevada as reported in the paper on record at the White Pine County Recorder's office.

Further evidence to support the continued possession of the mill by John Tilford comes from the Nevada State Journal newspaper on November 2nd, 1910. The Ohana Mining Company is operating in Sacramento Pass, midway between Blackhorse and Osceola. The company has let a contract to J. D. Tilford for lumber for the construction of the plant (Nevada State Journal, Nov 2, 1910, Ohana Mining Company is now getting Busy). This suggests that Tilford still had access to the mill.



Figure 17. Map showing the region of the Bonita Mine and Big Wash. Much of this area is now within the Great Basin National Park. Note the sawmill in upper right in Snake Creek.

*"Lumber from his mill is stacked and building materials are waiting at the site (Bonita) now to build buildings for the winter"*(The Ely Record, Dec 6th 1912, New Bonita District Has Fine Showing).  The quote From the newspaper in the first sentence above suggest that Tilford still has possession of the saw mill as late as 1912.

The last time the sawmill is referenced in in July of 1915. Forest examiner Nilo B. Eckbo reports that Rudoph Merchum was awarded a timber sale at the head of Snake Creek. "The logs were hauled to the mill which was "*still located at the lower edge of the timber* (Unrau 1990)." In November Guy Saval, the owner of the Baker Ranch, was awarded another timber contract. "*Mr. Saval expects to be able to complete the cutting this year according to the contract, and move the sawmill from Snake Gulch to Baker where the sawing is to take place* (Unrau 1990)."

David Tilford believes that the historic saw mill located at the mouth of Duck Creek in Steptoe Valley north of McGill may be the same one use by his uncle in Snake Creek (Figure 18).



Figure 18. Historic saw mill near Duck Creek, White Pine County, Nevada.

*1910*

By 1910 he is living in Blackhorse, Nevada and has married "Sadie" Overson Tilford. She is one year older than him at age 29. He is now a Lumber Man, sawmilling. They have one child Ralph D. Tilford, age 1 year. He is also listed in the 1910 Census in Leamington, Millard County, Utah, where he is the head of household, 28 years old, a logger, and married to Sadie J Tilford, age 29 years. Leamington is where her family is from and may be the reason he shows up in two places at once. Their one child is listed there again.

John D. Tilford's wife Sarah "Sadie" (Overson) Tilford was from Utah. Her father, Christian Overson came to the US on May 20, 1862 in New York. He married his first wife in Mt. Pleasant, Utah on July 16, 1862. By 1870 they lived in Deseret, Utah. In the 1900 Census they are in Leamington, Utah. Christian is still the head of household, listed as a farmer, and is 59 years old. Matilda Overson, mother, age 61 (Table 3).

By the end of 1910, the Tilfords are leaving Blackhorse for "greener pastures." His father, TB Tilford of Blackhorse quit claims to D.B. Simonson, Grantee of Blackhorse City, for the sum of $50.00 Lots 2 and 4 in "Lower Townsite" in the Town of Blackhorse. "Also one tent 16 x 20 situated on Lot No. 4 containing 4 chairs, one box stove, 2 tables, one iron bed sted (*sp*) and springs and one shuck or straw mattress . The above said Lots being each 30 feet front and 100 feet deep" (White Pine County Recorder, Real Estate, Book 59, December 31, 1910).

Table 3.  Details of Sadie Overson Tilford's Family.

| Census year and/or location | Name | Relationship to Sadie Tilford | Age-years | Occupation/ Discussion |
|---|---|---|---|---|
| 1880 Census-Oak Creek Utah | Christian Overson | Father | 40 | Blacksmith |
| | Matilda Overson | Mother | 41 | |
| | Joseph Overson | Half-brother | 16 | Farming |
| | Hyrum Overson | Half-brother | 14 | Farming |
| | Emma Overson | Half-sister | 12 | |
| | Mary Ann Overson | Half-sister | 8 | |
| | James C. Overson | Half-brother | 4 | |
| | William G. White | Half-brother | 14 | |
| 1900 Census – Leamington, Utah | Christian Overson | Father | 59 | |
| | Matilda Overson | Mother | 61 | |
| | Sara Overson | Self | 19 | Teacher |
| | Lyman Overson | Brother | 17 | |
| 1930 Census – San Francisco, CA | Sarah Tilford | Self | 49 | Divorced-Seamstress |
| | Ralph D. Tilford | Son | 20 | Chauffer, Taxi |
| | Leland Tilford | Son | 19 | Messenger, Western Union |
| | Bonnie (Tilford) Zalkaske | Daughter | 18 | |
| | Michael Zalkaske | Son-in-law | 21 | Carpenter |
| | Michael Zalkaske, Jr. | Grandson | 6 months | |
| | Elinor Tilford | Daughter | 13 | |
| | Paul Tilford | Son | 12 | |
| | Mary Tilford | Daughter | 11 | |

25

## The Bonita Mine

In 1910, moving from Blackhorse, the John Tilford family became residents of Snake Creek (Figure 19). They build a cabin upstream about six miles from the present day park boundary. He operated the nearby saw mill discussed above until discovering Tungsten down the creek the next year. The Bonita Mine was established in 1912 with the discovery of tungsten at the site by John D. Tilford. This is the first of two periods of operation of the mine for John Tilford. The second began in 1915 separated with a brief hiatus when he leased it to a mining company. One account reveals that the tungsten was discovered while Tilford and his partners, Taylor and Johnson, were prospecting for lead. It also says that an ore mill was to be scheduled to be built in early 1913.



Figure 19. Photograph of the location where John Tilford's first house was located in upper Snake Creek. The sawmill was situated on the terrace behind the trees in the foreground (Photo courtesy the Charleston family web site).

Another account suggests that Tilford found the mineral while traveling along the creek from Snake Valley to the sawmill. The first account is probably correct based on the information below.

On August 2, 1912 Tilford and his partners filed a claim for lead at the location of what would become the Bonita Mine. They called it Lead Hills No. 1 (White Pine County Recorder, Book 73, August 2, 1912). This suggests that the account about prospecting for lead may be the correct one. Tilford had found some rich silver float a couple of years past up the Snake Creek while operating the lumber mill that gave him the interest in this area gave him and his friend reason to prospect further.

Tilford quickly established the mine and associated camp with his Partners, A D Taylor and W. C. Johnson. They reorganized the Snake Mining District into the Bonita Mining District (The Ely Record,

Dec 12, 1912, New Bonita District Has Fine Showing). During late 1912 and early 1913, Tilford and his partners located and filed on 10 claims in the vicinity of Snake Creek. They were the Lead Hill #1, Key Stone, Reddeer, Reddeer #1 and Bonita 1 through 6 (White Pine County Recorder, Mining Deeds, Book 73, Jan 4, and Feb 1, 1913; White Pine County Recorder, Mining Deeds, Book A, March 3, 1914; Figure 20).



Figure 20. Relationship of Bonita No. 1 through 6 above and the mine location to the creek below (Atkins Kroll and Co. n.d., Bonita Scheelite Deposit, White Pine Co., Nevada).

D.C. McDonald, a miner, who was interviewed for the paper, had been a prospecting trip to the eastern side of the Snake Range and had visited the new discovery in the Snake Creek made by Tilford. McDonald is of the *"opinion that this is the most important discovery made in eastern Nevada in many years. The ore (tungsten) is soft and easy to recover and may be as high as 75 % pure"* (The Ely Record, October 11, 1912, Tilford Makes Important Discovery).

In December, the paper reports that ore that is taken from the surface is averaging $160 per ton. *"Tilford and associates will ship ore soon. They have opened two shafts and a tunnel producing 15 to 60% ore. He and his partners will sort and sack the ore that has been collected bringing it all up to 40% and then ship it to Newhouse Utah some 70 miles distant for further processing. In the spring of next year they plan to build a concentrator at the mine. They all met last October and decided to establish the Bonita Mining District. Bonita was named after Tilfords' daughter. W.A. Johnson was elected as Recorder of the Bonita District and Tliford was elected as his Deputy"* (The Ely Record, Dec 6th 1912, New Bonita District Has Fine Showing).

They propose to continue to mine through the winter months. The mine is believed to be at a lower elevation than that of Ely in Steptoe Valley (The Ely Record, Dec 6th 1912, New Bonita District Has Fine Showing). They build a storage cellar, a house for their cook Toy Fong, a house, and commissary?

*"It is acknowledged to be the richest Tungsten ore ever discovered in Nevada, if not the entire world."* Since its discovery, Tilford has built a comfortable house in which he lives (Feb 16, 1913, Nevada State Journal, White Pine Has Tungsten Mine).

27

In December of 1912 John is again interviewed about the Bonita Mine when he visited his mother for a few days in Ely and attended to business. *"While prospecting for lead, he found Tungsten ore. His experience at the United States Tungsten Corporation on the western side of the Snake Range allowed him to make this determination. Preliminary analysis that was done by Ed Millard & Son of Ely shows that samples are 37 % ore. Tilford and partners have about 50 tons of ore stockpiled on site. They have an offer from an ore buying firm in Newhouse, Utah for $4 per unit. This is equivalent to $160 per ton. Since Tilford claimed the mine at Snake Creek, claims for copper have been established surrounding the Bonita Mine by Hunter, Fouler, and Elder."* (Nevada State Journal, Dec 11, 1912, White Pine has Big Deposit of Tungsten and 50 Tons Out).

Already Tilford wants to separate from his partners. Although Taylor is still 1/3 interest in the Bonita Mine Claims he files a legal notice stating that he is no longer legally or financially responsible for Tilford's debts incurred at the claims after this date (White Pine County Recorder, Miscellaneous, Book Old E, March 31, 1913, Garrison Utah). Acting as if he was the lone owner of the mine, *"Tilford will have a two-stamp mill soon that had been situated on Willard Creek for a number of years. He has secured a Bartlett Table. There is a saw mill for the construction of the mill in a nearby creek."* (July 18, 1913, Nevada State Journal, Bonita to Have Tungsten Mill, Snake Creek Deposits to be developed by Owners in White Pine County). *"John Tilford of Baker, White Pine County is making regular shipments of ore averaging $600 a ton"* (Dec 10, 1913, Reno Evening Gazette- Shipments of Tungsten).

In the first part of 1913, Tilford was in negotiations with Atkins, Kroll and Co. (aka Atoili Mining Co.) for a lease-to-own proposition (Atkins, Kroll and Co. February 7, 1913). He and the Atoili Mining Co. quickly came to agreement that Old Man Johnston was extremely unreasonable to the point that he forced his two partners, Tilford and Taylor to pay him in order for him to sign the negotiating documents.

Probably tired of Johnston's difficult nature, Tilford and the man agree to a deal where Johnston sells his stake in the mine for $100.00 which is recorded in Mohave County, Arizona because Johnston had moved to Chloride. Tilford buys rights to all of the Bonita Mine claims 1 through 6 from Johnston for $100 (March 13, 1915, White Pine County Recorder, Mining Deeds, Book 73)

Once this problem was resolved,, D.L. Sheldon and D. C. McDonald signed an agreement with Tilford "full and sole possession of the Bonita Group of Mine consisting of six claims" to lease from John D. Tilford with sole option to buy for 12 months. Tilford had an agreement with his partners to pay them $2,500 each if the mine was sold (Atkins, Kroll and Co. August 12, 1913). Tilford was paid $10.00 to enter into this agreement with Atoili Co. He began initially asking $30,000 for the mining operation to be split into three payments. The first, a $3,000 payment to be made on March 20th, 1913, the second for $12,000 on September 20th, 1913, and the final payment for $15,000 on March 20th, 1914 (Atkins, Kroll and Co. February 7, 1913). Atoili considered the price to be not completely out of line but they would continue to negotiate. Some minor explorations led them to believe that at a price of $30,000.00 they would lose money but the lower offer was more realistic.

*"The camp at Bonita is now producing Scheelite ores and concentrates. The mine was just purchased an option by Atkins-Kroll interest from John Tilford. The new management has constructed a small testing plant with a capacity 10 to 15 tons per day and is currently in operation"* (Figures 21 and 222). *"The plant is being operated by water power, the water being brought in an open ditch along the side of the mountain to the penstock above the mill, and from there to the turbine wheel through a pipe line. The source of the water has an elevation of more than 170 feet above the plant, and as the spring has a flow of about 40 inches, ample power could be developed for a large plant and also for electric lighting purposes."* Winter could cause the water to freeze however. A 60 % pure ore is being provided in four tunnels above the mill; three of which produce. Iron in the ore can be removed by roasting and the *"addition of magnetic appliances."* The camp is currently under the management of J.H Cooper, Superintendent and L.J. Brown as mine Foreman.

28




Figure 21. The mill at Bonita Mine in 1918 built by Atkins Kroll.

Figure 22. The mill site as it is today.

*"Ten years prior John Tilford began living in the canyon and built a lumber mill. Discovered tungsten... He found iron sulfide with tungsten and lead. Tungsten was not worth anything but they were trying to develop the lead deposits. Little development work was done then but they did find the source of the Tungsten. Later Tilford disposed of the saw mill and then had more time to discovery. Ten years before this article he installed a rock crush processor and a Bartlett table. With these he could produce some concentrate averaging 63 %. He later acquired the interests from his partners, but because lack of means, he sold the mine to Atkins-kroll who's took over the holdings last August. Before completing the sale, he had given a lease to Arnold Millick and Charles Aspen on a section of placer ore in place which they have been working. They have been running 30 tons of dirt through a hand-made jig, recovering several tons of high grad ore and stand to make $1000 before their lease expires on Feb 1. Gondor and Wilson have claims adjacent to the Bonita claims and plan to develop them this winter for Scheelite recovery"* (Nov 19, 1915, The Ely Record, Eastern Side of Snake Range now Producing Scheelite Concentrates).

*"There has been some delay at the Bonita Mill because of the water in the ditches and creek freezing. They will have a gasoline generator soon to bypass this problem"* (December 17th, 1915, The Ely Record, Tungsten Camps all Show Great Activity).

Atkins Kroll is operating at Sacramento Pass and has just recently purchased the holding at Camp Bonita from Tilford. W. L Chapman, engineer for Atkins is running this operation and another in Dry Wash seven miles south of the Bonita Mine. He hauls out the ore on burro back and has it processed at the Bonita Mill in Snake Creek. Chapman has inspected many of the sites with Tungsten along the eastern side of the Snake Range and is impressed. The mines will produce favorably at least until the war is over, which is why the process are high (Dec 24, 1915, The Ely Record, Sees Great Future For Mines of Snake Range).

464

After a visit by Lea R. Fultcher (Atkins, Kroll and Co., August 1913), they decided to drop the offer in August of that year because they had decided that it would not produce as expected (Atkins, Kroll and Co., August 12, 1913). The mine remained property of John Tilford.

Sadie Tilford filed a placer claim in 1914 called the "Annex Placer." This 20 acre claim was adjacent to the other claims and in the creek drainage itself rather than on the southern slope of Snake Creek (White Pine County Recorder, Book 73, April 19th, 1914). They had been finding float, enough that they believed that it might be worth placer mining the ore. The Tilfords had parlayed quite the operation. The paper reported on the favorable conditions there saying *"the mine had water rights on Snake Creek for the mine 1½ miles distance. There was plenty of cordwood and trees for timbers and lumber"* (The Ely Record, August 8, 1914). The Bonita Mine claims Bonita Lodes 2, 3, 4, 5, and 6; and Annex Placer, and Keystone Lode; and the rights to power and water on Snake Creek of 25 second feet of flow.

During the summer of 1915, John and Sadie borrow $2000.00 from David Goodale to purchase a claim owned by Millick and Asplin which was located within the Bonita District. Tilford has been mining the 100 foot to a side square placer and are under a verbal agreement with Millick and Alpin and have been paying 10% of the ore recovered. Once it was mined, it was shipped by Tilford. The oral agreement to ship expired the next year on the 20th of February, 1916. They will pay David Goodale $100.00 within five years on interest for one year, then 5% per year (White Pine County Recorders, Book 71, August 13, 1915).

On August 13, 1915 the Ely Record newspaper reports that the *"Tungsten King"* makes a visit to Ely for supplies. He has been developing the property at *"Camp Bonita"* and had hired 10 men to work for him. More would be needed in the coming weeks. They report that tungsten had recently doubled in price so the mine was doing well (August 13, 1915, The Ely Record, Tungsten King visits the City).

By 1915, Tilford has another deal. H.C.F. Brown (same as D.C Brown ?/ Atkins) had worked for the Doyle Mining Co. He said the Tilford property on the eastern slope of the Snake Range is now being *"operated under bond and lease by the Doyle people, is making a splendid showing. The new mill will be ready for operation in a few days. A large amount of ore has been ready. The concentrate will be sent to Newhouse, Utah"* (Oct. 22, 1915, The Ely Record, Tilford Tungsten Property is Winner).

The paper reports that *"a California company has taken over the Bonita Mine from John Tilford and is employing more than 40 miners"* (Oct. 22, 1915, The Ely Record, Tungsten Mines of White Pine are Employing many Miners). Miners were paid between $3.75 and $4.00 per day at that time (Atkins, Kroll and Co., February 7, 1913). Tilford is not running the mine at this time.

Back in White Pine County the paper reports that *"For the past week a representative of the Record has been knocking around the Tungsten discoveries of the Snake Range and has arrived at the conclusion that by next spring this will be the greatest mining section of all the western country."* There are three Tungsten mills in operation: one at the Hub mine to the west, one at Sacramento Pass, and another at Bonita. *"The beauty of it is that a man of even very limited means can take out enough good shipping ore to pay expenses of development work"* (Nov 12, 1915, The Ely Record, Splendid Tungsten Properties in Eastern White Pine County).

## The Tilfords Leave Nevada

This begins the short period of time when the Tilford family does not live on Snake Creek sandwiched between the first span when the sawmill and then opened the Bonita Mine. Not running the Bonita Mine, John was free to participate as an exhibitor at the Panama-Pacific International Exposition in San Francisco during the summer of 1915. He was interested in developing a dynamo generator on Snake Creek so he packed up the family to go to the San Francisco World's Fair. There he talked to Thomas

Edison and gained enough information to build a prototype generator.  He was also an exhibitor in the Panama Pacific International Exposition (Figures 23, 24, 25, 26 and 27, Panama-Pacific International Exposition 1915).



Figure 23. Cover of the Mines and Metallurgy catalogue for the
Panama Pacific International Exposition, San Francisco, California 1915.



Figure 24. Map for the Fair Grounds for the Panama Pacific International
Exposition, San Francisco, California 1915.

31



Figure 25. Location Av B, Between 2nd and 3rd sta. State of Nevada Geological Exhibit. Including minerals, ores, etc.



Figure 26. Photo of the Palace of Mines at the Panama Pacific International Exposition, San Francisco, California 1915.

467

## DEPARTMENT OF MINES AND METALLURGY

Nevada Cinnabar Mining Co., Ione. Mercury ore.

Nevada Consolidated Mining Co., Ely. Copper ore.

Nevada Minnesota Mining Co., Yerington. Copper ore.

Nevada New Mines Co., Rawhide. Gold ore.

New Era Mining Co., Pioche. Gold ore.

Newlyoun & Hoagland, Pioche. Silver ore.

Noble, R. T., Midas. Gold ore.

Playmire, Dr. F. A., Mina. Polished marble.

Portland Cement Company. Mound House. Gypsum.

Patsel Mine, Goodsprings, Las Vegas. Zinc ore.

Prairie Flower Mine, Goodsprings, Las Vegas. Zinc ore.

Paisley, J. A., Midas. Gold ore.

Pauie & Luting, Ely. Lead-silver ore.

Patuch Mine, Mina. Silver ore.

Pepper & Keough, Mina. Mercury ore.

Playter, Jos. H. Golconda. Gold ore.

Pohl, Fred, Austin. Bar of silver, silver ore.

Prajude, J., Carson City. Lead-silver ore.

Ophir Mining Co., Virginia City. Silver ore.

Orr, William, Lovelock. Native silver and silver ore.

Queen Shoba Mine, Mills City. Lead-silver ore, silver ore.

Quigley, P. D., Luning. Copper ore.

Round Mountain Mining Co., Round Mountain. Gold ore, country rocks, ores and nuggets. Jay H, lot. 2nd & 3rd 6th. Maps, geological sections, photographs relative to geology, mineralogy, quarrying, mining, metallurgy, and the manipulation of mineral products.

Red Top Mining Co., Hill Top. Lead-silver ore.

Sex Reduction Co., Midas. Gold ore.

Reich, C., Luning. Copper ore.

Romanche, F. V. Gritzsko. Silver-lead ore.

Round Mountain Tungsten Mining Co., Round Mountain. Tungsten ore.

"Rexer Group," Goodsprings, Las Vegas. Lead and zinc ore.

Rossi Mining Co., Tonopah. Gold ore.

Ruby Silver Mining Co., Battle Mountain. Silver ore.

Ruth Mine, Ruth. Lead-silver ore.

Seven Troughs Coalition Mining Co., Seven Troughs. Ores.

Stevenson, O. T., Reno. Polished varisite.

Seven Troughs Coalition Mining Co., Lovelock. Gold ore.

Shafford & McCarthy, Austin. Lead-silver ore.

Schezfeld Mining Co., Golconda. Silver ore.

Silverfield Mining Co., Golconda. Lead-silver ore.

Simmons, P. H., Mina. Copper ore.

Smith, E. E., San Francisco. Gold ore.

Stewart Bros., McMillan, Luning. Copper ore.

Stewart, W. J., Tonopah. Copper ore.

Stewart, Robert, Sodaville. Gold ore.

Tonopah Belmont Development Co., Tonopah. Oxidized and sulphide ores.

Tonopah Extension Mining Co., Tonopah. Ores.

Tonopah Mining Co., of Nevada, Tonopah. Oxidized and sulphide ores.

Taylor, James T., Pioche. Lead-silver ore.

Tilford, John, Ely. Tungsten.

Tohrs Mining Co., Austin. Lead-silver ore.

Tonopah Extension Mining Co., Tonopah. Silver ore.

Tonopah Merger Mining Co., Tonopah. Silver.

Tonopah Midway Mining Co., Tonopah. Silver ore.

Tonopah North Star Mining Co., Tonopah. Silver ore.

University of Nevada, Reno. Country rock and ores, gold and silver.

University of Nevada, Reno. Diatomaceous earth, tripoli, mica, salt, ores, tungsten, antimony, lead, silver, copper and gold.

U. S. Smelting & Refining Co., Salt Lake, Utah. Copper ore.

Virgin River Salt Co., Las Vegas, Salt.

Vanderhoff, E. E., Ely. Lead ore.

Virginia Iron Mine, Virginia City. Iron ore.

Virtue Mine Co., Ely. Lead-silver ore.

Weck & Bachman, Luning. Copper ore.

Williams & Clifford, Austin. Lead-silver ore.

Wahl, C. D., Eureka. Zinc and copper ore.

Wickeland & Scheyer, Mina. Copper ore.

Welch & Bachman, Luning. Copper ore.

White Cap Mining Co., National. Silver ore.

Workman, Jesse, National. Lead-silver ore.

West End Consolidated Mining Co., Tonopah. Country rocks and ores.

White Pine County Commissioners, Ely. Copper ore.

Wingfield, George, Reno. Polished specimens of gold ore, copper ore.

Yellow Pine Mine, Goodsprings. Zinc ore.

Yount & Fayle, Goodsprings. Platinum ore.

GROUP 154

Amalgamated Pioche Mines & Smelters Corp., Pioche. Photograph.

Balliet, Letson, Tonopah. Drawing and photograph.

Buckeye Belmont Mines Co., Tonopah. Photographs and panorama.

Buckhorn Mines Co., Buckhorn. Photographs and model.

Cedd, A. A., Reno. Panorama and photograph.

Denver Rock Drill & Machinery Co., S. F., Cal. Waugh stoper model, 12 A.

Desert Power & Mill Co., Millers. Panorama of mill.

Florence-Goldfield Mining Co., Goldfield. Map of workings.

Goldbanks Quicksilver Co., Winnemucca. Map and photographs.

Julian, R. A., Reno. Mill row.

Mason Valley Mines Co., Thompson. Panorama of mine and smelter.

Mercury Mines Co., Ione. Photograph of property.

Montana-Tonopah Mines Co., Tonopah. Photographs, map and model.

Moran, William J. Tonopah. Claim map.

National Mines Co., Winnemucca. Photograph of mine.

Nevada Bunker Hill Mining Co., Elko. Photographs and maps.

Nevada Cinnabar Co., Ione. Photographs of property.

Nevada Consolidated Copper Co., McGill. Panorama and photographs.

Nevada Douglas Copper Mining Co., Ludwig. Panorama of property.

Nevada Hills Mining Co., Fairview. Photographs and model.

Nevada Wonder Mining Co., Wonder. Photographs of property.

O'Leary, Frank, National. Claim map.

Reid, W. F., Goldfield. Model of blacksmith shop, tools.

Round Mountain Mining Co., Round Mountain. Photographs.

Seven Troughs Coalition Mining Co., Seven Troughs. Panorama.

Tonopah Belmont Development Co., Tonopah. Photographs and model.

Tonopah Extension Mining Co., Tonopah. Photographs.

University of Nevada, Reno. Models, panoramas and maps.

Goldfield Consolidated Mines Co., Goldfield. Photographs.

Figure 27. Listing of exhibitors at the Panama Pacific International Exposition, San Francisco, California 1915. From Group 153. Note Tilford, John, bottom left column.

Back in Nevada

After returning to Nevada, Tilford continues mining but with his other family members. Not currently at Bonita, John is now associated with his brothers, Leslie and Grover at claims that they located last fall at the Scheelite Camp. There is no record of where the Scheelite Camp was located. They were busy locating and setting up a camp. John, his wife, and family just recently returned from a visit to the expositions in San Diego and San Francisco. The family will stay in Utah with family for the remainder of the winter (Dec 31, 1915, Ely Record, Tungsten Camps are all in Good Form).

33

## Life at Bonita

Most of the remembrances and events in this section of the report occurred during the second period of occupation of the Bonita Camp which is after the lease to purchase arrangement falls through.

An oral history from the Tilford family indicates women and children were present at the mine and a schoolhouse was in operation at the site for a short period of time (Tilford 1993).

While the mine is operating, Sadie and the Tilford kids are living at the camp until it is leased to Atkins Kroll and then after John Tilford got it back. In 1913, four children had been born. Ralph the oldest would have been 3, Leland was 2, and Bonnie has been born the year before. In 1919 when they left the Bonita Camp for the last time, Ralph was 9, Leland would have been 8, Bonnie was 7, and Elinor was born and was 2 years old. Based on the ages of the children, the family stories passed down are probably from the second period of residence between 1915 and 1918.

One of the stories includes that of the knowledge of many limestone caves around the cabin but the rule set down by the parents was that the children were not to go into them or they would get whipped. Leland of course, being a young boy did go into them and found water and fish with no eyes. When Leland was young he was kicked in the head by a horse and was never the same after. He had a dent in his forehead (Charleston Interview 2014).

One time when Lealand was young his mother had taken him to Lemington Utah to pick up someone that had come in on the train. While standing there on the platform, a man asked Leland *"young man what is your name?"* He said Leland. The man gave him a silver dollar and said *"so is mine."* He was Leland Stanford the famous Tycoon who founded Stanford University (Charleston Interview 2014).

Toy Fong, a Chinese man, was the camp cook. Born in California 1875, he would have been 38 years old in 1913 when he became camp cook. Little is known about him other than he traveled by ship to Hong Kong and back in 1903 and 1911. The 1910 census shows that he is living and working in Poland Town, Yavapai County, Arizona. He is single and the head of household and has two male roommates. All three of them work as cooks at a boarding house.

He lived in a small house just west of the cabin (Figures 28, 29, 30, 31 and 32). He and Sarah worked together preparing food for the occupants of Bonita Camp. At the end of each day the miners would leave their lunch buckets at the commissary. The next morning, Sara and Toy would fill them with food for lunch. At the end of the day, the two would empty out whatever was left. Some lunches were liked, others were not. In response, they decided to provide several choices each day in order to stop the waste. The men would choose what they would eat and fill their own bucket each day.

CLERKS OF SCHOOL BOARDS, AND TEACHERS—Continued

| County and district | Clerk | Teachers | Postoffice | Salary |
|---|---|---|---|---|
| **LANDER** | | | | |
| Austin | H. A. Kearns | | | |
| Battle Mountain | Mrs. Allie Ross | | | |
| Carico | Dormant | | | |
| Hilltop | K. O. Swackhamer | | | |
| Iowa Canyon | Joe Phillips | | | |
| Kingston | H. S. Meyer | | | |
| Ledue | New Harret | | | |
| Mill Creek | Mrs. Wm. Schwing | | | |
| Reese River | | Dormant | | |
| Skull Creek | Victor Robinson | | | |
| Smith Creek | W. T. Nannetti | | | |
| Tenabo | Mrs. A. E. Raleigh | Alma B. Banta | | |
| **WHITE PINE** | | | | |
| Big Spring | Chas. Smith | Theresa Hanley | | |
| Big Wash | W. N. Osborne | Dormant | | |
| Blackhorse | David S. Eldridge | Mary Eldridge | | |
| Bonita | John Tilford | Dormant | | |
| Butwick | W. C. Bradley | Mildred Reed | | |
| Broadway | George Kelley | Dormant | | |
| Cherry Creek | F. L. Pierce | Mrs. L. W. Jordan | | |
| Cold Creek | W. A. Maire | Dormant | | |
| East Ely | C. L. Beckelman | Eva H. Timmons, Prin. | East Ely | |
| | | Mildred DeSantis | East Ely | |
| | | Lillian Devlin | East Ely | |
| | | Eva Torrence | East Ely | |
| | | Nellie Halvorsen | East Ely | |
| | | Ester Bumbaugh | East Ely | |
| Ely | R. H. Holtman | Mary E. Black, Prin. | Ely | |
| | | Claire J. Beach | Ely | |
| | | Ruth Swartson | Ely | |
| | | Ophelia Gilmore | Ely | |
| | | Maurine Banta | Ely | |

Figure 35. The next years listing in December of 1919 shows the position of teacher as "dormant" (Legislature of Nevada, 1920).

Then the paper reports that *"Tilford will be erecting a mill at the Scheelite mines by March of this year. A ball mill plant will be assembled by Doyle Milling Company at Sac Pass which will produce 150 tons daily which will increase the capacity of the one that is presently there. A gasoline engine was recently installed at the Bonita Mill to pump water from a well there for water for the tables and vanners. Tilford expects to move his family to Ely from Utah where they had been staying with relatives"* (January 21, 1916, The Ely Record, Tilford Brothers to Have Milling Plant). They have moved back to Bonita, hence the need for the school teacher.

John and company must have been thrilled at the price of tungsten on the markets. The paper reported that despite that a record amount of Tungsten has been mined in the US this last year, the Bonita Mine operated most of the year. The price of Tungsten increased in price from $1 a lb in December to the current price of $3 (January 28, 1916, The Ely Record, Production of Tungsten Breaks all Past Records).

As reported above, Atkins had the options for the tungsten properties at Bonita. After they agreed to to purchase the mines, Tilford withdrew the escrow agreement from the bank and is now the owner again.

470

Apparently there was a misunderstanding about royalties so Tilford canceled the deal. While operating the site, Atkins had erected a mill which Tilford will now begin to operate for himself. Because the deal fell through Tilford is able to operate the mill himself again. (February 25th, 1916, The Ely Record, Tilford Takes over His Tungsten Mines).

*"The three-stamp mill at the Scheelite district built by the Tilford Brothers is ready for operation"* (May 4, 1916-Nevada State Journal, Ely Tungsten Field is Showing up Well, Stamp Mill Ready).

*"The Tilford Brothers has completed the mill at Scheelite and being some the earliest claimers at this area, they have completed a great deal of work at the site including the mill. The mill is operated by water and therefore very economical to run. They have just completed a good wagon road from the mine to the mill"* (May 5, 1916, The Ely Record, Mining Activity in Snake Range, Properties Being Developed and Erection of Mills Rushed).

The Tilford brothers are advertising in the paper for their new custom ore processing at their Bonita and Scheelite mills. They can process all ores, but their specialty is Tungsten (Figure 36). The three-stamp mill at Scheelite is running and can process 100 pounds of concentrate a day. The Bonita mill has a greater capacity but is undergoing upgrades but will back up next week (June 9, 1916, The Ely Record, Heavy Shipments from Tungsten Mines, Ten Tons of Concentrates Shipped By Express Monday, Other Shipments Made).



Figure 36. Advertisement for the Tilford Mill at the Bonita Mine. This ad appeared in
The Ely Record during the months of June, July, and August 1916.

Then disaster strikes! *"There was a recent sharp decline in the market demand for tungsten. Tilford Brothers grinding out good shipments from their three-stamp mill in the Scheelite District. Mill just recently started"* (June 14, 1916 Nevada State Journal—Tungsten Operators Take Hopeful View, Decline in Price does not Discourage Men in the Tungsten District, Grind out Good Shipment).

The price drop for tungsten has *"taken some of the ginger out"* says Tilford *"but they can all still operate at a profit."* Most of the Tungsten mines in the area are still operating or refining ore already dug. Only one has shut down because of the lower costs for the processed ore. *"The Tilford brothers are operating*

*their Scheelite mill by processing gold ore from the Pea Ridge Mine owned by Boone Tilford. The Bonita Mill was completely revamped and will soon be open"* (June 30, 1916, The Ely Record, Scheelite Camps are all very Prosperous).

The paper reports *"John had been to Cherry Creek to inspect a milling plant which he may buy. Tilford is one of the few tungsten miners on Snake Creek that continues to produce, even with the low price. He has opened several good bodies of ore and needs more milling capacity. He has been employing 10 men for some time past at the mine and mill. He believes that the price of tungsten will go back up soon"* (Sept 29, 1916, The Ely Record, Bonita Mines are Working Steadily).

On December 29, 1916 he files an Affidavit of Labor for $1000 on work at the Bonita Mines (White Pine County Recorder, Assessed Work, Book 72, Dec 29, 1916).

By August 1916 Tilford is the sole owner of the Bonita Mine. *"Between his ore from the Bonita Mine and mines of John Poppish and Mr. Richardson, whose mines are further up Snake Creek, Tilford's mill is operating at almost full capacity"* (Aug 25, 1916, The Ely Record, Bonita Plant is Producing Steadily). He had made a new strike in Tunnel #4.

In 1917 John and Sadie take out a mortgage with the Baker Reality and Mercantile Company for $986.48. Used as collateral was the "Bonita Group" which included the Bonita Lodes, Placers, and all improvements "consisting of mills, pipelines, dwelling houses, and buildings of any nature whatsoever." The note on the loan was due 4 months from then at a rate of 6 % per annum. With default, the mine would go to the Mortgage Co (White Pine County Recorder, June 29, 1917, Real Estate, Book 74).

Two years later John Tilford and his family are in Ely, White Pine County, Nevada. They have given up on the Bonita Mine.

Almost two years to the day the Mortgage Company records the transaction with the courts. The auction sale is finalized after 6 months when the Bonita Group was auctioned for $1,439.86. The only bidder was the Mortgage Co. The Sherriff of White Pine County auctioned off the mine for non-payment of the note on June 9, 1919 (White Pine County Recorder, Book 73 August 2, 1920). They had lost the Bonita Mine.

## Life after Bonita

After the Bonita Mine is lost, life is a series of moves and loss for the Tilford family, separating and spreading them west, and sending John into Mexico and South America, then returning him "home" to Osceola and the South Snake Range.

Sometime after Bonita, but before moving to California, John and his family went to Hamilton to scavenge through the waste rock from earlier mining attempts. The entire family would pick through the large piles of rock. *"They had arrived in a horse drawn wagon and were living in a tent. They got caught in a snow storm and could not get out. When John went to check on some of his livestock, Sadie stood in the doorway of the tent waving a lantern back and forth and yelling his name so he could find his way back. Shortly after that someone had driven a truck up there looking for them. The truck cut a road through the snow so they could get out"* (Charleston Interview 2014).

*"John Tilford and A. E. Sayre moved equipment to Hamilton and are putting it into operation (Figure 38). It will be able to handle 10 tons per day and the crusher can handle large rocks than the jigs that are presently there. These mills are portable and one will be transported to Eureka to try some of the ores there. They each cost $500.00 and weigh 1600 lbs"* (July 17, 1919, Nevada State Journal, Concentration Mill at Hamilton to Start).

41

Operations on the McEllen Mining property in Hamilton will be developed by J D Tilford. He has a contract to supply 200 tons a month of silver and lead concentrate to the United States Smelting Company in Midvale, Utah. Tilford will build a concentrator there that will process 7 tons a day reducing 6 tons of ore into 1 ton of concentrate. The property is on the same belt that the Treasure Hill and Eberhardt Mines are located (Figure 37).

Tilfords expresses that the present plans for the Lincoln Highway that bypass Hamilton should be changed. *"The route that has been surveyed, passes 14 miles north of Hamilton on the way to Eureka"* says Tilford. *"With very little additional expense, this could be diverted through Hamilton. If the people of Ely want the trade, they should see that Hamilton is kept on the highway. Outside of the copper mines, Hamilton is expected to be the principal ore producer in the county this summer. The wagon road to Eureka is now better than it is to Ely, and unless this disadvantage is overcome, Eureka will no doubt be the shipping point, which will be against the interests of White Pine County"* (June 15, 1920, Nevada State Journal, Hamilton Property will be Developed).

After he left the White Pine County, he moved his family to Vallejo in the Bay Area of California because he had family near there.

J D Tilford, now in San Francisco area is served a quit claim deed by Arnold Millick for $1.00 for property which Tilford owns ¼ at the Rex Mining Claim and the Fond Hope Mining Claim. They are located about ½ mile north of Bassett Creek in White Pine County (White Pine County Recorder, Mining Deeds, Book 93, March 11, 1925).

Finding it hard to make a living, or the next several years he moves around a lot. In 1920 he is in Calaveras County, Sheep Ranch Precinct, CA (Voter Registration). In 1928, in Sierra County, Sierra City, CA (Voter Registration).



HAMILTON IN 1915

Figure 37. Hamilton in 1915.

Leaving his family in California, he goes to Mexico to work as the watchman at a mine during the revolution in the 1920's. Because he was the only employee remaining, he was able to high-grade gold by scraping the leftover amalgam from the belts and machinery at the then abandoned mine. After collecting enough to fill a coffee can, he carried it across the border in a suitcase. Once in the United States he mailed it to his wife Sadie in Vallejo or Alameda. Along with the amalgam he sent her a description on how to build a retort. In order to recover the gold she was to "*cook*" the ore on the kitchen stove kitchen "*but get the kids out of the house first*" (Charleston Interview 2014).

At some time during this period, he had bought the house in Alameda and made a couple of payments. He could not make any more so the sheriff would come by and periodically take furniture as payment. Shortly thereafter, they abandoned that house and moved to Vallejo. Sadie said that it was easier that way rather than trying make up the payments (Charleston Interview 2014).

Silverman interests of Los Angeles have proposed a deal with J D Tilford for control of the Sunshine Group of claims and another owned by others. Silverman died in Ely before completing the deal. His associate, Colonel M. J. Fink arrives from LA to continue negotiations with Tilford. "A hansom payment was made for bond and lease on the Sunshine Group" (Jan 20, 1930, Reno Evening Gazette, Osceola District Mines Acquired by California People, Activity is Increasing in Several camps in White Pine County).

In 1930 a family tragedy strikes and  John Tilford requests that the state department investigate the death of his sister Mrs. Audrey Magoon and her husband, Dr. R. L. Magoon last week at Umtali, South Africa. Tilford, a SF mining Engineer said the two children from the mothers previous marriage were left stranded by the tragedy. He cabled funds for their return. Magoon  a wealthy dentist and big game hunter was believed to have slain his wife and then killed himself.  They had been married a month.  Mrs. Magoon was the daughter of Mr. and Mrs. T .B. Tilford of Ely (December 17, 1930 Nevada State Journal San Francisco, Probe Asked in Magoon Deaths).

By 1930, after they lost the home, Sadie and the family moved to San Francisco. John was in Mexico at the time. They rented an apartment where they boarded with Ray H. and Catherine Willigns along with 17 other people. Leland Tilford was also boarding there, age 19 Years.  According to the 1930 census the children were Ralph D. Tilford, Aged 20 Years (Chauffer, Taxi), Leland Tilford, Aged 19 Years (Messenger, Western Union), Bonnie (Tilford) Zalkaske, Aged 18 Years, Michael Zalkaske, Aged 21 Years (1909) (Carpenter), Michael Zalkaske, Jr., 6 months (October 1929), Elinor Tilford, Aged 13 Years, Paul Tilford, Aged 12 Years, and Mary Tilford, Aged 11 Years.  The Census also indicates that Sadie is divorced and San Francisco, California. She is listed as Head of Household and a 49 Year old Seamstress.  Between 1928 and 1944 her Voter Registration shows her as married and lists her as a house wife in San Francisco, California. The present day Tilford family believes that they never divorced (Dave Tilford and David Charleston, Personal communication 2014).

By 1932 J D Tilford has returned to the United States and is in Osceola again. He says that outside money is interested in Osceola. According to the paper, he had just returned from a five year trip through Mexico, Peru, Colombia, and Chile.  He "saw nothing as good looking as the famous old White Pine county camp."  Californians have taken an option on the Sunshine group of claims. Before this all financing has come from Utah (July 29, 1932, Reno Evening Gazette, California Money invested in Osceola).

Then later that year (1932) Voter Registration reveals that he has moved to the Picacho Precinct, Imperial County, California (Miner) (PO Box in Yuma, AZ).  He and two partners were prospecting for minerals and they had believed that they had found an area with gold and silver. His wife and family do not leave the Bay Area.

By 1934 he has left the Yuma area and has returned to Nevada. John D Tilford is reported to be assembling equipment for a 25-ton pilot mill on the Sunshine Mine at Osceola under bond and lease. He is driving a crosscut tunnel to open a vein below former workings (June 25, 1934, Nevada State Journal, Pilot Mill is Planned on Old Sunshine Mine).

Lode claims worked by Art Baird and Leslie Tilford have recovered ore from the Sunshine Group that ran $80 to $200 a ton. John Tilford at his lode claim is also at work there and at other nearby locations scattered over the higher hills (June 9, 1935, Reno Evening Gazette, Placer Operators at Osceola Are Busy).

John Tilford of Osceola leases the mining property on Mt. Washington and plans on opening the old mine up which had been a large producer of lead-silver ore. Tilford leased the property from the St. Lawrence Mining Company of New York (Sept 23, 1939, Reno Evening Gazette, St. Lawrence Mine is Leased).

In the early 1940s John Tilford was back in Osceola living east of the store in a wood and rock building by himself (Figure 38). There are 25 members of the Prospectors Association and John Tilford is one of them. They met to see about getting government aid for inspecting small mining properties for hopes of development (Feb 17, 1940, Reno Evening Gazette, Ely Prospectors Propose Mine Loans).



Figure 38. Recent photograph of the rock and wood building, now in ruins,
where John Tilford spent his last years in Osceola.

In the ensuing years since leaving Osceola young daughter Elinor wed William Charleston. Traveling to visit their father John Tilford in Osceola, Mr. and Mrs. William Charleston and their 11 year old nephew, *Michael Zalkaske, escaped serious injury late Saturday night when their car overturned 35 miles southwest of Ely on the Tonopah Highway in a snow storm. William did have a small ear laceration when the car overturned and then righted itself. Michael was thrown from the vehicle but was not hurt. Mrs. Charleston received only minor bruises.* (April 16, 1941, Reno Evening Gazette, Three Tourists Escape Injury).

While living in Osceola, John was mining on the hill to the southeast of town. During the winter of 1941-42 he walked from Osceola to Ely. It took him two days and having only a light coat he was very cold. As a child he had rheumatic fever which affected his heart. He arrived in Ely and went to the Bank Club. He had a dinner and something to drink. He was so tired that he went into the back of the bar and fell asleep on one of the tables. A couple of hours later, a worker there tried to wake him and found him dead (Charleston Interview 2014).

The death notice published simply stated that *"60 year old Tilford of a Pioneer Nevada Family and mining man has surviving family members"* (March 31 1942, Reno Evening Gazette, John D. Tilford is dead in Ely, Prominent Miner Dies Suddenly). *"John D. Tilford –died suddenly Saturday morning. The Rev. Laird Loveland of the Ely Methodist Church conducted the service"* (April 1, 1942, Reno Evening Gazette, Ely Funeral services).

## Latter Days of the Bonita Mine

As John Tilford lives his last few years in Osceola, and long after his death the Bonita Mines continued to lure others with hopes for mineral riches. In December of 1940 Dwight Lemmon of Benson, Arizona made a visit to Snake Creek to look at the Bonita Mine complex (Letter March 7, 1943). He writes a letter to T. B. Nolan of the U.S. Geological Survey in Washington D.C. with his findings. In previous correspondence Nolan had made an inquiry to Lemmon about some other property in Snake Creek. While searching for that property, Lemmon met with T. E. Wessel about the Bonita Mine property Wessel was a carpenter working at Minerva, a mine on the west side to the Snake Range. Although Wessel is "full of the bull", the information he provided Lemmon about the Bonita Mine was useful. Wessel of Ely, Nevada and L.L. Clark of Kimberly, Nevada *"hold two placer claims in Snake Creek below the location of the hard rock mine. The claims had been leased to James T. Hayden but the present standing of the lease was not known."* Wessel believes that there may be 200,000 yards of placer in Snake Creek related to the Bonita Mine. Lemmon related that the mine itself has played out and no longer has any workable ore.

Glenn Taylor, now diseased and his wife Norma owned and worked numerous claims in White Pine County. The Bonita Mine was one of these. Glen Taylor and others proved up the Bonita Placer mining in Snake Creek. He interchanges the Bonita and Snake Creek in the records. He recorded $1,000.00 worth of work on June 29, 1971 at the Bonita No. 1 through 10. He reported bulldozer trenches, sampling, concentrating, and assaying of ore at the East Ely plant. The work was carried out in April, May, and June of 1971 (White Pine County Recorder, Book 342, June 29, 1971). The next year on September 1, 1972 he renews his proof of work on the claims on Bonita No. 1 through 10 (Figure 39). This year the $1,000.00 worth of work included screening, sampling, and washing gravel (White Pine County Recorder, Book 351, Sept, 1, 1972). On record was located of acquisition of the claims or disposition by Taylor. Reportedly, they lived in the Tilford Cabin when they were placer mining at the site. After they abandoned the mine, they moved to Curry, Nevada and owned the store there.

476



Figure 39. Blueprint of map detailing Bonita Placer claims in 1972.

# References

Atkins, Kroll and Co.
     nd              Atkins Kroll and Co., Bonita Scheelite Deposit, White Pine Co., Nevada

     Feb 7, 1913    Agreement for Lease and Option to Purchase. On file at the Berkeley Archives.

     Aug, 12 1913   Description of Property. On file at the Berkeley Archives.

**(The) Ely Record**

     July 1908, Saw Mill is Sold
     October 11, 1912, Tilford Makes Important Discovery
     Dec 6th 1912, New Bonita District Has Fine Showing
     Aug 13, 1915, Tungsten King visits the City
     Oct. 22, 1915, Tilford Tungsten Property is Winner
     Oct. 22, 1915, Tungsten Mines of White Pine are employing many Miners
     Nov 5, 1915, Eastern White Pine is now on the verge of Scheelite Boom
     Nov 12, 1915, Splendid Tungsten Properties in Eastern White Pine County
     Nov 19, 1915, Eastern Side of Snake Range now Producing Scheelite Concentrates
     December 31, 1915, Tungsten Camps are all in Good Form
     January 21, 1916, Tilford Brothers to Have Milling Plant
     January 28, 1916, Production of Tungsten Breaks all Past Records
     February 25th, 1916, Tilford Takes over His Tungsten Mines
     May 5, 1916, Mining Activity in Snake Range, Properties Being Developed and Erection of Mills Rushed
     June 9, 1916, Heavy Shipments from Tungsten Mines, Ten Tons of Concentrates Shipped By Express Monday, Other Shipments Made
     June 30, 1916, Scheelite Camps are all very prosperous
     Sept 29, 1916, Bonita Mines are working steadily
     Aug 25, 1916, Bonita Plant is producing steadily

Hose, Richard K., Blake, M. C. Jr., and Smith, Roscoe M.
     *1976* Nevada Bureau of Mines and Geology Bulletin 85, Geology and Mineral Resources of
         White Pine County, Nevada: Part I, Geology and Part II, Mineral Resources.

Legislature of Nevada
     1919 Journals of Senate and Assembly of the Twenty-Ninth Session of the Legislature of the
         State of Nevada ,Volume I, Carson City, Nevada.

     1920 Journals of Senate and Assembly of the Thirtieth Session of the Legislature of the State of
     Nevada, Volume I, Carson City, Nevada.

Lemmon, Dwight M.
     March 7, 1943  Snake Creek Placer, White Pine County, Nevada. Letter to T. B. Noland,
                   U.S.G.S. Washington D.C. On file at the Nevada Bureau of Mines, Reno,
                   Nevada.

478

Lincoln, Francis Church
    1982    *Mining Districts and Mineral Resources of Nevada.* Nevada Publications, Las Vegas.

Paher, Stanley W.
    1970    *Nevada Ghost Towns and Mining Camps.* Nevada Publications. Las Vegas Nevada.

National Park Service
    1982    *National Register of Historic Places.* National Park Service, US Department of the Interior,
            Washington, DC

Nevada State Journal
        Nov 2, 1910, Ohana Mining Company is now getting Busy
        Dec 11, 1912, White Pine has Big Deposit of Tungsten and 50 Tons Out
        Feb 16, 1913, White Pine Has Tungsten Mine- Discoverer of Metal in Snake Range Reports
        Considerable Development
        July 18, 1913, Bonita to Have Tungsten Mill, Snake Creek Deposits to be developed by Owners
        in White Pine County
        May 4, 1916, Ely Tungsten Field is showing up Well, Stamp Mill Ready
        June 14, 1916, Tungsten Operators Take Hopeful View, Decline in Price does not Discourage
        Men in the Tungsten District, Grind out Good Shipment
        July 17, 1919, Concentration Mall at Hamilton to Start
        June 15, 1920, Hamilton Property will be developed
        December 17, 1930, San Francisco, Probe Asked in Magoon Deaths
        June 25, 1934, Pilot Mill is planned on Old Sunshine Mine

Nevada Aventures
        http://www.nevadadventures.com/ghost%20towns/whitepineco/bonita/bonitamain.html

Panama-Pacific International Exposition
    1915    Official Cataloque of Exhibits. Panama-Pacific International Exposition. San Francisco.
            Price $2.00.  The Walgreen Company, Publishers.

Read, Effie O.
    1965    *White Pine Lang Sine.* Big Mountain Press, Denver.

Reno Evening Gazette

        Dec 10, 1913, Shipments of Tungsten
        Jan 20, 1930, Osceola District Mines Acquired by California People, Activity is increasing in
        Several camps in White Pine County
        July 29, 1932, California Money invested in Osceola
        June 9, 1935, Placer Operators at Osceola Are Busy
        Sept 23, 1939, St. Lawrence Mine is leased
        Feb 17, 1940, Ely Prospectors Propose Mine Loans
        April 16, 1941, Three Tourists Escape Injury
        March 31 1942, John D. Tilford is dead in Ely, Prominent Miner Dies Suddenly
        April 1, 1942, Ely Funeral Services

479

Smith, Roscoe M.

> 1976    Geology and Mineral resources of White Pine County, Nevada, Part II, Mineral Resources. Bulletin 85. Mackay School of Mines, University of Nevada, Reno.

Tilford, Elinor
> 1993    Interview with Elinor at Bonita Camp. Video. Interviewed by Dave Tilford.

Unrau, Harlan D.
> 1990    *Basin and Range: A History of Great Basin National Park, Nevada.* U.S. Department of the Interior, National Park Service: Denver, Colorado.

White Pine News
> Aug 18, 1894, Osceola Nuggets
> Feb 22, 1900 Scraps from Ely
> Aug 9, 1900, Osceola Nuggets
> Oct 18, 1900, Scraps from Ely
> Jan 17, 1901,
> Jan 24, 1901, Osceola Nuggets
> May 30 1901, Osceola Nuggets
> Nov 21, 1901, Osceola Nuggets
> Jan 9, 1902, Osceola Nuggets
> Jan 23, 1902, Osceola Nuggets
> 1902, Osceola Nuggets
> Apr 3, 1902, Osceola Nuggets
> Apr 10, 1902, Filed for Record
> May 15, 1902, Osceola Nuggets
> Sept 10, 1902, Scraps from Ely
> Dec 18, 1902, Osceola Nuggets
> April 23, 1903
> Dec 15, 1904
> Feb 16, 1905, Osceola
> March 1st, 1905
> March 9, 1905, Local Happenings
> July 6, 1905
> Nov 30, 1905
> Feb 20, 1906
> Sept 4, 1906
> July 7, 1907
> Dec 14, 1907
> Jan 16, 1916, Weekly Mining News- How the War Has Raised the Price of Tungsten

White Pine County Recorder
> White Pine County Recorder, Book Old E 25, Mining Deeds, April 3, 1906
> White Pine County Recorder, Chattel Mortgages, Book Old 45 Sept 1 1906
> White Pine County Recorder, Mining Deeds, Old E 25, Sept 5, 1906
> White Pine County Recorder, Power of Attorney, Book Old B 47, Oct 20, 1906
> White Pine County Recorder, Mining Deeds, Book Old E 25, Nov 28, 1906
> White Pine County Recorder 1908: 594-596

480

White Pine County Recorder 1909: 3-4 and 379
White Pine County Recorder, Real Estate, Book 59, December 31, 1910
White Pine County Recorder, Book 73, August 2, 1912
White Pine County Recorder, Mining Deeds, Book 73, Jan 4, 1913
White Pine County Recorder, Mining Deeds, Book 73, Feb 1, 1913
White Pine County Recorder, Miscellaneous, Book Old E, March 31, 1913, Garrison Utah
White Pine County Recorder, Mining Deeds, Book A, March 3, 1914
White Pine County Recorder, Book 73, April 19th, 1914
White Pine County Recorder, Mining Deeds, Book 73, March 13, 1915
White Pine County Recorders, Book 71, August 13, 1915
White Pine County Recorder, Assessed Work, Book 72, Dec 29, 1916
White Pine County Recorder, Real Estate, Book 74, June 29, 1917
White Pine County Recorder 1919: 554-555
White Pine County Recorder, Book 73, August 2, 1920
White Pine County Recorder, Mining Deeds, Book 93, March 11, 1925
White Pine County Recorder 1945: 423
White Pine County Recorder 1950: 504-505
White Pine County Recorder 1950: 151
White Pine County Recorder 1961: 367



Mr. / Mrs. Tony Polaski
3639 Condor
Lakewood, Calif. 90712

482

October 16, 1978

Dear Bobby & Tony,

Your mother told me some time ago that you are interested in our family history and I promised to write down all that I can recall of the Tilfords and the Oversons. A cousin, Kenneth Larson, who lives in Malad, Idaho, once compiled a good history of the Hartleys but he would be about 73 years old now and I dont know if he still lives, or where. There are some letters which he wrote to Grandma and I can zerox them for you if you think you'd like them. I dont recall that there ever were many tales of the Tilfords but will record what I do remember. Our cousin, Vivian, has been working for years to try to write a story of the Tilfords but she gets pretty fanciful and it might be hard to separate the truth from fiction. But you might write to her and see if she would send you copies of her work.

I dont know what to tell you about your mother. She and Art are still very optimistic that the Laetrile will cure her. But she fails daily. It is a slow deterioration. On Friday they got an appointment with Dr. Brodie at Richardsons clinic. He gave her a pretty good going over and concluded that her lungs are perfectly clear. And he agreed with Art that she would thrive and recover if it wasn't for the medication she is taking which makes her sleep 90% of the time and also destroys her appetite. (I have to add that Dr. Brodie is the one who insisted she start the Brohmptone). But she can not stand the pain without the medication so there is no way she could stop using it. And besides I'm convinced that she is completely addicted. If her lungs are clear and the cancer is gone as Dr. Brodie claims then why does she have such excruciating pain? There just aren't any answers that I know of. I'll continue to do all I can to help and keep you posted.

Bill had the cataract removed from his right eye on Thursday so I have been occupied with him and an unable to go over to see your mother. But Bill is doing very well and when the doctor says he can do for himself I will get over to San Pablo.

Now to the history:

Love to you and your littleones.

Aunt Elinor

October 16, 1978

Tilford, Thomas Boone was the son of Mildred Laine and Douglas Tilford
They were southerners and lived in Virginia and Missouri. *There is a*
Thomas Boone had a younger brother, David, who served as a *"Cave Will"*
drummer boy in the Civil War. Thomas became a horse trader *floating about*
and travelled west where he met Mary Cherry. *that connects with the Tilford*

Cherry, Mary was the daughter of a California Indian of the Yosemite band
and Columbus Cherry. When her mother died and Columbus could not
properly care for her he placed her with a family named Blasingame
who lived at Dutch Flat, California. That is where Mary was born.

Mary & Boone   ~~They~~ had 13 children. Rose. Minerva. Clyde. John. Leslie. Laine. *died as a young woman Buried at Osceola*
Maud. Florence. Grover. Audrey. Lillian. Edith  (I seem to be missing
one name.) Edith tells a story of a baby that was still born and
buried at Hogum. Maybe that was #12. Edith is #13. Mary & Boone
settled in eastern Nevada. At one time they had a vegetable farm
and sold their produce to the miners around Hamilton and Ely. In
the early years they homesteaded a ranch on the Ely-Tonopah Road.
Boone became interested in the mines and once bitten devoted most
of his time to trying to strike it rich. During his life time it
was reported that he had hit many good claims but any money he
made was quickly spent. Mary became the midwife and nurse for
all the poor and needy in White Pine County. For many years most
of the poor kids were given the middle name of Tilford as an honor
to Mary who ministered to their mothers when in need. The story
is told that Hogum was so named because T. Boone Tilford hogged
all the claims thereabouts when a strike was made. Mary ran *boarding houses.*

Tilford, John Dixon was born at Ward, Nevada April 15, 1882 (most of the
records say he was born at Osceola but there is no birth certificate
and Edith says he was born at Ward.) All the records for Ward were
destroyed in one of the many fires of the time. John spent most of
his life in eastern Nevada. He was an excellent mechanic and could
have done well in engineering. He designed and operated one of the
first hydraulic systems of the area. A story was told to me by my
mother that just before she met him he had a bout with typhoid and
was not expected to survive. The family sent away to Sears, Roebuck
for a suit to bury him in. When he recovered the suit was put away
as it was very light in wieght and color. That is the suit he was
married in. Typhoid left him with a heart condition and he took
medication for that for most of his life.

484

Overson, Christian was born at Moreskow, Nybork, Denmark June 11, 1840.  He was
the son of Ove Andersen and Maren Mogensen (or Mary Morgan).  In the
tradition of the Danes Christian was given the name Overson (Ove's son)
Christian told of his father serving around the stables of a nobleman.
All young men were expected to serve in the army and altho there didn't
seem to be any objection to serving for Denmark the Oversons objected
to serving for Germany.  They lived in the Schleswig-Holstein area.
They heard the Mormon missionaries and decided to come to America.
Christian came with a brother and a sister,Mary Christine  He crossed the
plains in a covered wagon and suffered all of the hardships of the
Mormon pioneers.  He married Sine and they had 6 children.  Sine was
a member of the wagon train party.  She died in 1879.  Their children
were Joseph. Hyrum. Emmy. Anne. Sine, who died in infancy. James.
When his wife, Sine, died Christian married Matilda .  He had settled
in western Utah and remained in that area the rest of his life.  He.
had gone to Garrison, Utah and to Hamilton, Nevada when the big
strikes were made and worked as a teamster.  He maintained a very
large and prosperous farm.  He diverted water from the Sevier River
to irrigate his land.  He was instrumental in establishing the coke
ovens in Millard County.  He married Matilda in 1880 and they had 2
children.  Sarah Josephine.  Lyman.

Hartley, Matilda Jane was born in Sheffield, Yorkshire, England Sept. 16, 1834.
She was the daughter of Eliza Gill & Samuel Hartley.  Conflicting
stories have come down concerning Samuel.  (There even seemed to be
some doubt that his name was Samuel but my great grandmother listed
it as such in the church records.)  It was believed that he was of
high birth and when he married Eliza his parents were very unkind
to her.  Apparently he was a heavy drinker and also abused Eliza
so that when she heard the Mormon missionaries exhorting people to
migrate she took the children and fled to Liverpool where they  (1856)
sailed on the ship "Horizon".  They came to Utah with the Handcart
Company #5, or Martin's Company.  Eliza & Samuel had 8 children.
Sarah Wells Hartley  b. 1836  married Lyman Curtis and they lived in
Utah.  Matilda Jane b. 1838  married into polygamy (?), married
Russell Gideon and had 1 daughter Russelletta who died when her
children were very young. (Matilda brought these children to
Leamington to raise.)  Then she married Christian Overson.
Robert, son of Eliza & Samuel died in infancy.  Samuel Hartley
froze one leg and had it cut off while crossing the plains.

485

October 17, 1978

page 3

Two other children of Eliza & Samuel died in infancy. Lorenzo James
& Clementina. Josephine Lucy married Thomas Zunndel in Utah. The
youngest of the children was Farwell. His father followed Eliza to
Liverpool to try to keep her from taking Farwell away. Farwell
also suffered frozen feet while crossing the plains. He married
Caroline Carlson in Utah. Samuel Hartley was a cutler by trade
and was supposed to be descended from the Earls of Rothingham.
Matilda Jane Hartley _____ Gideon Overson and Christian
Overson had 2 children: Sarah Josephine & Lyman.

Sarah Josephine Overson Tilford had 6 children. Ralph. Leland. Bonnie.
Elinor.Paul.& Mary.

Lyman Overson had 5 children. Grant. Gladys. Joey. Warren. Gertrude.
As far as I know they remained in Utah. Grant died in the late
50ies. Gertrude now lives in southern Calif. and is a religious
Mormon.

I think that about covers the bare facts. Some of the stories I remember
are interesting. There is a geneology chart which traces the
Oversons (actually Hogensen as it covers the maternal side only).
Christian Overson said he could remember the cruelties of the
German soldiers in the constant fighting over Schleswig-Holstein.
Whether it was his actual memory or rememberances of his father
is hard to tell. He spoke of the desperate hunger they suffered
as pioneers and early settlers. And the terrible privations.
But they came through alright and he lived to a ripe old age
enjoying his fertile land.

Eliza Hartely was reported to be a very tall women with bright
red hair and flashing eyes. She was very determined and positive.
When they got to Utah she was directed to settle at Oak City.
Most of the settlers were digging holes out of the banks and
making homes called "Soddies". Eliza swore she would never
live in a hole in the ground and proceeded to build herself
a creditable house of wood and logs. She always had a beautiful
garden and grafted fruit trees so that she had excellent fruit.
Once when the Yonogh Indians were annoying the settlers Chief Blackhawk
came to her home to beg for food. Matilda was spinning and very
frightened but Eliza told her to go on with her work. Blackhawk
tripped Matilda and as she sprawled across the hearth Eliza took
up the poker and hit Blackhawk across the back of the head,
Knocking him out. When he came to he ran off. But returned

October 17, 1978

the next day with some of his braves and the elders of the church to demand
reparations. Eliza spoke to him in Konosh and told him that
"Sheenob" (God) had told her to put him to sleep. And if he ever
bothered her again she would put all of the Konosh to sleep. No
further trouble ever developed. When she first came to Oak City
Eliza was encouraged to marry and she became Eliza Hartley Couch.
No children were born of this marriage. Eliza was 39 when she
left England with her 5 children. She was a very proud woman and
once she left England she literally left it all behind. She never
wanted to talk about her past. In Oak City she raised cows and
made cheeses which she sold in the area and as far away as Salt Lake.

The stories from the Tilford side of the family go on and on. I'm sure
I didn't list the names of the children of Thomas Boone & Mary (Molly)
Cherry in the order of their ages but I really dont know the exact order.
Minerva was the oldest and Clyde was the oldest boy. Edith was the youngest
and the rest fell somewhere in between. Thomas Boone was a terrible tempered
disciplinarian. Especially to his sons. He seems to have been gentle and
understanding with the girls. When Clyde was in his teens he was accused of
stealing from the pants pockets of the miners where they left their work clothes
hanging. T.Boone beat him ~~unmercifully~~ and then locked him in an old mine
shaft and kept him on bread and water for several days. The other kids watched
their chance and took other food to him and helped him escape. He ran away
and never returned to Ely area nor reconciled with his father. Leland was
a great favorite of Clydes and he visited us often in San Francisco. He was
supposed to have left everything he had (which couldn't have been much) to
Leland. But it ended up going to T.Boone who was his closest relative.
John had much of the terrible temper of T.Boone when it came to disciplining
his boys. Many were the terrible beatings Ralph & Leland suffered. I dont
think Paul was too abused and Dad never mistreated his girls. When you mother
was a teenager and Dad was home (after long absences in Nevada and Arizona)
he attempted to discipline her for some minor infraction and she faught back.
They went several fast rounds. But that is the only time I can recollect
that he laid a hand on the girls. Except for once when I sassed my mother
he gave me the back of his hand with real authority. I guess I was about 11.
And I never forgot it.

Sarah Overson was the darling of her father. He was a prosperous
farmer and she never did without. She was sent to Provo to the Brigham
Young Academy (now B.Y.U.) and later to U. of Utah in Salt Lake to get a
teaching credential. She was very pretty and had lovely clothes and a great

487

page 5

personality. She loved to dance and told about walking for miles on the
country roads to the Saturday night affairs. She taught school in Leamington
and in Garrison and then went to Osceola where she met John. Osceola was a
raw mining camp and John was a handsome resident who was considered the catch
of the area. When they married in Salt Lake it must have been over the protests
of her family as none of them were at the wedding. She had some dear friends
who sponsored the marriage. The Mormons must have had many objections to
marriage to an Indian breed. Dad took his bride to Snake Creek where he had
established a saw mill. He built the mill himself and ran it with some hired
help. When he made a strike further down Snake Creek he established the
Bonita Mine. He engineered an hydraulic system which brought water from
Snake Creek around the mountain to Osceola. Sarah must have been terribly
lonely in her early married life. She had always been a very social person
and here she was 20 miles from the nearest neighbor with few comforts and
no luxuries. When the Bonita started to produce they hired 40 miners and
Sarah cooked for the whole crew. They hired a chinese to help. Toy Fong.
In 1916 they came to S.F. to the Panama Pacific Exposition. When they got
back John found that most of his profits had been drained away by trusted
friends. They went to live in Ely and he worked where he could. At one
time he spent a season breaking mules for Granpa Overson. A thankless job
but Christian paid him off with a matched team and a good wagon. Christian
tried his best to get John to settle near Leamington and go into farming.
But that wasn't of any interest to John. When your mother was just a baby
a mining group hired John to go to Hamilton (long since abandoned after its
big strikes) to see if he could salvage the lead from the dumps which had been
discarded in the mad search for silver. We lived in two large tents, end to
end and Dad worked the tailings very profitably. Winter came down on us and
a blizzard caught us still in the tents. Dad tried to round up a team in
the storm so that he could get us out of there. Someone in Ely remembered
that we were out there and sent a truck. So we were rescued. While we lived
at Hamilton your mother (and all the rest of us, but she was the last) came
down with whooping cough. She nearly choked to death and was saved by Dad
when he held her by the heels and dunked her in the snow bank. Whatever
was lodged in her throat was shook loose and she was shocked into breathing
properly. Early in the 1920's we came to California. Dad had come house
hunting with the money he earned from the Hamilton job. He bought a mansion
in Alameda. (the victim of a smart realestate operator) It had once belonged
to a captain of the Alaska Packers. It was completely furnished with elegant
Victorian furniture. I first went to school in Alameda. When Dad's money
was gone and no other work available he went to Mexico with a mining venture

488

October 17, 1978

page 6

but not much money reached us from this venture. The numerable rebellions
in Mexico made communication very chancy. When the rebels became a threat
to the mining company they all took off and left Dad to protect their property.
He salvaged what he could and sent the scrapings from the belts home to Mom
with explicit directions on how to extract the gold and shape it into bars.
She did this on the kitchen wood and coal stove and then took the bars to
the Mint in San Francisco. But we were far in arrears on the house payments
and were forced to vacate Alameda. Dad was able to get a job as a foreman
at a Saw Mill in Sheep Ranch so we moved there. He still hoped to find the
mother lode and kept searching. Mother went to work in a laundry when we
moved to Vallejo and then took a job as a seamstress making uniforms when
we finally moved to S.F. She worked for Levi Strauss and told comical
stories of those days. And she worked for California Casket Co. lining
caskets. Dad took a job as superintendent at the Monarch Mine at Sierra
City and he took the 3 boys with him. Mother bought all the furniture in a
one room apartment and moved the 3 girls in. There was a living room and a
kitchenkette. Behind the wall bed was a huge closet. Your mother and Mom
slept in the wall bed and Bonnie and I slept on the floor of the closet.
No one was supposed to know that Mom had kids in the apartment. It was
rented to her as a single woman. Your mother cried an awful lot and Bonnie
and I used to play the phonograph, loud, so it would drown out the tell-tale
sounds of kids.

Most of the rest of our history you must know so I'll finish and
get this in the mail.







*Diana, Goddess of the Hunt — for Ancestors!*

REACH INTO THE PAST

Find historical records about your ancestor.

First name          Last name

Table of Contents

Every-Nam

# Will of Thomas THOMPSON & Mildred Bell (CAVE) THOMPSON, 1871

Transcribed by Diana Gale Matthiesen from a photocopy of the original will on file at the Santa Clara County Recorder's Office in San Jose, CA. The will was one long paragraph; for improved readability, I have broken it into several smaller paragraphs.

In the Name of God Amen

We, **Thomas Thompson** and **Mildred B. Thompson**, his wife, of the County of Santa Clara and State of California, being of sound disposing mind and memory and knowing the uncertainty of human life and being jointly owners of the following real estate, (viz) the north half of the north half of the north west quarter section of Section no. three in Range one west, in Township no. Seven South, in the Land district of Sanfrancisco, containing about thirty 8ight acres, it being landed as follows, on the north by land of **T.H. Laine**, on the east by land of the heirs of **John G. Bray**, deceased, on the south by land we have given to **A.W. Thompson** and others making 40 acres, it being the South forty of the north half of the north west quarter of Section three in the Range Township & district above written.

It is our joint will and wish that at our death and after paying all our just debts and burial expences that said real estate and other property we may have be equally divided between us, one half to said **Thomas Thompson**'s heirs and the other half to go to the said **Mildred B. Thompson**'s heirs in the following way, (viz)...

the half that goes to the said **Mildred B. Thompson**'s heirs to be divided in four equal parts, one fourth to **Thomas H. Laine**, one fourth to **Daniel B. Laine**, one fourth to **Mary F. Harner** [?], and the other fourth to be equally divided between **T.B. Tilford**, **Dugless Tilford**, and **Rosa Tilford**, and untill the 3 last named persons are of age, their portions to be in the hand of **Thomas H. Laine**, whom we appoint as our administrator to settle our estate, without requiring security...

and the other half or portions to the heirs of the said **Thomas Thompson** on the following persons, (viz) one portion each to my two deceased sons for their heirs, one portion to **John A.C. Thompson**, one portion to **Thomas B. Thompson**, one portion to **George W. Thompson**, one portion to **Sally Reed**, one portion to **Mary Ann Spickard**, one portion to **Frances M. Anderson**, one portion to **W.H.H. Thompson**, one portion to **Allen W. Thompson**, and one portion to be divided between **Sadona Thompson** and **Delila Irvin**, 2 grand daughters, the portions to be equal, except the two grand daughters, they each to have half portions.

It is our will that which ever survives the other have the use of what property we may jointy have during life, but not to waste, then be divided as aforesaid. Given under our hands this 17(?)th day of July in the year of our Lord one Thousand 8ight hundred and seventy one. Givin under our hands the day above written

(sig) **Thomas Thompson**
(sig) **Mildred B Thompson**

Attest
**P.S. Langford**
**S.M. Langford**

.mas THOMPSON & Delilah & Belle THOMPSON

6/9/16, 2:00 P

Family Group Sheet
of
Thomas THOMPSON & Delilah DAVIS & Susannah JONES & Mildred Bell CAVE

## Genealogical Who's Who
If you can identity any of the unknowns, please let me know!

Kin of Thomas THOMPSON:

- A.W. THOMPSON is Allen W. THOMPSON, s/o Thomas & Susannah (JONES) THOMPSON
- of the "two deceased sons," one is known to be Isaac Davis THOMPSON, the other is believed to be James Henry THOMPSON
- John A.C. THOMPSON is John Alexander Campbell THOMPSON, s/o Thomas & Delilah (DAVIS) THOMPSON
- Thomas B. THOMPSON is s/o Thomas & Delilah (DAVIS) THOMPSON
- George W. THOMPSON is George Washington THOMPSON, s/o Thomas & Delilah (DAVIS) THOMPSON
- Sally REED is Sarah THOMPSON, w/o William REED, Jr., and d/o Thomas & Delilah (DAVIS) THOMPSON
- Mary Ann SPICKARD is Mary Ann THOMPSON, w/o George Alexander SPICKARD (her 2nd marriage), d/o Thomas & Delilah (DAVIS) THOMPSON
- Frances M. ANDERSON is Frances Margaret THOMPSON, w/o James ANDERSON, d/o Thomas & Delilah (DAVIS) THOMPSON
- W.H.H. THOMPSON is William Henry Harrison THOMPSON, s/o Thomas & Delilah (DAVIS) THOMPSON
- Sadona THOMPSON is ?  I wonder if she is the "S.D. THOMPSON" who was daughter of Isaac David THOMPSON?
- Delila IRVIN is d/o Alexander and Mary Ann (THOMPSON) IRVIN

Kin of Mildred Bell (CAVE) WESTERFIELD LAINE THOMPSON:

- Thomas H. LAINE is Thomas Henry LAINE, s/o Willis & Mildred Bell (CAVE) LAINE
- Daniel B. LAINE is Daniel Boone LAINE, s/o Willis & Mildred Bell (CAVE) LAINE
- Mary F. HARNER? is ?
- T.B. TILFORD is Thomas Boone TILFORD, s/o John & Sarah Ann (WESTERFIELD) TILFORD
- Dugless TILFORD in George Douglas TILFORD, s/o John & Sara Ann (WESTERFIELD) TILFORD
- Rosa TILFORD is d/o John & Sarah Ann (WESTERFIELD) TILFORD
- Sarah Ann WESTERFIELD is d/o David & Mildred Bell (CAVE) WESTERFIELD

Contact   Home Page   Table of Contents   DNA Hub   Biddle DNA   Carrico DNA   Corbin DNA   Cupp DNA   Danish DNA   Ely DNA   Lyon(s) DNA   Rasey DNA   Reason DNA   Straub DNA   Pedigree Charts   Census Records   Every-Name Indices

"The Cloud" is double-speak for "dumb terminal on a main frame." Been there; done that. Never again.
You are giving away not only your privacy, but control of your data, your apps, and your computer to a corporation. Is that really where you want to go?
The IT guys on the big iron hated the Personal Computer because it gave users freedom and power; now they've conned you into being back under their control again.

Table of Contents

Every-Name Index

492

...ner: Margaret HAWKINS

**Children with Delilah DAVIS:**

— born in KY:
1? Joseph THOMPSON, b. 1816; d. bef. 1830?
2. Isaac Davis THOMPSON, b. 11 Mar 1817
3? (Son A) THOMPSON, b. 1820-25; d. bef. 1840?
4. James Henry THOMPSON, b. 1820/1

— born in Boone Co., MO:
5. Sarah M. "Sallie" THOMPSON, b. ca. 8 Aug 1819/20/21/22
6. John Alexander Campbell THOMPSON, b. 10 Dec 1825
7. Mary Ann THOMPSON, b. 10 Feb 1829
8. Thomas B. THOMPSON, b. 1831

— born in Paris, Monroe Co., MO
9. George Washington THOMPSON, b. 30 Oct 1835
10. Margaret Frances THOMPSON, b. 1836
11. William Henry Harrison THOMPSON, b. 20 Nov 1840
12? (Son B) THOMPSON, b. 1840-44; d. early 1850, CA

Except for the ages and birthplaces of his children as given in the 1850 and later censuses, there is a total void of information on the whereabouts of Thomas THOMPSON between his marriage to Delilah DAVIS in 1815 in Christian/Todd, Co., KY, and his 1821 land patent in Boone Co., MO. Daughter Sallie's birthplace *should* help us, but there is a conflict among sources as to her birthyear. The big question is: if Thomas was in KY between 1815 and 1821, why does he not appear in the census or on the tax rolls? One may escape the census — and Thomas's father surely did in 1820 in Todd Co. — but you rarely escape the tax collector, and certainly not for six years.

**Child with Susannah JONES:**

13. Allen W. THOMPSON, b. 16 Mar 1846, Paris, Monroe Co., MO

**Children with Mildred CAVE:**

Keywords for search engines: genealogy; USA, US, United States, California, Kentucky, Missouri

## Timeline

| Year | Location | Event |
|---|---|---|
| 1797 | KY | birth of Thomas THOMPSON |
| 1794-1800 | KY | birth of Delilah DAVIS |
| 1797 | KY: Scott Co. | birth of Mildred Bell CAVE |
| 1815 | KY: Christian Co. | marriage of Thomas THOMPSON & Delilah DAVIS |
| 1816? | | birth of son, Joseph? |
| 1817 | KY | birth of son, Isaac Davis THOMPSON |
| 1820 Census | | not found, but neither was his father, and Peter *was* in Todd Co. as shown by his presence on tax rolls from 1799 to 1826; however, Thomas was *not* on the Christian/Todd tax rolls, ever, nor have I yet found him in any other KY county |
| 1820 | Missouri Territory: Boone Co. formed from Howard Co. | |
| 1820/1 | KY | birth of son, James Henry THOMPSON |
| 1820/1? | Kentucky to Missouri | family moves? [date hinges on the birthplace of James being correct] |
| 1821 | Missouri becomes the 24th State in the Union | |
| 1821 | MO: Boone Co. | Thomas THOMPSON and John CAVE patent land |
| 1824 | MO: Boone Co. | Thomas THOMPSON and Isaac DAVIS patent land |
| 1825 | MO | birth of son, John Alexander Campbell THOMPSON |

| | | |
|---|---|---|
| 29 | MO | birth of daughter, Mary Ann THOMPSON |
| bef. 1830 | | death of son, Joseph? |
| 1830 Census | MO: Boone Co.: Columbia Twp. | Thomas THOMPSON, head-of-household |
| 1831 | MO | birth of son, Thomas B. THOMPSON |
| 1833 | MO: Boone Co. | Thomas THOMPSON patents land |
| 1833/4 | Boone Co. to Monroe Co. | family moves |
| 1833 | MO: Monroe Co. | Thomas THOMPSON patents land |
| 1834 | MO: Monroe Co. | Thomas THOMPSON patents land |
| 1834 | MO: Monroe Co. | marriage of daughter, Sarah, to William REID |
| 1835 | MO: Monroe Co. | Thomas THOMPSON patents land |
| 1835 | MO: Monroe Co. | birth of son, George Washington THOMPSON |
| 1836 | MO: Monroe Co. | birth of daughter, Frances Margaret THOMPSON |
| 1836 | MO: Randolph Co. | marriage of son, Isaac, to Mary Jane SORRELL, ceremony by Thomas THOMPSON, JP |
| 1837 | MO: Livingston Co. formed from Carroll Co. | |
| 1838 | MO: Monroe Co. | Thomas THOMPSON patents land |
| 1839 | MO: Monroe Co. | Thomas THOMPSON patents land |
| 1839 | MO: Randolph Co. | Thomas THOMPSON patents land |
| 1840 | MO: Monroe Co. [what is proof of location?] | birth of son, William Henry Harrison THOMPSON |
| 1839/40 | Monroe Co. to Grundy Co. | family moves |
| bef. 1840 | | death of Son A? |
| 1840 Census | MO: Livingston [now Grundy] Co.: Wash. Twp. | Thomas THOMPSON, head-of-household |
| aft. 1840 | | birth of Son B? |
| 1841 | MO: Grundy Co. formed from Livingston Co. | |
| 1841 | MO: Monroe Co. | marriage of son, James, to Angeline THAXTON |
| 1840-45 | MO | death of Delilah (DAVIS) THOMPSON |
| 1843 | MO: Grundy Co. | Thomas THOMPSON patents land |
| 1843 | MO: Grundy Co. | Thomas THOMPSON writes a letter |
| 1843 | MO: Howard Co.: Fayette | Thomas THOMPSON attends church meeting |
| 1844 | MO | marriage of daughter, Mary Ann, to Alexander IRVIN |
| 1844 | MO: Howard Co.: Fayette | Thomas THOMPSON attends church meeting |
| 1844 | MO: Livingston Co.: Chillicothe | Thomas THOMPSON & J.S. ALLEN found church |
| 1845 | MO: Grundy Co. | marriage of son, John, to Amanda WILLIAMS |
| 1845 | MO: Monroe Co. | marriage of Thomas THOMPSON & Susannah JONES |
| 1845 | MO: Mercer Co. formed from Grundy Co. — Washington Twp. is split between the two counties | |
| 1845 | MO | birth of son, Allen W. THOMPSON |
| 1845/6 | MO | death of Susannah (JONES) THOMPSON |
| 1847 | MO: Boone Co. | marriage of Thomas THOMPSON & Mildred Bell CAVE |
| 1849 | Missouri to California | family moves |
| 1849-50 | CA: Placer Co.: Gold Run | preaching in the gold camps |
| 1850 | CA | death of a son — Son B? |
| 1850 | Placer Co. to El Dorado Co. | family moves |
| 1850 Census | CA: El Dorado Co. | Thomas THOMPSON, head-of-household |
| 1851 | CA: El Dorado Co. | marriage of daughter, Frances, to James ANDERSON |
| 1851 | CA: El Dorado Co. | marriage of daughter, Mary Ann, to George SPICKARD |

| 51 | El Dorado Co. to Santa Clara Co. | family moves |
|---|---|---|
| 1852 Census | CA: Santa Clara Co. | Thomas THOMPSON, head-of-household |
| 1854 | CA: Santa Clara Co.: Santa Clara | marriage of son, Thomas, to Elizabeth (LEVALLEY) DAMERON |
| 1856 | MO | death of son, Isaac Davis |
| 1850-60 | MO | death of son, James Henry |
| 1860 Census | CA: Santa Clara Co.: Santa Clara Twp. | Thomas THOMPSON, head-of-household |
| 1866 | CA: Santa Clara Co.: Town of Santa Clara | Thomas THOMPSON, in the *Great Register* (of voters) |
| 1870 Census | CA: Santa Clara Co.: Santa Clara Twp. | Thomas THOMPSON, head-of-household |
| 1872 | CA: Santa Clara Co.: Santa Clara | death of Thomas THOMPSON |
| 1875 | CA: Santa Barbara Co.: Santa Barbara | death of Mildred Bell (CAVE) THOMPSON |
| 1876 | CA: Solano Co.: Maine Prairie | marriage of son, George Clinton, to Delilah Ann McCRAY |

Another Timeline:  The CLARK/DAVIS/JONES/etc. "Track" from SC/NC/TN > KY


ANNOUNCEMENT:  There is a mailing list for researchers of the genealogy and family history of Thomas THOMPSON and kin, including his sister, Rachel THOMPSON and her husband, William T. WYATT, and the ancestors of Thomas's wives, Delilah DAVIS, Susannah JONES, and Mildred Bell CAVE.  Please join and share in the research.  To subscribe, visit this web page and follow the instructions.


Pedigree Charts:

*The Connections between Daniel BOONE and Delilah DAVIS.*

*The Convoluted Connection between Adam THOMPSON and Thomas THOMPSON.*


Images:

These are the photographs/portraits of Thomas THOMPSON both known to be and said to be in existence, as far as I know:

1)  A photograph of "Mr. and Mrs. Thomas THOMPSON," the origin of which is unknown to me, though it is clearly from a book.  In the photograph, both Thomas and Mildred are elderly and in a seated position, shown from about hip-level upwards.  Thomas appears to be holding his "gold-headed cane," the one mentioned in E.B. Ware's book.

2)  A photograph of "Thomas THOMPSON and Wife" that is the frontispiece of E.B. Ware's (1916) book on the *History of the Disciples of Christ in California*.  This is a full figure portrait, with Thomas sitting and his wife, Mildred, standing; both are elderly.

3)  A group photo of "Pioneer Preachers" in E.B. Ware's book (1916) on the *History of the Disciples of Christ in California*.  Thomas THOMPSON is seated front row, center, holding a cane.

4)  There is a photograph of Thomas THOMPSON taken just of his head and shoulders.  He appears to be at his most advanced age with a great shock of white beard and long flowing hair.  The photo appears as the frontispiece of *Now and Then*, a 1977 book by Norman Warren on the history of the Christian Churches in Stockton, CA.

5)  There is a photograph of a young man named "THOMPSON" from Jonathan Smith's book, *The Campbellite Story* (kindly provided by the Disciples of Christ Historical Society, Nashville, TN).  I do not believe it to be a photograph of Thomas THOMPSON, but it may be an image of John THOMPSON, noted figure in the early Campbellite movement.

6)  My late grandmother, Anna California (ROSE) MATTHIESEN, recalled to us that when she was a girl, she remembered visiting a church where there was a painting of Thomas THOMPSON and his wife, Mildred, prominently displayed.  One reason the visit stuck in her memory was that "quite a fuss" was made over her and her sister, as descendents of this great man.  Amongst Ann's descendants, there seem to be two versions of where and which church this was.  One is that it is/was the Christian Church in Stockton, San Joaquin Co., CA, and the other is that it is/was the "Vue du Lac" Christian Church in/near Santa Cruz, Santa Cruz Co., CA.  When I get back to California (some day <sigh>), I hope to locate the church and the portrait to take a good photograph of it (assuming I would be allowed to do so), in which case I will make prints available (at cost) to anyone who wants one.  If you are in California and can beat me to it, please feel free to do so!


Beginning Source:

1.  *Family Group Sheet* compiled by Georgie TOLLESON, Betty Ann (MATTHIESEN) COGLIATI, and Maude Irene (THOMPSON) ROSE, granddaughter of Thomas THOMPSON.

To whom it May Concern:                    9/13/15

BLM - Utah State Office


Please use the enclosed documentation,
and use it in my public protest of
pending oil and gas lease sales
in Utah and Nevada based on
the specific information as follows

- these are my ancestral lands
and I would love a proper
explanation of how the BLM has
the right, or belief to have a right,
to these lands. How did the BLM
get into the business of selling
secrets? When? When did my family
conceive of this madness / or give consent
My ancestors do not approve
of what's being done / what is done,
and this is something your office

# PUBLIC SUBMISSION

As of: 11/20/15 3:09 PM
Received: November 20, 2015
Status: Pending_Post
Tracking No. 1jz-8md4-9sci
Comments Due: November 20, 2015
Submission Type: Web

Docket: NRC-2015-0051
Department of Energy; Yucca Mountain, Nye County, Nevada; Supplemental Environmental Impact Statement

Comment On: NRC-2015-0051-0004
Department of Energy; Yucca Mountain, Nye County, Nevada; Correction and Extension of Comment Period

Document: NRC-2015-0051-DRAFT-0088    8/21/2015
Comment on FR Doc # 2015-23510    80 FR 50870

RECEIVED    2015 NOV 20 PM 3: 15    RULES AND DIRECTIVES BRANCH

## Submitter Information

Name: Meghan Belaski-Ashe    *100*

## General Comment

My name is Meghan Belaski-Ashe and this the start of my public comment(s) on the Yucca Mountain proposal. This is my first comment, but certainly will not be the last.

My father is Anthony Belaski, son of Mary Tilford, who was the daughter Sarah Overson, an original "saint" from the Mormon pioneers of the Wells-Hartley crew, with the Martin Handcart Co., and Christian Overson, an original settler of the Leamington, Utah, area within the Great Basin region, along side some of Brigham Young's family members, when Brigham Young was "leading" the Mormons, and of John Tilford, apparently also well known in Utah, Nevada and California, for his patented mining claims in what is now called the Great Basin National Park, who was one of Boone and Mary Tilford's sons, a registered Native American with the Miwok Band of Northern California (allegedly), and certainly the most prominent offspring among any of the children born to Boone and Mary, and at one time I think called the "Tungsten King of the World", which reminds me to get in touch with GE, and I think Commonwealth Edison...you see, I am just learning the history about my family on my dad's side, and apparently, they are just learning about me...and none of this adds up...

Boone and Mary apparently homesteaded a ranch in Nye County in the late 1880's, maybe called Angleworm...I believe with water rights, while also making patented mining claims for placer and lode veins, and water rights, at Hoggum and Osceola, in White Pine County, as well as at the head of Snake Creek in what is now called the Great Basin National Park. Apparently Boone and John Tilford were few among the original homesteaders and gold miners of the Great Basin region with such claims, including those water rights, and I just wanted to let the NRC know that your story on Yucca does not add up, because mine does not add up, and I intend to find out why.

SUNSI Review Complete
Template = ADM-013

E-RIDS = ADM-03
Add = C. Pineda (Cls 1)

497

I've asked the proper authorities to take a closer look at clear inconsistencies in past reporting in federal documents for the Yucca Mountain Nuclear Waste Site, because quite frankly, something has gone seriously off the tracks here, and while some of the individuals and groups pushing this waste on Yucca Mountain don't realize what they are actually proposing, many others know perfectly well what's going on with this site, and will bear the ultimate responsibility for all the misdirection and undue harm that's come from this shameful plan. And I stand by the allegations from some of the Native American Tribes in Nevada, California and Utah, that this plan for storing nuclear waste at Yucca is violating and discriminating against tribal, and human rights, as well as the rights of mother earth, who has been taken for granted in all of these atrocities far too long now, and by the literal grace of God, the tide has recently turned in her favor.

Yucca Mountain is not an appropriate site for nuclear waste storage. Prayers are appropriate for Yucca Mountain.

I will be in touch.

Thank you,

Meghan Belaski-Ashe



# BLM VERNAL

**Meghan Belaski** <meghanbelaski@gmail.com>                         Fri, Nov 27, 2015 at 11:27 AM
To: blm_ut_vernal_comments@blm.gov

Good day,

This is nothing personal, but the BLM needs to take a step back from these development proposals. I've turned the BLM for serious fraud in Nevada and Utah, and possibly Colorado and Wyoming and New Mexico, which includes the Securities and Exchange Commission Office of the Whistleblower, among others, as well as the Department of Justice and the FBI.

The BLM has helped hide family secrets (of mine) for decades, and altered ethnographic material to steal land for oil and gas and uranium development, on behalf the worst of the worst, and quite frankly, I am sick of it. The BLM is treading on thin ice with these acts; and it appears only some of you know it.

Now all of you know. I am a direct ancestor of the Overson's in Utah, and the Tilford's in Nevada, and still young enough, educated enough and tenacious enough, to fight this until the end of my days. I have clear and concise evidence that the BLM has colluded with individuals and private companies to alter my family's history in order to make these lands, "public", and as cheap as possible for oil, gas and uranium development...and the other "stuff" that only few of you probably know about.

I know exactly what's happened here...and so do the people that matter. Don't say I didn't warn you, or be surprised when I sue individuals within the BLM for criminal acts against my family. Against your family. The BLM as a whole is a good organization, the BLM just happens to have several bad apples amongst them, and very soon the truth will come out. It's in your hands as to which side you are on when it does. Deny these proposals. All of them.

Sincerely,

Meghan Belaski-Ashe

 **Will Falk** says
November 30, 2015 at 9:31 am

Thank you very much for your words, John. It
means a lot coming from a writer I respect as
much as I respect you. Thanks for all your great
work.

**Meghan Belaski** says
November 30, 2015 at 10:50 am

Hey Will Falk...great article. You should email me. I
may have some of the answers you seek about the
Great Basin. My ancestors were pioneers of the Great
Basin. They were "Handcart to Zion" Mormons,
Native Americans, and prolific patent mine
homesteaders in, and around, what is now known as
the Great Basin National Park. Some of my ancestors
also worked for the BLM, Forest Service, et al., and
altered some of the ethnographic and archeological
history of the region to benefit strategic materials
billionaires. I am currently doing everything possible
to expose the truth, and ensure these people go to
federal prison. Maybe you could help...let me know if
you're interested.

509

# Sold – 490,000 Central Utah Ranch

December 2, 2015



490,000 ACRE RANCH SOLD IN CENTRAL UTAH. One of the largest ranches in the Western United States has been sold to an undisclosed buyer. Located in Central Utah, the ranch consists of numerous BLM and state leases, deeded acreage, excellent cattle range providing year round grazing for over 4,000 cattle, some 5,300 acres under irrigation and one of the premier elk hunting units in the West. Matt Harmon with the Farm and Ranch Group brokered the transaction.

"The sale included irrigated land, range land, substantial water rights and 4,000 cattle", said Harmon. "This purchase represented the only opportunity to acquire such a vast tract of deeded and leased land in the entire state, and constitutes a true legacy ranch", Harmon Continued. The ranch is located in the counties of Millard, Sevier, Beaver, and Piute in central Utah.

The property's diversity ranges from various streams, irrigated fields and cattle rangeland, to pristine alpine forest home to elk, deer, antelope, and other wildlife.



Matt Harmon

Seven times larger than Utah's capital, Salt Lake City, and more than 10 times larger than Washington D.C., this is believed to be one of the largest private real estate transactions in the west.

The Farm and Ranch Group is a partnership between ERA Brokers Consolidated and NAI Utah South. Specializing in farm, ranch, and recreational properties, and providing exclusive buyer acquisition services, the Farm and Ranch group utilizes state of the art

  

Home (/) » News (http://www.sltrib.com/news/)

 (/weather)
Salt Lake City 34 (/weather) *
Traffic (/traffic) / Ski Report
(http://snowtotals.utahdigitalweb.com/)

# The Salt Lake Tribune
(/)

WWW.SLTRIB.COM   DEC 4, 2015

Become a Supporting Member | Ad-Free Log
(http://member.sltrib.com) | Log

search sltrib.com   Q

f  y  ▶  g+  🔊
(http://www.twitter.com/)

  Do you work at a
# TOP WORKPLACE?
FIND YOURS TODAY

 

(https://adclick.g.doubleclick.net/aclk%253Fsa%253DL%2526ai%253DBw 0jOjNFhVsu4POlNIAKy-
6pv6rmnwgAAAAQASAOABYhsCpkp4CYMm2i4fMo8AXggEXY2EtcHViLTM0NjI2MDg5NTi0MzE4MjayAQ53d3cuc2x0cmliLmNvbWyBvoBCWdmcF9pbWFnZcgBCdoBRmh0dHA6Ly93d3cuc2x0cmliLmNvbTL mNvb5S9eb21lLzMyNTY yNTktMTU1LzQ5MDA wLWFjcmVzLW9mLXV0YWgtcmFuY2gtbGFuZA%253D%253D)

# 490,000 acres of Utah ranch land sold to undisclosed buyers

By BRIAN MAFFLY (/staff/?ID=76) | The Salt Lake Tribune   CONNECT (/staff/?ID=76)

First Published 8 minutes ago   •   Updated 8 minutes ago

**Cove Fort area » 490,000 acres go for $57 million in one of region's largest sales.**

   🖨 (/csp/mediapool/sites/sltrib/pages/printfriendly.csp?id=3256259)   Share This Article

What is believed to be one of the West's largest land transactions ever went down in central Utah recently when undisclosed buyers paid $57 million for control of 490,000 mostly agricultural acres around Cove Fort.

The deal includes the title to private ranch lands and 4,000 head of cattle, as well as grazing allotments on adjacent or nearby state trust lands and public lands administered by the Bureau of Land Management and Fishlake National Forest west of the Pavant Range, according to broker Matt Harmon of the Farm and Ranch Group (http://intermountainranches.com/sold-central-utah-ranch/).

"This purchase represented the only opportunity to acquire such a vast tract of deeded and leased land in the entire state, and constitutes a true legacy ranch," he said.

🔊 **JOIN THE DISCUSSION**
(http://www.sltrib.com/home/3256259-156/490000-acres-
of-utah-ranch-land#disqus_thread)   Post a Comment
(http://www.sltrib.com/home/3256259-156/490000-acres-
of-utah-ranch-land)

He was not at liberty to identify the two buyers. One acquired the 5,300 irrigated acres, and a Utah livestock operator acquired the rest, he said. The land will continue to be used as it has for the past couple decades. It includes a premier elk hunting unit.

Most of the land is in Millard County, and includes the northeast part of Beaver County and creeps into the western ends of Piute and Sevier counties.

The deal might not rival the Louisiana Purchase in size, but the sale price dwarfs the $15 million President Thomas Jefferson paid the French back in 1803 for the territory stretching from New Orleans to the Pacific Northwest. And Harmon couldn't think of one that involved more land, as far as private deals go,

Instant Checkmate  
His Girlfriend had been cheating on him for
over a year. Find out how he caught her
using this 1 weird 'trick'.
Step 1) Enter a Name & State. Step 2) View Results
Search Now >


KOHL'S
CYBER FRIENDS
& FAMILY EVENT
EXTRA 25% OFF
IN STORE AND ONLINE
PROMO CODE FIREPLACE
SHOP NOW

U.S. SECURITIES AND
EXCHANGE COMMISSION

**REGULATORY
ACTIONS**

Rulemaking Index

Proposed Rules

Final Rules

Interim Final Temporary
Rules

Concept Releases

Interpretive Releases

Policy Statements

PCAOB Rulemaking

SRO Rulemaking and
NMS Plans

Exchange Act Exemptive
Orders

Investment Advisers Act
Notices and Orders

Investment Company Act
Notices and Orders

Other Commission
Orders and Notices

Public Petitions for
Rulemaking

## Comments on Proposed Rule: Disclosure of Payments by Resource Extraction Issuers

**[Release No. 34-76620; File No. S7-25-15]**

### Submitted Comments

*(Click here for meetings with SEC officials)*

Comments have been received from individuals and entities using the following Letter Type
A: 308
B: 116,923

Proposed Rule: Extension of
Comment Period for Disclosure of
Payments by Resource Extraction
Issuers

How to Submit Comments

| | |
|---|---|
| Apr. 7, 2016 | Jana L. Morgan, Director, Publish What You Pay – United States |
| Mar. 27, 2016 | Karl T. Muth, Ph.D., CEO, Alaska Consumer Oil and Gas, LLC, Anchorage, Alaska |
| Mar. 16, 2016 | Joseph Kraus, Ph.D., Senior Policy Manager, Transparency & Accountability, The ONE Campaign |
| Mar. 8, 2016 | Jana L. Morgan, Director, Publish What You Pay – United States |
| Mar. 8, 2016 | Jana L. Morgan, Director, Publish What You Pay – United States |
| Mar. 8, 2016 | Jana L. Morgan, Director, Publish What You Pay – United States |
| Mar. 8, 2016 | Ian Gary, Associate Policy Director, Fueling Development, Oxfam America, and Jonathan Kaufman, EarthRights International, Counsel for Oxfam America |
| Mar. 8, 2016 | Simon Taylor, Director, Global Witness, Co-Founder, Publish What You Pay and Zorka Milin, Senior Legal Advisor, Global Witness, US EITI Multi-Stakeholder Group Member |
| Mar. 8, 2016 | David S. Rosenthal, Vice President and Controller, Exxon Mobil Corporation |
| Mar. 8, 2016 | Stacy Linden, Vice President, General Counsel, & Corporate Secretary, American Petroleum Institute |
| Mar. 8, 2016 | Lisa N. Woll, CEO, US SIF and US SIF Foundation |
| Mar. 8, 2016 | Arlene McCarthy OBE |
| Mar. 8, 2016 | Erik Jan van Bergen, Chief Investment Officer, ACTIAM NV, et al. |
| Mar. 7, 2016 | Shannon O'Keeffe, Resource Policy Director - Sydney Office, International Transport Workers' Federation, Sydney, Australia |
| Mar. 7, 2016 | Eugene Falik |
| Feb. 20, 2016 | Dwayne C. Hans |
| Feb. 17, 2016 | Cleary Gottlieb Steen & Hamilton LLP |
| Feb. 17, 2016 | Jennifer L. Goldblatt, Chief of Staff, Office of Natural Resources Revenue, U.S. Department of the Interior |
| Feb. 16, 2016 | Ivan de Souza Monteiro, Chief Financial Officer, Petróleo Brasileiro S.A. — Petrobras |
| Feb. 16, 2016 | Simon Taylor, Director, Global Witness |
| Feb. 16, 2016 | Jana Morgan, Director, Publish What You Pay — US |

From: Meghan Belaski-Ashe
Sent: February 19, 2016
To: rule-comments@sec.gov
Subject: Mining Rules file # S7-25-15

Good Afternoon,

I am writing today, from my personal email address, to offer the SEC a different kind of public pathway for ensuring these extraction/mining disclosure rules proposed by the SEC take effect, and take effect with regulatory fury as soon as possible.

Let me put it as simply as possible, these companies, the ones protesting the rules, obviously have something on the line here, and quite frankly, between the once off thought of filing a false claims case, or qui tam case, against the entities I'm about to describe in this email, and the ability to just put it all out there as publicly as possible, I believe I found the perfect balance disclosing the information to the SEC-Office of the Whistleblower some time ago, without an attorney, while still able to challenge the outside layer of the insularly institutions that work for that elusive 1% through valid, and often public, communications with state and federal agencies, as well as the often inept staff of our elected politicians, usually without revealing more than I should. Usually.

Turns out you don't have to be a mathematician to know something's wrong in our world equation. The first thing wrong seems to be the statistical likelihood of 1% of the worlds population, aka 1% of 7 billion people, owning more than half of the worlds wealth. That makes no sense to a commoner like myself, and it shouldn't make sense to people like you who work for the SEC, and the agencies that you work with in tandem, to ensure fair, educated and capable markets are always functioning as a reflection of a healthy global economy, and a reflection of the quality of people like yourselves, who fight for justice in jobs like yours, when proposing rules like these, and regulate the markets without a self-interested future on the horizon. These proposed rules are a great step forward; a giant leap for mankind if you will. So thank you in advance.

Unfortunately many laws currently in place seem to have been crafted as obstructionist acts, including those that don't give the Department of the Interior any law enforcement capabilities, a reliance on decades old data to suggest BLM lands on the auction block for oil and gas lease are environmentally sound, while at the same time removing any ability of the BLM to enforce environmental standards on public lands, even when they may become potentially responsible parties for an environmental incident, the fact many legal land patent records in states like Utah and Nevada have never been verified by the National Archives records in Washington, DC, yet, the same parcels of land with no verification to the legal land patent records, go up for sale and lease to oil and gas companies all the time, with some of the most unique American history and landscape attached, and in situations like mine, when you find your family history, which is history of federal record, has actually been re-written if you will, not by the BLM, or DOI, but by an employee of the BLM or DOI, do you start to get a sense of why these rules are appropriate across the board, in every instance, and should be enacted as soon as possible. Retroactive if possible.

The oil, gas, mining, banking industries can't even file for an accurate foreclosure in my home state of Colorado, a foreclosure with oil and gas royalties hidden in the shadows of the financial crisis, or to the federal government in Utah and Nevada as it concerns mining

claims, based on the accuracy of the records, because my family being diligent in their pursuit of rights, which includes the new gold, aka water, so you can be certain any pushback against disclosing what types of payments are being made to foreign and domestic government entities in mining disclosures is because these companies are, at their core, money launderers, human rights violators, and war-profiteers, and can't afford for the rest of the world to know what they've really been up to, or how they managed to get such an exclusive seat at a table built for 7 billion people and counting. It's shameful. But redeemable.

The only thing most of these entities should be responding to in March 2016, according to the rules set forth by the SEC, as it pertains to the scope of allowance on comments issued today, 2/26/16, is the 5th Amendment. Let me elaborate.

Attached to this email is a small file of documents related to the fact that the history of my family in federal records has been altered over the course of many decades, to convey a false history in the Great Basin region of the U.S., and it's about time the companies that have benefited from decades of lax, to non-existing oversight of mining claims and extraction practices in this region, put the paperwork on the table. If these companies are getting, or have gotten these minerals from public lands, then it's public information people. If Congress helped you steal my family history, they will account for their actions as well. They are public servants too, and they are going to have to explain, to the public, what the motivation was in acting as an accessory-after-the-fact to a crime like this.

Especially if someone, or something, helped alter an ethnographic and archeological history while working for the federal government, and then filed paperwork verifying a false history in order to have the lands claimed public or abandoned, in order to one-day recover a trillion or so dollars in extraction royalties from a parcel of land that cost 15 cents an acre at a "public auction", carries no tax burden, and often comes with a decade long lease or more, then yes, I believe someone needs to explain this to the rest of us, because its sounds like a raw deal if you ask me. Corporations are people, so find someone in your corporations to explain people.

Many of the companies protesting the SEC mining disclosure rules, need to explain how they have benefited from land swap deals, working in conjunction with a few wayward employees of the BLM and Forest Service, over a lifetime in some cases, that are/were actually industry insiders, to falsify a shared American history, and are given cause to do so when our legislative branch of government writes "laws" that allow these pervasive, and criminal acts to determine market conditions, and further inequity around the world.

It's 2016 everyone. Colonialism is not cool anymore. Anywhere. And you picked on the wrong family when you picked on mine, because unlike many of the corporations who are ok committing crimes against humanity in resource extraction practices, I am not, and I have the upper hand here. I believe in human dignity and human rights, and those things are not possible with the destructive and often murderous nature of resource extraction around the world. Let's start here, in America, and set an example for the rest of the world. If you are getting your minerals from fraudulent acts, or from false histories, we want to know. And we want to know if you have been keeping strange bedfellows with the money that flows from, and to, these known frauds. Shouldn't be too hard to comply with if you're not doing anything wrong.

If Congress would like to know the secrets I know about the Great Basin, and the crimes

they have helped perpetuate the past that Billy the Kid fought for. I know what I know right now, then you can subpoena me. I'd be happy to tell you what I know that you don't. And what all the Utah and Nevada "leaders" should be investigated for when trying to insert last minute land deals into legislation, holding smoke-in-mirros hearings in Congress, for nothing more then the next campaign contribution from the people they are really trying to protect with these wasteful abuses of our taxpayer money. Investigate your campaign contributors. That's worth something, I promise. Actually, let me do it for you Congress, I have a 3-year head start.

Oh, and for all the Hammond/Bundy types out there, don't use this as further justification for your ignorant and childish acts in "protesting" the BLM. You are showing more than your ass here, you're showing your hand too. And I read your hand as this: an individual in the BLM, years ago, gave you a special privilege that really had no legal justification, and now you are scared that your secrets are about to be revealed, so you feel compelled to proclaim to the public that the BLM is trying to unjustly rob you of some right that does not even exist. The BLM is just trying to get their rightful property back from a bunch of squatters who are breaking the law, and have been for years. The BLM finally took notice. It's as simple as that. These Hammond/Bundy types may even need public assistance (welfare) to get back on their feet after we kick their asses off our public lands, and demand a proper accounting of mineral extraction practices, at home, and abroad, in order to make more perfect this union for all of us, not just a few of us, and to set an example the rest of the world can follow moving forward in this new era of accountability.

Once again, thank you SEC et al., you are the bestâ€‹â€‹â€‹â€‹â€‹.

Sincerely,

Meghan Belaski-Ashe



# Salt Lake BLM oil and gas lease sale 2/16/16

**Meghan Belaski** <meghanbelaski@gmail.com>                    Mon, Feb 15, 2016 at 11:59 PM
To: director@blm.gov, slauro@blm.gov, mnedd@blm.gov, juhitloc@blm.gov, feedback@ios.doi.gov

Good evening,

I just wanted to send a last minute message to the DOI/BLM about the oil and gas lease sale tomorrow, 2/16/16, through the Salt Lake City, Utah BLM.

I have communicated with the BLM in various ways over the past several months, almost a year really, concerning my family history in both Utah and Nevada, and I am worried that some of my communications have not been clear enough, or have not been taken seriously enough, considering there has not been a moratorium issued in some of these "public land" sales and swaps that have been executed, and are currently in the process of being executed, under the federal authority of the BLM and DOI, in places like Salt Lake City, Utah.

It is no secret that the Salt Lake City, BLM, and the Ely, NV, BLM, have been recently accused of altering ethnographic and archeological material as it concerns the Native American history of the Great Basin region, and it's no secret to the Securities and Exchange Commission Office of the Whistleblower et al., either, considering this altered history relates directly to my Mormon ancestors, and the fact some of my "ancestors" have been employed by the BLM and Forest Service over the years, and have clearly altered the history of the Great Basin region **of my own family** in federal records. And not just in this current situation where the BLM is selling tens-of-thousands of acres of public land to strategic mining billionaries for pennies on the dollar, but of the darkest secrets of our shared American history throughout the Great Basin region as well. And I know what those dark secrets are.

I sent a protest to the Salt Lake City, Utah, BLM, in the fall of 2015, regarding this oil and gas sale, which was postponed once already, letting the BLM know there were highly questionable records and circumstances surrounding how these became "public" lands in the first place, as evidenced by the BLM's own records, or lack thereof, and that because the Salt Lake City, Utah, BLM, was accused of altering ethnographic and archeological records as it relates to this dark history, they should not be the ones charged with selling these lands. Clearly there is a conflict-of-interest here, which means there is a conflict of interest when these lands go up for sale tomorrow, so don't say you were not warned Salt Lake City, BLM. You were warned repeatedly, and you failed to follow-up repeatedly.

How could the BLM in Salt Lake City, Utah, continue selling these parcels of land when new (and old) evidence exists to place a moratorium on these sales, and investigate the land swaps and false declarations made in federal records by individuals who are current and former employees of the DOI/BLM, and the fact the numerous crimes they've committed against the federal government and American people, continue to be perpetrated with oil and gas lease sales like the one in Salt Lake City tomorrow; the very place where these land deals are most likely criminal in nature based on the false records that have been generated by federal employees? It's crazy.

My family were some of the original homesteaders of the Great Basin, with patent mining claims and water rights in Nevada and Utah, they were prolific farmers, original Mormon pioneers with the Martin Handcart Co., Native Americans, and liars that also worked for you. Sounds like some of them still do, and you can count on the fact I know precisely what they've done in Utah and Nevada, and why they've done it, and so does the SEC-OWB, because I told them, which I assume means the DOJ and FBI know as well.

Any state or Congressional "leadership" currently trying to chime in and negotiate land deals, swaps, sales, leases, specifically in Utah and Nevada are just digging deeper. We're just sitting back and watching future federal prisoners distinguish themselves from the rest of us. Unfortunately, once again, it seems the Salt Lake City, Utah, BLM has

507

sided with "them" on this matter. I sure hope the BLM and DOI have properly conveyed to their employees that they are not immune from federal prosecution, and that people like myself, with the history and knowledge base I have in these matters, will personally see to it that any employee or Congress member, who has altered my family history in order to sell it to Jeff Bezos or Bill Gates, will regret not taking my allegations seriously.

Want to know how many of the potential buyers at your Salt Lake City, Utah, sale tomorrow are FBI agents? More than you could possibly want to imagine, because you couldn't possibly imagine what this Hartley/Tilford/Overson/ Belaski knows...and what I've told the SEC-OWB et al., that I know. Let my creepy family know too please. Hard to think of those bastards spending their last days behind bars. Actually, it's not that hard.

Sincerely,

Meghan Belaski

**doipostmaster@doi.gov** <doipostmaster@doi.gov>                                    Mon, Feb 15, 2016 at 11:59 PM
To: meghanbelaski@gmail.com

## Delivery has failed to these recipients or groups:

juhitloc@blm.gov
The e-mail address you entered couldn't be found. Please check the recipient's e-mail address and try to resend the message. If the problem continues, please contact your helpdesk.

## Diagnostic information for administrators:

Generating server: doi.net

juhitloc@blm.gov
*#550 5.1.1 RESOLVER.ADR.RecipNotFound; not found ##*

Original message headers:

Received: from gsmtp21.doi.gov (10.10.134.15) by iinsxfrexht02.doi.net
  (10.10.134.32) with Microsoft SMTP Server (TLS) id 14.2.347.0; Mon, 15 Feb

508