# EXHIBIT G
pages: 1310-1430



# Austin Exploration Starts 3-D Seismic On Pathfinder Property

Monday, April 20, 2015 - 4:43pm

Australia-based Austin Exploration has a 3-D seismic program underway at its Pathfinder property in Colorado, the company said April 16. Pathfinder is the company's 11,560-acre flagship property in Fremont County.

The 3-D seismic zigzag prospecting tool will begin in section 18 of the property, moving northwest and southeast as further development occurs.

A geochemistry, geophysics and 2-D seismic program was completed in 2014. The 3-D seismic zigzag will further de-risk the property, provide more information about section 18's fracture systems and assist the ongoing Pathfinder drilling program.

Mobilization and drilling has also recommenced in section 18.

Austin completed the participation and joint operating agreements for the newly formed Pierre Formation joint venture that was announced March 23.

Results will be communicated when available.

**Media Contact**
Martin Debelle, Citadel
+61 2 9290 3033
+61 409 911 189
mdebelle@citadelpr.com.au

## ABOUT AUSTIN EXPLORATION:

Austin Exploration is an Oil and Gas Company with a portfolio of oil and gas assets in the United States. In 2010, Austin strategically shifted its core focus towards non-conventional shale exploration and production. The Company has now established a major presence in two of America's most prolific oil and gas basins. Austin controls more than 11,000 acres in Colorado in the Niobrara Shale and has an interest in over 5,000 acres in Texas in the Eagle Ford Shale and the Austin Chalk.  Austin has producing oil and gas wells in Colorado, Texas, Mississippi and Kentucky. Austin has built a world class Board and Management team with proven company builders to derive maximum value from its oil and gas properties.  Austin is listed on the Australian Securities Exchange (ASX code: AKK) and on the OTC-QX International in the United States (AUN-XY).

**DISCLAIMER:**
This announcement contains or may contain "forward looking statements" within the meaning of Section 27A of the Securities Act of 1933 and Section 21B of the Securities Exchange Act of 1934. Any statements that express or involve discussions with respect to predictions, expectations, beliefs, plans, projections, objectives, goals, assumptions or future events or performance are not statements of historical fact and may be "forward looking statements." Forward looking statements are based on expectations, estimates and projections at the time the statements are made that involve a number of risks and uncertainties which could cause actual results or events to differ materially from those presently anticipated. Forward looking statements in this action may be identified through the use of words such as "expects", "will," "anticipates," "estimates," "believes," or statements indicating certain actions "may," "could," or "might" occur. Oil production rates fluctuate over time due to reservoir pressures, depletion or down time for maintenance. The Company does not represent that quoted production rates will continue indefinitely.

1311

7985 W. 16th Ave, Lakewood ● Denver, Colorado 80214
Level 9, 575 Bourke Street ● Melbourne, VIC 3000
GPO Box 2850 ● Melbourne, VIC 3001

4



Oil Producing Wells

2D Seismic Lines

Austin Exploration's Leaes

Map showing Austin Exploration's Pathfinder project in Colorado.  Austin Exploration's leases are just left of the historic Florence field.

1312

7985 W. 16th Ave, Lakewood ● Denver, Colorado 80214
Level 9, 575 Bourke Street ● Melbourne, VIC 3000
GPO Box 2850 ● Melbourne, VIC 3001

3

Request Details

Tracking Number : *EPA-R8-2013-002098*

| Submitted | Evaluation | Assignment | Processing | Closed |
|-----------|------------|------------|------------|--------|

## Request Information

Full Name : Bobby Magill

Organization : Fort Collins
Coloradoan

Date Submitted : 12/11/2012

Closed Date : 12/21/2012

Final Disposition : Full grant

## Description :

The Fort Collins Coloradoan newspaper requests a list of all aquifer exemptions granted by the EPA under the
EPA's Underground Injection Control Program between Jan. 1, 2000 and Dec. 11, 2012 in the state of Colorado in
the following counties: Adams, Boulder, Denver, Larimer and Weld. The list must include the date of the aquifer
exemption, the identity of the party to whom the aquifer exemption was granted, the identity of the affected
aquifer, the depth of the affected aquifer and the identity of the substance or substances the aquifer exemption
grants the permittee to inject underground.

## Released Records

Filter by Title :                           SUBMIT        CLEAR

Results 50 ⌄

1

6 records found, displaying all records.

| Download | Title | Type | Size (MB) | Release Date | Released With |
|----------|-------|------|-----------|--------------|---------------|
| ☐ | *October 22 2012 Weld County* | PDF | 0.57 | 12/21/2012 | Request |
| ☐ | *May 26 2000 Denver County* | PDF | 0.04 | 12/21/2012 | Request |
| ☐ | *March 14 2011 Weld County* | PDF | 0.52 | 12/21/2012 | Request |
| ☐ | *July 25 2005 Denver County* | PDF | 0.04 | 12/21/2012 | Request |
| ☐ | *August 24 2011 Weld County* | PDF | 0.61 | 12/21/2012 | Request |
| ☐ | *July 7 2012 Weld County* | PDF | 0.48 | 12/21/2012 | Request |

6 records found, displaying all records.

1

1313

Home     Business

  

# Tisha Schuller to leave as head of Colorado Oil and Gas Association

**By Mark Jaffe The Denver Post**

**Monday, March 9, 2015 - 3:46 p.m.**



**Tisha Schuller meets with the Longmont Times-Call editorial board Tuesday June 4, 2013. (** *Lewis Geyer, Times-Call file photo* **)**

Tisha Schuller said Monday she is leaving her post as head of the Colorado Oil and Gas Association, the state's biggest industry trade group.

1314

"It has been a pretty good run, but 5½ years is a long time," Schuller, 43, said in an interview.

In those years, the Colorado industry went from one center on Western Slope natural gas production to one focused on Front Range oil production.

"That was a dramatic transformation," she said.

Equally dramatic is the way the operators are changing the way they deal with communities, Schuller said.

Advertisement



STATE OF COLORADO EMPLOYEES

YOU ARE HERE. WE ARE TOO.

A wide-range network for the Colorado range

Learn more ▶          UnitedHealthcare

Now companies have to meet with communities before they drill and often negotiate drilling agreements or memorandums of understanding with local governments.

"Engagement has become a major part of doing business," she said. "It is something no one would have though of a few years ago."

Some of association's activity has been in response to communities adopting drilling bans or moratoriums.

COGA sued three of those municipalities — Longmont, Lafayette and Fort Collins — and had the local actions overturned in the lower courts.

1315

"There are a lot more stakeholders at the table now," Schuller said.

When Schuller took over as the association's president and CEO in November 2009, the group was suing the state over its newly adopted oil and gas regulations.

Schuller, who had been vice president with the engineering and consulting firm Tetra Tech, said at the time she wanted to "change the discussion."

The association has 300 members ranging from the state's biggest operators, which have global oil interests, to small, independent wildcatters.

The association lawsuit was dropped and COGA promoted initiatives such as a voluntary ground water testing program, which drew broad industry support.

"She really helped tone down some of the heated rhetoric by being calm, rational and reasonable ," Gov. John Hickenlooper said in a statement.

Peter Maysmith, executive director of Conservation Colorado, said "Tisha did a good job and deserves credit for opening lines of communications."

"But the industry still has to come to terms with the fact that what it does has a tremendous impact on the environment and communities," Maysmith said.

Schuller said that the industry is changing. "We are in the midst of a culture change and a culture change takes time," she said.

A national firm has been hired to search for Schuller's replacement. She will continue as

**THE DENVER POST**   ❮

She said she'll spend the summer with her sons and then search for a job in the fall.

*Mark Jaffe: 303-954-1912, mjaffe@denverpost.com or twitter.com/bymarkjaffe*

1316

From: **Meghan Belaski** meghan.belaski@gmail.com
Subject: Possible Meeting with Senator Warren
Date: January 26, 2015 at 1:19 PM
To: scheduling@warren.senate.gov

Good afternoon. My name is Meghan Belaski and I called Senator Warren's D.C. office last Friday and spoke briefly with a young lady about some documents I intended to send, and about the possibility of meeting with Senator Warren to discuss a potential Congressional investigation into some of these matters. At this time I am not requesting a Congressional investigation but I am certain that there needs to be regarding some of my claims and documentation.

I am providing the staff member reading this with 3 attachments named CONFIDENTIAL 1, 2 and 3. Due to the nature of the issues raised in these attachments, I have to inform you that some of these materials have been used in a detailed SEC-Office of the Whistleblower Tip, Complaint or Referral, through February 2014 and May 2014, as well as the OIG for the EPA, DOJ Division of Natural Resources and the SEC-OWB for the CFTC, and I would expect some of these matters to be under federal investigation and would request that these items are treated as such.

Additionally, some of these items have been disclosed recently in public comment cycles for proposed changes to Waters of the US, the Carbon Reduction plan via the EPA as it pertains to nuclear power generation, and for the proposed settlement of the Superfund Waste site Cotter in Canon City, Colorado. Oddly, I believe some of the fraudulent activity I have reported in Weld County, Colorado, is related to decades of fraudulent activity at Cotter of which I am intimately familiar.

This is the briefest snapshot of a years long mortgage and foreclosure fraud I have self-defended against, and the eventual acknowledgement by the State of Colorado that the property had royalties attached to it in November 2013. The royalties include oil, gas and water rights which is virtually impossible in Colorado. Colorado did not acknowledge the water right; they have most certainly tried to hide the water right for years. Decades really.

A FOIA request on my own information with the CFPB in Jan., 2014, revealed the complaint to be in "litigation assessment" in Sept., 2013. After my ex-husband and

I were told of the mineral rights in late 2013, we did not inform any state or federal agency, including the CFPB, of the rights as I recognized problems with the disclosures from the oil and gas firms right away, and was able attach significant activity in Weld County to issues buried deep within my mortgage and foreclosure documents. Due to the nature of the activity, and that it was not publicly known, I sent the information to the SEC-OWB starting in Feb., 2014 and ending in May 2014 and received an RMBS acknowledgement letter via email from the SEC-OWB on April 1, 2014.

My ex-husband and I have 2 records of foreclosure on our deed of trust issued by confirmation of purchase by the Public Trustee's office in Weld County. The first was eventually rescinded at my urging in 2011, the 2nd, occurred this past June 4, 2014. The first foreclosure reflects a fixed rate on the note, the 2nd a LIBOR rate on the same note which is literally impossible and incorrect. We went through multiple making homes affordable requests, several deed's-in-lieu, and 2 short sales; they all failed. After the last SS failed in late 2012, I refused to modify, deed-in-lieu, or short sale again because I knew they would mess it up. And they did. Big time.

After the 1st foreclosure filing in Nov., 2010, and the bank affirmed to the courts that the holder of the evidence of debt was accurate, the bank attempted to have us modify our loan with "loan modification documents" that started arriving at the house in Jan., 2011, which had a return address for "Investor Certification", and were really documents to clear up a major error that occurred when they failed to secure the instrument in 2004 and again 2009 when we modified the rate from a LIBOR to a fixed rate. We never signed any of these requests and received several from 2011-2012.

Please read through the documents and let me now if this is something your office is interested in discussing. I am in the process of finally retaining a trusted attorney to advise on some of these matters, but I can't do it all and neither can the SEC, the EPA and the DOJ. Some of this material requires a public fight and my gut instinct, as well as the Republican intent to take us back into the Dark Ages of deregulation tells me it's the right time now.

Contrary to what some of these documents may suggest, I am not crazy. As I said before this is but a snapshot of the thousands of pages of documentation I provided to the SEC-OWB throughout 2014. I am available to discuss by phone at 719-429-9939, or by email if there are any questions.

Because Senator Warren is a champion for the average American, and a personal hero of mine, I would love the opportunity to tell her how they did what they did in my case which is the story of every American who had a foreclosure action against them during the crisis.  Also, I did try to contact the staff for Senator Warren about some of these issues in 2013, but was met by youthful apathy at the time so I certainly appreciate the time the person spent talking with me last Friday and your attention to these matters now. Thank you again.

All the best,

Meghan Belaski

CONFIDENTIAL 1.pdf

Gmail - Additional Information                                                                                           11/16/15, 1:42



# Additional Information

---

**Meghan Belaski** <meghanbelaski@gmail.com>                                          Wed, Jan 28, 2015 at 2:10 P
To: scheduling@warren.senate.gov

Good afternoon,

I sent 3 attachments the other day regarding some activity in Colorado that I believe your office would be interested in, as well as a request to meet with Senator Warren regarding steps I intend to take as a private citizen, and the ones I believe are worthy of a Congressional investigation.

I wanted to direct the attention of Senator Warren's staff to the fact that the Nuclear Regulatory Commission should be investigated for corruption and conflict of interest in consistently failing to report legally required disclosures to the public regarding toxic and hazardous waste release and contamination, possible criminal cover-up of nuclear power plant/milling infrastructure deficiencies, and for failing to revoke Agreement State Status from states like Colorado that have never been forthright with the public.

Colorado is responsible for protecting the public health and well-being under its Agreement State Status all while permitting and licensing the entities they collude with behind the scenes that are the worst offenders. NRC's response to my public comment on Cotter's proposed settlement, and the approx. 350 pages of documentation I sent in September 2014, to the Senate Sub-Committee for the Superfund for the Majority (at the time), as well as the NRC, regarding Cotter in Canon City, CO, bears witness of the failure of the NRC to continue allowing Colorado to maintain an Agreement State Status. This status should be revoked as soon as possible and without delay as lives are literally at stake.

Additionally, The State of Colorado needs to be investigated for multiple offenses. Because of some of these offenses, I am seriously considering challenging the Supreme Court *Citizens United* decision and may consider asking for a reversal of decision based on the fact that elected officials from the State of Colorado, who received a "benefit" from one of the same entities who committed fraud on my property, have corrupted the process and turned Colorado into something that resembles RICO run enterprise that has unjustly robbed me of my constitutional rights to due process, personal property rights, and an expectation that once I have petitioned my government for a redress of my grievances, I could expect a result according to the law.

That never happened. I complained multiple times in writing, by phone, and in person to the Attorney General for Colorado and never heard a word otherwise. How is it that the CFPB can have the same material in "litigation assessment", receive an RMBS acknowledgement letter from the SEC OWB, yet never hear another word from the State of Colorado about the same issues? It's not possible. Colorado and its interests failed.

Because the State of Colorado Departments of Health and Environment and Division of Natural Resources have been corrupted by nepotism, favoritism and insider "trading" information, a decision to revoke the Agreement State Status Colorado currently maintains would be the ultimate loss to the criminal enterprise that is running my state. And I should know. My dad was federal prison warden and my mom a SIS officer at the SuperMax Federal Prison in Colorado when she retired. I know criminals and these people are criminals no doubt.

Colorado is playing fast and loose with the health and environmental responsibilities it has as an Agreement State, and public safety is at stake from the corrupted relationship it has with the uranium industry it oversees for Colorado. The Halliburton Loophole seems as if was designed to cover up the fact that the toxins in the fracking fluids we are all focused on are actually already in the ground and groundwater. The industry "proprietary secrets" mantra is a red herring to keep the truth buried; the toxins are already buried or in the groundwater from years of nuclear testing, missile silo sites, and nuclear power generation from the "cradle to the grave" activity, including improper nuclear and

hazardous waste disposal they now intend to take advantage of using in-situ uranium mining. This is no accident. They knew for a long time what they were doing and appear to have intentionally polluted the groundwater in certain places in Weld County in order to extract the uranium from it later. Much later.

I've included a few more details that I think the staff for Senator Warren might enjoy. I can't say 100% for sure that there is a connection in the images I've sent with this attachment, but the similarity is uncanny. Senator Warren should find out if the Republicans know why the Keystone Pipeline seems to follow the same path...

Thanks again,

Meghan Belaski

**Additional Info for Senator Warren staff.pdf**
10592K

1321



## CDPHE Plutonium disclosure failure

**Meghan Belaski** <meghanbelaski@gmail.com>                                    Thu, Feb 5, 2015 at 1:12 P
To: Wendy Highby <weldairandwater@gmail.com>

Hello,

I sent some documents the other day related to the proposed changes of Waters of the US and their particular relevance in Weld County. I apologize for a few typos in my emails...I have been really sick the past several days and on cold medicine which is not a good combination with a rage fueled fury.

You may wonder about my intent asking for a Congressional investigation into the role of the CDPHE and the NRC in perpetrating environmental fraud in Colorado and the basis for my allegations other than sending you my WOTUS documents which are obviously vague.

There are 2 attachments to this email related to the failure of the CDPHE and NRC to acknowledge or investigate testimony under oath and scientific evidence indicating that illegal and criminal plutonium incineration occurred under the watch of the CDPHE and NRC at the Cotter Superfund site in Canon City, CO several years ago. Unfortunately for all of us plutonium has a half life of way longer than you or I.

I mentioned my father was a retired federal prison warden that helped lead a fairly effective fight against Cotter until his own lung cancer diagnosis in late 2003. The 2 attachments to this email are the basis for my contempt and disdain for the CDPHE, and why the NRC response to the documentation and my request to them in November 2014, is inappropriate and negligent and further evidence of an ethically questionable relationship between the NRC and Colorado that must not be ignored any longer considering what is now happening in Weld County.

In combination with the documents I've made public to the EPA and WOTUS, as well as the documents I recently made public for the proposed Cotter settlement, it does not take too much digging in public records to find the connections between the decades of activity in Canon City at the Cotter site, with the decades of activity in Weld County, sometimes by the very same entities at the very same times, and the role of Colorado as an Agreement State as licensed by the NRC since 1968.

As some of you know, some radioactive waste is deemed "construction waste", and is purposely meant to evade public scrutiny of radioactive waste "remediation", handling and disposal. And that Weld County certainly received aquifer exemptions for fracking wastewater disposal in Greeley in 2011 and 2012. Near the poorest people on earth. Literally. By the homes that many of the refugee families from East Africa and Burma are living in. It's highly questionable that no one from the public protested the COGCC's request for the aquifer exemption to the EPA. It's statistically impossible and should be publicly questioned by organizations like yours.

The CDPHE is a gatekeeper entity for oil, gas and the nuclear industry, and have failed time and time again to protect the citizens of Colorado per their simple job descriptions. These attached plutonium documents say it all. My dad has often said he thought the State of Colorado was invested in backroom deals with Cotter, and thought it was indicative of criminal activity, he just couldn't prove it back then and then he got sick.

Please pay attention to: Severance drinking water 2011-2012. Why did the CDPHE only do 1 SAMPLE when the MCL for the 1 SAMPLE indicated that it had met the recommended level for the MCL in radiation exposure from the surface water? Wouldn't that result alone demand additional tests be run?

How does a non-tributary "closed loop" water right terminate in the Poudre River per the 2006 Town of Windsor development plan via the Halliburton facility at the old Kodak Great Western site?

Did you notice any discrepancies in the reported townships, sections, range, PM etc.?

Are you aware that old Army Corp of Engineers documents indicate that there is a closed loop groundwater system that is oversaturated at the surface in several areas that appears to run underground at the Atlas 12 missile site across the Poudre river in Windsor? Flows several miles NE per the Army Corps records. FYI-I heard a rumor from a very good source that the high end homes to the north of Severance, just off to the right before HWY 14, and just a little south of the Black Hollow Reservoir, have had "flooding" problems for over a year now and that all of the ditch managers and engineers have come out and said it's not their issue, and no one can determine where the water is coming from...

That's all I can offer at this time...best of luck to you Weld Air and Water Folks! Let me know if you need anything at all. Thanks again for your hard work.

All the Best,

Meghan Belaski

🔖 **CDPHE PLUTONIUM 1.pdf**
    12152K

1323



# Plutonium Problem cont.

**Meghan Belaski** <meghanbelaski@gmail.com>                           Thu, Feb 26, 2015 at 1:20 PM
To: Todd Faulkenberry <todd.faulkenberry@gmail.com>

The Colorado Department of Health and Environment is a bad actor. Likely a criminal one too. They have never been forthright with the public (for a reason) and were willing to lie about plutonium incineration in Canon City (for a reason). There is some rampant nepotism at work in these circles. FYI...and the same applies to the fracking "regulation" and "oversight" in Colorado. The Colorado Department of Health is nothing more than an industry backed group that has the full authority as an Agreement State to oversee all nuclear materials handling and production.

NASA is a big part of the uranium/plutonium conundrum too, as is Russia. Think about the private space industry groups here in Colorado and what their future plans entail; includes a private spaceport launch facility right near DIA. When you get a chance check out the creepy DIA conspiracy theories and actual landmarks and paintings at DIA...WTF? I especially like the time capsule that the "New World Order" Airport Commission and Lockheed Martin buried inside the terminal and will open in 2094. Good times.


**PLUTONIUM 2.pdf**
15498K

**Meghan Belaski** <meghanbelaski@gmail.com>                           Wed, Mar 11, 2015 at 3:59 PM
To: meghan belaski <meghan.belaski@gmail.com>

**From:** Meghan Belaski
**Sent:** 2/26/2015 1:20 PM
**To:** Todd Faulkenberry
**Subject:** Plutonium Problem cont.

The Colorado Department of Health and Environment is a bad actor. Likely a criminal one too. They have never been forthright with the public (for a reason) and were willing to lie about plutonium incineration in Canon City (for a reason). There is some rampant nepotism at work in these circles. FYI...and the same applies to the fracking "regulation" and "oversight" in Colorado. The Colorado Department of Health is nothing more than an industry backed group that has the full authority as an Agreement State to oversee all nuclear materials handling and production.

NASA is a big part of the uranium/plutonium conundrum too, as is Russia. Think about the private space industry groups here in Colorado and what their future plans entail; includes a private spaceport launch facility right near DIA. When you get a chance check out the creepy DIA conspiracy theories and actual landmarks and paintings at DIA...WTF? I especially like the time capsule that the "New World Order" Airport Commission and Lockheed Martin buried inside the terminal and will open in 2094. Good times.


**PLUTONIUM 2.pdf**
15498K                                        1324



# "CO2 WELLS" FW: CDPHE's Plutonium Problem

**Meghan Belaski** <meghanbelaski@gmail.com>                    Wed, Mar 11, 2015 at 4:53 P
To: RGFO_Comments@blm.gov

Good day,

I am writing briefly to ask the BLM to deny any current or future permitting to any party seeking to tap any type of " CO2 wells" for energy production in Colorado at this time. It seems the State of Colorado cannot handle its past or current responsibilities regarding public health and environmental stewardship, and certainly could not meet the demands of the responsibilities that come along with CO2 sequestration, now, or in the future.

Per NASA, the 4 Corners area near Durango, Colorado, currently has a massive methane cloud the size of Delaware situated right near where some of these proposed CO2 sequestration wells/pipelines will likely sit. This haphazard proposal will only make things worse as far as air quality and water quality are concerned. And we cannot afford anymore toxins in our air, water, soil, rocks and bodies in Colorado. We're overwhelmed already.

Colorado is 1 of 5 states in US that has recently been reported to have some of the highest levels of toxic and poisonous gases emitting from the wells linked to hydraulic fracturing in Western and Northern Colorado. Hundreds of dangerous "high priority" wells in Colorado have never been inspected by the same regulators charged with overseeing the activities associated with CO2 capture here in Colorado.

Lastly, I am forwarding 2 emails I recently sent to a legislative aide to the speaker of the house here in Colorado. I have been researching these issues for some time now based on personal experiences with the CDPHE and the Superfund facility in Canon City, Colorado, as well as the FUDS sites in Northern Colorado. These emails were intended to be a one-on-one dialogue between the recipient and myself, but at this time, I could give a rat's ass considering the implications. These people are either so clever they think they'll never get caught, as they always have a plan C, or are so narcissistic they have blinded themselves with their nepotistic and inbred ambitions, and cannot see clearly anymore. Clearly.

Please read the attached documents regarding plutonium incineration and contamination in Canon City, Colorado, that indicated a background 10,000 times higher than the average fallout ratio worldwide. Much of this was deposited in the mountains near Westcliffe and near the proposed CO2 well site in Gardner, Colorado. Given the half-life of plutonium in soil, one must ask what else these bastards intend to sequester.

Thank you kindly,

Meghan Belaski

**From:** Meghan Belaski                    1325

From: **Meghan Belaski** meghanbelaski@gmail.com
Subject: FW: Information
Date: March 12, 2015 at 1:35 PM
To: weldairandwater@gmail.com, intern_co@bennet.senate.gov, scheduling@warren.senate.gov,
james_thompson@bennet.senate.gov

The info you all received from me some time ago.was sent in its entirety recently to a helpful person by the name of Todd Faulkenberry in Speaker Hullinghorst's office. I believe he had a fairly strong grasp of the situation which also includes the SEC Office of the Whistleblower portion of the disclosure some of you knew about in fragmented pieces.

The whistleblower info I sent the SEC, DOJ and OIG for the EPA in early spring 2014, details oil and gas and water rights fraud attached to LIBOR rates on mortage notes through additions of fee simple estates added to appraisals for re-finances issued in the pre-crisis era. I know because I have oil, gas and water rights in Weld County. On the wrong rate for the note as it's publicly recorded today. That showed up in an appraisal. 10 years ago...

This was all non-public info I sent to the SEC in February 2014...and then the Commodities Futures Trading Commission in April 2014. Using my mortgage documents (which are vast) and recorded Weld County property records (which are shocking) I was able to rationalize that the Halliburton Loophole exists not to protect proprietary info about fracking fluids, but the already contaminated soil and groundwater that could be tapped via "fracking" for all kinds of radioactive materials and thusly explaining why the Navy, Halliburton, Chevron, Koch, Southland Corp. etc., were at or near my future address in the 1940's. And the connection of the activities in Weld County to the superfund disaster known as Cotter in Canon City, Colorado, is apparent in the announcement of the resignation of Tisha Schuller, the CEO of the Oil and Gas Industry Association in Colorado. Please see forwarded email below.

Anna in Colorado Springs from Senator Bennet's called last week and left a message that she would get in touch with me after she got back into town, but I would like you all to be aware of these issues now.

**From:** Meghan Belaski
**Sent:** 3/12/2015 12:38 PM
**To:** Todd Faulkenberry
**Subject:** Information

Hi Todd. It's Meghan Belaski. I hope you are well. I Sent you some info a couple of weeks ago. Do you have a direct phone number you could give me so we can catch up on a couple of things? I have some new info  your office could raise publicly at this time, and probably should for the sake of public health and well-being.

It has to do with the current CEO of the Colorado Oil and Gas Industry Association resigning. Her name is Tisha Schuller. Look at her background and you will see a company called Greystone, and another called Tetra Tech she's worked for in the past. Both are significant government contractors. Tetra Tech has international development contracts with USAID.

Attached is a picture of a document I have in my possession related to the Cotter Corp., in Canon City, Colorado from 2003. It's the same company that hid plutonium incineration #'s from the public with the help of the CDPHE; forwarded in the documents I sent to you recently. My computer shut down so I have to send a pic for now. Apologies.

Please note in 2003 the company Greystone is listed as a contributor to the assessment for Cotter, as is a person named Shepard Miller. The address for Mr. Miller is the same address and suite # for Tetra Tech in Fort Collins today. This is not a coincidence. Neither is the fact that the "Miller's" are part of the nepotistic crew I mentioned before (it's literally "Miller Time"), or that Greystone is now called Arcadis, and is the same company currently bringing radioactive waste from out of state to the Weld County Landfill...that then flows from the landfill through a "ditch" called John Law, past a couple of odd fracking operations and then through the Halliburton Loophole/facility at the old Kodak site directly into the Poudre River. All of which pass through, under, and over, Formerly Used (nuclear) Defense Sites via the John Law and Loup Reservoir System.

I would like to hear what your thoughts are, and what, if anything, your office can do with the information I've sent you. Thanks again for your time.

Best,

Meghan Belaski

From: **Meghan Belaski** meghanbelaski@gmail.com
Subject: More Public Comments regarding Cotter aka GA aka Commonwealth Ed
Date: April 9, 2015 at 11:59 PM
To: jennifer.opila@state.co.us

Good Evening:                                                                         April 9, 2015

My name is Meghan Belaski. This is the 2nd time I have submitted public comments about Cotter and the CDPHE's plans for the future of Cotter.

Cotter and the CDPHE should be investigated for corruption and crimes against the citizens of Canon City. The decades long relationship upheld by the NRC's negligent oversight of the CDPHE and thus Cotter, has long fallen on deaf ears. I'm writing tonight to tell you that's about to change.

Any requests by Cotter or the CDPHE to minimize the liability they carry for failing Cotter employees and the citizens of Colorado year after year, and decade after decade, has more than offended my family at this point; we are fighting mad, and will see the proper price paid for the harm YOU have caused the people I am standing up for this evening. And the list grows longer by the day.

The NRC is equally responsible for the crimes that have occurred under the criminal misconduct of the CDPHE, and quite frankly, it is beyond comprehension that any of you should have any say in these decisions at all. The only thing most of you should be asking for a reduction of the sentences you will serve in federal prison for good behavior. And Warren...I don't care if you're taking this personally. You shouldn't have this job if you are taking these things personally. And it probably means you should be investigated for a conflict of interest if you are. What is being taken personally is the list of friends and family and strangers that grows by the day of those afflicted with cancer. In Canon City.

Hopefully some of you will be able to spend as many months in one of Canon's 13 prisons as it takes to become radiated to the point of merkel cell carcinoma, Diffuse large B cell lymphoma, lung cancer etc. And that's just my immediate family.

Here are a few more docs the FBI, SEC, DOJ and the OIG for the EPA received over a year ago when I turned you in for securities fraud. Enjoy...there are more coming...

YAHOO!

United Technologies subpoenaed over bribery law allegations

United Technologies subpoenaed by SEC over allegations of anti-bribery law violations

Apr 24, 2015 12:31 PM

HARTFORD, Conn. (AP) -- United Technologies Corp. says it's been subpoenaed by the Securities and Exchange Commission seeking documents related to alleged violations of anti-bribery laws.

The Hartford, Connecticut, aerospace and building systems conglomerate said in a regulatory filing Friday that the March 9 subpoena is the second seeking documents related to internal allegations of violations of anti-bribery laws from the company's aerospace and commercial businesses including, but not limited to, Otis businesses in China. *— "Otis Elevator Co.,"* (handwritten)

A subpoena was issued in April 2014. United Technologies says it's cooperating fully. *Severance Co 2014* (handwritten)

In December 2013 and January 2014, United Technologies disclosed to U.S. and British authorities the status of its internal investigation of a non-employee sales representative retained by United Technologies International Operations Inc. and International Aero Engines for the sale of Pratt & Whitney and IAE engines and aftermarket services in China.

*"Otis" Elevator Co. Same "Otis" in SEC-OWB docs 2014.* (handwritten)

Share this story

From: COGCC Complaints dave.kulmann@state.co.us
Subject: COGCC Complaint Received
Date: June 2, 2015 at 10:57 AM
To: Meghan Belaski Meghan.belaski@gmail.com

# COGCC Received your Complaint

| Column | Value |
|---|---|
| Date of Complaint | 6/2/2015 |
| Your Name | Meghan Belaski |
| Your Address | 1212 Southridge Dr. |
| Your City and State | Fort Collins, CO |
| Your Zip Code | 80521 |
| Location of Concern | Very concerned about the fact that this authority for oil and gas in Colorado, adheres to the notion there is no such thing as "local control" or local regulation of oil and gas activity, yet it is the same "local control", say in the form of a city council, that makes the final decisions to permit oil and gas activity, in places like Fremont County, Colorado, in places like the Florence Oil Field, halfway between the superfund disaster site Cotter, with known nuclear groundwater contamination and migration off site for decades by the State of Colorado and Cotter, and the SuperMax, a federal prison in Florence, CO, which maintains the highest level of security of any federal prison in the United States, due to the fact it is housing the worlds most dangerous terrorists. Seems to me as the Colorado Oil and Gas authority for the State of Colorado, you have shot yourselves in the foot so to speak, with a locally controlled decision so egregious, and one you all apparently have no issues with, that the argument against local control is null and void by these facts. As well, the commission is not addressing sound science by failing to address and publicly acknowledge that fracking activities are causing earthquakes, that Cotter documents from 2 decades ago that the state maintains as an Agreement State with the Nuclear Regulatory Commission, indicate magnitude 5 and greater earthquakes have been recorded in Southern Colorado for decades, prior to the modern day fracking industry dominating any and every space they could, and with the higher earthquake risk now associated with fracking through sound science, and state and federal laws which require proper disclosure to the public when a "normal" activity carries a higher risk of a dangerous outcome, why none of the people who are charged with upholding public interest and the health and well-being of the public per their job descriptions as public servants, are raising hell when decisions like these are being made? Because of this poor decision and lack of oversight, obviously, I posed the same questions to the Bureau of Prisons, and their parent, the Department of Justice in the last week to try and figure out what in the hell is going on in Colorado since apparently it's not a big deal to possibly cause an earthquake by a federal prison with the worlds most dangerous terrorists inside. That the lack of oversight here is mind blowing to say the least, and begs the question of the legitimatcy in the regulatory authority for the State of Colorado at this time. |
| Do you know who the oil and gas company is? If so, please specify and if | |

1331

| | |
|---|---|
| you contacted them already please indicate that and who you talked with. | Austin Exploration is but 1 of many shell companies in this particular Florence Oil Field. |
| Email Address | Meghan.belaski@gmail.com |
| Would you like to answer additional optional questions related to the issues you are experiencing? If so, click the appropriate issue from the below list. If not, click "NO". Then click "Continue". | NO -- I JUST WANT TO SUBMIT NOW |
| Is it happening right now? | , |
| Is it happening right now? | , |
| Detailed description of the issue or issues. | ,See above. Also see Tischa Schuller and Robert Frick bio's as it concerns their roles for the nuclear materials industry, and what appears to be several significant conflicts of interest in Fremont, Weld and Larimer Counties. |
| Type of Complaint (Click all that apply) | Ground Water/Water Well, Property Damage, Federal Prison Infrastructure |
| Detailed description of the issue or issues. | ,See above. Also see Tischa Schuller and Robert Frick bio's as it concerns their roles for the nuclear materials industry, and what appears to be several significant conflicts of interest in Fremont, Weld and Larimer Counties. |
| Have you contacted | |



Intensity   Measured   on   Modified   Mercalli   Scale

COTTER CORPORATION

CAÑON CITY MILL

EARTHQUAKE EPICENTER MAP

State of Colorado

DRAWN BY   S.W.
DATE   2-84
SCALE   NONE
REVISIONS

FIGURE 7

1333



Meghan Belaski <meghanbelaski@gmail.com>

# Message from Contact Us Section - www.dcpsc.org
2 messages

**websupport@psc.dc.gov** <websupport@psc.dc.gov>                    Fri, Jun 5, 2015 at 9:32 AM
To: Meghan.belaski@gmail.com
Cc: mbriggs@psc.dc.gov, bwestbrook@psc.dc.gov

This E-mail was sent from the Contact Us section of the PSC website.

Meghan Belaski
1212 Southridge Dr (home)
Fort Collins Colorado
7194299939 (home)
Meghan.belaski@gmail.com

Subject
========
Exelon Pepco Merger

Message
========
Just writing briefly from Colorado to ask that the DC Public Service Commission do the public a great service by
not approving the proposed Exelon Pepco merger. If approved, you take the power of many and once again,
deliver it to the few. You will obliterate innovation and access to the market in a fair and just manner. Exelon
can"t even provide the public details on their financial status, or ensure the safety of the public in their power
plans, which includes decades of nuclear power generation "cradle to the grave" activities with little to no
oversight of their facilities in places like Canon City, Colorado, operating for years as Commonwealth Edison.
Commonwealth Edison has left the town my parents currently live in, a nuclear waste cesspool that is destroying
lives. Lymphomas, brain cancers, liver cancers, lung cancers, bone cancers etc., are the norm in Canon City. In
young people...I just lost a 39 year old friend down there to cancer. I know of 25 year olds with lung cancer in
Canon City. 18 year olds with thyroid cancer. And what"s so problematic with these statistics is that companies
like Exelon are never held accountable, and then are given a free pass on decades of criminal activity when
mergers like these are approved. If this merger is approved, you are in essence, justifying the activities of
Exelon"s past and that quite frankly is unacceptable. No matter the outcome here, this is not over by any means
as I intend to hold Exelon accountable for the murders in my town, and unfortunately, your customers will pay
the price of more bad decisions if this merger is approved as they will be paying on the debt Exelon has left my
town, my friends, and my family to recover, because I intend to sue them for everything they are worth. And
then some. Thank you for your time.

This message is from IPADDRESS: 98.245.168.36
Referrer: http://www.dcpsc.org/contactus/contactus.asp

**websupport@psc.dc.gov** <websupport@psc.dc.gov>                    Fri, Jun 5, 2015 at 9:33 AM
To: Meghan.belaski@gmail.com
Cc: mbriggs@psc.dc.gov, bwestbrook@psc.dc.gov

This E-mail was sent from the Contact Us section of the PSC website.

Meghan Belaski
Ward 1
[Quoted text hidden]

1334

## Appendix D

### Lincoln Park Superfund Site and Cotter Corp. Canon City Mill
# QUESTIONNAIRE

Interview Date: _6/223/2015_ _(handwritten: 24)_          Interviewee:  Meghan Belaski

_(handwritten: Interviewer(s):_
_EPA, CDPHE, "Sub-contractor")_

Company or Affiliation:  former Lincoln Park resident

---

### INTERVIEW INTRODUCTION

We are visiting with you today to get your opinion on the best way for the agencies working on the Lincoln Park Superfund site and Cotter Mill to communicate information to the Canon City community, and the best way for the community to communicate with us.

These interviews are being conducted to update the 2007 Community Involvement Plan.   There have been many changes to the activities in the program, which means it's also time to update the Plan.

We are interested in your opinion, and would like you to be as candid as possible.  Your responses will be pooled with all the other responses and never attributed to you.  The Plan is then developed from all of the responses.

If, at any time you have questions for us, please feel free to ask.

---

1.   What do you know about the Lincoln Park Superfund Site?

I'm not currently in Canon City, but here's what [I know].  In my opinion there are purposely left to become more contaminated because I think there's a (unintelligible) doing a lot of research. My knowledge is that highly contaminated and a knowing problem for decades.  In my own research, I went back through my dad's research from early 2000s.  Parents built a home two miles from the site (paraphrase ) [The fact that a Superfund site was nearby was] never effectively communicated to my parents.  In 1994 when they built that house, my understanding – my father was a federal prison warden, when he retired to Canon City, my understanding is one of my dad's friends in the FBI or CIA got in touch with him and asked are you aware that there's a situation.  So my dad was retired and had nothing better to do but dig into the records.  My dad was the second most senior person in Colorado behind the Governor.   _(handwritten: Sued)_

Dad [was recognized] by the Attorney General of the United States for his service.  My dad was very savvy about the law and how to get documentation to support what they were finding.  My dad worked his butt off for years [to prove] that people could have gone to federal prison over

this in the '70s.

I started digging through my dad's old stuff a few years ago. In 2003, he informed the AGO, EPA and CDPHE that he was concerned. He came down with lung cancer...this was after my uncle died of muscle cell carcinoma – one of the rarest cancers in the world. The doctor said in all his career he only saw one other person with this cancer.

*markel*

We were more concerned in 2003 with getting my father well, and ensuring his quality of life. He also had to have brain radiation. The brain radiation he lost a lot of his quick wit, ability to think on his toes. The boxes and boxes of stuff related to Cotter collected dust.

I recognized a trend in northern Colorado that reminded me of Cotter. I had a lot of health problems in Canon City – five surgeries. Ovarian cysts. I went to Fort Collins to grad school...

What I found is this – nobody was on the ball for decades – in 1977 or '78 EPA told the Colorado Department of Health that this was an unlikely spot [for a uranium mill] and recommended against building any more tailing cells. This is 1978 that EPA said this, and the CDPHE went ahead and [approved them].

Warren said this was a long time ago – but you're talking about nuclear materials – this situation has gotten far worse rather than gotten addressed as I believed it should be back in the '80s. In the '80s you've got the CBI saying there's missing records, [and recommended this not be relicensed]. The very next day, they did. The people making the decisions 30, 40, 50 years ago – it matters now. There's been a concerted, deliberate, purposeful effort to undermine the voice of the people for decades. The first thing you have to do for Canon City is acknowledge [these past problems].

Hickenlooper is in front of the public saying we're doing this great thing. No. Everybody knows — you had it in writing 15 years ago from the citizens and now the citizens are being treated [badly]. Half the people that were involved 50 years ago are dead.

I'm grateful you are doing this now. Nothing against you guys – it's the process. It's questionable that certain people were allowed to make decisions about Cotter over the years. I made a complaint through the Office of Whistleblowers. In northern Colorado there has been a criminal element. The only reason I can [think of] is...money. It's always down to money. The community needs an apology from the state and the people who were tasked with protecting the

people and the environment have not done their jobs.

Most of these people [in Canon City] are not highly educated; they don't have the money to hire an attorney. I am highly educated and I *do* have the money to hire an attorney and I *will* hire an attorney if I have to.

There are missing records – New Mexico…Savannah…I have documents in my possession that say there are years of records that are missing from Cotter. I have records of people saying that they were incinerating plutonium down there and that the levels of plutonium in the atmosphere were [high]. What we get is that the EPA and CDPHE are sweeping it under the carpet.

If you have…people with an interest doing the sampling — there's such a massive conflict of interest, in the decades of…90,000 gallons of waste on tailings ponds that they knew were failing.

The citizens cannot be told any more B.S. because we know better, and we're angry. I'm not afraid to offend people. I'm not afraid to step on toes. I don't want to cause problems, but if I have to cause problems to get solutions [I will]…Lincoln Park is not the only concern. Like throwing a rock on a pond — it doesn't just go one way, it goes everywhere. It migrates through the earth, it goes through the air. It goes everywhere. You need to look at concentric circles around Cotter.

I have documents that suggest that [tailings?] was up against my parents house. People know that the site is more contaminated than acknowledged. It did not go well for us any of us believing that what we're being told is true.

You guys caused a massive health crisis — I've said it to [law enforcement, lawyers and the media]. I think there should be a proper health assessment until 2002 and the company that did it was with a company that [did something in Ft. Collins – unclear]. I can tell you there were activities here in the 1950s [Weld County] related to Cotter. You've got an untrusting public, people with various cancers, and people deny it. (paraphrase)

I went to graduate school; I know how to read data. The NRC wants to deny it; they only want to look at [recent data]. There's a health crisis emerging in Canon City. I know of an 18-year old with thyroid cancer and a 23-year-old with lung cancer. This is not normal, and we've been told for 20 years that it's normal…[cancer clusters in the Eagle Heights neighborhood]. It's uncanny. You're going to a community that's facing a lot of health problems and they don't trust anyone

anymore. There's been a whitewash with EPA, Cotter and the Colorado Department of Health. It's not about you, but the people before you and all the failures and administration…

So they don't trust the process any more. You have a lot more studies that need to be done; epidemiological studies in that town. I don't know of any studies, but maybe one and the data was ridiculous. I've taken classes on how to do data like this. They can't run anything, but people admitting there's a liability issue with the company and the state and government. I hope you are the ones to move this without too much struggle because I know it takes a lot out of people. It takes a lot out of me.

2. How would you describe the community's relationship with the EPA and the State during the Superfund cleanup process?

I think it's tense, I think it's strained, and people are not telling you how they really feel. My father was a very peaceful man. He was always balanced, not impulsive, very wise. I'm the opposite, I'm impulsive, I'm like my mother — my father, before he got sick I was a bit involved, but I was sick, [I had a] blood clot in lung, [I got] pregnant…my father told me he was 100 percent convinced there were criminal acts committed by people within EPA and CDPHE. He couldn't necessarily prove it, but he believed it. – *and he was a federal prison warden*

I'm thinking: 'Why didn't anybody do anything?' That says they were working together — there was collusion. I think the relationship you have with the public is probably getting better because there's more access — the problem is you may not get everybody being as honest as they could be because they don't trust you guys. The agencies have let them down all this year [all this time?].

They need to know you're not here to perform for Cotter, but you're here to perform for them.

We get presentations, [that say] things are going so well. Just look at the timeline — it's all just smoke and mirrors. We need to see real results. We need to see real scientists. We need real science and real data here. I don't think Canon City was an accident when they picked this site – it was highly populated with prisoners and their families, a low-income, not highly educated population; submissive. They didn't know any better. You've got a group of people becoming more educated.

I would suggest going in with something they can feel like they're part of the process and not just talked about it.  Like a lecture in class...Best way is to let people effectively contribute (Paraphrase).

I know you have some good people in the CCAT group that are conscientious and patient...but when you're talking about nuclear material you have people like me who are impulsive and I'm in contact with them sometimes.  [I'm] not trying to make trouble; just trying to have a realistic application of the cleanup.

It [nuclear waste] doesn't stay static; it rolls out, it moves and then it mixes with other materials, and becomes more volatile.

I used to work with refugees for years...[so I understand how to build trust].

3.   When you want to get information about Cotter Corporation or the Lincoln Park Superfund Site, where do you go to get it?  *Informal or formal community leaders, Cotter employees, etc.*

I go obviously to the Internet.  I went through my dad's boxes.  Frankly I don't know how he got some [of those documents].  I Google Cotter a couple of times a week to see if there is any news out there.  It's difficult to find information on Cotter.  EPA doesn't have [much]; some is accurate, some is not accurate at all.  Cotter has long had this cloak over it.  When you talk 30 years later and it's [cleanup] still in the planning stage.

A lot of great information is probably the public property records from the 1940s, but there's not a lot about Cotter out there...they [Cotter officials] have the ways and means to erase history...[During a recent web search] an article I'd never seen before popped up from 1981. [In] the New York Times, the Colorado Bureau of Investigation confirmed things about Cotter; kidney failure in Canon City, Colorado connected to Cotter.

My neighbor has had two kidney transplants – kidney failure; no one can explain it....There's not a lot information on Cotter out there.  I find it difficult to find anything other than it's a Superfund site and there are problems and we're working on solutions.  I think a lot has been kept from the public for a reason.

4.   Are you aware of the agencies websites? Would you like to get notifications?  *Provide separate list to sign up.*

I am.  Yes.  I get updated information because I have publicly commented on a few things.  Part of what I'm telling you is – it's a very controlled environment of what we get publicly revealed

to us....their [government's] role and the negligence. I have highly questionable [sic] concerns about the Colorado Department of Health. When I see everything coming through them it makes me feel like I'm being controlled. My walls are very close together because you're bounded by the walls because you're wondering if they're with you or against you. They can't say it's bad information because there's liability there. The CDPHE has not said: 'We screwed up; you guys are all [exposed].' In the past it's been who cares what EPA and CDPHE says because in my mind you can't trust a single thing that they say about Cotter.

5. What do you think is the best way to get out information about the Superfund Site and Cotter Mill? *Format: mail or email - newsletter, fact sheets, telephone...*

Emails are obviously antiquated in some way. Getting out info in a format in a way that gets peoples' attention is desirable. Newsletters are a good thing – it's not just another email. People are inundated with emails. Looking at some of the newsletters generated, they read like magazines, they're tactile; [because of the effort it takes to publish a newsletter] they suggest more is being done than an email. People see more action, something being done.

Community involvement is great — advertising in the newspapers and sending out postcards rather than sending out emails.

a. How often?

Only necessary when there's something to update. If there's something significant, otherwise it just becomes a scheduled release and people don't care as much. [Talks about her experience working with refugees.]

If I see you in person and feel that I have a rapport with you...a lot of older folks in Canon like getting things in the mail.

6. How do you prefer to get news about current, general issues? *Which ones such as Denver Post, Pueblo Chieftain, Channels 5 & 30, KCSJ, etc.)*

I don't actually watch that much television, and I don't go to the news websites. I go seek out the news. I go *look* for the news. I don't go on to CNN and read the headlines; I look at what is making headlines.

If I'm looking at the going rate for uranium, I will do a search on "uranium news," "nuclear power," "nuclear energy news," "Nuclear Regulatory Commission." I try to "average" what the different sites are saying in a way that I try to apply it to a real-world understanding of how I understand the world works.

I won't look at CNN on hate crimes [a reference to Charlotte shootings] – I'll go to DOJ...There are public records on line.... I also do FOIA requests, as well. I know how to do those. I'm not

an anomaly – accepting the news….I know that [Commonwealth Edison] has something in Illinois that they're trying to finalize in Washington, DC.

It's a big concern to me that the entities that have been connected to Cotter, I can connect them to fraudulent activity in Weld County – Tetratech – I've turned over to the Department of Justice — fraudulent activity on my personal property….suggests there's more at play here.  I know how to pick around in the news to find accuracy.

[A friend of her husband, who she met at a class reunion] said: "Whatever you hear in the news, think exactly the opposite is happening."  That's how I approach things.

If I go to EPA [website] I find the definition of a Superfund and a timeline, but that's basically it.

      a.   Newspapers

      b.   TV Stations:

      c.   Radio Stations:

      d.   Email

      e.   Internet (websites, Facebook)

      f.   Paper Mail

      g.   Other

7.   What contact have you had with agency officials?

With you, I'm very satisfied, Jasmin.  The contact I've had with agency officials has been very little.  Sometimes I've talked to people who try to blow me off, and say: 'There, there, sweetie, it will all be okay.'  I don't accept somebody telling me that we're dealing with it now and we're going to go through this whole entire process — we've already done it.  Why are we doing it again?

Cotter had all of these violations and they finally admitted….Did this in the '80s, did this in the '90s.

I hear from the Colorado Department of Public Health and Environment and EPA: 'You've got to give us a chance – let us try.'  I do not accept that.  So I'm going to be demanding an investigation.  At one time Warren told me he was taking it personally...I don't care if he's

taking it personally.  The only people allowed to take it personally are my parents, who are sick. My friends who are sick.  They can take it personally.

There has been a massive failure... the whole job description — the failure to uphold the law. Fraudulent activities in northern Colorado. People in Canon City who have a bigger role ... I feel that people are worried about me a bit. I'm a loose cannon. I don't expect a lot of...I have the documents. I don't give them everything. I know how to hold some of my cards. There's a well known breakdown of uranium products and byproducts that occurred from the late 1970s through the 1990s.

I sent thousands and thousands of pages of documentation connecting Cotter to fraudulent activity in Colorado [to various authorities]. When I asked Warren about the Front Range landfill, I'm aware that radioactive waste from other states,  I get the runaround from the landfill and the CDPHE because nobody has to tell me anything because the state of Colorado has an agreement status with the NRC, and that's the biggest problem of all.  The NRC has been negligent as well.

They only address certain aspects of what you deliver....I get a response from the NRC that says they don't find any of the issues that I've raised [to have merit].  There's a failure in every sense of the word with every entity that has [anything to do with Cotter].  Years of missing records, years of missing data....I don't talk to a lot of people these days; I don't have much to say.  I feel like I'm running in circles... I feel there's more withholding of information than not.

A couple of people in CPDHJE said they had no idea what I'm talking about with the landfill – they said send me an email with the name, and I just gave you a name of people bringing radioactive waste into the state and put it in a landfill connected to Cotter. And the [oil and gas waste], which is why I sent all the information to the [whistle blowers office].

I feel that anytime I talk to anybody I don't get the whole story. They want to satiate [sic] me with: 'Everything's going to be okay, sweetie.'  I do not believe anything I'm being told by anybody.

    a.  How satisfied have you been with these contacts?  *Rate 1-5: where 1 is low, 5 high*

    b.  Comments:

8. Has the community been receiving sufficient technical information from the agencies? And has it been clear and easy to understand?

Absolutely not. I think if you're technically sophisticated… The people are using rhetoric. The people of Canon City have not been given technical information, and it's not easy to understand. It needs [to be simplified]…Justice issues…. Plutonium issue…they wanted to do some carbon capture near Westcliffe. BLM and consider other aspects of a carbon capture pipeline near Westcliffe and I'm no scientist but I can read documents. Plutonium 238 remains in the soil and is 230 times higher than the worldwide fallout rate, particularly at Westcliffe…it is undeniable that they [Cotter] were purchasing products that had plutonium in it; that they were clearly incinerating Plutonium, testimony from former employees that it was there, that they did it….even an email where someone from the CDPHE relenting [relating?] about how are we going [to get ahold of this?]?.

It's left in the hands of the state and the EPA that have made highly questionable decisions. It comes back – no plutonium in the soil – no significant amounts of plutonium in the soil. That may be true, but what they were talking about was incinerating it. Cotter has no reliability…no plutonium in soil, but then you have documentation that suggests that the air quality in Canon City is so out of the ordinary that it needs to be immediately studied. The information has been deliberately marketed so it's marketed in a way that [has been sanitized]. How in the hell can they come out and say there's no plutonium in the soil? That's what worries me. There's not a lot of technical data and it seems to me there's not a lot of technical material – it's more like advertising. Plutonium stays in the soil for decades….no, I don't think the technical information is there and people need to know, yeah, there's a nasty problem here. Part of the problem is people have not had enough information.

9. What information or services would you like to receive from the agencies?

I think honestly what people really want to hear is it's like getting a health diagnosis — you don't really want to know, but you have to. What the public needs and wants is the bad news. They don't want the good news. What they are getting is: 'We're working on it.' What the public needs is an acknowledgment, but we're trying to make it better. Need to know their thorium is off the charts, their radon is off the charts. Nobody can accept good news without the bad news. Some people are still going to come after Cotter — I am for sure —and their parent companies. If the state of Illinois grants Con Edison [something – unclear]… this conglomerate … I'm going after them for everything their worth. Then the people in the state of Illinois are paying for my payout….[unclear]….The people who get bad news, most of the people in Canon City are not going to do anything about it. Dormant public response…People are too sick, or too busy, or working too hard to think about things like Cotter. Difficult to pursue, costly, often not successful and people don't want to spend the last few years they have on something like this. Given a rose-colored hue don't know that you've got uranium in your groundwater and your crops are bad – people want to know the truth. People can then make wiser choices about where to build their homes….if you don't deliver the bad news, somebody else will and then it's out of your control…Almost a hybrid structure of ineptitude… if you guys can't do it, I'll do it.

I haven't given [information formats] much thought. [In response to a question about relative usefulness of fact sheets, workshops and other formats]. Give them a role in mitigating the dangers to their families; that's a good idea. Workshops would be wise. A lot of people don't understand the detrimental effects or what the half life of these materials actually means. A basic workshop on here's what happened, here's what we're doing and here's what the future looks like. As long as they're not workshops that Cotter put together.

A lot of people don't even know what they're fighting for. They know that it's dangerous, but they don't understand why. A lot of people don't understand how cleanup works, either.

10. Are there other languages spoken by local residents that would be beneficial to provide translations of site information?

    a.   Yes___      No___

    b.   If yes, which languages

Not that I'm aware of—its an insulary [sic] population.

11. Have you been involved in the Superfund process at Lincoln Park? *For example, community meetings, participating in the Community Advisory Group, submitting comments and so forth…*

    a.   Yes ___   No ___

    b.   How?

I have submitted comments. Yes. I haven't gone to any meetings because I'm in Fort Collins. What's interesting is this process is Ground Hogs Day – 15 years ago. Back then I was testifying in hearings and meetings and going out in the public with CCAT and my dad. In the past, 10, 15 years ago I was very active. When I heard Cotter was going through this process I did submit comments in October of last year. I am angry with the CDPHE.

I had expressed that I was dumbfounded with the fact that anybody from EPA or CDPHE would [allow Cotter to] have any role in this process at all — it's a wolf in sheep's clothing. I have expressed that several times in public comment cycles. It blows my mind that there's not a special committee or oversight of the entities that I put a lot of blame on in the past — they have the ability to control what's being delivered now. I'm much more satisfied now with this process. I feel the right thing's being done finally.

Ask serious questions about the stuff they're doing with radioactive material handling up in Weld County. I'd like to be more involved. I have been involved, but I haven't been to any community meetings of late.

12. Are there any barriers to effective participation that have not been discussed? *For example*

*assistance understanding technical documents*

No I think I've said enough. How I feel, but it's also well documented and provable — this is not just my feeling, this is documented fact. The barriers I can think of right now is the past. The past is a barrier to the future. Without acknowledging the past, [you can't move on to the future]. There was a significant conflict of interest that occurred. I have a bit of a running theory as to why — some of these aging missiles from Warren Air Force Base that are full of plutonium...there is contamination that has migrated into Lincoln Park and is now in the river and is possibly in my parents' house. What is being done [should not benefit Cotter]...China, Uzbekistan and wherever they're sending this stuff right now.... There's a profit to be made. They're cleaning up this site and [unclear] ... this should not be a secondary market for some of these materials because they can be used [for weapons??—unclear what her point is – perhaps don't make Canon City a dumping ground for outside waste].

It's not an exaggeration...concerned about human health. People who are exposed to this stuff [as children] [life long exposure and health impacts]. Local control – top down approach to a bottom up problem will fail. The public has to have a role and they don't feel that they have an actual role. They have to feel that something is done [unclear] for the cleanup of Cotter. You have to use your local knowledge — if you don't use your local knowledge base in any development, it fails.

13. From the community's perspective, what could prevent the Superfund cleanup process from moving forward? What could the agencies potentially do to address this situation?

Exactly what has prevented it from moving forward for the past 30 years? What is going on that prevented it from having success already? This was designated [as a Superfund site] in 1984. Whatever those barriers have been – once you get rid of those barriers, you'll have more success... The financial health of Cotter will have a role in this. I don't know if you're aware — the parent company, Commonwealth Edison, can't acknowledge their financial health right now. They're in dire straits and are on the road to bankruptcy. If they're on the hook for cleanup, that could be a barrier. If you get halfway through the process and they declare bankruptcy, that's a problem. Does the government, the state step in, do we have pay more taxes?

There should be some sort of understanding delivered to the public that the people who are coming in to do this [cleanup] are not going to benefit financially — we don't want to hear people doing this are making millions of dollars. It's infuriating to think there's millions of dollars in profits — that doesn't make me mad, but there hasn't been millions of dollars thrown into health studies...

14. Are you aware that there is a Community Advisory Group for the Cotter/Lincoln Park site?

    i. Yes _____ No _____

I am, and I've talked to a couple of people like Sharyn Cunningham. I'm aware of the lawyer Travis Stills in Durango [who] works with CCAT and seems like a really good guy. I live in Ft. Collins so it's difficult for me to get down there. [Describes family obligations involving her mother's treatment].

I've heard that some people [CAG members] feel that they have to play nice – that there's no room not to play nice. I'm not associated with any organization; I'm an individual [so I can step on toes]…..Brings me back to something CDPHE did several years ago – 2002, 2003, no one was getting information about what they were shipping into Cotter – they were shipping stuff in the middle of the night and putting it in unlined ponds, and when they got caught doing this stuff they had their permits put on hold. They had an unlined semi-truck full of radioactive material in a Florence neighborhood for a year. How is that possible? How does that happen? Because the CDPHE was granted the right to be an agreement state in 1968 and they have the sole regulatory authority.

Years ago CDPHE said you need to limit yourself to what you're saying in these meetings for two to three minutes — that's offensive when you've got cancer. Memos asking CCAT to please not overwhelm EPA with all their questions – that's not acceptable….These people should not be limited to two or three minutes. They need to say what they need to say. There's so much control by these people who are supposed to be on the side of the people…I'm an agreeable person. I've never been in a fight, but I'm a bulldog when I need to be.

15. Would you be interested in more information about the Community Advisory Group?
        i. Yes _____   No _____

Sure – anything helps. I like to know what's going on. Frankly – the initial application for Cotter for amended settlement agreement, it read more like an ….not really to remediate anything — it opens up their permit again. When you deliver information like that to the public…the permit was open-ended ….there's very few guidelines for uranium mining that they're doing now; there's a lot of information out there and not all of it is worded in my mind the way it should be. Hard to find the time to dig into hundreds of thousands of pages about this site.

How is it that we're still talking about this? I thought there was a plan in place 10 years ago.

*Public meetings are an important part of the Superfund processes.*

16. Do you prefer meetings that are open to all topics, or meetings more focused on specific topics?

I'm for an open-ended meeting. It's always good to have an open-ended discussion.

17. What times in your schedule work best for CAG meetings or public meetings?

No. I have an open schedule — I'm working on a book. I've been kind of a rogue outsider. I don't mean to be and don't intend to be. I just could not accept the fact that people I even voted for like John Hickenlooper [are part of the problem]. You should be saying that we screwed up. It's a long overdue failure on the state of Colorado.

An administration that comes in, it may not be their fault, but we take it out on them because they're the ones in power. It's more beneficial for me with the information I have in Weld County, to stay in the background.

18. Is there anyone else you think we should be talking to?

My friend just lost her 39-year-old husband to liver cancer. He was born in Cheyenne, lived near Warren AFB and moved to Canon City when he was 18. I can't say Cotter did it…. They had their water tested and found a pretty significant amount of uranium, so they put a $5,000 water filter in their house in Lincoln Park. She [her friend] feels like Cotter contributed to the demise of her husband. We can't prove it necessarily.

People like this may not blame Cotter, but this purgatory that Cotter's been in ….
After a massive rainstorm came down within the last year, and she told me she heard something outside. She looked outside and saw people in hazmat suits with full coverings on their head powerwashing the dirt outside her road at 4 o'clock in the morning. I've told the FBI about this…. This says to me that the state or the city or somebody, or somebody was aware of the hazard when that rain came through, that's right now. That's not 20 years ago – that's current activity. It's hard to trust things these days – what's really happening. That's why I called the FBI – it may be something, it may be nothing, but they didn't tell anybody about it. That does not make sense.

I know my dad would probably like to talk to you guys but he's worn out. [Talks about his condition.]

You're doing the right thing [in talking to community members].
I really do appreciate — I'm not just argumentative — I've never been the victim about anything, but...sometimes when you talk to people who've been victimized and acknowledge how they feel, they'll be more willing to compromise than fight at this point.  I don't think you're going to find a lot of fighters down there; you'll find a lot of victims.  [It's important to move forward with this process.]

19. Is there anything else you would like to add or any concerns that have not been addressed?

The only thing I think you haven't covered is any more deliberate health assessments – I don't think that has ever been addressed the right way, that no one has been interested in looking at health effects down there.  You should develop a simple survey to get a baseline for illnesses.

It's hard to look at other people's data sets and say everything's okay here.  You have to go out and get the data yourself.  Canon City has a much higher rate of lymphoma – without a doubt. Most of them are near my parents' house.  That's the one thing that's missing in this puzzle. There's a health crisis festering.  Significant anomalies down there if the data is done properly. Most of the studies are done by subcontractors that are in cahoots with the company.  Nobody associated with Cotter should do any of this work.

[We need an] unbiased third party who has never been to Canon City, an unbiased voice to come in free from predetermined outcomes.

By Steve Tetreault          2015

Las Vegas Review-Journal News Bureau

WASHINGTON – Southern Nevada community and business leaders on a lobbying trip to the nation's capital got a pitch Thursday on Yucca Mountain from the leading supporter of the controversial nuclear waste program.

Rep. John Shimkus, R-Ill., spoke to members of the Las Vegas Metro Chamber of Commerce on their annual visit to promote the priorities of the local business establishment. During the roughly half-hour briefing, Shimkus reminded them that Yucca enjoys strong support in the House and urged them to consider possible roles for Nevada if the mothballed repository site is revived.

"He implored us to think about it, to consider how we might want to help manage the process should it happen," said Kristin McMillan, chamber president and CEO.

She added conversation was "rather spirited in the room," which was closed off to a reporter.

Participants in the room said reaction to Shimkus was mixed. He was challenged on why Nevada should be the nation's nuclear dumping ground. But also there were questions whether the state should be open to engagement if the Nuclear Regulatory Commission were to conclude the site 100 miles northwest of Las Vegas could be safe to store highly radioactive material projected out to a million years.

"What they were asking, and the point I was making was, if this is moving forward, shouldn't they have a seat at the table?" Shimkus, the chairman of a House energy subcommittee, said after the meeting.

Chamber officials said Shimkus requested the meeting, marking the third time he has addressed visiting business leaders about nuclear waste.

And while it was not spelled out, McMillan said "everyone is cognizant" that Sen. Harry Reid's retirement after next year could shift sentiment in the Senate. Using his powers as a Senate leader, Reid has blocked Yucca bills for years.

Sandoval appoints 5 to...

1349



# Nov 13th deadline link to "silt" build-up letter etc

**Meghan Belaski** <meghanbelaski@gmail.com>                                        Fri, Nov 13, 2015 at 11:58 PM
To: jennifer.opila@state.co.us

Hello,

This "informal" public comment is intended to communicate that I believe the link provided on behalf of the CDPHE, establishing "requirements for environmental data collection", with a November 13, 2015, deadline, actually provides a date connected to a December 7, 2015, deadline, and letter for public response to the "silt" build-up plan, and the Nov., 13, 2015, connection to the silt build-up letter/plan, and deadline for "environmental data collection", is poorly communicated and should be addressed.

The link to the proposed Quality Assurance Project Plan for the CDPHE, and pending Cotter decommissioning plan, offers a deadline at the top of the link for Dec., 7, 2015, but does not leave the reader with the impression that the necessary information for the November 13, 2015, deadline, and pertinent information/documentation, is relevant to the statement, and I would respectfully request that the deadline (today), for the "environmental data collection" plan, be extended to the connected link provided by the CDPHE, to the additional date of December 7, 2015.

Even if that deadline is not extended, it should be understood by all interested parties, that this issue far exceeds with Colorado health officials are capable of addressing, or should be addressing based on conflict-of-interest laws, and the Colorado "Cotter" connection to an emerging nuclear waste emergency in St. Louis, which includes mounting evidence of a massive contamination in urban neighborhoods and smoldering landfills in St. Louis, from activity directly connected to the Manhattan Project, to Cotter in Colorado, formally known as Commonwealth Edison, aka GE, aka GA, etc., etc., and currently known as Exelon, et al.

I believe this means material from Department of Defense projects, no matter the era, and the state vs federal roles in hiring negligent, privatized, sub-contracted entities to "manage" these sites, in addition to employing wayward state and federal employees of years past acting outside the scope of public interest, together, have left these sites and communities to waste, and have caused undue harm to past, present, and future generations as evidenced by the cancer cluster under investigation in St. Louis, and the cancer cluster the CDPHE, EPA and NRC have failed to acknowledge and investigate in Canon City. An emerging cancer cluster that cannot be ignored any longer no matter how many laws are broken or backdated not to be broken. See CDPHE Public Rule Making Hearing December 16, 2015, Parts 1, 3, and 18, and proposals for a decade of backdated (and lowered) radiation standards of exposure through mining, milling, storage, transportation, shipping, in use as construction material, etc.

Highly enriched uranium, plutonium, and other unknown nuclear materials have gone unaccounted for, decade after decade, across state borders, ie., interstate and federal, as by-products of activities directly connected (and documented) to the Manhattan Project, and the Cotter sites in both Colorado and St. Louis; which are currently under investigation in Missouri by the Centers for Disease Control, the Department of Energy, the Army Corp of Engineers, and the Attorney General of Missouri. Quite frankly, the scope of research, investigation, and public disclosure in Missouri makes me question the motives of our state leadership and health department as the CDPHE is currently trying to backdate our issues and failing to disclose the significance of the long-standing and current issues at Cotter in Colorado, to the current radiological hazard in St. Louis at the same time. Odd.

No entity with Colorado/St. Louis/Cotter connections, including the irrelevant joke of a "regulatory authority", the NRC, should be making any plans for Cotter in Colorado at this time. The Army Corp of Engineers, the CDC, and the DOE need to take over the planning for Cotter in Canon City. Anything less is unacceptable. I don't expect our Attorney General to do anything other than prepare herself for the tv cameras, and to hire a good attorney specializing in public corruption.

Court records long ignored by the CDPHE, EPA, and NRC, detail mind-blowingly large doses of plutonium far exceeding anything reasonable, justifiable, legal, or ethical, in legitimate records and testimony of airborne contaminates around Canon City and Westcliffe, Colorado, from a plutonium incinerator that wasn't supposed to be there, and the failure of the CDPHE, EPA and NRC, over the course of decades, to intervene in any type of public health setting to ensure the safety of the citizens, not only in Canon City, but other communities in Colorado, and beyond in other states, as evidenced by the current situation in St. Louis, when plutonium and uranium laced soils were labeled as "clean fill", and transported to landfills, like the one near Severance in Weld County, Colorado, and also used as "clean fill" for developing new home sites in construction, malls, golf courses, schools, playgrounds, etc., and I suspect, from the emerging cancer cluster in Eagle Heights, this is what happened in Canon City at Eagle Heights, and scattered among the cities along the Front Range and Western Slope of Colorado.

When I became a Whistleblower to the SEC, DOJ, CFTC, and EPA IG in the spring of 2014, this is what I gave the federal government to build a case on. That and a few thousand pages of non-public information detailing a Residential Mortgage Backed Securities Fraud tucked in with a little treason, a little oil and gas derivative manipulation in the commodities futures market, some corrupt politicians, all wrapped up in an environmental contamination scheme so elaborate only a proper war criminal could conceive it.

After my uncle died of Merkel Cell Carcinoma, one of the rarest cancers in the world, and I had surgery after surgery after surgery for aggressive endometriosis, and my best friends baby was born with her intestines outside her body, and my dad was diagnosed with a stage 3 lung cancer, and my mom a stage 4 lymphoma, and then Eagle Heights neighbors started dying of brain cancers, and blood cancers, and bone cancers, and kidney's failed overnight, and thyroid cancers emerged in 19 year olds, and my mom's cancer nurse in 2015, who told me her 23 year old best friend in Canon City had lung cancer, and then, after my best friends husbands death from liver cancer this spring at age 40, I knew I would never rest until I saw justice upheld in this case, and I am prepared to fight Cotter et al., for as long as it takes. Justice will not be served until the full scope of the contamination in Colorado and Missouri is acknowledged, why it happened, and what the victims can expect from the offenders in the future. The law is on our side now folks. It's time the CDPHE, EPA and NRC take that to heart, and stop living in the past, and do the right thing.

Sincerely,

Meghan Belaski

**Meghan Belaski** <meghanbelaski@gmail.com>                                                                 Sat, Nov 14, 2015 at 12:00 AM
To: attorney.general@ago.mo.gov

Please see attached "Cotter" email from Colorado.
[Quoted text hidden]



# Comment (635) of Meghan Belaski on PRM-20-28, PRM-20-29, and PRM-20-30

This is a Comment on the **Nuclear Regulatory Commission** (NRC) Proposed Rule: <u>**Linear No-Threshold Model and Standards for Protection Against Radiation: Extension of Comment Period**</u>

For related information, <u>Open Docket Folder</u>

Comment Period Closed
Nov 19 2015, at 11:59 PM ET

**ID:** NRC-2015-0057-0649

**Tracking Number:** 1jz-8mt8-ynr2

## Comment

See Attached

## Document Information

**Date Posted:**
Dec 14, 2015

**RIN:**
*Not Assigned*

Show More Details

## Attachments (1)

Comment (635) of Meghan Belaski on PRM-20-28, PRM-20-29, and PRM-20-30

**View Attachment:** PDF

```
            OLD TOWNE STA
          301 S HOWES ST FL 1
            FORT COLLINS
                  CO
              8052199997
              0731700197
12/05/2015    (800)275-8777    10:39 AM

Product                      Sale      Final
Description                   Qty      Price

First Class          1                $1.20
Mail
    Large Envelope
        (Domestic)
        (WASHINGTON, DC 20460)
        (Weight:0 Lb 2.00 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.42
Mail
    Large Envelope
        (Domestic)
        (WASHINGTON, DC 20460)
        (Weight:0 Lb 2.20 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.20
Mail
    Large Envelope
        (Domestic)
        (DENVER, CO 80202)
        (Weight:0 Lb 2.00 Oz)
        (Expected Delivery Day)
        (Monday 12/07/2015)
First-Class          1                $1.20
Mail
    Large Envelope
        (Domestic)
        (WASHINGTON, DC 20301)
        (Weight:0 Lb 2.00 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.20
Mail
    Large Envelope
        (Domestic)
        (WASHINGTON, DC 20585)
        (Weight:0 Lb 1.70 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.20
Mail
    Large Envelope
        (Domestic)
        (JEFFERSON CITY, MO 65102)
        (Weight:0 Lb 1.70 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.20
Mail
    Large Envelope
        (Domestic)
        (WASHINGTON, DC 20535)
        (Weight:0 Lb 1.70 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.20
Mail
    Large Envelope
        (Domestic)
        (ATLANTA, GA 30333)
        (Weight:0 Lb 2.00 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)

Mail
    Large Envelope
        (Domestic)
        (ATLANTA, GA 30333)
        (Weight:0 Lb 2.00 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.42
Mail
    Large Envelope
        (Domestic)
        (WASHINGTON, DC 20314)
        (Weight:0 Lb 2.10 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.20
Mail
    Large Envelope
        (Domestic)
        (WASHINGTON, DC 20528)
        (Weight:0 Lb 1.70 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.20
Mail
    Large Envelope
        (Domestic)
        (WASHINGTON, DC 20585)
        (Weight:0 Lb 1.70 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.42
Mail
    Large Envelope
        (Domestic)
        (ATLANTA, GA 30341)
        (Weight:0 Lb 2.10 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $1.42
Mail
    Large Envelope
        (Domestic)
        (WASHINGTON, DC 20005)
        (Weight:0 Lb 2.50 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $0.71
Mail
    Letter
        (Domestic)
        (SALT LAKE CITY, UT 84101)
        (Weight:0 Lb 1.30 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
First-Class          1                $0.71
Mail
    Letter
        (Domestic)
        (MOAB, UT 84532)
        (Weight:0 Lb 1.30 Oz)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
PM 2-Day             1                $5.75
Window FR Env
        (Domestic)
        (NEW YORK, NY 10185)
        (Flat Rate)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
        (USPS Tracking #)
        (9505 5136 4289 5339 1543 82)
    Insurance        1                $0.00
        (Up to $50.00 included)
PM 2-Day             1                $5.75
Window FR Env
        (Domestic)
        (ROCKVILLE, MD 20852)
        (Flat Rate)
        (Expected Delivery Day)
        (Tuesday 12/08/2015)
        (USPS Tracking #)
```

```
              OLD TOWN STA
              301 S HOWES ST
          FORT COLLINS, CO 80521-9997
```

12/18/2015                06:01:31 PM

```
               Sales Receipt
Product         Sale    Unit      Final
Description     Qty     Price     Price
```

MARYLAND HEIGHTS,                  $5.75
MO  63043-0761
Zone-5
Priority Mail 2-Day™
Window FR Env with up to $50.00
Insurance and USPS Tracking™
included
  %% USPS Tracking #:
  9505 5000 2185 5352 0015 85
  * Expected Delivery Day Tuesday,
December 22.
                      ========
Issue Postage:                     $5.75

WASHINGTON, DC  20036-3001         $12.65
Zone-7
~Priority Mail 2-Day™
Medium FR Box with up to $50.00
Insurance and USPS Tracking™
included
  %% USPS Tracking #:
  9505 5000 2185 5352 0015 92
  * Expected Delivery Day Tuesday,
December 22.
                      ========
Issue Postage:                     $12.65

QUEENSBURY, NY  12804-2144         $12.65
Zone-7
~Priority Mail 2-Day™
Medium FR Box with up to $50.00
Insurance and USPS Tracking™
included
  %% USPS Tracking #:
  9505 5000 2185 5352 0016 08
  * Expected Delivery Day Tuesday,
December 22.
                      ========
Issue Postage:                     $12.65

BRIDGETON, MO  63044-2551          $5.75
Zone-5
Priority Mail 2-Day™
FR Env with up to $50.00
Insurance and USPS Tracking™
included
  %% USPS Tracking #:
  9505 5000 2185 5352 0016 15
  * Expected Delivery Day Tuesday,
December 22.
                      ========
Issue Postage:                     $5.75

IOWA CITY, IA  52244-4503          $5.75
Zone-5
Priority Mail 3-Day™
FR Env with up to $50.00
Insurance and USPS Tracking™
included
  %% USPS Tracking #:
  9505 5000 2185 5352 0016 22
  * Expected Delivery Day Wednesday,
December 23.
```

1354

```
Zone-5
Priority Mail 3-Day™
FR Env with up to $50.00
Insurance and USPS Tracking™
included
  %% USPS Tracking #:
  9505 5000 2185 5352 0016 22
  * Expected Delivery Day Wednesday,
December 23.
                      ========
Issue Postage:                     $5.75

WASHINGTON, DC  20530              $5.75
Zone-7
Priority Mail 2-Day™
FR Env with up to $50.00
Insurance and USPS Tracking™
included
  %% USPS Tracking #:
  9505 5000 2185 5352 0016 39
  * Expected Delivery Day Tuesday,
December 22.
                      ========
Issue Postage:                     $5.75

Total:
                      ==========
                                   $48.30

Paid by:
VISA
  Account #:        XXXXXXXXXXXX8183  $48.30
  Approval #:       018059
  Transaction #:    369
  23-902030477-99

SSK Transaction #:
USPS® #                      208
                        073170-9551
```

~ For information on dimensions for
USPS®-produced boxes, please visit
https://shop.usps.com.

%% Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811,
or use this self-service kiosk (or any
self-service kiosk at other Postal
locations).

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

                   Thanks.
          It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

*************************************
*    Note: Priority Mail Express    *
*   refund restrictions in effect for *
*        mailing dates Dec. 22-25.    *
*               ***                   *
*************************************

Pointing fingers: Exelon says feds knew radioactive waste was being dumped at landfill : Business

11/2/15, 1:39 P

 ST. LOUIS POST-DISPATCH

 Nov., 2015 "Exelon"

# Pointing fingers: Exelon says feds knew radioactive waste was being dumped at landfill



**A RADIOACTIVE JOURNEY**

14 HOURS AGO • BY JACOB BARKER

During three months in 1973, dump trucks carrying more than 40,000 tons of dirt made their way from a site near the airport to a landfill on the western edge of St. Louis County.

The truck owners didn't have to pay to dump their loads; what they delivered was billed as clean fill dirt that the landfill operator could use to cover other refuse.

But it wasn't clean fill.

The dirt came from Latty Avenue, which was used as a storage site for radioactive materials purchased from the federal government. The materials were owned by a Colorado company, Cotter Corp., which was looking to squeeze what value remained in wastes left behind from uranium processing that supplied the nation's nuclear weapons buildup.

Except for what those dump trucks took to the landfill, Cotter shipped much of what was stored at Latty Avenue to its facilities in Colorado, according to official reports.

In the spring of 1974, Cotter representatives told the Atomic Energy Commission that the company decided to dispose of some of the radioactive material in "St. Louis County sanitary landfill area No. 1 on Old Bridge Road." The 8,700 tons of leached barium sulfate, which contained several tons of uranium, were mixed with dirt scooped right off the top of the Latty Avenue storage site, company representatives and documents told the AEC.

AEC records show the agency recommended citing Cotter for not following the "intent" of its regulations because it had mixed the waste with soil.

But a few months later, in November 1974, Cotter requested and received Atomic Energy Commission approval to terminate its license for the radioactive material at Latty Avenue. At the end of the year, the AEC, which had faced years of criticism for being too cozy with industry, was dissolved and its duties handed to the new Nuclear Regulatory Commission.

This chain of events, pieced together from reports and documents from the AEC and NRC, is raising questions about the federal government's knowledge of, and liability for, the long-

contaminated West Lake Landfill.

It turns out there was no "St. Louis County sanitary landfill area No. 1." The barium sulfate, mixed with nearly 40,000 tons of soil from the contaminated Latty Avenue site, was dumped in West Lake Landfill.

But despite the nonexistent landfill, the company that retains Cotter Corp.'s liability said it did nothing illegal. The AEC knew Cotter's contractor, B&K Construction Co., dumped material in a St. Louis County landfill. Yet the government never cited Cotter, and it ultimately released it from its license.

"This whole thing was done under the watchful eye of the Atomic Energy Commission," said Craig Nesbit, a spokesman for Exelon Corp., the Chicago power company that retains Cotter's liability for West Lake because its Commonwealth Edison utility used to own Cotter.

You cannot have a nuclear material license terminated if something is amiss, Nesbit said. "It's like trying to sell a house with a lien on it. You can't do that."

Others say the U.S. Department of Energy, or DOE, which retains the AEC's liability for the West Lake contamination, has been quiet for too long. Not enough people realize the federal government's complicity, they say, in contaminating a landfill that is now surrounded by suburbs and frightened residents.

"To me, it's very clear that this was a federal responsibility," said Kay Drey, a longtime opponent of nuclear waste who has followed the situation for decades. "Unfortunately, the Atomic Energy Commission and the NRC didn't follow through and pay attention to what was at Latty Avenue and then dumped at West Lake Landfill."

### 'FULL KNOWLEDGE OF THE AEC'

A review of AEC, NRC and DOE documents, spanning the early 1970s through the 1990s, shows that Cotter Corp. was never cited for the disposal of the material from Latty Avenue in West Lake.

An NRC inspection in 1977 confirmed that over 43,000 tons of barium sulfate waste mixed with soil from Latty Avenue was dumped at West Lake. Yet it said "neither site presents an immediate radiological health hazard to the public."

"No items of noncompliance were identified during this investigation," the NRC found in 1977.

However, a subsequent NRC investigation released in 1988 did say dumping the barium sulfate and soil from Latty Avenue in West Lake was "not authorized."

In 1989, the NRC released an investigation conducted by researchers from the University of Missouri-Columbia.

"It is not known what levels of contamination were already in the soil before the barium sulfate

residues were mixed into it," the report authors wrote. "Disposal in the West Lake Landfill was unauthorized and contrary to the disposal location indicated in the (NRC's) records."

Exelon's Nesbit acknowledged the NRC called Cotter's actions "unauthorized."

"But that's 10 years after the fact, and everything that was done was done with the full knowledge of the AEC," Nesbit said. "So I don't know with what validity an agency can come back later and say that wasn't the right thing to do."

### 'MORE AT STAKE'

Public concern about the West Lake Landfill contamination has exploded in recent years after an underground fire was discovered in the adjacent Bridgeton Landfill. Many worry if the underground smoldering spreads to West Lake, it could spread radiation offsite.

Republic Services, the nation's No. 2 waste hauler and owner of the landfill, and the U.S. Environmental Protection Agency, which is overseeing its cleanup, say the fire is not moving toward West Lake. The EPA promises a cleanup plan around the end of 2016, and it said any disagreement over liability among responsible parties won't affect its timeline. It also doesn't matter if contaminating West Lake wasn't technically illegal.

"Bottom line: It wasn't the right move for the community, so something has to be done now and that's what we're focused on," said EPA Region 7 spokesman Curtis Carey.

Meanwhile, Exelon has begun suggesting that there could be something more than the Latty Avenue material contaminating the landfill, material that isn't connected to Cotter and B&K's involvement back in the 1970s. That could put more blame on the parties it will split the cleanup tab with: the DOE and Republic Services. Exelon is pursuing additional testing to try and prove it.

Nesbit said new testing requested by Exelon is trying to determine whether "radiological material went into that landfill that is not part of the current discussion."

"Nobody really knows the answer to that, and that's what the current boring testing is trying to determine," he said. "There's a lot of stuff that went into that landfill."

That is adding to suspicion that more material is in the landfill than what Cotter dumped from Latty Avenue, said Doug Clemens, who chairs the community advisory group overseeing the EPA cleanup.

"The concern in the community and the concern in the research we've been turning up is that there are possibly other contaminants dropped in the West Lake Landfill" beyond barium sulfate and soil from Latty Avenue, he said. "There's this idea that DOE has more at stake in this landfill than just the stuff from Latty Avenue, which Exelon keeps hinting at."

### FEDERAL LIABILITY

Exelon, one of the nation's biggest utility companies with annual revenue exceeding $27 billion, has long been quiet on the West Lake situation. It's only become more vocal this summer after it says Cotter discovered new documents suggesting material could be in the landfill in locations that haven't been "adequately tested."

The DOE has been even quieter. Many question why West Lake hasn't been added to a special cleanup program for waste generated by the early nuclear weapons program, as other sites in the St. Louis area have.

The cleanup program, called the Formerly Utilized Sites Remedial Action Program, or FUSRAP, was first run by the DOE until the corps took it over in the 1990s.

The DOE says West Lake did not meet the criteria for the program, now run by the U.S. Army Corps of Engineers. To be eligible, the program requires the site to be involved in Manhattan Project or early Atomic Energy Commission activities. The region's Congressional delegation has said they believe the DOE did not include West Lake in FUSRAP because the material was owned by a private company and not under the direct control of the department.

In 1990, a DOE agreement with EPA laying out the framework for cleaning up radioactive contamination near Lambert-St. Louis International Airport under FUSRAP specifically excluded West Lake Landfill.

Clemens thinks the DOE has done all it could to keep West Lake under EPA jurisdiction rather than the corps. But the federal government should be responsible for cleaning it up, he said.

"This was permitted by the federal government and created by the federal government under a weapons program," Clemens said. "It's their waste they're responsible for it."

Before being named as a potentially responsible party by the EPA, the DOE maintained it wasn't liable for the West Lake contamination, according to several internal memos.

Asked whether it still maintains that it's not liable, a DOE spokesman did not answer directly. Via email, the department responded that it signed an agreement with EPA in 1993 "under which it committed, along with other parties, to pay for the costs of a remedial investigation and feasibility study to be conducted under the direction of EPA."

A 1993 DOE memo recommended signing the EPA agreement, but it maintained that the department "remains firm in its position that it is not admitting liability for the West Lake Landfill contamination." The memo also says that signing the EPA agreement "is not an admission of liability nor a commitment to do anything more than conduct the Remedial Investigation/Feasibility study."

Asked what share the federal government should shoulder for the West Lake contamination, the DOE said it will "begin discussing with other potentially responsible parties an appropriate share of the cleanup costs" after EPA proposes a cleanup plan. The department referred the Post-Dispatch to the NRC when asked whether B&K, Cotter's contractor, had engaged in "illegal" dumping in West Lake.

In a 1992 memo, the DOE argued it had no "liability or responsibility" for West Lake, calling the dumping "a license violation" that "would not have been authorized if licensing approval had been sought."

Based on his research, Clemens said he suspects the federal government didn't know Cotter was dumping in West Lake while it was going on.

"But they certainly had knowledge after it happened, and the NRC decided not to fine them, not to do anything about it," he said. "It does strike me as a huge mystery as to why DOE doesn't just step up and do the right thing."

## REGULATORY OVERSIGHT

• Federal regulators do not appear to have ever cited Cotter Corp. after its contractor in 1973 dumped thousands of tons of radioactively contaminated material in West Lake Landfill, which the company says indicates the action was not illegal.

• Exelon, the company that retains Cotter's liability for West Lake, suggests there may be other material in the landfill beyond the waste already identified and that there may be other potentially responsible parties beyond landfill owner Republic Services and the Department of Energy.

• The U.S. Department of Energy, which the Environmental Protection Agency says is potentially liable for West Lake, does not appear to have ever admitted liability for the site's contamination even though the waste was produced as part of the country's early nuclear weapons program.

# West Lake Landfill owners step up lobbying efforts

The lobbying arm of the company that owns the radioactive West Lake Landfill has escalated its efforts to keep the waste buried in Bridgeton.

New ads on local radio and social media, and telemarketing calls and emails from a group called Coalition to Keep Us Safe encourage residents to call their members of Congress to support a 2008 Environmental Protection Agency plan to put a cap over the landfill.

Missouri's congressional delegation has criticized the agency for lack of progress on West Lake and sponsored a bill that would transfer authority over the landfill to the Army Corps of Engineers.

The coalition is funded by Bridgeton Landfill LLC, a subsidiary of Phoenix-based Republic Services. The company spent between $10,000 and $100,000 on the recent advertising blitz, said spokesman Russ Knocke.

Republic's opposition to the proposed transfer to the corps is the reason for the heightened promotional efforts, said coalition spokeswoman Molly Teichman, a political commentator based in Lafayette County, Mo., outside Kansas City. The corps' other nuclear cleanup projects around St. Louis use a more expensive remedy of shipping waste out of state.

The coalition's campaign has gotten heated on social media. Teichman, who is paid $1,500 a month from Republic Services, fights regularly on Twitter with members of the group JustMomsSTL, which wants the waste hauled away.

"Dear mombots of #westlakelandfill, your reality tv show is over. Go home and hangout with your kids — they miss you," she wrote recently.

Dawn Chapman, a co-founder of JustMomsSTL, said Teichman "declared war on these

1360

# West Lake Landfill proprietors step-up lobbying efforts

Some condition legislators whose districts range from the landfill support neighbors who would like the waste removed. Repetition. Bill Otto, D-Maryland Levels, and Sen. Maria Chappelle-Nadal, D-College City, regularly attend community conferences and also have recommended for that corps to consider over cleanup.

Because the second-biggest waste hauler in the united states, Republic relies upon municipal contracts and condition solid waste laws and regulations. It frequently contributed to both sides in the condition and native levels within the years following its acquisition of Allied.

House Speaker Todd Richardson, R-Poplar Bluff, who's listed like a supporter, received $2,500 from Republic Services in September.

*Republic Services owned by Bill Gates*

However the four $25,000 donations to Missouri Republican legislative committees within the last 2 yrs are undoubtedly the biggest single donations made underneath the Republic Services title.

Richardson's office didn't address the donations when requested whether or not they performed a job in the support from the Coalition to stay Safe. But he reiterated his support to keep the waste in position.

Republic's opposition towards the suggested transfer towards the corps 's the reason for that increased marketing efforts, stated coalition speaker Molly Teichman, a political commentator located in Lafayette County, Mo., outdoors Might. The corps' other nuclear cleanup projects around St. Louis make use of a more costly remedy of shipping waste from condition.

Erectile dysfunction Cruz from the nonprofit Missouri Coalition for that Atmosphere, which assists moving the waste, stated he's frustrated that some citizens have confused the 2 groups.

*"NRC" public comment 11-20-15*

# PUBLIC SUBMISSION

As of: 11/20/15 3:09 PM
Received: November 20, 2015
Status: Pending_Post
Tracking No. 1jz-8md4-9sci
Comments Due: November 20, 2015
Submission Type: Web

**Docket:** NRC-2015-0051
Department of Energy; Yucca Mountain, Nye County, Nevada; Supplemental Environmental Impact Statement

**Comment On:** NRC-2015-0051-0004
Department of Energy; Yucca Mountain, Nye County, Nevada; Correction and Extension of Comment Period

**Document:** NRC-2015-0051-DRAFT-0088   *8/21/2015*
Comment on FR Doc # 2015-23510   *@FR 50570*

## Submitter Information

*RECEIVED   2015 NOV 20  PM 3:15   RULES AND DIRECTIVES BRANCH*

**Name:** Meghan Belaski-Ashe   *100*

## General Comment

My name is Meghan Belaski-Ashe and this the start of my public comment(s) on the Yucca Mountain proposal. This is my first comment, but certainly will not be the last.

My father is Anthony Belaski, son of Mary Tilford, who was the daughter Sarah Overson, an original "saint" from the Mormon pioneers of the Wells-Hartley crew, with the Martin Handcart Co., and Christian Overson, an original settler of the Leamington, Utah, area within the Great Basin region, along side some of Brigham Young's family members, when Brigham Young was "leading" the Mormons, and of John Tilford, apparently also well known in Utah, Nevada and California, for his patented mining claims in what is now called the Great Basin National Park, who was one of Boone and Mary Tilford's sons, a registered Native American with the Miwok Band of Northern California (allegedly), and certainly the most prominent offspring among any of the children born to Boone and Mary, and at one time I think called the "Tungsten King of the World", which reminds me to get in touch with GE, and I think Commonwealth Edison...you see, I am just learning the history about my family on my dad's side, and apparently, they are just learning about me...and none of this adds up...

Boone and Mary apparently homesteaded a ranch in Nye County in the late 1880's, maybe called Angleworm...I believe with water rights, while also making patented mining claims for placer and lode veins, and water rights, at Hoggum and Osceola, in White Pine County, as well as at the head of Snake Creek in what is now called the Great Basin National Park. Apparently Boone and John Tilford were few among the original homesteaders and gold miners of the Great Basin region with such claims, including those water rights, and I just wanted to let the NRC know that your story on Yucca does not add up, because mine does not add up, and I intend to find out why.

*SUNSI Review Complete*
*Template = ADM-013*

*E-RIDS = ADM-03*
*Add = C. Pineda (CLV1)*

I've asked the proper authorities to take a closer look at clear inconsistencies in past reporting in federal documents for the Yucca Mountain Nuclear Waste Site, because quite frankly, something has gone seriously off the tracks here, and while some of the individuals and groups pushing this waste on Yucca Mountain don't realize what they are actually proposing, many others know perfectly well what's going on with this site, and will bear the ultimate responsibility for all the misdirection and undue harm that's come from this shameful plan. And I stand by the allegations from some of the Native American Tribes in Nevada, California and Utah, that this plan for storing nuclear waste at Yucca is violating and discriminating against tribal, and human rights, as well as the rights of mother earth, who has been taken for granted in all of these atrocities far too long now, and by the literal grace of God, the tide has recently turned in her favor.

Yucca Mountain is not an appropriate site for nuclear waste storage. Prayers are appropriate for Yucca Mountain.

I will be in touch.

Thank you,

Meghan Belaski-Ashe

# Valor
INTERNATIONAL

*Nov, 26, 2015*

Print ()

# Briefs

## Federal Court of Accounts investigates BNDES loans for JBS deals

12:00 AM (GMT -03:00) – Nov 26 2015

The Federal Court of Accounts (TCU) has decided to investigate some of the acquisitions of JBS that were financed by the Brazilian Development Bank (BNDES). The spending watchdog wants clarification on how a large share of the money was invested. The court's ministers, or justices, are looking into the Swift and Smithfield deals in 2007 and 2008, respectively. A third deal, for National Beef and which was blocked by US antitrust officials, involved a R$614 million loan that the court is now questioning why it was kept in the cash of JBS. Another line of investigation is related to how fast some of the loans were approved. A BNDES investment in the beef producer's bonds in 2009, which helped it purchase Pilgrim's Pride and Bertin, is being scrutinized as well. The BNDES has invested over R$8 billion in JBS and its equity investment arm, BNDESPar, holds a 23.9% stake. The case's TCU rapporteur, Minister Augusto Sherman, says that preliminary findings point to privileged treatment to JBS. The TCU has been seeking access to BNDES contracts with JBS since early last year and won a favorable ruling at the Federal Supreme Court in May. JBS declined to comment.

© Copyright Valor Econômico S.A. All rights reserved.

Exclusive content for subscribers to Valor International. Printed by User

This material can't be published, rewritten, redistributed or broadcast without authorization from Valor Econômico.

Read our terms and conditions on http://www.valor.com.br/international/about-legals/terms-conditions (/international/about-legals/terms-conditions)

> \* related to USA purchases as well, including corporate HQ USA for JBS at missile silo site (12) in Windsor, Colorado

1364

```
=================================
          OLD TOWN STA
          301 S HOWES ST
      FORT COLLINS, CO 80521-9997

12/30/2015                02:47:07 PM
=================================

_____    Sales Receipt    _____
Product         Sale     Unit      Final
Description      Qty     Price      Price
_____

CANON CITY, CO  81212-2731        $6.10
Zone-1
Priority Mail 2-Day™
Padded FR Env with up to $50.00
Insurance and USPS Tracking™
included
  %% Label #:
  See receipt from form on mailpiece
  * Expected Delivery Day Saturday,
January 2.
  Signature Confirmation™         $3.00
                               ========
Issue Postage:                    $9.10

Total:                         ========
                                  $9.10

Paid by:
VISA                              $9.10
  Account #:     XXXXXXXXXXXX8183
  Approval #:    908875
  Transaction #: 089
  23-902030477-99

SSK Transaction #:       56
USPS® #                  073170-9551


%% Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811,
or use this self-service kiosk (or any
self-service kiosk at other Postal
locations).


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.


Please retain all receipts from
affixed forms. For inquiries, both the
sales receipt and the customer copy
from the affixed form shall be
required.

              Thanks.
    It's a pleasure to serve you.


ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

1365

Meghan Belaski-Ashe
1212 Southridge Dr.
Fort Collins, CO 80521

Refer To: 3120 (CO-922)

NOTICE OF APPEAL

STATEMENT OF REASONS FOR APPEAL

AND

REQUEST FOR STAY

Bureau of Land Management, Colorado State Office
Division of Energy, Lands, and Minerals (CO-920)
Attention: Deputy State Director Lonny Bagley
2850 Youngfield Street, Lakewood, CO 80215

U.S. Department of the Interior, Regional Solicitor, Rocky Mountain Region
755 Parfet Street, Suite 151, Lakewood, CO 80215

United States Department of the Interior, Office of Hearings and Appeals,
Interior Board Land Appeals, 801 N. Quincy Street, MS 300-QC,
Arlington, Virginia 22203

U.S. BLM Royal Gorge Field Office
3028 East Main Street
Canon City, CO 81212

U.S. Bureau of Land Management
Attention: BLM Director Neil Kornze
1849 C Street NW, Room 5665
Washington, DC 20240

United States Department of the Interior
Attention: Secretary Jewell
1849 C Street, NW
Washington, DC 20240

Securities and Exchange Commission Office of the Whistleblower (et al.)
100 F Street NE, Mailstop 5971
Washington, DC 20549

Meghan Belaski-Ashe
1212 Southridge Dr.
Fort Colins, CO 80521

Refer To: 3120 (CO-922)
page 2

NOTICE OF APPEAL

-Please accept this as an official Notice of Appeal, regarding the oil and gas parcel sale in November 2015, by the Royal Gorge, Colorado, BLM, of lands in, on, around, and under the Pawnee Grasslands.

STATEMENT OF REASONS FOR APPEAL

-All of the relevant environmental considerations and studies have not been granted in this parcel sale, and the public deserves more information than the State of Colorado is, or has ever been, willing to offer, apparently not only to the BLM, but the citizens of Colorado as well, and the current role of the BLM, acting as an intermediary in this particular parcel sale, leaves the BLM vulnerable as a Potentially Responsible Party, or PRP, which has compelled me to appeal the decision by the Colorado BLM at this time, under protest, and with a request for an immediate stay attached to this Notice of Appeal, Statement of Reasons for Appeal, and Request for Stay in the parcel sale in, on, around, and under the Pawnee Grasslands in Northern Colorado.

-Multiple Reasons for Appeal, are attached as documentation to this statement, that also apply to the standards in which a Stay would normally be granted by the BLM as well, including some of the information related to my Spring 2014, disclosure to the Securities and Exchange Commission Office of the Whistleblower, Commodities Futures Trading Commission, Department of Justice etc., of non-public "futures" information linked (in part) to the Grover Test Site and the Pawnee Grasslands, where many of these parcels were recently offered by the Royal Gorge, Colorado, BLM, even after I formally protested the initial sale by the BLM in September 2015, alleging a complex oil, gas, water, and uranium fraud scheme in Colorado, of which some of those documents were sent as evidence to the BLM in protest of this sale, and the potential for the BLM to literally obstruct justice by offering these parcels for sale and lease in November 2015.

-By offering oil and gas parcels in, on, around, and under the Pawnee Grasslands, without full disclosure of the extent of the uranium contamination in, on, around, and under the Pawnee Grasslands, related to activities of years past, including both military, aka Formerly Used Defense Sites or FUDS, and past, present, and future privatized military and aerospace industry interests, have come full-circle back to haunt us once these parcels are released, falling under the full regulatory authority of the Colorado Department of Public Health and Environment, or CDPHE, as an Agreement State for the Nuclear Regulatory Commission, putting all of us in a vulnerable position, not only in our common health and well-being, but our national security interests as well. Please refer to attached documents to this Notice of Appeal, Statement of Reasons for Appeal, and Request for Stay for more information.

1367

Meghan Belaski-Ashe
1212 Southridge Dr.
Fort Collins, CO 80521

Refer To: 3120 (CO-922)
page 3

REQUEST FOR STAY

-In consideration of the 4 Standards for Obtaining a Stay, that the BLM requires in order to grant a stay, including a basis to measure "relative" harm to the respective parties if a stay is granted or denied, the likelihood of the protestor's success, the likelihood of immediate and irreparable harm if the stay is not granted, are all relevant in this case, including the outcome that favors public interest if a stay is granted. All of these standards apply in this case.

-By failing to acknowledge the documentation that accompanied my public protest of this parcel sale in September 2015, the BLM, in-turn, failed to follow-up with me on an individual basis regarding my allegations and documentation in that protest, and ignored the fact that I disclosed Securities and Exchange Commission Office of the Whistleblower information to the BLM, in September 2015, connected to activity near the Pawnee Grasslands. We are in a new age of accountability and few are paying attention.  The laws that literally persist today in Colorado, from the days of the wild west, leave me with something we like to call "first in right, first in time", in Colorado. And that's precisely what my whistleblower information sent to the SEC OWB in early 2014-present day is; first in right, first in time. Please see attached documentation.

-I believe my information is significant enough to warrant a stay in this case based on the additional evidence attached and provided in this case. Please see attached documentation.

-There will be immediate and irreparable harm to public health and national security if the oil and gas parcels are released to the entities attempting to "develop" these lands.

-The public most certainly benefits from a stay in this case. The public has been in the dark far too long anyway, and it's time to acknowledge what's really going on here. The attached documentation should be made available to the public and used in consideration of the appeal and request for stay in this case. Thank you for your consideration.

Meghan Belaski-Ashe
1212 Southridge Dr.
Fort Collins, CO 80521

THESIS

URANIUM IN SITU SOLUTION MINING AND GROUNDWATER QUALITY AT THE
GROVER TEST SITE, WELD COUNTY, COLORADO

Submitted by

Kenneth S. Wade

Department of Earth Resources

In partial fulfillment of the requirements

for the Degree of Master of Science

Colorado State University

Fort Collins, Colorado

Summer, 1981

1369

COLORADO STATE UNIVERSITY

_____ 19___

WE HEREBY RECOMMEND THAT THE THESIS PREPARED UNDER OUR SUPERVISION

BY __Kenneth S. Wage_____

ENTITLED __Uranium In Situ Solution Mining and Groundwater Quality at_

_the Grover Test Site, Weld County, Colorado_____

BE ACCEPTED AS FULFILLING IN PART REQUIREMENTS FOR THE DEGREE OF

_____Master of Science_____

Committee on Graduate Work

_Frank G. Ethridge_____

_C. Gerald Warren_____

_Tommy E. Thompson_____
Advisor

ABSTRACT OF THESIS

URANIUM IN SITU SOLUTION MINING AND GROUNDWATER QUALITY AT THE
GROVER TEST SITE, WELD COUNTY, COLORADO

Regional groundwater studies in Weld County, Colorado reveal
groundwater patterns which coincide with known uranium roll front
deposits.  It is postulated that alteration produced by oxygen and
uranium-bearing water moving through the Fox Hills, Laramie, and
White River Formations produced a zone of high total dissolved
solids (TDS) $NaSO_4$ water which changes to low TDS, $NaHCO_3$ water as
the oxidation-reduction front is approached.  Processes which could
affect such changes are:  hydrolysis of feldspars, cation exchange
with clays, oxidation of pyrite, and bacterial reduction of sulfate.

The study of mineralization, solution mining, and restoration
of the Grover uranium roll front deposit, Sec. 24, T. 10 N., R.
62 W, Weld County, indicated the following points.

Reduction of uranium is directly or indirectly related to re-
ducing bacteria associated with organic material.  Natural ground-
water associated with mineralized areas of the Grover aquifer is
suitable for only limited agricultural uses because of radium-
226, molybdenum, selenium, and iron contained in it.  Restoration,
using TDS reduction by reverse osmosis and chemical treatment of
mined aquifer waters, reduced TDS to below baseline, but elevated
levels of radionuclides, molybdenum, ammonia, nitrate, and
selenium remain, though not reducing the groundwater utility.
The insitu mining process, using recycled leach solutions,

iii

required little groundwater withdrawal, but overproduction, during restoration produced potentiometric drawdown.

Kenneth S. Wade
Earth Resources Department
Colorado State University
Fort Collins, Colorado  80523
Fall, 1980

iv

TABLE OF CONTENTS

I.    Introduction . . . . . . . . . . . . . . . . . . . . . . .   1

II.   Regional Geology and Hydrology . . . . . . . . . . . . . .   4

      A.   Stratigraphy . . . . . . . . . . . . . . . . . . . .   4
      B.   Structural Geology . . . . . . . . . . . . . . . . .  14
      C.   Regional Groundwater Hydrology . . . . . . . . . . .  16

III.  The Grover Test Site . . . . . . . . . . . . . . . . . .  27

      A.   Uranium Mineralization . . . . . . . . . . . . . . .  27
      B.   Mining and Restoration Processes . . . . . . . . . .  33
      C.   Water Quality Monitoring . . . . . . . . . . . . . .  38
      D.   Groundwater Hydraulics . . . . . . . . . . . . . . .  44
      E.   The Effects of Mining and Restoration on
           Groundwater Quality . . . . . . . . . . . . . . . .  46

IV.   Conclusions and Recommendations. . . . . . . . . . . . .  60

      A.   Conclusions . . . . . . . . . . . . . . . . . . . .  60
      B.   Recommendations . . . . . . . . . . . . . . . . . .  60

Bibliography . . . . . . . . . . . . . . . . . . . . . . . . .  63

Appendix I . . . . . . . . . . . . . . . . . . . . . . . . . .  66

Appendix II . . . . . . . . . . . . . . . . . . . . . . . . .  68

Appendix III . . . . . . . . . . . . . . . . . . . . . . . . .  72

Appendix IV . . . . . . . . . . . . . . . . . . . . . . . . .  76

Appendix XI . . . . . . . . . . . . . . . . . . . . . . . . .  79

Appendix XII . . . . . . . . . . . . . . . . . . . . . . . . .  82

## I.   INTRODUCTION

The purpose of this study was to examine the mineralized Grover Sandstone aquifer at the Grover Test Site and determine what effects insitu solution mining would have on groundwater quality and quantity.

The Grover Test Site is situated in the east central portion of Section 24, T. 10N., R. 62W., Weld Co., Colorado, about 4 miles southwest of the town of Grover. It lies at about 5,040 feet above sea level on flat lying to gently rolling topography. The test site is in the Crow Creek drainage, a tributary to the South Platte River. Access is by county road going 14 miles north of State Highway 14 from Briggsdale, Colorado.

Uranium roll front mineralization was discovered in the Grover area in 1970 (Reade, 1976). Reserves are estimated to be 1,007,000 lbs. with an average grade of 0.14 percent $eU_3O_8$ at a cutoff grade of 0.05 percent. Because of the low grade and tonnage, Wyoming Mineral Corporation, Lakewood, Colorado, initiated a pilot solution mining test at the Grover Test Site. Various leach solutions and restoration techniques were used beginning June, 1977 and ending February, 1979.

Baseline water quality data were obtained from the Water Quality Control Division of the Colorado Department of Health. The Department of Health was the permitting agency and required Wyoming Mineral Corporation (WMC) to submit weekly reports concerning water quality and to meet specific restoration standards. Drill cores and geophysical logs provided information about lithology, structure, depositional environments, alteration, and mineralization associated with the roll

1

front system.  A coordinated regional study provided information concerning stratigraphy and depositional environments.  See Figure 1 for locations of the Grover Site and regional study areas.

On June 18th, 1979, after the conclusion of the pilot project, water samples from the mined aquifer were analyzed in this study to determine the affects of mining and restoration on groundwater quality.

3



Figure 1.  Location of the Grover Test Site, regional study area,
and structural features.  Cross section AB is found in
Figure 3.

ACKNOWLEDGMENTS

This research was supported by the Colorado State Experiment
Station, Colorado State University, Fort Collins, Colorado, as part
of Research Project 58.  Wyoming Mineral Corporation and Power Resources
Corporation provided core and geophysical logs as well as work space.
Discussions with Bruce Hanson, Bud Temple and Ken Krukar aided consid-
erably in this study.  Ken Webb and Bill Dunn of the Colorado Department
of Health provided much water quality data.  Jim Warner of the U. S.
Geological Survey provided analytical assistance.  Noel Tyler and
Frank G. Ethridge of Colorado State University helped in interpretation
of sedimentary petrology, depositional environments, and stratigraphic
relationships.  Tommy Thompson, as my advisor, is thanked for his
critical suggestions and comments throughout the entire study.

BIBLIOGRAPHY

Briggs, David, 1977, Sources and methods in geography: sediments:
    Butterworths, London, 190 p.

Carroll, Dorothy, 1959, Ion exchange in clays and other minerals:
    Geol. Soc. Amer. Bull., 70, 754 p.

Colorado Department of Health, 1979, Regulations establising basic stan-
    dards for state waters, 41 p.

Dahl, A. R., and Hagmaier, J. L., 1974, Genesis and characteristics of
    the southern Powder River Basin uranium deposits, Wyoming: IAEA,
    p. 201-216.

Dott, Richard, 1964, Wacke, graywacke, and matrix-what approach to
    immature sandstone classification?: Jour. Sedimentary Petrology,
    v. 34, p. 625-632.

Ethridge, Frank G., Tyler, Noel and Thompson, Tommy B., 1979, The uran-
    anium bearing Fox Hills and Laramie aquifers, Cheyenne Basin,
    Colorado, Pt. 1, structure and depositional systems, an interim
    report, Department of Earth Resources, Colorado State University,
    Ft. Collins, 36 p.

Fair, G. M., and Hatch, L. P., 1933, Fundamental factors governing
    streamline flow of water through sands: Jour. Amer. Water Works
    Assn., V. 25, no. 11, p. 1551-1565.

Galloway, William E., 1978, Uranium mineralization in a coastal-plain
    fluvial system: Catahoula Formation, Texas: Econ. Geology,
    v. 73, no. 8, p. 1655-1676.

Granger, H. C., and Warren, C. G., 1979, The importance of dissolved
    free oxygen during formation of sandstone-type uranium deposits:
    U.S. Geol. Survey, Open-File Report 79-103, 22 p.

Grim, Ralph, E., 1968, Clay mineralogy, second edition,: McGraw-Hill
    Inc., New York 426 p.

Hagmaier, J. L., 1971, Groundwater flow, hydrochemistry, and uranium
    deposition in the Powder River Basin, Wyoming: The University
    of North Dakota, doctoral dissertation, 165 p.

Hall, Douglas W., 1976, Hydrogeologic significance of depositional
    systems and facies in Lower Cretaceous sandstones, north-central
    Texas: Bureau of Economic Geology, University of Texas at Austin,
    Geological Circular 76-1, 29 p.

63

64

Harshman, E. N., 1972, Geology and uranium deposits, Shirley Basin area, Wyoming: U. S. Geological Survey Professional Paper, 745, 77 p.

Harvey, Michael, Hohman, John, Tyler, Noel, Ethridge, Frank G., and Schumm, Stanley A., 1980, Field trip guidebook for the third biennial short course on the fluvial system with applications to economic geology: Department of Earth Resources, Colorado State University, Ft. Collins, 61 p.

Hem, John D., 1970, Study and interpretation of the chemical characteristics of natural waters: U. S. Geological Survey Water Supply Paper 1473, 363 p.

Kirkham, R. M., 1979, Promises and problems of a "new" uranium mining method: in situ solution mining: Colorado Geol. Survey, Environmental Geology II, 21 p.

Kirkham, R. M., O'Leary, W. J., and Warner, J. W., 1980, Hydrologic and stratigraphic data pertinent to uranium mining, Cheyenne Basin, Colorado: Colorado Geological Survey Information Series 12, 20 p.

Krumbein and Pettijohn, 1938, Manual of sedimentary petrography: D. Appleon-Century Co., Inc., 368 p.

Larson, W. C., 1978, Uranium in situ leach mining in U.S.: U. S. Bur. Mines. Inf. Circ., IC8-777, 68 p.

Reade, H. L., Jr., 1975, Grover uranium deposit: a case history of uranium exploration in the Denver Basin: The Mountain Geologist, v. 13, no. 1, p. 21-31.

Reynolds, Richard L., and Goldhaber, Martin B., 1978, Origin of a south Texas roll-type uranium deposit: I. alteration of iron-titanium oxide minerals: Econ. Geol., v. 63, p. 1677-1689.

Thompson, Tommy B., 1980, Syngenetic and epigenetic mineral deposits associated with fluvial and related rocks: Colo. State Univ., Ft. Collins, 117 p.

Thompson, Tommy B., Wade, Ken and Ethridge, Frank G., 1980, The uranium-bearing Fox Hills and Laramie Aquifers, Cheyenne Basin, Colorado: Structure, Depositional Systems and Groundwater, Pt. II Groundwater: Colorado State University, Dept. of Earth Resources, 23 p.

Thompson, W. E., and others, 1978, Groundwater elements of in situ leach mining of uranium: U. S. Nuclear Regulatory Comm. report, NUREG, CR-0311, 173 p.

Tweto, Ogden, 1979, Geologic map of Colorado:  U. S. Geological Survey.

US Nuclear Regulatory Commission, 1978, Draft EIS for Irigary Uranium
    Solution Mining Project (NUR EG-0399), Westinghouse Corporation,
    286 p.

US Nuclear Regulatory Commission, 1978a, Final EIS for operation of
    Irigary uranium solution mining project, WMC (NUR EG-0481),
    341 p.

Wacinski, Andrew, 1979, A hydrogeologic investigation of the Crow
    Creek drainage basin in north-central Weld County, Colorado:
    Colorado Division of Water Resources Open-File Report, 28 p.

Warren, C. G., Granger, H. C., and Schock, J. H., 1980, Shape of
    roll-type uranium deposits:  U. S. Geological Survey Open-
    File Report 80-100, 31 p.

Weist, W. G., Jr., 1964, Hydrogeologic data from parts of Larimer,
    Logan, Morgan, Sedgwick, and Weld Counties, Colorado:  Colorado
    Ground Water Basic Data Report No. 16, 30 p.

Wyoming Mineral Corporation, 1976, Grover uranium solution mining
    test site - Appendix of technical support for subsurface dis-
    posal system permit application:  Wyoming Mineral Corporation,
    Lakewood, Colorado.

Wyoming Mineral Corporation, 1978a, Restoration standards development:
    Wyoming Mineral Corporation, Lakewood, Colorado.

Wyoming Mineral Corporation, 1978b, Groundwater restoration status
    report presented to the Colorado Department of Health:  Wyoming
    Mineral Corporation, Lakewood, Colorado.

Wyoming Mineral Corporation, 1979, Grover groundwater restoration,
    Summary Report:  Wyoming Mineral Corporation, Lakewood, Colorado.

Bureau of Land Management, Colorado State Office
Division of Energy, Lands, and Minerals (CO-920)
Attention: Deputy State Director Lonny Bagley
2850 Youngfield Street, Lakewood, CO 80215

U.S. Department of the Interior, Regional Solicitor, Rocky Mountain Region
755 Parfet Street, Suite 151, Lakewood, CO 80215

United States Department of the Interior, Office of Hearings and Appeals,
Interior Board Land Appeals, 801 N. Quincy Street, MS 300-QC,
Arlington, Virginia 22203

U.S. BLM Royal Gorge Field Office
3028 East Main Street
Canon City, CO 81212

U.S. Bureau of Land Management
Attention: BLM Director Neil Kornze
1849 C Street NW, Room 5665
Washington, DC 20240

United States Department of the Interior
Attention: Secretary Jewell
1849 C Street, NW
Washington, DC 20240

January 23, 2016

Meghan Belaski-Ashe
1212 Southridge Dr.
Fort Collins, CO 80521

To whom it may concern:

I am writing today, responding to the BLM's Office of the Solicitor for the Rocky Mountain
Region, and Opposition to my Request for Stay in 3120 (CO-922), dated 1/11/16, to the Interior
Board of Land Appeals, Office of Hearing and Appeals, regarding documentation I submitted,
and of my requests to the BLM at this time regarding the oil and gas parcel sale offering oil and
gas development near the Pawnee Grasslands in Northern Colorado in November 2015.

This is not what I would consider to be a formal letter, or a formal requirement to continue my
request for stay and appeal, but rather a simple response to the letter and substance of the
letter, or lack of substance in the response from the Regional Solicitor for the BLM, as
evidenced in the misplaced Opposition for Stay from the BLM's Regional Solicitor for the Rocky
Mountain Region at this time.

I would ask the BLM and the Interior Board of Land Appeals to consider the response by the
Regional Solicitor, as a failure to acknowledge the breadth and reasons behind my request for a
stay, which suggests a lack of understanding on behalf of the Regional Solicitor about the

issues I presented to the BLM in Colorado, or that the Regional Solicitor has acted in a self-interested fashion, apparently blind to the fact that this is about **uranium and known uranium contamination, in, on, around, near and under the Pawnee Grasslands**, and is in fact connected to a whistleblower case I filed with the Securities and Exchange Commission Office of the Whistleblower in early 2014, as evidenced by the documentation submitted with my formal request for a stay a few weeks ago.

What should concern the BLM, is that your Regional Solicitor seems to try and use my unusual submission as reason to deny the request rather than focusing on the facts supported by the documentation in my submission. Apparently the Regional Solicitor only got a few pages deep before they gave up. Yes, my Request for Stay is connected to uranium extraction and transport in the State of Colorado. No, your Regional Solicitor for the BLM did not seem to catch that, or just does not seem to think it is relevant. Which couldn't be further from the truth.

The Regional Solicitor did nothing more than casually breeze through the documents I offered with my request for stay, as I provided documentation that shows not only is the Pawnee Grasslands a significant environmental hazard from the known and acknowledged uranium contamination in the groundwater, but that there are multiple Formerly Used Defense Sites, or FUDS sites, littered all around these parcels at the Pawnee Grasslands, and that activity on the Pawnee, at the behest of the oil and gas industry, is connected to mineral and water rights fraud, and residential mortgage backed securities fraud, and not on a small scale either.

If your Regional Solicitor for the Rocky Mountain Region, had actually read the documents, they would have seen that this whistleblower information I detailed in my unusual submission to the BLM, has crossed international borders and is nothing to scoff at as it involves criminal conspiracy, fraud, corruption, bribery, and oil and gas derivative manipulation, which includes illegal transport and disposal of radioactive waste, and it's all connected to residential mortgage backed securities fraud at the end of the day. That should concern the Interior Board of Land Appeals greatly.

So yes, your Regional Solicitor got 1 thing correct, this situation is connected to the Superfund site Cotter, in Southern Colorado, because it is connected to radioactive waste on the Pawnee Grasslands that is found in the groundwater, and can be easily extracted in, on, around, under, from, or near the Pawnee Grasslands, because it's in the water. It moves. It's water. It's called front roll uranium. And it's a real thing. And it's a known contaminant near the Pawnee Grasslands since the early 1970's.

I don't know what is so difficult about this concept, and would respectfully ask the BLM to review the qualifications of the people who are making decisions like the one the Regional Solicitor for the Rocky Mountain Region made when opposing my request for stay, based on the fact the BLM could not have done a proper environmental impact statement when offering these parcels **because no one from the BLM considered the known uranium contamination in the Pawnee Grasslands groundwater or the Formerly Used Defense Sites at the Pawnee.**

It's quite concerning that people like me know more about what's happening on these federal lands than the people charged with protecting them through federal mandate. It's why I suggested the BLM could be setting themselves up for a significant liability as a potentially responsible party at the end of the day if these parcels are released for development. This is about more than oil and gas. It's also about the national security of our country if defunct and

fraudulent "oil and gas" companies, some from other countries, are removing nuclear material from these sites with zero oversight, and transporting this material unencumbered, across state and international borders, and that is just the extraction and transport piece of this puzzle.

The greatest and most immediate threat, is in the public health and well-being of people exposed to ionizing radiation from oil and gas extraction activities near known uranium contamination. My dad was a federal prison warden; I grew up around criminals, and I promise you BLM, these are criminal acts, perpetrated by outside forces, and as I'm learning right now, often by individuals that work within federal agencies like the BLM, who are nothing more than industry insiders, placed at the right place, at the right time, using their individual "authority" as federal employees to fuel the future of individual self-interest at the behest of all the rest of us. It's a criminal liability that the BLM now has to contend with.

The BLM's Regional Solicitor for the Rocky Mountain Region got very little correct in its response and opposition to my request for a stay in Colorado. It's really hard to miss the connections provided in the documentation I sent to each of the entities named in this action. The only justification I can come up with is that the Regional Solicitor for the Rocky Mountain Region might need to be investigated for a conflict-of-interest, considering the turn-around in response time, just a day or 2, and the lack of oversight in the material that was attached to the Request for Stay to the BLM in this case as evidenced by the response, or lack of response, from the BLM's Regional Solicitor for the Rocky Mountain Region dated 1/11/16.  Thank you for your time and consideration.

Sincerely,

Meghan Belaski-Ashe

```
===============================
        OLD TOWN STA
      301 S HOWES ST
   FORT COLLINS, CO 80521-9997

01/23/2016            02:13:02 PM
===============================

           Sales Receipt
Product      Sale    Unit    Final
Description   Qty    Price   Price


WASHINGTON, DC  20510          $6.45
Zone-7
Priority Mail 2-Day™ Small FR
Env with up to $50.00 Insurance
and USPS Tracking™ included
 %% USPS Tracking #:
  9505 5000 2185 6023 0002 03
 * Expected Delivery Day Monday,
January 25.

 Issue Postage:              ========
                             $6.45
ALBANY, NY  12224             $6.45
Zone-7
Priority Mail 2-Day™ Small FR
Env with up to $50.00 Insurance
and USPS Tracking™ included
 %% USPS Tracking #:
  9505 5000 2185 6023 0002 10
 * Expected Delivery Day Monday,
January 25.

 Issue Postage:              ========
                             $6.45
COLUMBIA, MD  21046-2620      $6.45
Zone-7
Priority Mail 2-Day™ FR Env with
up to $50.00 Insurance and USPS
Tracking™ included
 %% USPS Tracking #:
  9505 5000 2185 6023 0002 27
 * Expected Delivery Day Monday,
January 25.

 Issue Postage:              ========
                             $6.45
WASHINGTON, DC  20240         $6.45
Zone-7
Priority Mail 2-Day™ FR Env with
up to $50.00 Insurance and USPS
Tracking™ included
 %% USPS Tracking #:
  9505 5000 2185 6023 0002 34
 * Expected Delivery Day Monday,
January 25.

 Issue Postage:              ========
                             $6.45
ARLINGTON, VA  22203-1710     $6.45
Zone-7
Priority Mail 2-Day™ FR Env with
up to $50.00 Insurance and USPS
Tracking™ included
 %% USPS Tracking #:
  9505 5000 2185 6023 0002 41
 * Expected Delivery Day Monday,
January 25.

 Issue Postage:              ========
                             $6.45
WASHINGTON, DC  20240         $6.45
Zone-7
Priority Mail 2-Day™ FR Env with
```

```
Tracking™ included
 %% USPS Tracking #:
  9505 5000 2185 6023 0002 27
 * Expected Delivery Day Monday,
January 25.

 Issue Postage:              ========
                             $6.45
WASHINGTON, DC  20240         $6.45
Zone-7
Priority Mail 2-Day™ FR Env with
up to $50.00 Insurance and USPS
Tracking™ included
 %% USPS Tracking #:
  9505 5000 2185 6023 0002 34
 * Expected Delivery Day Monday,
January 25.

 Issue Postage:              ========
                             $6.45
ARLINGTON, VA  22203-1710     $6.45
Zone-7
Priority Mail 2-Day™ FR Env with
up to $50.00 Insurance and USPS
Tracking™ included
 %% USPS Tracking #:
  9505 5000 2185 6023 0002 41
 * Expected Delivery Day Monday,
January 25.

 Issue Postage:              ========
                             $6.45
WASHINGTON, DC  20240         $6.45
Zone-7
Priority Mail 2-Day™ FR Env with
up to $50.00 Insurance and USPS
Tracking™ included
 %% USPS Tracking #:
  9505 5000 2185 6023 0002 58
 * Expected Delivery Day Monday,
January 25.

 Issue Postage:              ========
                             $6.45
Forever®        20     $.49    $9.80
Postage

Total:                     ==========
                             $48.50

Paid by:
VISA                          $48.50
  Account #:    XXXXXXXXXXXX4395
  Approval #:        09792B
  Transaction #:     279
  23-902030477-99

SSK Transaction #:          35
USPS® #              073170-9551

%% Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811,
or use this self-service kiosk (or any
self-service kiosk at other Postal
locations).

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

            Thanks.
      It's a pleasure to serve you.
```

1384



1385





# IBLA 2016-56 - Meghan Belaski-Ashe

**of Land Appeals, OHA Interior Board** <ibla@oha.doi.gov>                    Thu, Jan 28, 2016 at 2:03 PM
To: meghan.belaski@gmail.com, Danielle Dimauro <danielle.dimauro@sol.doi.gov>, Lonny Bagley <lbagley@blm.gov>

A final order in the above-referenced appeal is attached for your reference.

Hard copies will be sent via U.S. Mail, Certified Return Receipt.


Ruth Hughes
Legal Assistant
Interior Board of Land Appeals
801 N. Quincy Street, Suite 300
Arlington, VA  22203
(703) 235-3750


https://www.doi.gov/oha


https://www.doi.gov/oha/organization/ibla


📎 **2016-0056 - Affirmed - Stay Moot.pdf**
5452K

---

**Meghan Belaski** <meghanbelaski@gmail.com>                    Thu, Jan 28, 2016 at 6:51 PM
To: "of Land Appeals, OHA Interior Board" <ibla@oha.doi.gov>
Cc: Meghan Belaski <meghan.belaski@gmail.com>, Danielle Dimauro <danielle.dimauro@sol.doi.gov>, Lonny Bagley
<lbagley@blm.gov>

Thank you...it's nothing personal, but I'm going to pursue this elsewhere, obviously.

I intend to forward this to Congress, the Securities and Exchange Commission Office of the Whistleblower, the
Department of Justice Environmental Crimes Division, the F.B.I., the Department of Energy and 60 Minutes. To start.
I'm fairly certain the recent DOJ Yates Memo applies to federal government employees as well as private sector
employees, so I'll have to ask them to clarify.

If the Yates Memo only applies to private sector employees, I will ask the DOJ to formally investigate individuals within
the BLM, including individuals who have responded to this appeal and request for stay, for conflicts-of-interest,
especially as it concerns the BLM's mind-blowingly inefficient response to nuclear materials in this case. And if you
couldn't make out the "scheme" I detailed in the documents provided to your offices, then it's no wonder you just
became a big part of it. I'm sure your bosses will be thrilled.

Speaking of, your bosses, Secretary Jewell and Director Kornze, have been forwarded additional documentation, and
the same letter most of you should receive by the USPS tomorrow.

Sincerely,

1386



# United States Department of the Interior
## Office of Hearings and Appeals
### Interior Board of Land Appeals
801 N. Quincy St., Suite 300
Arlington, VA 22203

703-235-3750                                    703-235-8349 (fax)

January 28, 2016

| | | |
|---|---|---|
| IBLA 2016-56 | ) | 3120 (CO-922) |
| | ) | |
| MEGHAN BELASKI-ASHE | ) | Competitive Oil & Gas Lease Sale |
| | ) | |
| | ) | Decision Affirmed; |
| | ) | Petition for Stay Denied as Moot |

## ORDER

Meghan Belaski-Ashe (appellant) has appealed from and petitioned for a stay of the effect of a November 12, 2015, decision of the Deputy State Director, Division of Energy, Lands and Minerals, Colorado State Office, Bureau of Land Management (BLM). The Deputy State Director's decision dismissed her protest to an August 14, 2015, Notice of Competitive Oil and Gas Lease Sale, proposing to offer 121 parcels, encompassing a total of 89,534.30 acres of Federal land in eastern Colorado, for competitive oil and gas leasing.

Because appellant has not carried her burden to demonstrate any error of fact or law in BLM's decision to competitively lease the parcels for oil and gas purposes, we affirm the Deputy State Director's November 2015 decision dismissing her protest, and deny her petition for a stay as moot.

*Background*

At issue are 102 parcels of Federal land situated in the Pawnee National Grassland (PNG) of the Arapaho-Roosevelt National Forest, the surface and mineral estates of which are, respectively, under the administrative jurisdiction of the Forest Service (FS), U.S. Department of Agriculture, and the Royal Gorge (Colorado) Field Office (RGFO), BLM, and 19 parcels of public land, the surface and mineral estates of which are under the administrative jurisdiction of the RGFO.

In order to assess the environmental impacts of leasing the 102 PNG parcels and reasonable alternatives thereto, the FS, as the lead agency, and BLM, as the

cooperating agency, prepared a February 2015 Final Environmental Impact Statement (EIS) in accordance with section 102(2)(C) of the National Environmental Policy Act of 1969 (NEPA), 42 U.S.C. § 4332(2)(C) (2012).  The FS provided multiple opportunities for public involvement throughout the NEPA process, including a lengthy public scoping process and public comment periods on the draft and final EISs.  *See* 78 Fed. Reg. 19444 (Apr. 1, 2013); 79 Fed. Reg. 53061 (Sept. 5, 2014); 79 Fed. Reg. 73890 (Dec. 12, 2014).  The FS issued the Record of Decision (ROD), approving the leasing of the PNG Parcels on February 9, 2015.[1]

Thereafter, BLM determined, in a November 10, 2015, Documentation of NEPA Adequacy (DNA) (DOI-BLM-CO-F020-2015-0061DN), that the EIS had adequately addressed the likely impacts of leasing the PNG parcels.  BLM therefore adopted the EIS, pursuant to 40 C.F.R. § 1506.3(a) and (c), finding that the EIS satisfied BLM's compliance with NEPA for leasing the Federal mineral estate underlying FS lands of the PNG.  DNA at 6.  BLM also prepared a November 2015 Environmental Assessment (EA) (DOI-BLM-CO-F020-2015-0021-EA) addressing the environmental impacts of leasing the 19 RGFO parcels, and a November 10, 2015, Finding of No Significant Impact.  In two November 10, 2015, Decision Records (DR), the Deputy State Director separately approved offering the 102 parcels in the PNG and the 19 parcels under RGFO's jurisdiction for competitive oil and gas leasing.[2]

Under the agencies' decisions, all of the PNG parcels would be issued subject to a No Surface Occupancy (NSO) stipulation prohibiting wells and well pads from being located on the parcels, and the RGFO parcels would be issued subject to NSO or restrictions on the timing and location of oil and gas drilling and development. *See* ROD at 3; DR (EA) at 1; EA, Attachments C (Parcels Available for Lease with

---

[1]  The draft and final EISs, together with the Feb. 9, 2015, ROD, can be found at http://www.fs.usda.gov/wps/portal/fsinternet/%21ut/p/c5/04_SB8K8xLLM9MSSzP y8xBz9CP0os3hvXxMjMz8Dc0P_kFALA09zLzNDowAXYwMLE6B8pFm8kQEEOFoY- Ht4hPmF-UAFDIjRbYADOIJ1G_ibGHgahjk6WRq4GnkHm5oamMDMhujGLY_ f7nCQX_G7HWw_btf5eeTnpuoX5IaGRhhkmQAAoYKgoA%21%21/dl3/d3/L2dJQSEv UUt3QS9ZQnZ3LzZfS000MjZOMDcxT1RVODBJN0o2MTJQRDMwODQ%21/?project =41812&exp=overview (last visited Jan. 28, 2016).

[2]  The DNA, FONSI, EA, and DRs can be found at http://www.blm.gov/co/st/en/BLM_Programs/oilandgas/oil_and_gas_lease/2015/ november_2015_lease.html (last visited Jan. 28, 2016).

Applied Stipulations) and D (Stipulation Exhibits).  In addition, and as explained in the NEPA analyses, before any drilling and development can occur under any lease, BLM must approve an application for a permit to drill (APD), including a surface use and drilling plan, following site-specific environmental review pursuant to NEPA. *See* Final EIS at ES 3; EA at 1-2.[3]

On August 14, 2015, BLM published on its website its Notice proposing to offer the parcels for competitive leasing, affording the public a 30-day period to protest the proposed sale.  Appellant protested the lease sale on September 14, 2015, stating that "[a]ny and all parcels under consideration for sale . . . should be revoked or rescinded."  Protest, dated Sept. 11, 2015, at 2.

In his November 2015 decision now on appeal, the Deputy State Director dismissed appellant's protest.  The Deputy State Director concluded that in its DNA, BLM had properly "confirm[ed] the sufficiency of the analysis" in the Final EIS prepared by the FS for Federal lands in the PNG, and properly adopted the Final EIS in accordance with 40 C.F.R. § 1506.3(a).  Decision at 2.  The Deputy State Director further concluded that BLM's EA properly analyzed the impacts of leasing the parcels under the RGFO's jurisdiction.  *Id.*  He also noted that the site-specific effects of any drilling and development would be addressed at the APD stage, and that based on the NEPA review, "BLM may require certain Conditions of Approval, beyond the minimum protection required by current regulations and law, as applicable, to minimize potential adverse impacts."  *Id.*

Appellant timely appealed from the Deputy State Director's November 2015 decision, and requested a stay of the effect of BLM's determination to offer the parcels for competitive oil and gas leasing.  BLM has opposed the request for stay.[4]

---

[3]   For environmental review purposes at the leasing stage, FS and BLM used a BLM projection of expected oil and gas development, termed a Reasonably Foreseeable Development Scenario (RFD).  For the PNG parcels, BLM projected a total of 265 new oil and gas wells in the short term, with 234 in the long term (over the next 20 years).  *See* Final EIS at ES 3.  For the RGFO parcels, BLM projected new oil and gas wells depending on the oil and gas potential of the area, ranging from very low development potential (less than 1 well per township) to high development potential (20-50 wells per township).  *See* EA at 14.

[4]   Under the regulations governing competitive lease sales, BLM's decision to offer the parcels for sale was immediately effective.  43 C.F.R. § 3120.1-3 ("No action pursuant

(continued ...)

IBLA 2016-56

APPEARANCES:

Meghan Belaski-Ashe                         **meghan.belaski@gmail.com**
1212 Southridge Drive
Fort Collins, CO 80521


Danielle DeMauro, Esq.                      **danielle.dimauro@sol.doi.gov**
Office of the Regional Solicitor
U.S. Department of the Interior
755 Parfet Street, Suite 151
Lakewood, CO 80215

cc:   Deputy State Director                 **FAX:  303-239-3933**
Division of Energy, Lands and Minerals
Colorado State Office
Bureau of Land Management
U.S. Department of the Interior
2850 Youngfield Street
Lakewood, CO 80215-7093


Field Manager                               **FAX:  719-269-8599**
Royal Gorge Field Office
Bureau of Land Management
U.S. Department of the Interior
3028 East Main Street
Cañon City, CO 81212

10



# Your Comment Submitted on Regulations.gov (ID: NRC-2015-0251-0004)

**Regulations.gov** <no-reply@regulations.gov>                                                  Fri, Feb 26, 2016 at 11:37 AM
To: meghan.belaski@gmail.com



*Please do not reply to this message. This email is from a notification only address that cannot accept incoming email.*

### Your comment was submitted successfully!

Comment Tracking Number: 1k0-8o6i-t998

**Your comment may be viewable on Regulations.gov once the agency has reviewed it. This process is dependent on agency public submission policies/procedures and processing times. Use your tracking number to find out the status of your comment.**

Agency: Nuclear Regulatory Commission (NRC)
Document Type: Nonrulemaking
Title: Guidance: Subsequent License Renewal
Document ID: NRC-2015-0251-0004

Comment:
Upon hearing the news that the invisible arm of our decrepit and derelict nuclear industry is seeking additional life-support for its brain-dead facilities around the U.S., in order to extend the life-span beyond original design capabilities, makes perfect sense in the regulatory environment the NRC has long operated in, and is obviously quite troubling given the past and current histories of many of the plants that are seeking this extension from the NRC today, likely resulting in a catastrophic event in the future when a site finally pulls the plug on itself if these DNR's are ignored now, and brought back to life without cause.

On a regular basis, too often in fact, the public is made aware of the stark realities of the degrading nature of our nuclear power plants around the U.S, due to crumbling nuclear infrastructure which includes failing power lines, back-up generators and pump system failures, radioactive flooding, fires, shut-downs, or scrams, IT systems from the 8-track era, known structural defects, falsified safety records, and failures to report incidents to the NRC, the fact almost none of these plants can stand up to a snowstorm, while sea-waters are rising, and maintaining the financials of an industry that apparently went bankrupt some time ago when no one was looking, is a curiosity to say the least. And in these proposed extensions are taxpayer monies propping up this dying industry, focused on 1 energy "solution" to global warming, at maximum cost, when the same taxpayer monies could fund multiple sources of RENEWABLE energy for half the cost a nuclear build or lifeline could ever offer. And it won't make you a nuclear refugee either.

This is a crime against America. Why aren't we demanding to know why we are being asked to further fund an industry that doesn't really know how to explain to the public much of anything about the life-cycle of our nuclear anthro-pocene? It's actually quite odd if you really think about it. How is nuclear "power" of any type so misunderstood by its own creators? How is it that scientists, who apparently harnessed this unrealized universal force, working for years from the onset of the Manhattan Project, to right now, didn't pass on the science that would implore us to properly administer a cradle-to-grave understanding and handling of the most lethal material and force known to man, even if it's packaged in industry soundbites as the ONLY way to save earth from climate disaster? These people are crazy. Seriously crazy.

I don't care if Bill Gates et al., say nuclear is the next energy miracle. He's wrong, and I would implore that he and the Foundation go spend a few weeks in Fukushima and Chernobyl, and press those numbers. Then come back and apply the same scenario to the most densely populated American cities within a similar radius to a nuclear plant and see what you come up with. No people. Abandoned cities. No agriculture. Polluted water. Cancers for generations and you're worried about Syrian refugees invading your borders folks? Just wait until you're a displaced American within America from a nuclear fallout incident, and 20 million people end up living where precisely? Where they work? Re-build lives? Cause they'll never go home. You'll find out very quickly that the Syrian friend was a better option. Consider us lucky for now. But forewarned later.

If I was to use an analogy to conjure up a vision about what this might look like, I thought about my first car. I was 16 in 1992. My parents bought me a "classic" automobile; a 1963 Ford Falcon in mint condition. My father was meticulous about the car, and took extra-special care of it in order to keep it "road-worthy". Even though the 1963 Falcon was in mint condition, it still was not as fast, powerful or reliable as the rest of the newer cars on the road in 1992 and I had to drive a little differently than everyone else on the road. But again this was 1992, and the cars certainly were not as fast or technologically advanced as they are now.

This is what I see the NRC proposing with these extensions for the nuclear industry. Putting a "classic" on the road while all the rest of the modern world and technology outpaces your broke-down and lethal energy source that, if it doesn't kill you instantly when a nuclear power falls-out in the USA, will kill generations of our families slowly and painfully from the radiation exposure from this revolutionary clean energy source. How is that we've let this become the only answer to climate change? It's not people. It's time to wake up and face the facts. Please do not extend the lifeline of these nuclear facilities. They are liabilities we cannot afford. It's time to fund innovative energy sources for our times. If Applebee's in California has to tell me some of their food may have ingredients that cause cancer, then apparently this industry has been kept alive by artificial means for 70 years too long now, and it's time to pull the plug.


Uploaded File(s):
*No files uploaded*

This information will appear on Regulations.gov:

First Name: Meghan
Last Name: Belaski

This information will not appear on Regulations.gov:

*All of the information will appear on Regulations.gov*

**For further information about the Regulations.gov commenting process, please visit**
http://www.regulations.gov/#!faqs.

English    Customer Service    USPS Mobile                                    Register / Sign in



# USPS Tracking®

Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **9502800021856068000590**

*US DOJ - Office of Hearing and Appeals*
*Interior Board of Land Appeals*
*801 N Quincy St. MS-300, QC*
*Arlington, VA*

Updated Delivery Day: **Wednesday, March 16, 2016**

## Product & Tracking Information                        Available Actions

**Postal Product:**          **Features:**
Priority Mail 2-Day™          Certified Mail™          Up to $50 insurance included          Return Receipt Electronic
                                                       Restrictions Apply

                                                                                                Text Updates

| | | |
|---|---|---|
| **March 16, 2016 , 11:25 am** | Delivered | **ARLINGTON, VA 22203** |

Email Updates

| | | |
|---|---|---|
| March 16, 2016 , 10:10 am | Out for Delivery | ARLINGTON, VA 22203 |
| March 16, 2016 , 8:26 am | Sorting Complete | ARLINGTON, VA 22203 |
| March 16, 2016 , 8:24 am | Arrived at Unit | ARLINGTON, VA 22201 |
| March 16, 2016 , 4:45 am | Departed USPS Destination Facility | MERRIFIELD, VA 22081 |
| March 16, 2016 , 4:45 am | Arrived at USPS Destination Facility | MERRIFIELD, VA 22081 |
| March 15, 2016 , 3:33 am | Departed USPS Facility | AURORA, CO 80011 |
| March 15, 2016 , 12:12 am | Arrived at USPS Origin Facility | AURORA, CO 80011 |
| March 8, 2016 , 7:18 pm | Acceptance (SSK) | FORT COLLINS, CO 80521 |

## Track Another Package                                Manage Incoming Packages

**Tracking (or receipt) number**                        Track all your packages from a dashboard.
                                                         No tracking numbers necessary.

                                                         Sign up for My USPS ›



Track It

Register / Sign In

 USPS.COM

# USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **9502800021856068000620**

*US BLM*
*Utah State Office*
*440 W 200 S. Suite 500*
*Salt Lake City*

Updated Delivery Day: **Wednesday, March 16, 2016**

### Product & Tracking Information

**Available Actions**

| Postal Product: | Features: | |
|---|---|---|
| Priority Mail 2-Day™ | Certified Mail™ | Up to $50 insurance included Restrictions Apply |

Return Receipt Electronic

| **March 16, 2016 , 12:11 pm** | Delivered | **SALT LAKE CITY, UT 84101** |
|---|---|---|
| March 16, 2016 , 9:32 am | Available for Pickup | SALT LAKE CITY, UT 84101 |
| March 16, 2016 , 7:38 am | Sorting Complete | SALT LAKE CITY, UT 84101 |
| March 16, 2016 , 7:09 am | Arrived at Unit | SALT LAKE CITY, UT 84101 |
| March 16, 2016 , 5:07 am | Departed USPS Facility | SALT LAKE CITY, UT 84199 |
| March 16, 2016 , 12:54 am | Arrived at USPS Destination Facility | SALT LAKE CITY, UT 84199 |
| March 15, 2016 , 3:33 am | Departed USPS Facility | AURORA, CO 80011 |
| March 15, 2016 , 12:18 am | Arrived at USPS Origin Facility | AURORA, CO 80011 |
| March 8, 2016 , 7:21 pm | Acceptance (SSK) | FORT COLLINS, CO 80521 |

### Track Another Package

**Tracking (or receipt) number**

Track It

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



1400

English        Customer Service        USPS Mobile        Register / Sign In

# USPS.COM

# USPS Tracking®



Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **9502800021856068000606**

— USBLM (Utah) Regional Solicitor
Room 6201
125 South St. St.
Salt Lake City

Expected Delivery Day: **Wednesday, March 16, 2016**

Product & Tracking Information        Available Actions

Postal Product:        Features:
Priority Mail 2-Day™        Certified Mail™        Up to $50 insurance included        Return Receipt Electronic
                                                    Restrictions Apply

| Date/Time | Status | Location |
|---|---|---|
| **March 16, 2016 , 9:53 am** | Delivered | **SALT LAKE CITY, UT 84111** |
| March 16, 2016 , 7:48 am | Out for Delivery | SALT LAKE CITY, UT 84111 |
| March 16, 2016 , 7:38 am | Sorting Complete | SALT LAKE CITY, UT 84111 |
| March 16, 2016 , 5:29 am | Arrived at Unit | SALT LAKE CITY, UT 84101 |
| March 16, 2016 , 5:07 am | Departed USPS Facility | SALT LAKE CITY, UT 84199 |
| March 16, 2016 , 12:37 am | Arrived at USPS Destination Facility | SALT LAKE CITY, UT 84199 |
| March 15, 2016 , 3:33 am | Departed USPS Facility | AURORA, CO 80011 |
| March 15, 2016 , 1:04 am | Arrived at USPS Origin Facility | AURORA, CO 80011 |
| March 8, 2016 , 7:19 pm | Acceptance (SSK) | FORT COLLINS, CO 80521 |

Track Another Package        Manage Incoming Packages

Tracking (or receipt) number        Track all your packages from a dashboard.
                                     No tracking numbers necessary.

Track It        Sign up for My USPS ›



# NASA, Dept of Defense, Commerce etc probed over use of backdoored Juniper kit

## Were firewalls up to date? Committee wants to know

A bunch of US government departments and agencies – from the military to NASA – are being grilled over their use of backdoored Juniper firewalls.

The House of Representatives' Committee on Oversight and Government Reform fired off letters to top officials over the weekend, demanding to know if any of the dodgy NetScreen devices were used in federal systems.

Juniper's ScreenOS software – the firmware that powers in its firewalls – was tampered with by mystery hackers a few years ago to introduce two vulnerabilities: one was an administrator-level backdoor accessible via Telnet or SSH using a hardcoded password, and the other allowed eavesdroppers to decrypt intercepted VPN traffic. The flaws, which were smuggled into the source code of the firmware, were discovered on December 17 by Juniper, and patches were issued three days later to correct the faults.

The backdoor (CVE-2015-7755) affects ScreenOS versions 6.3.0r17 through 6.3.0r20, and the weak VPN encryption (CVE-2015-7756) affects ScreenOS 6.2.0r15 through 6.2.0r18 and 6.3.0r12 through 6.3.0r20.

The oversight committee has given the departments until February 4 to audit their use of ScreenOS – a bit of an ask, we reckon, because even the IRS lost track of 1,300 computers still running Windows XP. Pulling together records of networking kit in a rush, and amid an East Coast snow-mageddon, might give some federal IT workers a heart attack.

Specifically, the committee – which is worried about the impact of the security holes – wants to know: whether any vulnerable devices were used; steps IT staff took after learning of the vulnerabilities; which versions of ScreenOS were used; and when were

Oversight Lawmakers Probe Extent of Juniper Hack Across Federal Government - Nextgov.com                    1/25/16, 6:43 PM

*Jan., 2016*

# OVERSIGHT LAWMAKERS PROBE EXTENT OF JUNIPER HACK ACROSS FEDERAL GOVERNMENT

A key House committee is probing the use, across the U.S. government, of Juniper Networks firewalls now known to have been hacked.

Last month, the company announced the discovery of unauthorized code in its technology that could allow an "attacker to gain administrative access" to certain devices and "decrypt VPN connections."

Security analysts and a leak by ex-intelligence contractor Edward Snowden soon raised questions about whether the National Security Agency bugged the gear to decode foreign correspondence.

Republicans and Democrats on the Oversight and Government Reform Committee have requested that 24 departments and agencies provide lawmakers with an inventory of their affected "ScreenOS" Juniper products as well as the dates they fixed the identified security flaws.

"So that the committee may better understand the extent of the ScreenOS vulnerabilities and related effects on the cybersecurity posture of federal agencies that use" the tools, "please provide the following documents and information as soon as possible," reads a Jan. 21 letter sent to the departments of Commerce, Defense, State, as well as NASA, the Nuclear Regulatory Commission and the other federal agencies.

The agencies must turn over documents showing:

- Whether they used the compromised Juniper programs
- How they "discovered the vulnerability and if any corrective measures were taken prior" to deploying a software patch issued Dec. 20, 2015
- The program versions used
- The date they installed the patch

1403

Why Amazon is doubling down on lobbying - The Washington Post

2/8/16, 11:18 AM

# The Washington Post

2/5/16

# Why Amazon is doubling down on lobbying

**By** Andrea Peterson  February 5

Amazon nearly doubled its lobbying expenditures in 2015 versus the previous year, spending $9.4 million dollars trying to sway Congress and executive agencies. The jump puts Amazon's lobbying efforts in the same league as other tech giants like Microsoft and Facebook -- and reflects how the company's expanding business interests have raised the stakes of its relationship with the government.

The issues were wide-ranging from some obvious ones such as online sales taxes and drones. But it also pressed Washington on other matters including computer cloud services, cybersecurity and welfare benefits.

The increased lobbying spending is just one sign of Amazon's interest in courting the nation's capital. In the fall of 2014, the company moved its Washington policy shop to a much larger office space. Last spring, Amazon picked up Jay Carney, a former White House press secretary.

"Like a lot of businesses, Amazon has a presence in Washington and we focus on issues that matter to us," said Carney, now Amazon senior vice president for global corporate affairs.

Amazon has long lobbied for the creation of a national standard for collecting state sales tax for online purchases, a change that would simplify their business practices.

In a recent town hall meeting with Washington Post employees, Amazon chief executive Jeffrey P. Bezos -- who also owns The Post -- cited state sales taxes as the lobbying issue he has been personally most engaged on. But so far, legislation at the heart of that change has been unsuccessful -- much to Bezos' chagrin.

"It's even a bipartisan issue that both side agree on and we still can't get it done," he said. "It's very puzzling to me as an outsider, I don't know how you guys live here, honestly."

But Amazon's fastest growing sector, Amazon Web Services, is far from an outsider in Washington. While most people probably know Amazon as an online retailer, its cloud computing segment is fast becoming a key pillar of its business. The subsidiary -- which lets customers use Amazon's Web-based servers for their computing needs -

1404

```
=====================================
          OLD TOWN STA
          301 S HOWES ST
     FORT COLLINS, CO 80521-9997

02/04/2016                  02:12:26 PM
=====================================

              Sales Receipt
Product           Sale    Uni      Final
Description        Qty    Price     Price

SAINT LOUIS, MO  63112-2346      $0   5
Zone-5
Priority Mail 2-Day™ FR Env with
up to $50.00 Insurance and USPS
Tracking™ included
  %% USPS Tracking #:
  9505 5000 2185 6035 0002 53
  * Expected Delivery Day Saturday,
February 6.
                                 ========
I      ostage:                    $6.45

WASHINGTON, DC  20510            $6.45
Zone-7
Priority Mail 2-Day™ FR Env with
up to $50.00 Insurance and USPS
Tracking™ included
  %% USPS Tracking #:
  9505 5000 2185 6035 0002 60
  * Expected Delivery Day Saturday,
February 6.
                                 ========
Issue Postage:                    $6.45

Total:                           ========
                                 $12.90

Paid .
VISA                             $12.90
  Account #:    XXXXXXXXXXXX8183
  Approval #:   692174
  Transa    #:    817
  23-9020.    9

SSK Transaction #:       50
USPS® #              073170-9551

%% Tex    ... t  king number to 28777
(2USPS)  o get the latest status.
Standard Mess     and Data rates may
apply. You may  lso visit USPS.com
USPS Tracking or call 1-800-222-18
or use this s f-service kiosk (or a
self-ser   iosk at other Postal
locatio  s).

Save this r        viden
insurance.          ion on
an insurance clai  go to
https://www.u  s.com/help/claims.htm.

             ks.
   It's a ple   r  o serve you.

ALL SA    NAL UN STAMPS AND POSTAGE.
REFUNI  FC  GUARANTEED SERVICES ONLY.
```

1405

Meghan Belaski-Ashe
1212 Southridge Dr.
Fort Collins, Colorado 80521

April 19, 2016

U.S. Senate Committee on Environment
and Public Works Minority Office
Attn: Ranking Member Senator Barbara Boxer
456 Dirksen Senate Office Building
Washington, DC 20510-6175

U.S. Congresswoman Nancy Pelosi
233 Cannon H.O.B.,
Washington, DC 20515

U.S. Senator Harry Reid
522 Hart Senate Office Building
Washington, DC 20510-2803

To whom it may concern:

I've written to several of my U.S. Congress members in the past few weeks, as well as file dual
ethics complaints with both the U.S. House of Representatives and the U.S. Senate Ethics
Committees regarding my situation as a whistleblower to the SEC-OWB as of February 2014,
and what I have documented and perceived to be a significant public corruption situation related
to "cradle to the grave" nuclear materials handling and infrastructure fraud that has perpetrated
the halls of my U.S. Congress in a corrupted political process that allows criminal enterprise to
take precedent over human life. Today, I am writing briefly to inform each of you as leadership
within the Democratic party that I think some of your party members are out of line with recently
proposed legislation in the U.S Senate Committee for the Environment and Public Works as it
concerns the Nuclear Regulatory Commission and the future of "advanced" nuclear reactors in
the United States. Advanced from what precisely? Reality? Because this is unreal.

Specifically, I believe Senators Cory Booker and Sheldon Whitehouse have done a great
disservice to the Democratic party. Their willingness to push for and fund advanced nuclear
reactors through recent legislation in Congress is a slap in the face to people like myself who
have been trying to get all my Congress members to intervene and investigate illegal plutonium
incineration in my hometown of Canon City, Colorado, under the failed oversight of the Nuclear
Regulatory Commission or NRC, for Congress to intervene and investigate how 70 years of
nuclear waste has been left to rot and kill innocent people in communities like Canon City,
Colorado, and St. Louis, Missouri, and to intervene and investigate how the NRC and
Department of Energy or the DOE, have known for decades that nuclear materials and
documents have gone missing, have been transported illegally to other states and likely other
countries, have been dumped illegally in municipal landfills as "clean fill" construction soils, and
incinerated without permission, which are all criminal offenses, and yet, these U.S. Senators
want to look the other way and continue funding the same entities that are behind this illegal
nuclear materials fraud in the first place, and are the same companies that donate to many of
your campaigns. This cannot continue logically, legally or ethically.

It's mind-blowing, and its about time Democratic leadership stand up to some of its own party members, otherwise, people like me are going to have to do it for you, and then the whole party looks foolish, not just a few individuals within the party. I cannot, in good conscience, stand by and wait for something to happen with this situation. I am compelled to act, and my next steps could and should include suing my U.S. Congress members in their individual capacities for public corruption. There's no more room for denial. I expect to be let down by the Republicans in Congress, but when it's the Democrats, it hits home and I know something is seriously wrong in our political system when the people who claim to be on the right side of the law, are clearly disoriented by their own individual ambitions of power and control, and at the end of the day, are willing to look the other way in order to fund a political campaign.

Please, as the Democratic leadership, can you explain how is it that men who don't believe in climate change and global warming, are suddenly concerned about climate change and global warming, and their best response is to offer legislation to advance funding for unproven nuclear designs and technology, i.e., advanced modular nuclear reactors, in order to combat global warming and continue funding the same entities I've accused as a whistleblower of defrauding the U.S. government and poisoning the citizens of the United States through a "cradle to the grave" nuclear materials fraud? How it is that 2 well-known and respected Democrats would align their party with men who don't believe in climate change and global warming, yet stand united to push more nuclear anything and everything to advance even more unnecessary nuclear power, when they can't even get the last 70 years of nuclear power under control? Is it odd they don't really seem to understand nuclear power or its by-products? And I'm talking about the scientists, not Congress. How is it that we still do not understand nuclear power enough to manage the waste it creates, even though we apparently created it in the Manhattan Project, and then in some creepy Swords to Plowshares program that offered "peaceful" use of nuclear power for the "good of mankind" and then converted all these industries from the by-products of one another? Where's the patent on this original material? Seriously. I would love to see the documents, cause I don't think any of our nuclear minds know what they're doing. Otherwise, it's my opinion we wouldn't be in this situation. You know, the one where no one knows how to manage nuclear materials safely in 2016.

We have significant contamination issues all over the United Stares related to the the advancement of "clean" nuclear power, and look where it has gotten us. And now they want to move on and act like the past has never happened, never funding any legitimate clean-up, continually denying that contamination problems exist, and advance more nuclear power facilities all while ignoring the fact my whole town of Canon City, Colorado, is slowly dying from illegal nuclear waste dumping and waste storage. That Canon's connected to the St. Louis, Missouri, landfill wastes that are killing St. Louis too, and that the Hanford, Washington, site is experiencing a "catastrophic" event even as I type this, and that the Hanford history is certainly connected to the Canon City and St. Louis sites and activities from decades ago as it concerns the Manhattan Project, but in 2016, the Senate wants to fund the NRC and the DOE to advance more unproven nuclear technology at the behest of the american taxpayer, and fail to act in the interest of necessary public health and well-being because doing so means turning away from the special interests that keep you in power. And thusly in control. But the tides are turning, and when 1% of you have so tightly wound our collective potential, we are like a singularity in a blackhole, there's no escape, only release, because we've got no where else to go, and we will find a way out.

The first thing the Senate should fully fund is a psychiatric evaluation for each member of Congress that would rather provide money to criminally complicit entities though legislation in order to support the life-cycle of a politician and its toxic holdings, than one that funds clean up of illegal nuclear waste from our homes and schools and yards and rivers, in order to improve our mortality rates, and advance our GDP, instead choosing to advance nuclear power and control for the same nuclear entities responsible for countless suffering and thousands upon thousands of preventable deaths and disease related to the last 70 years of nuclear "innovation" in places like Canon City, Colorado. Stop lying to yourselves and to the public. Nuclear is not a clean energy source. Nuclear may burn clean, but getting there is anything but. It's the most environmentally and morally unsound energy source from cradle to the grave activity. It ruins water, soil, human bodies and ecosystems before it can be called clean. It's not clean. That's a fact. And if it is called clean, it can still melt-down. And that's the oxymoron here.

Name another clean energy source that can literally alter your genetic code within a generation. And not in a good way. In a bad way. It's called maladaptation. Or one that can make a million homegrown refugees in our United States within just a few minutes time. Or one that can be used as an act of terror. This Congress is the literal bull in the China shop who has knocked everything over and broken all the fine china, and then walks out and leaves people like me holding the broom and the dustpan to clean up the mess that's left behind. And then it comes back. Except the bull is the nuclear/military industrial complex that owns the Congress that tramples over the fine-china, and the fine-china are lives you are ruining allowing the nuclear industry to dominate the decisions being made in this U.S. Congress. I'm the shopkeeper that's been fooled twice by the bull. But next time, the third time's charm, I'm castrating that bull.

Lastly, how could Congress, with the knowledge that several nuclear engineers, support services companies, and high level "executives" within certain Department of Energy programs have recently been implicated and indicted in an espionage scheme involving advanced nuclear reactor technology and design here in the United States, would not immediately call for an investigation, but instead, try and save campaign assess, would try and push through legislation that requires funding for the same entities that cannot or will not acknowledge nuclear contamination in places like St. Louis, Missouri, and Canon City, Colorado, from outwardly and documented criminal acts, from companies that are likely connected to the emerging espionage scheme to use U.S. knowledge and materials to design and build advanced nuclear reactors in China, or that the NRC has an alarmingly poor and likely criminal record and history of looking the other way when legitimate and federally relevant public health issues have come knocking at their door, yet this Congress wants to give them more money to effectively remove their already negligent oversight of this alleged regulatory authority, and fast track approval for the companies who have committed crimes against humanity. These Democrats have lost their minds.

It's time to fund nuclear waste clean up and storage for the future, and bury it forever. Congress is falling victim by the irresponsible push of the nuclear industry to attempt to use nuclear power as the only answer to innovate our "clean" energy future. The future is not in nuclear power. The only future for nuclear power is in the federal prison terms that accompany its future development. The priority of this U.S. Congress should be focused on meaningful and legitimate nuclear waste remediation from sites created over the last 70 years from cradle to the grave nuclear activities that currently have no legitimate funding or plans to remove lethal threats from our homes and communities, and our future generations. It's time to do the right and necessary thing here and stop or defund this irresponsible legislation and focus your funding instead on

cleaning up the vast number of nuclear sites around our country that need prompt and critical attention of this U.S. Congress, not a promise of unproven technology to deal with it years down the road, and decades of denial we've been granted up to this point. Thank you for your time and attention to these serious matters.

Sincerely,

Meghan Belaski-Ashe

# Radioactive Traces Found Near St. Louis-Area Landfill

A Missouri agency has found more off-site radiation contamination near a St. Louis-area landfill where nuclear waste was illegally dumped four decades ago.

KMOX-AM ( http://cbsloc.al/1PjM5iW ) reports that the Missouri Department of Natural Resources said gamma radiation was found in the lower range in most samples. But some areas near the West Lake Landfill in Bridgeton showed "comparatively higher levels." More testing is planned.

Richard Callow, a spokesman for landfill owner Republic Services, said in a statement that the screening levels do not "identify any areas of health and safety concern."

A September report found that radioactive waste dumped in the landfill in Bridgeton had contaminated trees and groundwater outside the perimeter of the landfill. Adding to the concern is an underground fire burning in the adjacent Bridgeton Landfill.

———

Information from: KMOX-AM, http://www.kmox.com

Cities    Business Directory    Book of Lists    Upstart Business Journal    Bizwomen    f  t  in  8+    Register    Sign In

Search

🏠  News    People    Events    Jobs    Resources    Store    Subscriber    About    Contact Us



Subscribe Today
Limited Time Offer

# Teamsters, St. Louis Residents Cite Republic Services' Radioactive Landfill In Complaint To United Nations

### Formal Complaint Delivered to Special U.N. Rapporteur for Human Rights and the Environment

PR Newswire

NEW YORK, May 4, 2016 /PRNewswire-USNewswire/ -- Yesterday, Teamsters with the Solid Waste and Recycling Division, Saint Louis residents Dawn Chapman and Karen Nickel, founders of JustMoms STL and Center for Health Environment and Justice founder Lois Gibbs lodged a formal human rights complaint with the United Nations Rapporteur for Human Rights and the Environment.



The coalition has been corresponding with the U.N. Rapporteur regarding the effects of the ongoing West Lake Bridgeton landfill environmental crisis in Missouri, its impact on surrounding communities and the need for corporate accountability and government action.

An underground fire has been raging for five years at the West Lake complex, which contains thousands of tons of illegally-dumped radioactive nuclear wastes in an unlined landfill. The subsurface fire is moving closer to the nuclear waste and is releasing toxic chemicals that residents and workers can smell for miles. The landfill complex is owned by the second-largest landfill company in the United States, Republic Services [NYSE: RSG], itself controlled by one of the world's richest men, Bill Gates.

In December 2015, more than 18 witnesses testified to a jury composed of leading civic and religious figures in Saint Louis. Witnesses detailed their

## About



The information on this page is provided by PR Newswire. St. Louis Business Journal is not responsible for this content.

Learn more about PR Newswire ▸

### Grand Gateway Hotel Rapid City



**$58.65**
Covered By Expedia's Best Price Guarantee
Expedia.com
★ ★ ★ ☆ ☆

Videos ❯



European Stocks Break Four-Day Losing Streak



Cerberus Sees Soured European Loans Extending to 2021



Turkey's PM the Latest Government Official to Be Replaced

## PR Toolkit

Want to see your news in The Business Journals & other media. Distribute your Release through PR Newswire. For a limited time, get a 1-Year Membership to PR Newswire FREE of charge.

Find out more about PR Toolkit ▸

many health problems, including deaths among adults, children and
neighbors; asthma and other respiratory ailments; sharp drops in home
values; and the inability to enjoy the outdoors and their homes.

Teamster members and other union workers from the warehouse sector
and other businesses surrounding the landfill also testified at the
tribunal.

"Workers and residents need real protection and respect, and Bill Gates
and Republic Services need to step up to the plate and put real resources
to resolving this untenable situation, instead of evading accountability,"
said Chuck Stiles, Assistant Director of the Teamsters Solid Waste and
Recycling Division.

"Only a few days ago, on April 28, we commemorated Workers Memorial
Day, for all those who die or get hurt in the workplace," Stiles said.
"Workplaces should not be a threat to workers, nor the workers and
families living around them."

The other members of the delegation, including Karen Nickel and Dawn
Chapman, who live in proximity to the landfill, pointed out how the
radioactive material has been dumped illegally and left unmanaged for
over 40 years, while the fire, which has been burning for five years, is
expected to burn for many more, leaving families and neighbors trapped
with no end in sight.

They are reaching out to the United Nations Human Rights Commission
because they feel that their fundamental human rights to clean air,
water and health are being violated, and fear they have no redress.

Founded in 1903, the International Brotherhood of Teamsters represents
1.4 million hardworking men and women throughout the United States,
Canada and Puerto Rico. Visit www.teamster.org for more information.
Follow us on Twitter @Teamsters and on Facebook at
www.facebook.com/teamsters.

Contact:
Kara Deniz, (202) 624-6911
kdeniz@teamster.org

Logo - http://photos.prnewswire.com/prnh/20100127/IBTLOGO

To view the original version on PR Newswire,
visit:http://www.prnewswire.com/news-releases/teamsters-st-louis-
residents-cite-republic-services-radioactive-landfill-in-complaint-to-
united-nations-300263089.html

SOURCE International Brotherhood of Teamsters

*The information on this page is provided by PR Newswire. All rights reserved.
Reproduction or redistribution of this content without prior written consent from PR
Newswire is strictly prohibited. St. Louis Business Journal is not responsible for this
content. Learn more about this service.*

## DOW to Drop 80% in 2016

80% Stock Market Crash to Strike in 2016, Economist Warns.

## People on the Move  ❯


**Mike Budenholzer**
Colliers International


**Sandra McKnight**
RE/MAX Results


**Dr. Russell Won, MD**
Visiting Nurse Association of Greater St. Louis


**Scott Welch**
Welch Law LLC


**Sara Krenski**
MAP St. Louis


**Lita Kolkmeier**
Coldwell Banker Gundaker

## Featured Jobs  ❯


**General Manager, Chickasha, Oklahoma - Relocation Package Available**
Green Bay Packaging, Inc | Chickasha, OK


**Vice President and Chief Financial Officer**
Webster University | Saint Louis, MO

**Head of School**
Walden School | Louisville, KY


**Part-Time Custodian**
City of Chesterfield | Chesterfield, MO

**Registered Nurse - seeking experienced RN's**
Success Healthcare- St Alexius | St. Louis, MO

Post a Job          View All Jobs

Barron: Looking for the big stuff at Atlas No. 4 | Columns | trib.com

7/10/16, 8:25 AM

*[handwritten: May Jett]*
*[handwritten: Colorado]*

# Barron: Looking for the big stuff at Atlas No. 4  *—see*

*[handwritten: Timnath Farms]*

CHEYENNE —Although the contamination was discovered years earlier, it wasn't until 2009 that the U.S Corps of Engineers moved to do something about Atlas missile site No. 4.

*[handwritten: to Connection to Atlas 4...]*

That's the big one west of Cheyenne with a contaminated plume of groundwater carrying TCE slowly but inexorably toward the city of Cheyenne.

TCE is trichloroethylene, a solvent used decades ago to clean rockets at the ballistic missile sites surrounding Cheyenne and extending into Colorado. It's nasty and can cause liver cancer and other ailments.

The people who live in the rural area west of Cheyenne were understandably concerned about the effect on their groundwater.

The corps initially wanted to pump out the contaminated water, treat it and return it to the ground.

But experts like Jane Francis, former geological supervisor at a the Wyoming Department of Environmental Quality, said that system might not work because of the complexity of the formation. If it doesn't, the federal government will have spent millions of dollars without finding a solution, and the plume of TCE would still be moving east.

City and environmental officials and Wyoming's congressional delegation have been pushing for several years for a total cleanup at the Atlas launch site.

For a long time the U.S. Corps of Engineers appeared to be wed to the less costly option of installing the intercept wells east of the site.

Faced with billions of dollars of remediation in other missile sites, the cautious attitude was understandable.

...did not sit well with the locals, particularly members of the citizens' restoration ...visory board for the project.

The corps had responded quickly a half dozen years ago when a city water well had to be shut down as TCE levels rose to 40 parts per billion.

The Environmental Protection Agency limit is 5 parts TCE per billion.

The corps installed an activated carbon system at that wellhead to pull the TCE from the water. The well was usable again.

Loaded: 0%

Progress: 0%

0:00

With any immediate danger to the public removed, there was little pressure for quick action on a long-term solution.

Recently there appears to be a breakthrough in the impasse on the cleanup, as Bob Pirrie, the new co-chairman of the citizens' advisory board for the Atlas No. 4 site observed.

During a restoration board meeting a couple of weeks ago at Laramie County Community College, the officials from the corps explained their plans for some serious investigation at the launch site itself.

nning this month, new wells will be drilled at hot spots where TCE is the highest.

ne goal is to find out whether the TCE is embedded in the soil underground. If it is, it must be treated differently than if it is only a groundwater problem, said Doug Simpleman, project manager or the corps.

Atlas Site No. 4 "is not a typical Atlas site. It's much larger than The study will we have encountered," Simpleman said.

The initial sampling will answer the question of whether there is a mass of TCE hung up in the soil.

"We want a better delineation of where the big stuff is," he said.

Some answers should be available by the end of the year.

The new approach is in keeping with a 2014 report from a consulting firm, Intera Inc., for the Wyoming Department of Environmental Quality.

That report was critical of the corps for inadequate characterization of the source zone for Atlas Site no. 4.

As a result the corps "dismissed the traditional approach of source-zone remediation by soil-vapor extraction (SVE) in the unsaturated zone and pump-and-treat remediation in the saturated zone," the consultants' memo said.

1415

# EU launches official one-year inquiry into Panama Papers scandal

An official European probe has been launched into the scandal over the so-called Panama Papers.

The European Parliament has agreed to set up an inquiry into what it calls "alleged contraventions and maladministration" in the application of EU laws on money laundering, tax avoidance and tax evasion.

The vote to hold an inquiry was held in a plenary session of the parliament on Wednesday.

The Panama Papers uncovered 11.5 million documents revealing details of offshore accounts and tax arrangements.

The probe will be into the actions or lack of action by the European Commission and public administrative bodies of EU member states.

Sven Giegold, a German Green MEP, told Euronews: "We have to research how it was possible to break European anti-money laundering legislation in Europe systematically.

"Because what the journalists have uncovered is that it was possible to open bank accounts and secretive companies and disguise the real beneficial owners of large amounts of money."

The inquiry committee will have 65 members and will report back in one year.

The setting up of the probe came after an agreement was reached by the European Parliament's Conference of Presidents of political groups.

Details of the mandate of the inquiry had to be agreed by the various political groups.

A detailed statement within the mandate declares: "In times when the European Union is still coping with the consequences of the crisis from the end 2000s, European institutions have a duty to ensure that the fight against tax fraud, avoidance and illegal

```
                OLD TOWN STA
               301 S HOWES ST
          FORT COLLINS, CO 80521-9997

    06/04/2016                10:21:06 AM
    ==========================================

    _____  Sales Receipt  _____
    Product       Sale    Unit     Final
    Description   Qty    Price     Price


    WASHINGTON, DC  20530          $1.15
    Zone-7
    First-Class Mail® Large Envelope
     0 lb. 1.70 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    Issue Postage:               $1.15

    WASHINGTON, DC  20530          $1.15
    Zone-7
    First-Class Mail® Large Envelope
     0 lb. 1.70 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    Issue Postage:               $1.15

    WASHINGTON, DC  20240          $1.15
    Zone-7
    First-Class Mail® Large Envelope
     0 lb. 1.70 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    Issue Postage:               $1.15

    WASHINGTON, DC  20240          $1.15
    Zone-7
    First-Class Mail® Large Envelope
     0 lb. 1.70 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    Issue Postage:               $1.15

    WASHINGTON, DC  20510          $1.15
    Zone-7
    First-Class Mail® Large Envelope
     0 lb. 1.70 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    Issue Postage:               $1.15

    WASHINGTON, DC  20515          $1.15
    Zone-7
    First-Class Mail® Large Envelope
     0 lb. 1.70 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    Issue Postage:               $1.15

    CHICAGO, IL  60657             $1.57
    Zone-5
    First-Class Mail® Large Envelope
     0 lb. 3.80 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    Issue Postage:               $1.57

    SPRINGFIELD, IL  62706         $1.57
```

```
    Zone-7
     0 lb. 1.70 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    WASHINGTON, DC  20515          $1.15
    Zone-7
    First-Class Mail® Large Envelope
     0 lb. 1.70 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    Issue Postage:               $1.15

    CHICAGO, IL  60657             $1.57
    Zone-5
    First-Class Mail® Large Envelope
     0 lb. 3.80 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    Issue Postage:               $1.57

    SPRINGFIELD, IL  62706         $1.57
    Zone-5
    First-Class Mail® Large Envelope
     0 lb. 3.80 oz.
     * Expected Delivery Day Tuesday, June
    7.
                             ========
    Issue Postage:               $1.57

    Total:                     ==========
                                 $10.04

    Paid by:
    VISA                         $10.04
      Account #:    XXXXXXXXXXXX8183
      Approval #:    461024
      Transaction #:  301
      23-902030477-99

    SSK Transaction #:        10
    USPS® #             073170-9551

              Thanks.
      It's a pleasure to serve you.

    ALL SALES FINAL ON STAMPS AND POSTAGE.
    REFUNDS FOR GUARANTEED SERVICES ONLY.
```

1417

```
                                    WASHINGTON, DC  20006-2601        $6.80
                                    Priority Mail 2-Day™ Padded FR
                                    Env with up to $50.00 Insurance
                                    and USPS Tracking™ included
                                    %% USPS Tracking #:
                                      9505 5000 2185 6174 0002 20
                                      * Expected Delivery Day Friday, June
                                    24.

                                    Issue Postage:            ========
                                                                $6.80
                                    Total:                    ==========
                                                                $25.19

                                    Paid by:
                                    VISA                        $25.19
                                      Account #:       XXXXXXXXXXXX8183
                                      Approval #:         488087
                                      Transaction #:   017
                                        23-902030477-99
```

```
           OLD TOWN STA
          301 S HOWES ST
       FORT COLLINS, CO 80521-9997

  06/22/2016              05:10:03 PM
  ==================================

           Sales Receipt
  Product       Sale   Unit    Final
  Description    Qty   Price   Price

  WASHINGTON, DC  2006                $.47
  Zone-7
  First-Class Mail® Letter
    0 lb. 1.00 oz.
    * Expected Delivery Day Monday, June
  27.
                             ========
  Issue Postage:                 $.47

  $.47 Stamps        2    $.47    $.94

  ALBANY, NY  12207               $2.83
  Zone-7
  First-Class Mail® Large Envelope
    0 lb. 9.40 oz.
    * Expected Delivery Day Monday, June
  27.
                             ========
  Issue Postage:                $2.83

  ALBANY, NY  12248               $2.83
  Zone-7
  First-Class Mail® Large Envelope
    0 lb. 9.50 oz.
    * Expected Delivery Day Monday, June
  27.
                             ========
  Issue Postage:                $2.83

  WASHINGTON, DC  20001           $2.83
  Zone-7
  First-Class Mail® Large Envelope
    0 lb. 9.50 oz.
    * Expected Delivery Day Monday, June
  27.
                             ========
  Issue Postage:                $2.83

  ALBANY, NY  12207               $2.83
  Zone-7
  First-Class Mail® Large Envelope
    0 lb. 9.50 oz.
    * Expected Delivery Day Monday, June
  27.
                             ========
  Issue Postage:                $2.83

  ALBANY, NY  12223               $2.83
  Zone-7
  First-Class Mail® Large Envelope
    0 lb. 9.40 oz.
```

```
                                    SSK Transaction #:         51
                                    USPS® #              073170-9551

                                    %% Text your tracking number to 28777
                                    (2USPS) to get the latest status.
                                    Standard Message and Data rates may
                                    apply. You may also visit USPS.com
                                    USPS Tracking or call 1-800-222-1811,
                                    or use this self-service kiosk (or any
                                    self-service kiosk at other Postal
                                    locations).

                                    Save this receipt as evidence of
                                    insurance. For information on filing
                                    an insurance claim go to
                                    https://www.usps.com/help/claims.htm.

                                          Thanks.
                                    It's a pleasure to serve you.

                                    ALL SALES FINAL ON STAMPS AND POSTAGE.
                                    REFUNDS FOR GUARANTEED SERVICES ONLY.
```

1418

(http://gazette.com/) News (http://gazette.com/news)   Sports (http://gazette.com/sports)   Business (http://gazette.com/business)

Life (http://gazette.com/life)   Military (http://gazette.com/military)   A&E (http://gazette.com/arts-entertainment)   Opinion (http://gazette.com/opinion)

Blogs (http://blogs.gazette.com)   Obits (http://obits.gazette.com/obituaries/gazette/)   Classifieds (http://gazette.com/classifieds)

Jobs (http://springsjobs.com)   Auto (http://gazette.com/auto)   Homes (http://springshouses.com)

6/7/16

JUST VISITING (/JUSTVISITING)   ATTRACTIONS (/ATTRACTIONS)   CALENDAR (HTTP://EVENTS.GAZETTE.COM)   DINING (/DINING)

ARTS (/ARTS)   MUSIC (/MUSIC)   MOVIES (/MOVIES)


(/)

✱ BEST OF THE SPRINGS (http://thebestofthesprings.com)   ✱ FUN GUIDE (http://gazette.com/summerfun)   ✱ DINING GUIDE (http://gazette.com/dining-guide)

✱ DISCOVER (http://gazette.com/discover)

# Colorado lawmakers push plan to allow further use of Russian rocket motor

By Tom Roeder (/author/tom-roeder) Updated: **June 7, 2016 at 6:34 pm** • Published: June 7, 2016 • 💬 0

Colorado lawmakers on Tuesday pushed an amendment to the National Defense Authorization Act that would allow the Pentagon to fly satellites to space using Russian rocket motors for five more years.

**RELATED INFORMATION**

**RELATED ARTICLES (5)**

China on schedule for launch this year of 2nd space station (/china-on-schedule-for-launch-this-year-of-2nd-space-station/article/1579027)

+ show more

The RD-180 engine is a key component in a popular rocket built by the Denver-based United Launch Alliance. Lawmakers for the past two years have called for banning the engine amid rising tension with Russia, where it is built.

But moving away from the Russian rocket engine has proved troublesome as U.S. manufacturers haven't come up with a rapid replacement.

## Related:

ULA expects another 400 to 500 job cuts in 2017 (http://gazette.com/article/1574112)
Colorado's U.S. Sens. Michael Bennet and Cory Gardner were among lawmakers who pushed a measure introduced Monday that would allow use of the motor through 2022.

"This amendment will help ensure there is true competition and reliability in our national security space launches, and will allow the Department of Defense to responsibly transition to a domestic engine," Bennet, a Democrat, said in a statement. "Competition is ultimately best for the taxpayer,


COLORADO SPRINGS DEAL OF THE DAY
Today's Deal
$10 for 4 tickets to Michael Gorman's Magic Town ($20 value)
Michael Gorman

and assured access to space is critical to our warfighters in the field and to our national security as a whole."

Gardner, a Republican, said allowing continued use of the Russian motor would help the Pentagon avoid disruptions in access to orbit.

"It also protects our national security by ensuring continued access to space, which is critical to the detection of missiles, transmitting secure communication, and gathering intelligence," Gardner said in a statement.

United Launch Alliance rockets are gaining some competition this year, with the Air Force awarding a launch to upstart aerospace firm SpaceX. That company's Falcon-9 rocket, while American-made, has a short track record that makes some lawmakers nervous about leaning on it for all launches.

The outright ban on use of the RD-180, laid down in a 2015 defense measure, would hurt United Launch Alliance, which uses the engine on its Atlas V launcher, the most common rocket used by the Defense Department. The firm has plans in place to move away from the Russian engine.

"ULA's Vulcan rocket, which will launch in 2019, will have an American engine, offer the best value," the company said on its website.



SHOES UP TO **70%** OFF ▸SHOP◂

Contact Tom Roeder: 636-0240

Twitter: @xroederx

ⓘ Comment Policy (http://gazette.com/comments-faq)

**0 Comments**                                                        Sort by   Oldest

            Add a comment...

▣ Facebook Comments Plugin

LIKE US ON FACEBOOK

1420

Gardner Introduces Amendment To Promote Competition, Control Costs, Protect National Security | Colorado Space News                    11/10/16, 2:47 PM

Case 1:17-cv-01035-ABJ  Document 1-9  Filed 05/26/17  Page 107 of 116

# Colorado Space News

6/8/16

Latest News    Juno In-Depth    Companies    Space Agencies    Missions    Technology    People

Government    Industry News    Explorers

EDUCATION    •    MUSEUMS AND PLANETARIUMS    •    OPPORTUNITIES    •    CALENDAR    •    ONGOING EVENTS    •

RESOURCES  ▾  •  CONTACT

SEARCH OUR
SITE!

Search…

SHARE THIS
PAGE!

Share




CURRENT MOON
PHASE



**Waxing Gibbous Moon**

The moon is 10 days old

Distance: 58 earth radii

COMPANIES, GOVERNMENT, LAUNCH SYSTEMS, MILITARY

# Gardner Introduces Amendment To Promote Competition, Control Costs, Protect National Security

G+1   0

June 8, 2016 – Senator Cory Gardner (R-CO) joined Senator Bill Nelson (D-FL) yesterday in introducing an amendment (4509) to S.2943, the National Defense Authorization Act for Fiscal Year 2017 (NDAA), which provides funding for the Department of Defense (DoD).

The measure would allow for the DoD to purchase rockets from any certified launch provider between now and December 31, 2022 so long as the provider offers the best value to the DoD. The amendment promotes competition and protects national security by paving the way for assured access to space. At the same time, the amendment ensures fiscal responsibility as it has the potential to save DoD up to $5 billion.

"The DoD must have access to launch vehicles that it can afford," said Gardner. "My amendment promotes competition and acknowledges the difficult fiscal environment by requiring the DoD to purchase rockets from certified providers that offer the best possible value. It

FOLLOW US!




Grishko

63.90



Only the best - Grishko
pointe shoes



Ecliptic latitude: -1 degrees
Ecliptic longitude: 351 degrees

Joe's

## Tweets by @CO_Space_News

Colorado Space News Retweeted



**Lockheed Martin**
@LockheedMartin

.@NOAASatellites #GOESR satellite system aids tornado, sun and storm warnings. (via @sfchronicle )
lmt.co/2fAmQMp



05 Nov

Colorado Space News Retweeted



**NASA History Office**
@NASAhistory

#OTD 2005 @esa's Venus Express launched. 1st successful Venus orbiter mission to launch since 1989 (Magellan), & only the 7th ever.



06 Nov

also protects our national security by ensuring continued access to space, which is critical to the detection of missiles, transmitting secure communication, and gathering intelligence. In order for the United States to remain competitive when it comes to space exploration, the DoD should have the ability to conduct a fair and open contracting process that allows any certified launch provider to compete."

United Launch Alliance (ULA) is headquartered in Centennial, Colorado and for the last ten years, has guaranteed access to space with its Atlas and Delta rockets. ULA has had a 100% success rate launching satellites into all eight orbits used by the DoD.

But despite its flawless launch record, ULA has come under attack for using Russian RD-180 rocket engines, which are used in the first stage of the Atlas rocket. Although use of the Russian engines dates back to the end of the Cold War, when the U.S. deemed it wise to employ Russian rocket scientists for national security reasons, this decision has come under scrutiny since the Russian annexation of Crimea in 2014. Since that time, Congress has been debating the path forward to a new American engine and what to do in the interim.

In the meantime, ULA has started work on an all-American Vulcan rocket, but doesn't expect it to be ready and certified by the DoD until the early 2020's. It still has the Delta IV, but that rocket is typically only used for heavier satellites because of its higher cost. California-based SpaceX has also been certified to launch using its Falcon 9 rocket, which is less expensive than the Atlas V, but also less proven.

Tags: Atlas V   Centennial   Colorado   Congress
Delta IV   Department of Defense (DOD)   FY2017
Government   National Defense Authorization Act
RD-180   Rocket Engines   Rockets   Satellites
Sen. Cory Gardner   SpaceX
United Launch Alliance (ULA)   Vulcan





How ACIDIC Is Your Body? Take our 'Body Acidity' quiz & discover how to alkalize your body!   TAKE



# Business

The Washington Post
Bloomberg


DocuSign
eSign documents anywhere   Try it FREE

## Alstom, GE Accused of Decade-Old Petrobras Bribes in Probe (1)



Intelligence is the new rock n' roll.

Sabrina Valle  Jun 08, 2016 4:16 pm ET

(Bloomberg) -- One of the highest-ranking former executives at Petrobras has told investigators that Alstom SA and General Electric Co. paid bribes to win contracts more than a decade ago, underscoring how Brazil's biggest corruption scandal continues to expand.
Nestor Cervero, who headed the Brazilian state-controlled oil producer's international division, told investigators that he received $700,000 in bribes from Alstom in an account in Switzerland in exchange for choosing the company to supply four turbines for power plant projects, according to a testimony released by the Supreme Court. He also testified to prosecutors he had second-hand information that GE also bribed an official to win turbine contracts, according to the court documents.
Alstom said in an e-mailed response that the "energy sector is no longer part of its activities," without offering further comments. GE said it wasn't aware of any wrongdoing in the turbine contracts. Alstom fell 2.7 percent on Wednesday to 22.38 euros.
The corruption probe engulfing Petrobras, known as Carwash, started more than two years ago when investigators uncovered a vast pay-to-play scheme where a group of suppliers bribed executives at the oil producer and politicians to win contracts and limit competition. The scandal has led to the arrests of leading Brazilian businessmen and politicians, and contributed to the suspension of President Dilma Rousseff pending her impeachment trial.
Alleged Bribes
Cervero, who was convicted last year of crimes including corruption and money laundering, said he obtained information from an associate that Alstom and GE each paid $10 million in bribes to former senator and former Petrobras executive Delcidio Amaral. GE allegedly paid the bribes to win a contract for 10 turbines, according to Cervero. The alleged bribes took place during former president Fernando Henrique Cardoso's term, in the late 1990s, early 2000s, Cervero said, without specifying the years. Cardoso left office in 2002.
"GE is not aware of any irregularity or wrongdoing in the contracts mentioned," and that's "not the way GE does business," the company said in an e-mailed response. GE has high compliance standards and is available to cooperate with authorities if needed, the company added.
Amaral's lawyer, Antonio Basto, didn't immediately respond to a request for comment. Petroleo Brasileiro SA, as the oil producer is formally known, declined to comment.
(Updates with Alstom shares in third paragraph.)
©2016 Bloomberg L.P.

f   t   ꜱ   **Archives**          washingtonpost.com © 1996-2016 The Washington Post          **Subscribe**   **Sign In**

| **Terms of Use** | **Get Us** | **Contact Us** | **About Us** |
| --- | --- | --- | --- |
| Digital Products Terms of Sale | Home Delivery | Help & Contact Info | In the Community |
| Print Products Terms of Sale | Digital Subscription | Reader Representative | Careers |
| Terms of Service | Gift Subscriptions | Digital Ads | PostPoints |
| Privacy Policy | Mobile & Apps | Newspaper Ads | Newspaper in Education |
| Submissions and Discussion Policy | Newsletters & Alerts | News Service Syndicate | Digital Publishing Guidelines |
| RSS Terms of Service | Washington Post Live | | Today's Paper |
| Ad Choices | Reprints & Permissions | | WP BrandConnect |
| | Post Store | | Events |
| | Photo Store | | |
| | e-Replica | | |



**UNITED STATES**
**NUCLEAR REGULATORY COMMISSION**
WASHINGTON, D.C. 20555-0001

September 27, 2016

Meghan Belaski-Ashe
1212 Southridge Drive
Fort Collins, CO 80521

SUBJECT: The Concern You Raised to the U.S. Nuclear Regulatory Commission
Office of the Inspector General—NMSS-2016-AS-0001

Dear Ms. Belaski-Ashe:

This letter acknowledges and responds to concerns that you provided to the U.S. Nuclear Regulatory Commission (NRC), Office of the Inspector General, in your December 31, 2015 letter. Your letter cited the NRC's November 18, 2014 response to concerns you submitted in September 2014 regarding the Colorado Department of Public Health and Environment's oversight of the Cotter Uranium Mill near Cañon City, Colorado. The enclosure to this letter documents your most recent concerns, as we understand them, and provides responses developed by NRC staff based on the information you provided.

The NRC periodically reviews Colorado's radiation control program through the Integrated Materials Performance Evaluation Program (IMPEP). One portion of the IMPEP review evaluates how the State handles oversight of the uranium facilities that fall under its regulatory purview. The State of Colorado is aware of your concerns relating to the oversight of the Cotter Uranium Mill. How these concerns are addressed by the State will be evaluated during the next Colorado IMPEP review, which is scheduled in 2018. The results of Colorado's previous IMPEP reviews and Periodic Meetings are available on the NRC website at https://scp.nrc.gov/reviews.html#CO.

Thank you for informing us of your concerns. Should you have any additional questions, or need further assistance in this matter, please contact Stephen Poy at (301) 415-7135 or by e-mail at Stephen.Poy@nrc.gov.

Sincerely,

*Sarah L. Lopas*

Sarah L. Lopas
Agreement State Program Performance
  Concern Coordinator
Division of Material Safety, State, Tribal,
  and Rulemaking Programs
Office of Nuclear Material Safety
  and Safeguards

## STATEMENT OF CONCERNS AND NRC RESPONSE
## NMSS-2016-AS-0001

**Background:**
On September 16, 2014, you sent a letter and additional documentation to the U.S. Nuclear Regulatory Commission (NRC) in which you expressed concerns about the State of Colorado's Department of Public Health and Environment's (CDPHE) oversight of the Cotter Uranium Mill near Cañon City, Colorado.

The NRC staff provided a response to you, dated November 18, 2014, informing you that staff in the NRC's Office of Nuclear Material Safety and Safeguards (NMSS) and Office of General Counsel (OGC) reviewed the 342 pages of documentation you submitted, and they were unable to identify any shortcomings in CDPHE's regulatory oversight of the Cotter Uranium Mill. Based on the information provided, the staff were also unable to substantiate your claim that a public health crisis exists in Cañon City, Colorado, as the result of actions by either managers of the Cotter facility or CDPHE.

**Concern 1:**
On January 5, 2016, NRC NMSS staff received information that you provided to the NRC's Office of the Inspector General (OIG) in a letter dated December 31, 2015. You requested that OIG investigate the NRC staff's review of the information that you provided in September 2014 regarding CDPHE's oversight of the Cotter Uranium Mill. In your December 31, 2015 letter you state:
1. The response from the NRC should be investigated for its outright omission of the facts of the matter, including a statement by the NRC that your complaint only concerned the years 2000-2004;
2. The NRC staff did not actually review the 342 pages of documentation that you provided; and
3. Colorado should have its Agreement State status revoked due to the fact that the Cotter Uranium Mill site was "deliberately left to rot" by CDPHE and Cañon City has an emerging health crisis as a result.

**NRC Response:**
OIG reviewed your request and provided your letter and additional information to the NRC staff for review and a response. NRC staff has reviewed the additional information you submitted on December 31, 2015 and determined that no new information was provided that would substantiate your concerns regarding Colorado's oversight of the Cotter Uranium Mill. The NRC plans no further action on this concern.

The Lincoln Park site in Canon City, which includes the 2,600-acre Cotter Uranium Mill, was added to the U.S. Environmental Protection Agency's (EPA) Superfund National Priorities List in 1984. Investigation and cleanup activities at the site are ongoing under a 2014 agreement between the Cotter Corporation, Colorado, and EPA to conduct a Remedial Investigation/Feasibility Study. The 2014 agreement requires Cotter Corporation to pay EPA and State costs associated with cleaning up the site, and to provide an evaluation of the cleanup work it has done and the status of contamination that remains. EPA will review that information and determine additional cleanup actions necessary before the site can be removed from the National Priorities List. When the cleanup is finished the site will be turned over to the U.S. Department of Energy for maintenance and monitoring. In January 2016, Cotter

ENCLOSURE

Corporation agreed to pay EPA $957,604 for costs incurred for site investigation from 2012-2014.  For more information on the status of the Lincoln Park site, and a list site contacts for both EPA and the CDPHE, please see www.epa.gov/superfund/lincoln-park.

**Concern 2:**
The December 31, 2015 letter you submitted to the NRC's OIG is the same document you submitted to the NRC's rulemaking group as a comment on three petitions for rulemaking (PRM): PRM-20-28, PRM-20-29 and PRM-20-30 (the rulemaking submission was dated November 19, 2015).  The PRM requested that the NRC amend its "Standards for Protection Against Radiation" regulations (NRC Docket No. NRC-2015-0057, Linear No-Threshold Model and Standards for Protection Against Radiation).  Your comment submission states that the PRMs should be denied, and cites a general concern about "many communities around the USA, including St. Louis, Missouri, and Cañon City, Colorado."  You state that other Federal agencies need to step in and take over as the authority in charge of unspecified sites in northern Colorado and southern Wyoming.

**NRC Response:**
The NRC is analyzing and responding to 635 unique comment submissions received on the PRMs, including your comment submission.  NRC staff plans to make a recommendation to the Petition Review Board by December 2016 on whether to accept or deny the petitions, and staff plans to make a final recommendation to the Commission in June 2017.  Your comment submission on Docket No. NRC-2015-0057 can be viewed in the NRC's Agencywide Document Management and Access System (ADAMS) at Accession No. ML15336A184 (http://www.nrc.gov/docs/ML1533/ML15336A184.html).  The Regulations.gov website for NRC Docket No. NRC-2015-0057 provides information related to these PRMs (including all comments received) and can be accessed at http://www.regulations.gov/docket?D=NRC-2015-0057.

Further, the NRC cannot substantiate your claims on the unspecified sites you mentioned in northern Colorado and southern Wyoming due to the limited information provided in your comment submission.  Your mention of the site in St. Louis, Missouri, likely refers to the West Lake Landfill in Bridgeton, Missouri (St. Louis County).  The U.S. Environmental Protection Agency (EPA) is the lead agency responsible for remediating this site, which was listed on the National Priorities List under the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (CERCLA, i.e., the Superfund law).  The EPA maintains a website on the status of West Lake Landfill monitoring and the clean-up effort at https://www.epa.gov/mo/west-lake-landfill.  Concerns about this site should be directed to the EPA's Region 7 Office: https://www.epa.gov/mo/forms/contact-us-about-epa-missouri.

# BUSINESS INSIDER

# Trump just signed a law that maps out NASA's long-term future — but a critical element is missing

3/22/17



**DAVE MOSHER**
1H

![President Donald Trump speaks after signing the NASA Transition Authorization Act of 2017.]

President Donald Trump speaks after signing the NASA Transition Authorization Act of 2017.

*Getty Images*

- **President Trump has signed the NASA Transition Authorization Act of 2017.**
- **The new law calls for a $19.5 billion NASA budget and asks the space agency to reach Mars by 2033.**
- **However, the law leaves out earth science, which the Trump administration intends to cut heavily.**

For the first time in nearly seven years, the US government has passed a new long-term vision for NASA's future.

1427

President Donald Trump signed the NASA Transition Authorization Act of 2017, a bill also known as S.442, into law in the Oval Office on March 21.

The Senate and House had collaborated on the document for months, and it requests a $19.5 billion-a-year budget for the space agency. (NASA received $19.3 billion in 2016, or 0.5% of the total federal budget.)

In an image that Trump tweeted on Tuesday, the president said he's "delighted to sign this bill reaffirming our national commitment to the core mission of NASA: human space exploration, space science, and technology."

However, that core mission is missing something that has been a part of the space agency since its creation: **earth science**.

# End of an atmospheric era?

The 1958 document that formed NASA called upon the new space agency to contribute to the "expansion of human knowledge of phenomena in the atmosphere".

This includes climate research, which Trump and his appointees reject despite of centuries' worth of evidence and an overwhelming scientific consensus in support of conclusions drawn from that data. (Namely, that human activity is helping warm Earth's atmosphere and accelerate changes to its climate.)

As Business Insider's Rafi Letzter has reported, NASA has carried out that mission "with gusto under six Republican administrations and five Democratic ones."



*NASA Earth Observatory*

The new law doesn't even mention earth science, which troubles scientists — especially considering what the Trump administration laid out in its proposed budget for NASA, released last week.

If enacted, that budget would cut several major space agency initiatives, including the Office of Education, and seeks to terminate the Plankton, Aerosol, Cloud, ocean Ecosystem (PACE), Orbital Carbon Observatory-3 (OCO-3), Deep Space Climate Observatory (DSCOVR), and CLARREO Pathfinder missions.

These four satellites allow scientists to monitor and predict the behavior of Earth's weather, shifting climates, ocean ecosystems, and other vital aspects of our planet. They help save peoples' lives, protect wildlife, and prepare America and other nations for long-term changes.

However, these deep cuts may or may not come to pass.

While S.442 is now a law, a long and complex budgeting process remains before NASA knows what its actual funding levels are for fiscal year 2018, which runs from October 1, 2017 through September 30, 2018.

Trump's proposed budget says NASA should receive $19.1 billion per year, or $400 million less than Congress' law calls for. Meanwhile, Trump is receiving pressure from Republican groups to acknowledge and support the science of climate change.

# The new roadmap for NASA's future



An illustration of the Space Launch System taking off from Cape Canaveral, Florida.

*NASA's Marshall Spaceflight Center*

The law asks NASA to create a plan for getting humans "near or on the surface of Mars in the 2030s."

It also calls on the space agency to continue developing the Space Launch System (SLS) — a behemoth rocket — and the Orion space capsule in order to eventually go to the moon, Mars, and beyond.

Trump has expressed support for a crewed exploration of Mars, and in his inauguration speech he said he's "ready to unlock the mysteries of space." Administration officials, meanwhile, have said they want NASA to return to the moon in the 2020s.

The American Astronomical Society has a convenient breakdown of the $19.5 billion in the bill, including funding for human space exploration, space-station operations, science, and more.

Here are some notable titles, articles, and sections of the 146-page document:

- **"Assuring Core Capabilities For Exploration"** — calls for several missions: an uncrewed launch of SLS and Orion in 2018, followed by a crewed mission to the moon in 2021, and further trips to the moon and Mars after that date.
- **"Journey to Mars"** — asks NASA for a roadmap to send people to Mars by 2033; also steers the space agency away from pursuing the Asteroid Redirect Mission (a plan to capture an asteroid, tow it into orbit around Earth, and have astronauts explore the space rock).

- "Human exploration and colonization of the solar system" — says it's the mission of NASA to "to expand permanent human presence beyond low-Earth orbit."
- "Aeronautics" — calls on NASA to be a leader in aviation and hypersonic aircraft research; also asks the space agency to look into supersonic-aircraft research that would "open new global markets and enable new transportation capabilities."
- "Mars 2020 rover" — Congress backs up NASA's plan to use the car-sized rover to "help determine whether life previously existed on that planet."
- "Europa" — approves of NASA's plan to send an orbiting satellite to Jupiter's ice-covered moon Europa, which may have a warm subsurface ocean (and possibly host alien life).
- "Congressional declaration of policy and purpose" — amends previous laws to make it part of NASA's mission to "search for life's origin, evolution, distribution, and future in the universe."
- "Extrasolar planet exploration strategy" — asks NASA to explain how it will use the James Webb Space Telescope and other instruments to hunt for exoplanets.
- "Near-Earth objects" — asks NASA to accelerate its program to find killer asteroids in space.
- "Radioisotope power systems" — implores NASA to deliver a report on how it plans to make plutonium-238 — an exceedingly rare nuclear fuel for deep-space robots — and detail what its nuclear-powered exploration plans are.

*The key here is that the U.S. Congress is aware that a massive RICO nuclear materials crime has occurred on US soil at the behest of the majority of Congresses campaign donors and a sworn enemy of the United States in Russia. This "NASA" funding is a ruse for all the illegally stockpiled uranium & rocket & plutonium private companies thought they would use to their advantage in private space exposition*

1430