Most of my
photos from
this trip to DC
do odd
things... like
this. But only
the DC photos...

inside
out...

like the
Giza pyramid
photo

Bent
or
titted





abydos temple at giza

↓ insides out



\* corpse flower

\* helicopter ...

\* "half-circle" with vine growing from it

smstouse.com

Abydos Egypt & Ancient Airplanes In this image one is able to peep at the clear shapes of what seem to be an airp...

temple at giza - Bing Images                                          11/12/15, 10:12 A

abydos temple at giza



- Corese flower
- Mallard (Dr.)
- "Niit" — is bull
  game.wildlifeart.wordpress.com         anguage   was one of the first civilizations with a united
- Awak
- Grasshopper — "saw this in the TV show
- Blood moon                    the Man in the High Castle
  15 collections with this image
      "Grasshopper Lies Heavy"

# Book of Nut

From Wikipedia, the free encyclopedia

The **Book of Nut** (original title: "The Fundamentals of the Course of the Stars") is a collection of ancient Egyptian astronomical texts, also covering various mythological subjects. These texts focus on the cycles of the stars of the decans, the movements of the moon, the sun and the planets, on the sundials, and related matters.

This title was given to the book because of the depiction of the sky goddess Nut arching over the earth in some copies of the text. She is supported by the god of the air Shu. The Book of Nut texts include material from different periods of Egyptian history.

The original name of the book, 'The Fundamentals of the Course of the Stars', was discovered by Alexandra von Lieven in one of the manuscript fragments, and published in 2007.[1] One of the big themes of the Book of Nut is the concept of sunrise as the mythological rebirth.



Goddess Nut arching over the earth; stars and constellations are represented by smaller human figures

## Contents

- 1 The texts
- 2 History of scholarship
- 3 The dates of composition
- 4 See also
- 5 Notes
- 6 Bibliography
- 7 Sources
- 8 External links

Wikipedia, the free encyclopedia

12/18/15, 11:28 AM

## ne texts

There are 9 different copies of the book of various dates. Three copies are found on monuments, and 6 more are found in the papyri of the 2nd century AD coming from the temple library in ancient Tebtunis, a town in the southern Faiyum Oasis. These include texts both in hieratic and demotic; some parts are also written in hieroglyphs.



Goddess Nut, supported by the god of the air Shu; the earth god Geb is below them

Three texts of the Book of Nut are preserved on monuments: the tomb of Ramses IV, The Cenotaph of Seti I at the Osireion in Abydos, and the tomb of the noblewoman Mutirdis (TT410) of the 26th Dynasty . These monumental copies are written in hieroglyphs.

The Tebtunis textual material is currently scattered all over the world due to its complex excavation and acquisition history. There are several thousand fragments of unpublished papyri held by various museums that are being evaluated by scholars.

The best manuscripts are the demotic Carlsberg papyri 1, and 1a; they were written by the same scribe. Other manuscripts are mostly fragmentary.

There are substantial differences between all these copies, indicating that the textual tradition of the Book of Nut was still very much alive even in the 2nd century AD.

# History of scholarship

The early Egyptologists gave a lot of attention to the astronomical parts of the Book of Nut. First available for modern research was the material from the tomb of Ramses IV, which included the astronomical painting of Nut and the list of the decans. The text was first used by Jean-François Champollion and Ippolito Rosellini, later copied by Heinrich Brugsch. A new edition was issued in 1990 by Erik Hornung.[2]

The inscription of Seti I with 36 decans portrayed

In 1933, The Cenotaph of Seti I at the Osireion in Abydos was discovered.[3] This was important because this version represents the oldest text. Adriaan de Buck's translation of the cryptographic sections of the Book of Nut significantly advanced the studies.[4]

In 1977, Jan Assmann published another relevant text from the tomb of noblewoman Mutirdis, dating to the 26th Dynasty.[5]

Nut (goddess) - Wikipedia, the free encyclopedia

# Nut (goddess)

From Wikipedia, the free encyclopedia

**Nut** (/nʌt/ or /nuːt/)[n 1] or **Neuth** (/nuːθ/ or /njuːθ/; also spelled Nuit or Newet) is the goddess of the sky in the Ennead of ancient Egyptian religion. She was seen as a star-covered nude woman arching over the earth,[1] or as a cow.

## Contents

- 1 Goddess of the sky
- 2 Origins
- 3 Myth of Nut and Ra
- 4 Role
  - 4.1 Book of Nut
- 5 Notes
- 6 References
- 7 Bibliography
- 8 Further reading
- 9 External links

## Goddess of the sky

Nut is a daughter of Shu and Tefnut. Her husband and brother is Geb. She has five children: Osiris, Set, Isis, Nephthys and Horus. Her name is translated to mean 'sky'[n 2][2] and she is considered one of the oldest deities among the Egyptian pantheon,[3] with her origin being found on the creation story of Heliopolis. She was originally the goddess of the nighttime sky, but eventually became referred to as simply the sky goddess. Her headdress was the hieroglyphic of part of her

**Nut**

**Goddess of the Sky, Stars, the Sun, the Moon, Light, Heaven, Astronomy, the Universe, Air, and the Winds**



The goddess Nut, wearing the water-pot sign (nw) that identifies her.

| Name in hieroglyphs | |
|---|---|
| Symbol | the Sky, Stars, Cows |
| Consort | Geb |
| Parents | Shu and Tefnut |
| Siblings | Geb |
| Offspring | Osiris, Isis, Set, Nephthys, and |

.me, a pot, which may also symbolize the uterus. Mostly depicted in nude human form, Nut was also sometimes depicted in the form of a cow whose great body formed the sky and heavens, a sycamore tree, or as a giant sow, suckling many piglets (representing the stars).

sometimes Horus

# Origins



Great goddess Nut with her wings stretched across a coffin

A sacred symbol of Nut was the ladder, used by Osiris to enter her heavenly skies. This ladder-symbol was called maqet and was placed in tombs to protect the deceased, and to invoke the aid of the deity of the dead. Nut and her brother, Geb, may be considered enigmas in the world of mythology. In direct contrast to most other mythologies which usually develop a sky father associated with an Earth mother (or Mother Nature), she personified the sky and he the Earth.[4]

Nut appears in the creation myth of Heliopolis which involves several goddesses who play important roles: Tefnut (Tefenet) is a personification of moisture, who mated with Shu (Air) and then gave birth to Sky as the goddess Nut, who mated with her brother Earth, as Geb. From the union of Geb and Nut came, among others, the most popular of Egyptian goddesses, Isis, the mother of Horus, whose story is central to that of her brother-husband, the resurrection god Osiris. Osiris is killed by his brother Seth and scattered over the Earth in 14 pieces which Isis gathers up and puts back together. Osiris then climbs a ladder into his mother Nut for safety and eventually becomes king of the dead.[5]

A huge cult developed about Osiris that lasted well into Roman times. Isis was her husband's queen in the underworld and the theological basis for the role of the queen on earth. It can be said that she was a version of the great goddess Hathor. Like Hathor she not only had death and rebirth associations, but was the protector of children and the goddess of childbirth.[5]

# Myth of Nut and Ra

Ra, the sun god, was the second to rule the world, according to the reign of the gods. Ra was a strong ruler but he feared anyone taking his throne. When he discovered that Nut was to have children, he was furious. He decreed, "Nut shall not give birth any day of the year." At that time, the year was only 360 days. Nut spoke to Thoth, god of wisdom, and he had a plan. Thoth gambled with Khonsu, god of the moon, whose light rivalled that of Ra's. Every time Khonsu lost, he had to give Thoth some of his moonlight. Khonsu lost so many times that Thoth had enough moonlight to make 5 extra days. Since these days were not part of the year, Nut could have her children. She had five children: Osiris, later ruler of the gods and then god of the dead, Horus the Elder, god of war, Set, god of evil and wastelands, Isis, goddess of magic, and Nephthys, goddess of water. When Ra found out, he was furious. He separated Nut from her husband Geb for eternity. Her father, Shu, was to keep them apart. Nevertheless, Nut did not regret her decision.

.ess) - Wikipedia, the free encyclopedia                                                          12/18/15, 11:25 AI

*me of the titles of Nut were:*



- *Coverer of the Sky*: Nut was said to be covered in stars touching the different points of her body.
- *She Who Protects*: Among her jobs was to envelop and protect Ra, the sun god.[6]
- *Mistress of All* or "She who Bore the Gods": Originally, Nut was said to be lying on top of Geb (Earth) and continually having intercourse. During this time she birthed four children: Osiris, Isis, Set, and Nephthys.[7] A fifth child named Arueris is mentioned by Plutarch.[8] He was the Egyptian counterpart to the Greek god Apollo, who was made syncretic with Horus in the Hellenistic era

The sky goddess Nut depicted as a cow

as 'Horus the Elder'.[9] The Ptolemaic temple of Edfu is dedicated to Horus the Elder and there he is called the son of Nut and Geb, brother of Osiris, and the eldest son of Geb.[10]
- *She Who Holds a Thousand Souls*: Because of her role in the re-birthing of Ra every morning and in her son Osiris's resurrection, Nut became a key god in many of the myths about the afterlife.[6]

# Role

Nut was the goddess of the sky and all heavenly bodies, a symbol of protecting the dead when they enter the afterlife. According to the Egyptians, during the day, the heavenly bodies—such as the sun and moon—would make their way across her body. Then, at dusk, they would be swallowed, pass through her belly during the night, and be reborn at dawn.[11]



Nut is also the barrier separating the forces of chaos from the ordered cosmos in the world. She was pictured as a woman arched on her toes and fingertips over the earth; her body portrayed as a star-filled sky. Nut's fingers and toes were believed to touch the four cardinal points or directions of north, south, east, and west.

Nut, goddess of sky supported by Shu the god of air, and the ram-headed Heh deities, while the earth god Geb reclines beneath.

Because of her role in saving Osiris, Nut was seen as a friend and protector of the dead, who appealed to her as a child appeals to its mother: "O my Mother Nut, stretch Yourself over me, that I may be placed among the imperishable stars which are in You, and that I may not die." Nut was thought to draw the dead into her star-filled sky, and refresh them with food and wine: "I am Nut, and I have come so that I may enfold and protect you from all things evil."[12]

She was often painted on the inside lid of the sarcophagus, protecting the deceased. The vaults of tombs were often painted dark blue with many stars as a representation of Nut. The Book of the Dead says, "Hail, thou Sycamore Tree of the Goddess Nut! Give me of the water and of the air which is in thee. I embrace that throne which is in Unu, and I keep guard over the Egg of Nekek-ur. It flourisheth, and I flourish; it liveth, and I live; it snuffeth the air, and I snuff the air, I the Osiris Ani, whose word is truth, in peace."

Anak - Wikipedia, the free encyclopedia

*[handwritten: — connected to the "grasshopper lies" "heavily" bible passages on the grasshopper lie or the bible]*

# Anak

From Wikipedia, the free encyclopedia

**Anak** (/'eɪˌnæk/; Heb. 'nq spelt as both ענק and as הענק depending upon the reference) is a well-known figure in the Hebrew Bible in the conquest of Canaan by the Israelites who, according to the Book of Numbers, was a forefather of the Anakim[1][2] (Heb. Anakim) who have been considered "strong and tall," they were also said to have been a mixed race of giant people, descendants of the Nephilim (Numbers 13:33 (http://tools.wmflabs.org/bibleversefinder/?book=Numbers&verse=13:33&src=31)). The use of the word "nephilim" in this verse describes a crossbreed of God's sons and the daughters of man, as cited in (Genesis 6:1-2 (http://tools.wmflabs.org/bibleversefinder/?book=Genesis&verse=6:1-2&src=)) and (Genesis 6:4 (http://tools.wmflabs.org/bibleversefinder/?book=Genesis&verse=6:4&src=)). The text states that Anak was a Rephaite (Deuteronomy 2:11 (http://tools.wmflabs.org/bibleversefinder/?book=Deuteronomy&verse=2:11&src=31)) and a son of Arba (Joshua 15:13 (http://tools.wmflabs.org/bibleversefinder/?book=Joshua&verse=15:13&src=31)). Etymologically, *Anak* means *[long] neck*.[3]

# Contents

- 1 In the Bible
- 2 Extrabiblical mentions
- 3 As metaphor
- 4 See also
- 5 References

# In the Bible

The sons of Anak are first mentioned in Numbers 13 (http://tools.wmflabs.org/bibleversefinder/?book=Numbers&verse=13&src=KJV). The Israelite leader Moses sends twelve spies representing the twelve tribes of Israel to scout out the land of Canaan, and give a full report to the congregation. The spies enter from the Negev desert and journey northward through the Judaean hills until they arrive at the brook of Eshcol near Hebron, where reside Sheshai, Ahiman, and Talmai, the sons of Anak. After the scouts have explored the entire land, they bring back samples of the fruit of the land; most notably a gigantic cluster of grapes which requires two men to carry it on a pole between them. The scouts then report to Moses and the congregation, that "the land

deed is a land flowing with milk and honey," but ten of the twelve spies discourage the Israelites from even tempting to possess the land, for they reported that the men were taller and stronger than the Israelites, and oreover the sons of Anak dwell in the land, and that they felt like grasshoppers in their presence.

he Anakites are later mentioned briefly in the books of Deuteronomy, Joshua, and Judges. Joshua, the Israelite ader and one of the twelve spies sent by Moses into Canaan, later drove out the descendants of Anak — his ree sons — from Hebron, also called Kiriath Arba (Joshua 11:21 (http://tools.wmflabs.org/bibleversefinder/? )ok=Joshua&verse=11:21&src=NIV)).

## Extrabiblical mentions

he Egyptian Execration texts of the Middle Kingdom[4] (2055-1650 BC) mention a list of political enemies in anaan, and among this list are a group called the "ly Anaq" or people of Anaq. The three rulers of ly Anaq ere Erum, Abiyamimu, and Akirum.[5]

obert Graves, considering the relationship between the Anakites and Philistia (Joshua 11:21 ttp://tools.wmflabs.org/bibleversefinder/?book=Joshua&verse=11:21&src=31), Jeremiah 47:5 ttp://tools.wmflabs.org/bibleversefinder/?book=Jeremiah&verse=47:5&src=)), identifies the Anakim with nax, the giant ruler of the Anactorians in Greek mythology.[6]

## As metaphor

ι Herman Melville's 1851 novel *Moby-Dick* (Chapter 59. Squid.) narrator Ishmael alludes to "the great Kraken f Bishop Pontoppodan," then concludes the chapter: "By some naturalists who have vaguely heard rumors of ιe mysterious creature, here spoken of, it is included among the class of cuttle-fish, to which, indeed, in certain xternal respects it would seem to belong, but only as the **Anak** of the tribe."[7]

## See also

- ANAK Society
- Balor
- Laufey

## References

1. http://net.bible.org/dictionary.php?word=Anak
2. http://www.sacred-texts.com/bib/ebd/ebd022.htm
3. Black, Matthew W. (2001). *Peake's commentary on the Bible*. Routledge. ISBN 0-415-26355-7.
4. Wyatt, Nicolas (2001). *Space and time in the religious life of the Near East*. Sheffield Academic Pr. ISBN 1-84127-288-4.
5. Wyatt, Nicolas (2001). *Space and time in the religious life of the Near East*. Sheffield Academic Pr. ISBN 1-84127-288-4.
6. "These Anakim seem to have come from Greece, as members of the Sea-peoples' confederation which caused the Egyptians so much trouble in the fourteenth century B.C." Robert Graves. *The Greek Myths*, 88.3. New York: 1955.
7. Gutenberg.org *Moby-Dick; or The Whale* (http://www.gutenberg.org/2/7/0/2701/)

4  Revived sphinxes in Europe

5  Sphinxes in Freemasonry

6  Similar creatures

7  Gallery

8  See also

9  Notes

10  References

11  Further reading

12  External links

*Keeper of Atum, Atom, Adam ...*

# Egyptian sphinxes



Views, Objects: Egypt. Gizeh [selected images]. View 01: Great Sphinx Before Clearance. Giza. 4th Dynasty., n.d. Brooklyn Museum Archives

The largest and most famous sphinx is the Great Sphinx of Giza, situated on the Giza Plateau adjacent to the Great Pyramids of Giza on the west bank of the Nile River and facing east (29°58′31″N 31°08′15″E). The sphinx is located southeast of the pyramids. Although the date of its construction is uncertain, the head of the Great Sphinx now is believed to be that of the pharaoh Khafra.



Back of Sphinx, Giza Egypt

What names their builders gave to these statues is not known. At the Great Sphinx site, the inscription on a stele by Thutmose IV in 1400 BCE, lists the names of three aspects of the local sun deity of that period, *Khepera–Rê–Atum*. The inclusion of these figures in tomb and temple complexes quickly became traditional and many pharaohs had their heads carved atop the guardian statues for their tombs to show their close relationship with the powerful solar deity, Sekhmet, a lioness. Other famous Egyptian sphinxes include one bearing the head of the pharaoh Hatshepsut, with her likeness carved in granite, which is now in the Metropolitan Museum of Art in New York, and the alabaster sphinx of Memphis, Memphis, Egypt, currently located within the open-air museum at that site. The theme was expanded to form great avenues of

Weird 'heat spots' found on Egyptian pyramids | Mother Nature Network

*Fall 2015*

11/12/15, 9:42 AM

# Weird 'heat spots' found on Egyptian pyramids

The ancient Egyptian pyramids were built more than 4,000 years ago, and modern scientists have been studying them for two centuries. But as a new research project illustrates, these iconic tombs are still teeming with mysteries.

Using infrared thermal scanners, an international team of investigators has identified major anomalies at several of Egypt's most famous pyramids, including a particularly "impressive" heat spot on the Great Pyramid of Giza (aka the Pyramid of Khufu).

**PHOTO BREAK:** 10 things big enough to be seen from space

*2015*

Launched on Oct. 25, the #ScanPyramids project focuses on Khufu, Khafre, the Bent and the Red pyramids. It combines several non-invasive and non-destructive scanning techniques "to detect the presence of any unknown internal structures and cavities in ancient monuments," according to a press release issued by Egypt's Ministry of Antiquities and the Heritage Innovation Preservation (HIP) Institute.

Researchers performed the thermal scans at sunrise, when sunlight heats up the pyramids, and at sunset, when the structures begin cooling down again. If an object is solid — i.e., built with blocks of the same material that emit heat at similar rates — this shouldn't reveal any major temperature differences. On the other hand, if there are any quirks in the structure — like varying materials or hidden cavities — some parts will heat up or cool down more quickly than others.

1912

Oct., 2015

# Egypt To Scan Pyramids For Secrets Of The Ancient Structures



Scientists plan to uncover the secrets of the ancient pyramids in Egypt with new scanning technology, the country's antiquities minister said Sunday at a news conference.

The study, known as Scan Pyramids, will employ cosmic rays and thermal imaging to look at the insides of four pyramids in Egypt, which are more than 4,500 years old. Such techniques have been used by scientists to look inside ancient pyramids in Mexico and Belize.

The Bent Pyramid at Dahshur will be the first target, followed by the Red Pyramid and

then the two grand Giza pyramids of Cheops and Chephren, the Associated Press reported. The Bent Pyramid, which is located it Dahshur some 25 miles south of Cairo and is suspected of containing at least two chambers, is 344 feet high and was built by the Pharaoh Sneferu.

Mamdouh Eldamaty, the country's minister of antiquities, told Ahram Online that the Bent Pyramid is first thanks to "its distinguished and unique architectural design and because it is the first attempt at pyramid construction that has not been carefully studied."

The technique will be implemented by architects and scientists from Egypt, France, Canada and Japan, who will use modern infrared technology and other advanced detectors, Agence France-Press reported.

"This special group will study these pyramids to see whether there are still any hidden chambers or other secrets" inside, Eldamaty said. "These engineers and architects will conduct the survey using nondestructive technology that will not harm the pyramids."

The project, which is expected to continue through 2016, will also help scientists understand how the ancient monuments were built in the first place, one of science's great mysteries.

"The idea is to find the solution to the mystery of the pyramids," said Mehdi Tayoubi, founder of an organization in Paris that's part of the discovery team. "A similar attempt was made 30 years ago, but this is the first project at a global level using cutting-edge technology to look inside the pyramids."

1915



**News**   **Sport**   **Weather**   **Shop**   **Earth**   **Travel**

✗ 10-15-15

**Scotland**    Edinburgh, Fife & East    Glasgow & West    Highlands & Islands

ADVERTISEMEN

"Newsstan
d in the...
$59.99

▲

▼

# Two new Lockerbie bombing suspects identified

15 October 2015   Scotland

    Share

Top

**Alm**
**UN**
The n
Syria
the U!

2 h

**Extre**

6 h

**Klin**
**State**

24



▶

Scottish prosecutors want to interview two
Libyans they have identified as new suspects
over the Lockerbie bombing.

They believe the two suspects acted along with
Abdelbaset al-Megrahi - the only person to have
been convicted of the atrocity.

**Lockerbie Bombing**

**Families welcome**
**Lockerbie progress**

**Lockerbie families lose**
**appeal fight**

Gaddafi in 2011. Elections in 2014 produced two rival governments as Islamist and secular militias fight for control of the country.

The Crown Office said it would be inappropriate to confirm any identities to preserve the integrity of the investigation.

Megrahi's part in the bombing has been called into question in a series of books and documentaries.

And a petition seeking "Justice For Megrahi", backed by politicians and family members of some victims, was raised at the Scottish Parliament in 2012.



It's c
Girl o
friend



Deat
Spain
death

Fare
One
madn

BBC

Subs
news

The lat
fingerti

Jim Swire, whose daughter died in the bombing, told the BBC: "I think there is a need for evidence to be made available as to why these two are suspects.

"We have recently been refused permission in Scotland to have to have a further appeal held into Megrahi's conviction, and many in this country simply don't believe Megrahi was involved and that this was a miscarriage of justice.

"To try and bolt two more names on top of that is a very difficult situation. It will need to be supported by better evidence than was produced to achieve the conviction of Megrahi."

But Frank Duggan, president of Pan Am 103 Relatives, told BBC Radio Scotland's Newsdrive programme he was not confident there would be further prosecutions.

## 'Really gratified'

He said: "I would like to think there would be, but they would have to be indicted by the US government or by the Scottish government and the Libyan government would have to turn them over - the Libyans have always said they are not going to turn over anyone to a foreign government.

"And it's been 26 years. It's too long, people are dead, stories have been forgotten.

Mos

Read

"I'd like to think that it will be one small measure of closure but I don't expect the kind of justice that we all hope for."

Stephanie Bernstein, who lost her husband in the bombing, told the BBC that she was "surprised, delighted and really gratified" by the announcement.

She added: "There are many, many people who I hope are not sleeping so well tonight knowing that the Scottish government and the US government are committed to pursuing this case." — me too Steph...



**Analysis by Aileen Clarke, BBC Scotland news**

What is being made clear in the information we have had from the Crown Office today is that the two individuals are suspected of involvement, along with Abdelbaset al-Megrahi, in the bombing of Pan Am Flight 103.

On the original indictment that was heard in the Netherlands at the time of the trial, it was always said that it was the two men who went on trial and "others unknown" - so there was a thought at that point by prosecutors that there were going to be others involved as well.

Of course there is a very practical thing here as well, which is that here we have the Scottish prosecutors and the Americans very keen to talk to these two named people in Libya, but that of course may not be quite as easy as we might think because we know that Libya is not very stable at the moment.

So just how easy is going to be for them to get access to these people that they have now decided they really want to speak to? That is just something we are going to have to wait and see.

Is Mel
unusu

Kanye
rant

'Warri
Penta

'Inclus
Good

Child
senter

Almos
UN

The cl
their o

The fir
9.06a

How A
thousa

Four l
one d

"Boy
Saturda



KILLED IN ACTION
OVER FRANCE
MARCH 20, 1944

PILOT — LT. LAWRENCE

CO-PILOT — LT. MUNGE

NAV — LT. STRAKA

ENGINEER — SGT SILVER

RADIO — SGT THANTAN

GUNNER — LT POTTER

Dec 11 - 1943
LAKE CHARLES ARMY AIR FIELD
LOUISIANA

← my grandpa

# Former Shaw Baseball Stars Injured In Air Battle For Europe

APRIL 1944



Charlie Willis, left, and Bobby Tomlinson, right, played baseball at Shaw together, left for combat training at the same time and both recently met with misfortune overseas just a short while apart. This picture was made after their last game for Shaw.

Two soldiers who pioneered at Shaw Field and were members of the Air Base's first baseball team have met with mishaps in the European theatre of operations, according to word received by friends here this week.

Charlie Willis, of Moultrie, Ga., who formerly pitched in the Georgia-Florida league and later for the Shaw Field Fliers, is reported to have been shot down while on a bombing mission over German territory.

Bobby Tomlinson, a native of Philadelphia, Pa., former Shaw baseball second sacker, and an all-'round athlete at Duke University before entering the service, is now being hospitalized somewhere in England for wounds received while on a combat raid. The Fortress, on which he was a crew member, was badly battered but managed to come in.

Both men were widely known and highly popular at Shaw Field and its environs. Teammates on the base baseball team, they volunteered and left here together for aerial gunnery school. They "shipped out" as aerial gunners soon after finishing their training, and stationed on different ships had completed a number of successful missions before their mishaps.

1920



PENALTY FOR PRIVATE USE TO AVOID
PAYMENT OF POSTAGE, $300

WAR DEPARTMENT
ARMY SERVICE FORCES
OFFICE OF
THE PROVOST MARSHAL GENERAL
WASHINGTON 25, D. C.

OFFICIAL BUSINESS

Mr. Wesley F. Tomlinson,
528 Arch Street,
Philadelphia, 6, Pennsylvania.

1921

HEADQUARTERS
IX BOMBER COMMAND
OFFICE OF THE COMMANDING GENERAL
~~XXXXXXX~~
APO 140

11 May 1944

Mr. Wesley P. Tomlinson
6100 McCoatun Street
Philadelphia, Pennsylvania

Dear Mr. Tomlinson:

I deeply regret that your son, Technical Sergeant Robert Tomlinson, is missing in action from the operation of 9 May 1944. While five parachutes were seen to open from his plane and there is a possibility that your son escaped, I can offer you no real assurance of this fact. I regret that no further information is available. Should additional information become available, you will be notified directly by the War Department or the International Red Cross.

Please accept my sincere sympathy. Robert was a splendid radio operator and gunner, highly respected by the members of his crew and all those who knew him. His loss is deeply felt by his comrades. His devotion to duty and to our country was unswerving and merited the highest praise.

Again, please accept my deepest sympathy.

Sincerely yours,

SAMUEL E. ANDERSON,
Brigadier General, USA,
Commanding.

1922

# WESTERN UNION

**CLASS OF SERVICE**

This is a full-rate Telegram or Cablegram unless its deferred character is indicated by a suitable symbol above or preceding the address.

A. N. WILLIAMS
PRESIDENT

1201

| SYMBOLS | |
|---|---|
| DL=Day Letter | |
| NL=Night Letter | |
| LC=Deferred Cable | |
| NLT=Cable Night Letter | |
| | Ship Radiogram |

The filing time shown in the date line on telegrams and day letters is STANDARD TIME at point of origin.   Time of receipt is STANDARD TIME at point of destination

DAA618 36 3 EXTRA GOVR=WUX WASHINGTON DC VIA DAYTON OHIO 2

WESLEY P TOMLINSON=                          1944 JUN 21 PM 11 06

HOTEL GIBSON CIN=

REPORT JUST RECEIVED THROUGH THE INTERNATIONAL RED CROSS

STATES THAT YOUR SON TECHNICAL SERGEANT ROBERT TOMLINSON IS A

PRISONER OF WAR OF THE GERMAN GOVERNMENT LETTER OF

INFORMATION FOLLOWS FROM PROVOST MARCHAL GENERAL=

ULIO THE ADJUTANT GENERAL.

THE COMPANY WILL APPRECIATE SUGGESTIONS FROM ITS PATRONS CONCERNING ITS SERVICE

1923



HEADQUARTERS ARMY SERVICE FORCES

OFFICE OF THE PROVOST MARSHAL GENERAL

WASHINGTON 25, D. C.                tf

1 July 1944

RE:  T/Sgt. Robert Tomlinson,
     United States Prisoner of War,
     Camp Unstated, Germany.

Mr. Wesley F. Tomlinson,
     6100 McCallum Street,
          Philadelphia, Pennsylvania.

Dear Mr. Tomlinson:

      The Provost Marshal General has directed me to supplement the information you received recently concerning the above-named prisoner of war.

      Information has been received which indicates that he is now interned as a prisoner of war as indicated above. The report received did not give the place of his internment. Past experience indicates that one to three months is the normal time required for this office to receive that information.

      Until the exact place of his internment is known, it is impossible to direct letters and parcels to him. Mailing instructions and parcel labels will be forwarded, without application on your part, when his internment address is received.

                Sincerely yours,

                Howard F. Bresee,
                Colonel, C.M.P.,
                Assistant Director,
              Prisoner of War Division.

Incl.
      Information Circular



**HEADQUARTERS ARMY SERVICE FORCES**

OFFICE OF THE PROVOST MARSHAL GENERAL

WASHINGTON 25, D. C.   tmw

14 October 1944

Mr. Wesley P. Tomlinson,
   528 Arch Street,
     Philadelphia, 6, Pennsylvania.

Dear Mr. Tomlinson:

    The Provost Marshal General directs me to reply to
your letter of 28 September 1944, regarding your son, Technical
Sergeant Robert Tomlinson.

    The records in this office indicate that he is in-
terned as a prisoner of war by the German Government at Stalag
Luft 4, Germany.  His internment number is 1188.

    The records in this office indicate that one parcel
label and two tobacco labels were forwarded to you on or about
4 October 1944.

               Sincerely yours,

               *Howard F. Bresee*

               Howard F. Bresee,
               Colonel, C. M. P.,
               Assistant Director,
               Prisoner of War Division.

T/SGT. ROBERT TOMLINSON
322ND BOMB GROUP
450TH BOMB SQUADRON
9TH AIR FORCE – 1944-45
EUROPEAN THEATRE OF OPERATIONS

*1945*

# PRISONER OF WAR EXPERIENCES

Flying in a B-26 airplane out of England on March 5th, 1944, I was wounded over France by a piece of flak that entered my right arm and passed through and out my right shoulder, fracturing my right scapula. I was hospitalized in the 121st Station Hospital near Braintree, England, for one month, and after being discharged I had to report back to the hospital for one more month of treatment. I then reported back to combat duty again and on the 9th of May, 1944, our airplane was shot down over Cherbourg Peninsula, France. I bailed out with four other crew members and was captured by the Germans after hitting the ground. On my way to Frankfort on the Main for interrogation by German Intelligence, I was put in different prisons in France where they treated me very nasty. Arriving at the interrogation prison camp for allied airmen in Frankfort, I was put in solitary confinement for a day.

After being taken out of confinement, I was led to a cell and told to take my shoes off and leave them outside of the door. The German guard pushed me in the cell and closed the door behind me. I spent a few hours in the cell and was led to another room. I entered the room and a German enlisted man who spoke English, interrogated me. The German threatened to get the Gestapo after me if I did not talk. I gave my name, rank and serial number to the German and and nothing more. He kept talking to me trying to get me to give him some information. Finally he told me to get out and I was escorted back to the room by a guard. From there I was taken over to the stockade where many other allied airmen were. I stayed in the stockade for a day and was sent to Stalag Luft, No. 4, in the state of Pomerania. This camp was a new one for allied airmen.

Arriving in Stalag Luft, No. 4, on May 17th, 1944, we were short of food and our meals there consisted of watery soup and about two slices of bread a day. This went on until the middle of June, when we received our first Red Cross food parcel. Usually the food parcels were divided between two to four men. Once in a great while we received one food parcel to a man -- an exception.

## PRISONER OF WAR EXPERIENCES

Flying in a B-26 airplane out of England on March 5th, 1944, I was wounded over France by a piece of flak that entered my right arm and passed through and out my right shoulder, fracturing my right scapula. I was hospitalized in the 121st Station Hospital near Braintree, England, for one month, and after being discharged I had to report back to the hospital for one more month of treatment. I then reported back to combat duty again and on the 9th of May, 1944, our airplane was shot down over Cherbourg Peninsula, France. I bailed out with four other crew members and was captured by the Germans after hitting the ground. On my way to Frankfort on the Main for interrogation by German Intelligence, I was put in different prisons in France where they treated me very nasty. Arriving at the interrogation prison camp for allied airmen in Frankfort, I was put in solitary confinement for a day.

After being taken out of confinement, I was led to a cell and told to take my shoes off and leave them outside of the door. The German guard pushed me in the cell and closed the door behind me. I spent a few hours in the cell and was led to another room. I entered the room and a German enlisted man who spoke English, interrogated me. The German threatened to get the Gestapo after me if I did not talk. I gave my name, rank and serial number to the German and and nothing more. He kept talking to me trying to get me to give him some information. Finally he told me to get out and I was escorted back to the room by a guard. From there I was taken over to the stockade where many other allied airmen were. I stayed in the stockade for a day and was sent to Stalag Luft, No. 4, in the state of Pomerania. This camp was a new one for allied airmen.

Arriving in Stalag Luft, No. 4, on May 17th, 1944, we were short of food and our meals there consisted of watery soup and about two slices of bread a day. This went on untill the middle of June, when we received our first Red Cross food parcel. Usually the food parcels were divided between two to four men. Once in a great while we received one food parcelto a man -- an exception.

From May 17th, 1944 to February 6th, 1945, I was a P.O.W. in Stalag Luft, No. 4, continually under nervous tension. The Germans continually threatened

month of treatment. I then reported back to combat duty again and on the 9th
of May, 1944, our airplane was shot down over Cherbourg Peninsula, France.
I bailed out with four other crew members and was captured by the Germans
after hitting the ground. On my way to Frankfort on the Main for interrogation
by German Intelligence, I was put in different prisons in France where they
treated me very nasty. Arriving at the interrogation prison camp for allied
airmen in Frankfort, I was put in solitary confinement for a day.

After being taken out of confinement, I was led to a cell and told to take
my shoes off and leave them outside of the door. The German guard pushed me
in the cell and closed the door behind me. I spent a few hours in the cell and
was led to another room. I entered the room and a German enlisted man who
spoke English, interrogated me. The German threatened to get the Gestapo after
me if I did not talk. I gave my name, rank and serial number to the German and
and nothing more. He kept talking to me trying to get me to give him some inf-
ormation. Finally he told me to get out and I was escorted back to the room by
a guard. From there I was taken over to the stockade where many other allied
airmen were. I stayed in the stockade for a day and was sent to Stalag Luft,
No. 4, in the state of Pomerania. This camp was a new one for allied airmen.

Arriving in Stalag Luft, No. 4, on May 17th, 1944, we were short of food
and our meals there consisted of watery soup and about two slices of bread a
day. This went on until the middle of June, when we received our first Red
Cross food parcel. Usually the food parcels were divided between two to four
men. Once in a great while we received one food parcel to a man -- an exception.

From May 17th, 1944 to February 6th, 1945, I was a P.O.W. in Stalag Luft,
No. 4, continually under nervous tension. The Germans continually threatened
us on minor things, such as more than two men hanging together on the grounds.
They threatened to shoot into a crowd if we continued to hang in crowds of
more than two.

One of our comrades was killed on June 21st, 1944, for jumping out of a

barracks window. We had been warned about jumping out of windows also.
The guard that shot him was patroling between our compound and the compound
next to ours.

Our compound had six guard towers in it and machine guns mounted in each
one. We were continually watching the towers, fearful of being shot at.
This went on during my imprisonment in Stalag Luft, No. 4.

During the month of August, 1944, the Germans held target practice in the
camp, this included the four compounds. The Germans put targets in different
parts of our compound and opened fire with their machine guns.
We the prisoners were told to leave the barracks and find shelter.
Our shelter was behind the camp kitchen while the bullets were ricocheting
all around us. Their target practice lasted for one to two hours while we
were under constant nervous tension.

Continually during my imprisonment the Germans would enter our barracks
at all hours of the morning and night and pull shake-down inspections on us.
Sometimes we were aroused at two, three and four o'clock in the morning for
these inspections.

On February 6th, 1945, I started out from Stalag Luft, No. 4, and was sent
on a forced march till May 2nd, 1945, when at that time I was liberated by
the British Army. On this particular forced march I slept in barns and fields.

The 14th of February, 1945, we were marched 40 kilometers in the rain and
at the end of the march, were told to sleep in a muddy field.
That night the rain let up enough to let the R.A.F. come over and bomb the
Port of Schweindemunde on the Baltic Sea, where we were resting after our
40 kilometer march.

During the march we were given little food and had to do our marching on
practically empty stomachs. Many a time I blacked out from lack of food as
did the other soldiers. Our food consisted of watery soup and few raw and

This went on during my imprisonment in Stalag Luft, No. 4.

During the month of August, 1944, the Germans held target practice in the camp, this included the four compounds. The Germans put targets in different parts of our compound and opened fire with their machine guns.
We the prisoners weretold to leave the barracks and find shelter.
Our shelter was behind the camp kitchen while the bullets were ricocheting all around us. Their target practice lasted for one to two hours while we were under constant nervous tension.

Continually during my imprisonment the Germans would enter our barracks at all hours of the morning and night and pull shake-down inspections on us. Sometimes we were aroused at two, three and four o'clock in the morning for these inspections.

On February 6th, 1945, I started out from Stalag Luft, No. 4, and was sent on a forced march till May 2nd, 1945, when at that time I was liberated by the British Army. On this particular forced march I slept in barns and fields.

The 14th of February, 1945, we were marched 40 kilometers in the rain and at the end of the march, were told to sleep in a muddy field.
That night the rain let up enough to let the R.A.F. come over and bomb the Port of Schweindemunde on the Baltic Sea, where we were resting after our 40 kilometer march.

During the march we were given little food and had to do our marching on practically empty stomachs. Many a time I blacked out from lack of food as did the other soldiers. Our food consisted of watery soup and few raw and boiled potatoes a day, plus a slice of bread when we could get it.

I was freed by the British Army on the 2nd of May, 1945, after having marched many miles since February 6th, 1945, the start of the forced march. When I was freed I weighed 145 pounds, 25 pounds less my original weight.

The above is a true copy of my experiences while a prisoner of war.

ROBERT TOMLINSON

# Prisoners of War honored, but the memories remain

by Karen E. Delgado

The bitter winter wind bit their faces as the cold, rocky ground nipped through the burlap rags tied around their feet. As they marched in circles for over 140 days, they slept in open fields and barns without blankets, without heat.

The weaker ones dropped and were left behind. Some were shot dead.

They were like pawns in a small chess game, moving from one side of the board to the other. But this was on a much greater scale: the game was war and the board was Europe. The pawns were prisoners of war.

In honor of those servicemen who suffered greatly while being held captive and to remember those Americans still listed as missing in action, September 14 - 19 has been set aside as National Prisoner of War/Missing in Action (POW/MIA) Week and September 19 declared National POW/MIA Day.

As five local ex-prisoners of war stood proudly behind him, Donald S. Emmons, Mayor of Pemberton Township, read a proclamation honoring these servicemen during a meeting on September 15.

In reflection of POW/MIA Week, these men remember the experiences which have scarred and embedded in their memories for the past 40 years.

One of those honored, Raymond E. Stocker, 69, of Highland Road, Browns Mills, was held prisoner in Europe during World War II.

According to Stocker, he was shot down over Bucharest, Rumania, and remained in a Yugoslavian hospital for six months with a broken foot. He was transferred to a German prison where he was given only one slice of bread and



Former Prisoners of War flanked Mayor Donald Emmons during a recent special week recently. Along with representatives of the Disabled American Veterans Post 27 are (from left) Thomas Calderone, Bruce Doty, Murray Granger, Raymond E. Stocker, and Robert Tomlinson.

In describing the living conditions, he recalled that he did not have pillows, blankets, or sheets. "(We) never had such a thing as a mattress," said Stocker as he spoke of the piles of straw they slept on in the shack where they were kept.

Also held captive in Europe was Bruce Doty, of New Lisbon-Magnolia Road, Pemberton, who said he was forced to labor on farms, railroads, and in airports.

Said Doty, since they were not in contact with the Red Cross, he and the other prisoners were forced to do "defense work" or work that helped in the opposition's war effort. This was not, of course, in accord with the Geneva Convention relating to the treatment of prisoners of war.

According to Doty, 61, who was held for 15 months in Germany and Italy, they were eventually found by the Red Cross working on a railroad while wearing Italian uniforms.

The prisoners were forced to labor long hours and they suffered from malnutrition, lice, scabies, and malaria.

The Germans worked the men often ten to 12 hours a day. During the harvesting of potatoes, Doty, who was 19 as a POW, recalled, "they worked us around the clock."

According to Thomas Calderone, a POW held in the Philippines for 42 months, the Japanese fed him only half a pound of rice three times a day. Calderone, 69, said he looked for roots and grasses to supplement his diet.

Calderone, a resident of Spruce Blvd., Browns Mills, said he was captured for being slow as he moved Japanese ammunition.

"I didn't have the energy," he said

captors tried to get information about military maneuvers. The POWs had to think of different things in order to keep their sanity.

According to Robert Tomlinson, 66, of Atsion Road, Vincentown, "They (the Germans) kept us on edge all of the time."

Tomlinson, who was held prisoner for 12 months in Europe, put "American ingenuity" to work when he and the other prisoners took yarn out of a sweater and wrapped it into a ball, took the leather tongue from a shoe and covered it to make a softball. Tomlin-

touch football "kept us from thinking too much."

As he sat in an interrogation box for 30 days, Murray Granger, 61, of Hickory Street, Mount Holly, thought of a menu for seven days a week, in which he could not use the same ingredient twice.

"It's hard," said Granger, "(but it) kept my mind off of dying."

Tomlinson, and Granger were among the 6,000 Allied prisoners, 3,300 of them American, liberated by the U. S. Seventh Army at Bad Orb, Germany on May 7, 1945.

1932



*Rcvd 4/23/88*
*RT.*



**Veterans Administration**
April 20, 1988

In Reply Refer To:
309/27

ROBERT TOMLINSON
ATSION RD, RD #5
VINCENTOWN NJ  08088

## PRISONER OF WAR MEDAL

Legislation recently signed by President Reagan awards a medal for your valiant service and internment as a Prisoner of War.

The Newark VA Regional Office is making plans to present the medal to you at a special ceremony and reception.

I have enclosed DD Form 2510, "PRISONER OF WAR (POW) MEDAL APPLICATION/INFORMATION" which you should complete and return in the enclosed envelope as soon as possible.

Please sign Item #16, "Release Authorization" at the bottom of the form so that we may have all of the medals shipped to this office.  This method expedites the receipt of the medals.

If you need assistance in the completion of the form, please feel free to call me at 201-645-3562.  It is important that you complete all applicable items as thoroughly as possible in order to minimize the record search.

Sincerely yours,

C. ALICE PEGGUES
Veterans Services Officer

encls.



Mr. & Mrs. Tony Blaski.
3639 Candon
Lakewood, Calif. 90712

1934

October 16, 1978

Dear Bobby & Tony,

 Your mother told me some time ago that you are interested in our family history and I promised to write down all that I can recall of the Tilfords and the Oversons. A cousin, Kenneth Larson, who lives in Malad, Idaho, once compiled a good history of the Hartleys but he would be about 73 years old now and I dont know if he still lives, or where. There are some letters which he wrote to Grandma and I can zerox them for you if you think you'd like them. I dont recall that there ever were many tales of the Tilfords but will record what I do remember. Our cousin, Vivian, has been working for years to try to write a story of the Tilfords but she gets pretty fanciful and it might be hard to separate the truth from fiction. But you might write to her and see if she would send you copies of her work.

 I dont know what to tell you about your mother. She and Art are still very optimistic that the Laetrile will cure her. But she fails daily. It is a slow detrioration. On Friday they got an appointment with Dr. Brodie at Richardsons clinic. He gave her a pretty good going over and concluded that her lungs are perfectly clear. And he agreed with Art that she would thrive and recover if it wasn't for the medication she is taking which makes her sleep 90% of the time and also destroys her appetite. (I have to add that Dr. Brodie is the one who insisted she start the Brohmptons). But she can not stand the pain without the medication so there is no way she could stop using it. And besides I'm convinced that she is completely addicted. If her lungs are clear and the cancer is gone as Dr. Brodie claims then why does she have such excruciating pain? There just aren't any answers that I know of. I'll continue to do all I can to help and keep you posted.

 Bill had the cataract removed from his right eye on Thursday so I have been occupied with him and am unable to go over to see your mother. But Bill is doing very well and when the doctor says he can do for himself I will get over to San Pablo.

 Now to the history:

Love to you all and your little ones.

Aunt Eleanor

1935

October 16, 1978

Tilford, Thomas Boone was the son of Hildred Laine and Douglas Tilford
They were southerners and lived in Virginia and Missouri. *There is a*
Thomas Boone had a younger brother, David, who served as a *"Cave Well"*
drummer boy in the Civil War. Thomas became a horse trader *floating ston*
and travelled west where he met Mary Cherry. *that connect with*

Cherry, Mary was the daughter of a California Indian of the Yosemite band *Tilfor*
and Columbus Cherry. When her mother died and Columbus could not
properly care for her he placed her with a family named Blasingame
who lived at Dutch Flat, California. That is where Mary was born.
Mary & Boone     They had 13 children. Rose. Minerva. Clyde. John. Leslie. Laine.  *died as a young woman. Buried at Osceol*
Maud. Florence. Grover. Audrey. Lillian. Edith (I seem to be missing
one name.) Edith tells a story of a baby that was still born and
buried at Hogum. Maybe that was #12. Edith is #13. Mary & Boone
settled in eastern Nevada. At one time they had a vegetable farm
and sold their produce to the miners around Hamilton and Ely. In
the early years they homesteaded a ranch on the Ely-Tonopah Road.
Boone became interested in the mines and once bitten devoted most
of his time to trying to strike it rich. During his life time it
was reported that he had hit many good claims but any money he
made was quickly spent. Mary became the midwife and nurse for
all the poor and needy in White Pine County. For many years most
of the poor kids were given the middle name of Tilford as an honor
to Mary who ministered to their mothers when in need. The story
is told that Hogum was so named because T.Boone Tilford hogged
all the claims thereabouts when a strike was made. Mary ran a *boarding houses*.

Tilford, John Dixon was born at Ward, Nevada April 15, 1882 (most of the
records say he was born at Osceola but there is no birth certificate
and Edith says he was born at Ward.) All the records for Ward were
destroyed in one of the many fires of the time. John spent most of
his life in eastern Nevada. He was an excellent mechanic and could
have done well in engineering. He designed and operated one of the
first hydraulic systems of the area. A story was told to me by my
mother that just before she met him he had a bout with typhoid and
was not expected to survive. The family sent away to Sears,Roebuck
for a suit to bury him in. When he recovered the suit was put away
as it was very light in weight and color. That is the suit he was
married in. Typhoid left him with a heart condition and he took
medication for that for most of his life.

1936

Overson, Christian was born at Horeshow, Nyborg, Denmark June 11, 1840.  He was
the son of Ove Andersen and Karen Mogensen (or Mary Morgen).  In the
tradition of the Danes Christian was given the name Overson (Ove's son)
Christian told of his father serving around the stables of a nobleman.
All young men were expected to serve in the army and altho there didn't
seem to be any objection to serving for Denmark the Oversons objected
to serving for Germany.  They lived in the Schleswig-Holstein area.
They heard the Mormon missionaries and decided to come to America.
Christian came with a brother and a sister, Mary *Christine*  He crossed the
plains in a covered wagon and suffered all of the hardships of the
Mormon pioneers.  He married Sine and they had 6 children.  Sine was
a member of the wagon train party.  She died in 1879.  Their children
were Joseph.  Hyrum.  Emmy.  Anne.  Sine, who died in infancy.  James.
When his wife, Sine, died Christian married Matilda .  He had settled
in western Utah and remained in that area the rest of his life.  He
had gone to Garrison, Utah and to Hamilton, Nevada when the big
strikes were made and worked as a teamster.  He maintained a very
large and prosperous farm.  He diverted water from the Sevier River
to irrigate his land.  He was instrumental in establishing the coke
ovens in Millard County.  He married Matilda in 1880 and they had 2
children.  Sarah Josephine.  Hyrum.

Hartley, Matilda Jane was born in Sheffield, Yorkshire, England Sept. 16, 1834.
She was the daughter of Eliza Gill & Samuel Hartley.  Conflicting
stories have come down concerning Samuel.  (There even seemed to be
some doubt that his name was Samuel but my great grandmother listed
it as such in the church records.)  It was believed that he was of
high birth and when he married Eliza his parents were very unkind
to her.  Apparently he was a heavy drinker and also abused Eliza
so that when she heard the Mormon missionaries exhorting people to
migrate she took the children and fled to Liverpool where they    (1856)
sailed on the ship "Horizon".  They came to Utah with the Handcart
Company #5, or Martin's Company.  Eliza & Samuel had 8 children.
Sarah Wells Hartley  b. 1836  married Lyman Curtis and they lived in
Utah.  Matilda Jane b. 1838  married into polygamy (?), married
Russell Gideon and had 1 daughter Russelletta who died when her
children were very young.  (Matilda brought these children to
Leamington to raise.)  Then she married Christian Overson.
Robert, son of Eliza & Samuel died in infancy.  Samuel Hartley
froze one leg and had it cut off while crossing the plains.

1937

October 17, 1978

page 3

Two other children of Eliza & Samuel died in infancy. Lorenzo James
& Clementina. Josephine Lucy married Thomas Zundel in Utah. The
youngest of the children was Farwell. His father followed Eliza to
Liverpool to try to keep her from taking Farwell away. Farwell
also suffered frozen feet while crossing the plains. He married
Caroline Carlson in Utah. Samuel Hartley was a cutler by trade
and was supposed to be descended from the Earls of Rothingham.
Matilda Jane Hartley _____ Gideon Overson and Christian
Overson had 2 children: Sarah Josephine & Lyman.

Sarah Josephine Overson Tilford had 6 children. Ralph. Leland. Bonnie.
Elinor.Paul.& Mary.

Lyman Overson had 5 children. Grant. Gladys. Joey. Warren. Gertrude.
As far as I know they remained in Utah. Grant died in the late
50ies. Gertrude now lives in southern Calif. and is a religious
Mormon.

I think that about covers the bare facts. Some of the stories I remember
are interesting. There is a geneology chart which traces the
Oversons (actually Hogensen as it covers the maternal side only).
Christian Overson said he could remember the cruelties of the
German soldiers in the constant fighting over Schleswig-Holstein.
Whether it was his actual memory or remembrances of his father
is hard to tell. He spoke of the desperate hunger they suffered
as pioneers and early settlers. And the terrible privations.
But they came through alright and he lived to a ripe old age
enjoying his fertile land.

Eliza Hartely was reported to be a very tall women with bright
red hair and flashing eyes. She was very determined and positive.
When they got to Utah she was directed to settle at Oak City.
Most of the settlers were digging holes out of the banks and
making homes called "Soddies". Eliza swore she would never
live in a hole in the ground and proceeded to build herself
a creditable house of wood and logs. She always had a beautiful
garden and grafted fruit trees so that she had excellent fruit.
Once when the Yonoah Indians were annoying the settlers Chief Blackhawk
came to her home to beg for food. Matilda was spinning and very
frightened but Eliza told her to go on with her work. Blackhawk
tripped Matilda and as she sprawled across the hearth Eliza took
up the poker and hit Blackhawk across the back of the head,
Knocking him out. When he came to he ran off. But returned

1938

October 17, 1978

the next day with some of his braves and the elders of the church to demand
reparations.  Eliza spoke to him in Konosh and told him that
"Sheenob" (God) had told her to put him to sleep.  And if he ever
bothered her again she would put all of the Konosh to sleep.  No
further trouble ever developed.  When she first came to Oak City
Eliza was encouraged to marry and she became Eliza Hartley Couch.
No children were born of this marriage.  Eliza was 39 when she
left England with her 5 children.  She was a very proud woman and
once she left England she literally left it all behind.  She never
wanted to talk about her past.  In Oak City she raised cows and
made cheeses which she sold in the area and as far away as Salt Lake.
The stories from the Tilford side of the family go on and on.  I'm sure
I didn't list the names of the children of Thomas Boone & Mary (Molly)
Cherry in the order of their ages but I really dont know the exact order.
Minerva was the oldest and Clyde was the oldest boy.  Edith was the youngest
and the rest fell somewhere in between.  Thomas Boone was a terrible tempered
disciplinarian.  Especially to his sons.  He seems to have been gentle and
understanding with the girls.  When Clyde was in his teens he was accused of
stealing from the pants pockets of the miners where they left their work clothes
hanging.  T.Boone beat him unmercifully  and then locked him in an old mine
shaft and kept him on bread and water for several days.  The other kids watched
their chance and took other food to him and helped him escape.  He ran away
and never returned to Ely area nor reconciled with his father.  Leland was
a great favorite of Clydes and he visited us often in San Francisco.  He was
supposed to have left everything he had (which couldn't have been much) to
Leland.  But it ended up going to T.Boone who was his closest relative.
John had much of the terrible temper of T.Boone when it came to disciplining
his boys.  Many were the terrible beatings Ralph & Leland suffered.  I dont
think Paul was too abused and Dad never mistreated his girls.  When you mother
was a teenager and Dad was home (after long absences in Nevada and Arizona)
he attempted to discipline her for some minor infraction and she fought back.
They went several fast rounds.  But that is the only time I can recollect
that he laid a hand on the girls.  Except for once when I sassed my mother
he gave me the back of his hand with real authority.  I guess I was about 11.
And I never forgot it.
Sarah Overson was the darling of her father.  He was a prosperous
farmer and she never did without.  She was sent to Provo to the Brigham
Young Academy (now B.Y.U.) and later to U. of Utah in Salt Lake to get a
teaching credential.  She was very pretty and had lovely clothes and a great

1939

October 17, 1970

page 5

personality.  She loved to dance and told about walking for miles on the
country roads to the Saturday night affairs.  She taught school in Leamington
and in Garrison and then went to Osceola where she met John.  Osceola was a
raw mining camp and John was a handsome resident who was considered the catch
of the area.  When they married in Salt Lake it must have been over the protests
of her family as none of them were at the wedding.  She had some dear friends
who sponsored the marriage.  The Mormons must have had many objections to
marriage to an Indian breed.  Dad took his bride to Snake Creek  where he had
established a saw mill.  He built the mill himself and ran it with some hired
help.  When he made a strike further down Snake Creek he established the
Bonita Mine.  He engineered an hydraulic system which brought water from
Snake Creek around the mountain to Osceola.  Sarah must have been terribly
lonely in her early married life.  She had always been a very social person
and here she was 20 miles from the nearest neighbor with few comforts and
no luxuries.  When the Bonita started to produce they hired 40 miners and
Sarah cooked for the whole crew.  They hired a chinese to help.  Toy Fong.
In 1916 they came to S.F. to the Panama Pacific Exposition.  When they got
back John found that most of his profits had been drained away by trusted
friends.  They went to live in Ely and he worked where he could.  At one
time he spent a season breaking mules for Granpa Overson.  A thankless job
but Christian paid him off with a matched team and a good wagon.  Christian
tried his best to get John to settle near Leamington and go into farming.
But that wasn't of any interest to John.  When your mother was just a baby
a mining group hired John to go to Hamilton (long since abandoned after its
big strikes) to see if he could salvage the lead from the dumps which had been
discarded in the mad search for silver.  He lived in two large tents, end to
end and Dad worked the tailings very profitably.  Winter came down on us and
a blizzard caught us still in the tents.  Dad tried to round up a team in
the storm so that he could get us out of there.  Someone in Ely remembered
that we were out there and sent a truck.  So we were rescued.  While we lived
at Hamilton your mother (and all the rest of us, but she was the last) came
down with whooping cough.  She nearly choked to death and was saved by Dad
when he held her by the heels and dunked her in the snow bank.  Whatever
was lodged in her throat was shook loose and she was shocked into breathing
properly.  Early in the 1920's we came to California.  Dad had come house
hunting with the money he earned from the Hamilton job.  He bought a mansion
in Alameda. (the victim of a smart realestate operator) It had once belonged
to a captain of the Alaska Packers.  It was completely furnished with elegant
Victorian furniture.  I first went to school in Alameda.  When Dad's money
was gone and no other work available he went to Mexico with a mining venture

October 17, 1978

page 6

but not much money reached us from this venture.  The numerable rebellions
in Mexico made communication very chancy.  When the rebels became a threat
to the mining company they all took off and left Dad to protect their property.
He salvaged what he could and sent the scrapings from the belts home to Mom
with explicit directions on how to extract the gold and shape it into bars.
She did this on the kitchen wood and coal stove and then took the bars to
the Mint in San Francisco.  But we were far in arrears on the house payments
and were forced to vacate Alameda.  Dad was able to get a job as a foreman
at a Saw Mill in Sheep Ranch so we moved there.  He still hoped to find the
mother lode and kept searching.  Mother went to work in a laundry when we
moved to Vallejo and then took a job as a seamstress making uniforms when
we finally moved to S.F.  She worked for Levi Strauss and told comical
stories of those days.  And she worked for California Casket Co. lining
caskets.  Dad took a job as superintendent at the Monarch Mine at Sierra
City and he took the 3 boys with him.  Mother bought all the furniture in a
one room apartment and moved the 2 girls in.  There was a living room and a
kitchenkette.  Behind the wall bed was a huge closet.  Your mother and Mom
slept in the wall bed and Bonnie and I slept on the floor of the closet.
No one was supposed to know that Mom had kids in the apartment.  It was
rented to her as a single woman.  Your mother cried an awful lot and Bonnie
and I used to play the phonograph, loud, so it would drown out the tell-tale
sounds of kids.

        Most of the rest of our history you must know so I'll finish and
get this in the mail.

1941



188 Wilshire Ave.
Daly City 94015

From: **Meghan Belaski** meghanbelaski@gmail.com
Subject: Fwd: Way too much info!
Date: July 21, 2013 at 9:21 AM
To:

Hi David,

Wanted to send this along.  I am really puzzled by the fact that the Tilford family and the Native American history in the Tilford family tree have been left out of the GBNP history and I want to know why.

I hope you can take a look at these documents and help figure out what is going on up there...I know we don't know one another as well as we should but but I think you and I think a lot alike! I've come to this conclusion from your FB posts :)

I hope we can get together soon and catch up on these years between us all...

Please let me know what you think about what I've sent...

And sorry for the typos in the "summary". It was written in haste leaving for a kids birthday party...

Best,

Meg

1943

---------- Forwarded message ----------
From:

(http://www.nps.gov/)

Q



# The Prometheus Story



— oldest type of
this organism
in the world
cut down in
Great Basin
in 1964.

this was
NOT AN
ACCIDENT.



Bristlecone Pines can be thousands of years old

*NPS PHOTO*

## Destruction Leads to Preservation

In 1964, a scientist was granted permission by the United States Forest Service to study some of the bristlecone pines growing in a grove beneath Wheeler Peak. The researcher was studying the tree rings of these ancient trees, which were known to be over 4,000 years old. Bristlecone pines, like most trees, add a ring for each year of growth. Scientists can study the variation in width to determine patterns of good and bad growing seasons in past years. The trees literally record the seasons of their lives in their rings. This is very valuable for the study

1944

of climate change.

Bristlecone pines often grow in a twisted fashion and one section of the tree may die off several thousand years before another part, making it very difficult to capture the oldest part of the tree in a core sample. The Forest Service granted permission for the researcher to take core samples from several old-looking bristlecone pines and to cut one down to obtain a more accurate count. The tree the researcher selected to cut down was known as Prometheus.

Counting later revealed that Prometheus contained about 4,900 growth rings, making it the oldest living tree ever found. Today, the oldest known living tree, is a 4600 year old bristlecone pine in the White Mountains of California. Count the rings for yourself in the Great Basin Visitor Center! A new permanent exhibit was installed in 2007 featuring a tree ring that was taken from Prometheus in the 1960s.



Examine a cross section of Prometheus in the Great Basin Visitor Center

*NPS PHOTO*

According to ancient Greek myths, Prometheus was an immortal who brought fire (symbolic of knowledge) to humans. Prometheus the bristlecone pine also imparted much knowledge to humans. Information gained by studying this significant tree added to the knowledge of carbon dating (which is valuable to archeologists and paleontologists) and climate data.

These ancient trees are now protected on federal lands, in part due to the public outcry over the loss of Prometheus. The researcher responsible for cutting down the tree later became one of the strongest advocates for the creation of Great Basin National Park.

Become a free member · Log in

**LoopNet™** Connecting Commercial Real Estate™

For Sale   For Lease   Find a Broker   Add Listing   My LoopNet ⌄

Historical Agricultural Sale Listing - Angleworm Ranch
Agricultural For Sale

*[handwritten: Asking around 16 million? in 2015-2016]*

**This Agricultural property is Off-Market. Search below to find active commercial real estate for sale or lease.**

For Sale  For Lease

[ agriculture ▾ ]   [ Ely, NV ]   **Search**   Search

**Browse More Listings** in Agricultural For Sale, Ely, NV or Nevada

# Angleworm Ranch       N/A
60 HWY 379, Ely, NV 89315     336 AC | Agricultural | Get Financing





Advertise Here -
Local Branding
Ads

Target potential
customers in your
market

Click to learn more

Agricultural Property - Off Market

| | | | |
|---|---|---|---|
| Price | N/A | Property Sub-type | Agricultural |
| Lot Size | 336 AC | Listing ID | 13428784 |
| Property Type | Agricultural | Last Updated | Over a year ago |


**LoopNet™**

Utilities

- Electricity/Power
- Water
- Cable
- Irrigation
- Telephone
- Gas/Propane

1 Lot

File:Caliente Corridor.jpg - Wikimedia Commons

10/5/15, 9:22 AM

# File:Caliente Corridor.jpg

From Wikimedia Commons, the free media repository

**Caliente Corridor**




**Download**
all sizes


**Use this file**
on the web

**Use this file**
on a wiki

**Email a link**
to this file

**Information**
about reusing

Size of this preview: 800 × 508 pixels.
Original file (908 × 577 pixels, file size: 162 KB, MIME type: image/jpeg)

**Open in Media Viewer**

## Summary

**Description**   Map of the proposed Caliente Corridor route for transportation of spent nuclear fuel. (The northwest portion of the Amargosa Desert starts at the mountains at the southeast of the Sarcobatus Flat.)

**Date** 10/30/06

**Source** Office of Civilian Radioactive Waste Management, Department of Energy

**Author** BSC Transportation

This image was uploaded in the **JPEG** format even though it **consists of non-photographic data**. This information could be stored more efficiently or accurately in the **PNG format** or SVG format. If possible, please upload a PNG or SVG version of this image without compression artifacts, derived from a non-JPEG source (or with existing artifacts removed). After doing so, please tag the JPEG version with {{Superseded|NewImage.ext}} and remove this tag. This tag should not be applied to photographs or scans. For more information, see {{BadJPEG}}.

**JPEG**

## Licensing

*This work is in the **public domain** in the United States because it is a work prepared by an officer or employee of the United States Government as part of that person's official duties under the terms of Title 17, Chapter 1, Section 105 of the US Code. See Copyright.*

1947

"Yucca Claim"



Figure 1. Yucca Claim Group, Yucca Mountain, Nye County, Nevada

TOPOPAH SPRING SW QUADRANGLE
NEVADA—NYE CO.
7.5 MINUTE SERIES (TOPOGRAPHIC)

UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

TOPOPAH SPRING SW, NEV.

S1
APERTURE
CARD

1948

88092|0196-01

# Remnants of Ranchers and Miners on the Test Site







*Tippipah Spring, top, with water storage tank made from a boiler. Source: DOE, Nevada Operations Office.*



*Stone cabin at Whiterock Spring, top, with the remains of a corral and abandoned 1928 Buick. Source: DOE, Nevada Operations Office.*

1948,1

# Home means the hills



Big dreams and hard work fueled mining camps. Like many in Nevada and the west, the Bonita Mine and encampment started as a family venture. John D. Tilford built a "comfortable house" in early 1913. In two years 40 miners, some with families, lived in the camp and worked the mines.

The stone cabin served as commissary. John's wife, Sadie Tilford and the cook, Toy Fong, packed lunches for miners in buckets. Almost as quickly as the camp grew, the price of tungsten dropped. Miners left and the camp was quiet. Over the years the mining area housed others trying their hand at the camp but great fortunes were never in store for the Bonita camp.





... the last century by visitors, miners and canyon roof of the stone cabin was replaced with corrugated metal. The roof eventually fell and the corner stone wall partially collapsed.

With assistance from the Tilford family sharing photographs and records, park staff and historic preservation specialist repaired the cabin to the original look. The repairs help preserve an important piece of history for the enjoyment of National Park Service visitor.

The cabin is one of ... years old, and thanks to ... preservation effort... should stand for another 100 years.

The Tilford Spring stone cabin (commissary), the rock wall and the remains of Tilford's house, the dugout where Toy Fong's cabin stood, and numerous tent platforms, roads and trails are reminders of life in the canyon.

The sound of children's laughter mingled with milling and milling noise across the canyon. Children attended school in a small house built with a storage cedar. Remains of dolls and children's toy, shoes, food cans, beverage and patent medicine bottles are faint echos of life in Bonita mine camp.





Be PROactive PROtect special places. Support the mission of your National Parks to preserve for this and future generations. PROvide opportunity for others to enjoy seeing artifacts in place. Take photographs, experiences, and memories home.

1948, 2 ↑

*LONGNOW*
*FOUNDATION*

Membership:

## Search Beta

**peter thiel**

*We're testing some neat internal search features to help you find exactly what you're looking for.*

Displaying 1 Results:

*YUCCA MOUNTAIN "ADVOCATE"*
*AKA "FREAKSHOW" with the "Long Nows"*

Peter Thiel Convenes His League of Extraordinary Wackaloons

Published 5 years, 4 months ago for

---

### NEXT SEMINAR

Geoffrey B. West - The Universal Laws of Growt...

### PREVIOUS SEMINARS

Frank Ostaseski - What the Dying Teach the Living
Bjorn Lomborg - From Feel-Good to High-Yield ...
Jennifer Pahlka - Fixing Government: Bottom U...
Steven Johnson - Wonderland: How Play Made t...
Rick Prelinger - Lost Landscapes of San Francisc...
Douglas Coupland - The Extreme Present

### LATEST BLOG POSTS

The Orrery at The Interval: An Invitation to Long...
How Hard Would It Be To Restart Civilization Fro...
Tiffany Shlain Presents 50/50 Day
These 1,000-Year-Old Windmills Work Perfectly, ...
Could Reviving the Woolly Mammoth Help Solv...
Frank Ostaseski Seminar Tickets
The Other 10,000 Year Project: Long-Term Think...
A Brief Economic History of Time
George Dyson's Selections for The Manual for C...

### ABOUT LONG NOW

The Long Now Foundation was establi...
01996* to foster long-term thinking and
responsibility in the framework of the n
10,000 years.  More »

Twitter    Facebook    Flickr

---

The Long Now Foundation • Fostering Long-term Responsibility • est. 01996    Top of Page

1948.3

# Sevier River

From Wikipedia, the free encyclopedia

The **Sevier River** /sɛˈvɪər/, extending 383 miles (616 km), is the longest Utah river entirely in the state and drains an extended chain of mountain farming valleys to the intermittent Sevier Lake. The Upper Sevier is used extensively for irrigation, and consequently Sevier Lake is now essentially dry.

**Sevier River (*Seve'uu (Paiute)*)**
**"Rio Severo" (wild river)**
**1776: El Río de Santa Isabel**
**c1826: Ashley River[1]**
river

# Contents

- 1 Course
- 2 History
- 3 See also
- 4 References

*[handwritten: ✱ Christian Overson had water rights on Sevier]*



The Sevier River in Leamington, Utah

# Course

The Sevier River Water Users Association subdivides the river into four mainstream sections: Upper, Central, Gunnison and Lower.[5]

Upper: The Sevier headwaters are in northwestern Kane County along the western side of the Paunsaugunt Plateau, and it flows northward into Garfield County through an extended valley beside the plateau past Hatch and Panguitch. Along the Garfield-Piute county line, the Sevier descends through the narrow 5 mi (8 km) Circleville Canyon, emerging into Circle Valley at Circleville. It then flows northeast towards Junction, where it receives the East Fork from the east and passes through the Piute Reservoir.

Central: It flows north across Piute County to Marysvale then descends through 8 mi (13 km) Sevier Canyon, emerging south of Sevier. It then flows northeast past Richfield and Salina.

Gunnison and Lower: After the San Pitch confluence and ~20 mi (32 km) southwest of Nephi, the river flows west around the north end of the Canyon Mountains into the Sevier Desert, then

| Country | United States |
| State | Utah |
| Part of | Escalante-Sevier subregion |
| Tributaries | |
| - left | Beaver River |
| - right | East Fork, San Pitch |
| Length | 383 mi (616 km) [2] |
| Basin | 11,574 sq mi (29,977 km$^2$) [3] |
| Discharge | for Gunnison, UT |
| - average | 257 cu ft/s (7 m$^3$/s) [4] |
| - max | 5,400 cu ft/s (153 m$^3$/s) |
| - min | 6 cu ft/s (0 m$^3$/s) |

*[handwritten: Christian Overson is Sarah Tilford's dad. Sarah is my great gr...]*

*[handwritten: the gap lies heavy]*

southwest past Delta and into Sevier Lake in central Millard County, along the western side of the Cricket Mountains. It is impounded in southeastern Juab County at the north end of the valley to form the 20-mi (32 km) long Sevier Bridge Reservoir. DMAD reservoir and Gunnison Bend reservoirs are near Delta with Sevier's water. DMAD water goes to the Intermountain Power Project's coal-fired plant located 9 miles west of US-6, north of Delta.

## History

*[handwritten: Millard, UT = John Gifford]*

The Dominguez-Escalante Expedition crossed the river in 1776.

The Old Spanish Trail trade route followed the Sevier River from Salina Creek to the southwest to the point north of Panguitch where it left the river and crossed westward to what is now Parowan, Utah from 1829 into the 1850s.

The Sevier River upstream of the San Pitch confluence, along with the San Pitch, is to the east of the Great Basin section but within the Great Basin (west of the Great Basin Divide).

The Sevier River Water Users Association has installed solar-powered monitoring equipment, the Real-time Telemetry System, which reports on river flows, canal diversion flows, reservoir elevations and weather each hour. See http://www.SevierRiver.org.

## See also

- List of rivers of Utah

## References

1. Van Cott, John Waldemar (1991) [1990]. *Utah Place Names: A Comprehensive Guide to the Origins of Geographic Names*. ISBN 0-87480-345-4.
2. "The National Map". U.S. Geological Survey. Retrieved Feb 16, 2011.
3. "Boundary Descriptions and Names of Regions, Subregions, Accounting Units and Cataloging Units". USGS.gov. Retrieved 2010-06-06.
4. http://wdr.water.usgs.gov/wy2013/pdfs/10217000.2013.pdf
5. "Sevier River Water Users Association". Retrieved 2010-06-06.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Sevier_River&oldid=704546291"

Categories: Landforms of the Great Basin   Rivers and streams of Utah   Landforms of Sevier County, Utah   Landforms of Garfield County, Utah   Landforms of Sanpete County, Utah   Landforms of Juab County, Utah   Landforms of Piute County, Utah   Landforms of Kane County, Utah   Landforms of Millard County, Utah   Rivers of the Great Basin   Old Spanish Trail (trade route)

3/3/16, 6:45 PM

# Saint-Sever Beatus

From Wikipedia, the free encyclopedia

The **Saint-Sever Beatus**, also known as the **Apocalypse of Saint-Sever** (Paris, Bibliothèque Nationale, MS lat. 8878), is a French Romanesque illuminated Apocalypse manuscript from the 11th century. It was made at the Abbey of Saint-Sever. It contains the Commentary on the Apocalypse of Beatus of Liébana. The Saint-Sever Beatus was the work of monks working under the direction of abbot Gregori de Montaner; Abbot Gregori held the post from 1028 to 1072. The exhibits at the Jacobins Museum include illuminations from the Saint-Sever Beatus.

## External links

- Information and many pictures (http://beatus.saint-sever.fr/)
- Facsimile edition (http://patrimonio-ediciones.com/en/facsimil/the-saint-sever-beatus), with information on the Commentary on the Apocalypse and sample illustrations



The rain of fire and blood from folio 137v of the Apocalypse of St. Sever



The world map from the Saint-Sever Beatus measuring 37 X 57 cm. This was painted c. 1050 as an illustration to Beatus' work at the Abbey of Saint-Sever in Aquitaine, on the order of Gregori de Montaner, Abbot from 1028 to 1072

*St. Sever or Sevier?*

*Another odd Map*

1951



 Wikimedia Commons has media related to *Apocalypse of St. Sever*.

# Liber Floridus

From Wikipedia, the free encyclopedia

*LIBOR or Liber*

**Liber Floridus** ("Book of Flowers") is a medieval encyclopedia that was compiled between 1090 and 1120 by Lambert, Canon of Saint-Omer.[1] The text compiles extracts from some 192 or so different works.[2]



Lambert's medieval encyclopedia contains a universal history, a chronological record of events to the year 1119. These are of Biblical, astronomical, geographical, philosophical and natural history subjects. Lambert wrote *Liber Floridus* originally in Latin, and later it was translated into French as *Le Livre fleurissant en fleurs*. A detailed description is in the *Historia comitum Normannorum, comitum Flandriae*.[3]

Lambert, Canon of St. Omer, *Liber Floridus* (Lille and Ninove, 1460)

The *Liber Floridus* was the first of the encyclopedias of the High Middle Ages that slowly superseded the work of Isidore of Seville.[4] The original manuscript, completed in 1120 and dedicated to Saint Omer by canon Lambert, has been preserved in Ghent, though its latter portion has not survived.[5] A copy is in the Bibliothèque Nationale, Paris.[6] There is also a copy in the Herzog August Bibliothek, Wolfenbüttel, Germany.[2] There may be as many as six additional extant manuscript copies, dating from the twelfth to the sixteenth centuries and produced in France or Flanders.[7] *Liber Floridus* has the reputation of being one of the most famous encyclopedias of the Middle Ages.[8]

*Liber Floridus* includes various maps including a mappa mundi. The Ghent manuscript, being the oldest of the known copies and dating from earlier than 1125, includes a map of parts of Europe and two climate-zone drawings based on the Macrobian model as an attempt to make a complete world map. The parts of the European map sketch show interesting and odd representations. This manuscript and the associated maps are believed to have been done personally by Lambert.[2]

The Wolfenbüttel and Paris copies with their European "mappa mundi" date from somewhere around 1150. Historians do not believe these were done by Lambert. R. Uhden points out [9] that the world map in the Wolfenbüttel copy has a legend saying the original source was from Martianus Capella (fl. 410 - 439). This reference has been backed up by information found in various other inscriptions on the map that are passages from Martianus' *Satyricon*, also known as *De Nuptiis Philologiae et Mercurii*.[2]

Lambert collected his material from such sources as Isidore's *Etymologiae*, the *Historia Brittonum*, and the crusade chronicle of Bartolf of Nangis. Lambert frequently mentions crusaders from

World map of 12th century

*odd 1 2 3 4*

1952

# William Henry Ashley

From Wikipedia, the free encyclopedia

*For other people named William Ashley, see William Ashley (disambiguation).*

**William Henry Ashley** (b. circa 1778 – d. March 26, 1838) was an American pioneering fur trader, entrepreneur, and politician. Though a native of Virginia, Ashley had already moved to Ste. Genevieve in what was then called Louisiana, when it was purchased by the United States from France in 1803. That land, later known as Missouri, became Ashley's home for most of his adult life. Ashley moved to St. Louis around 1808 and became a Brigadier General in the Missouri Militia during the War of 1812. Before the war he did some real estate speculation and earned a small fortune manufacturing gunpowder from a lode of saltpeter mined in a cave near the headwaters of Missouri's Current river. When Missouri was admitted to the Union Ashley was elected its first Lieutenant Governor, serving from 1820 to 1824 under Governor Alexander McNair. He ran for governor of Missouri in the August 1824 election, but was defeated.

In 1822 Ashley and business partner Andrew Henry—a bullet maker whom he met through his gunpowder business—posted famous advertisements in St. Louis newspapers seeking one hundred "enterprising young men . . . to ascend the river Missouri to its source, there to be employed for one, two, or three years." The men who responded to this call became known as "Ashley's Hundred." Between 1822 and 1825, Ashley and Henry's Rocky Mountain Fur Company, did several large scale fur trapping expeditions in the mountain west. Ashley's men are officially credited with the American discovery of South Pass in the winter of 1824. Ashley devised the rendezvous system in which trappers, Indians and traders would meet annually in a predetermined location to exchange furs, goods and money. His innovations in the fur trade earned Ashley a great deal of money and recognition, and helped open the western part of the continent to American expansion.

In 1826, he led an expedition into the Salt Lake Valley. South of the Great Salt Lake, he discovered Utah Lake, which he named Lake Ashley.[1] He established Fort Ashley on the banks to trade with the Indians. Over the next three years, the fort "collected over one-hundred-and-eighty thousand dollars' worth of furs".[2] In 1828 he explored present-day northern Colorado, ascending the South Platte River to the base of the Front Range, then ascending the Cache la Poudre River to the Laramie Plains and onward to the Green River.

## Ashley the Politician

*Further information: Jedediah Strong Smith*

On June 2, 1823, General Ashley was beaten by Indians with weapons he had sold them and lost eighteen of his men. Ashley reported twelve men killed and eleven wounded, of whom two died. (Consult "Notes on General Ashley, the Overland Trail and South Pass," by Donald McKay Frost, Proceedings of the American Antiquarian Society, October, 1944.)[3]

In 1826 William H. Ashley sold the fur trading company to Jedediah Smith and some of his other men, and devoted his energy to politics. As a member of the Jacksonian Party, he won election to the United States House of Representatives in 1831, 1832, and 1834. In 1836 he declined to run for a fourth term in Congress, and instead ran for Governor of Missouri, losing badly. Many attribute his defeat to his increasingly pro-business

stance in Congress, which alienated the rural Jacksonians. After the loss, he went back to making money on real estate, but his health declined rapidly and he died of pneumonia at the age of 54. William H. Ashley is buried atop an American Indian burial mound in Cooper County, Missouri, overlooking the Missouri River.

William H. Ashley is the namesake of the small community of Ashley, Missouri.[4] Also Ashley Creek in northeast Utah, and the Ashley National Forest.

# References

1. Whitney, Orson Ferguson (1892). *History of Utah*. G. Q. Cannon. p. 293.
2. Victor, Francis Fuller (1877). *Eleven Years in the Rocky Mountains and a Life on the Frontier*. R.W. Bliss. p. 33.
3. "Notes on General Ashley, the Overland Trail, and South Pass" (http://www.americanantiquarian.org/proceedings/44807104.pdf) *Proceedings of the American Antiquarian Society* **54**(2): 161-312. 1944
4. Eaton, David Wolfe (1917). *How Missouri Counties, Towns and Streams Were Named*. The State Historical Society of Missouri. p. 341.

- Morgan, Dale., *The West of William H. Ashley,* (Denver, 1964) ISBN

# External links

- William Henry Ashley (http://bioguide.congress.gov/scripts/biodisplay.pl?index=A000315) at the *Biographical Directory of the United States Congress*
- Cook, William Earl "Entrepreneur, Mountain Man of the West and Politician" (http://members.aol.com/cybergts/william_ashley.html)
- "Ashley, William Henry" *The Columbia Electronic Encyclopedia, 6th ed.* (http://www.infoplease.com/ce6/people/A0804993.html)
- "William Henry Ashley" *Notable Names Database* (http://www.nndb.com/people/835/000082589/)
- American National Biography - Ashley, William Henry (http://thelibrary.springfield.missouri.org/lochist/periodicals/wrv/V4/N3/sp71j.htm)

### Political offices

| Preceded by<br>*Position established* | Lieutenant Governor of Missouri<br>1820–1824 | Succeeded by<br>**Benjamin Harrison Reeves** |
|---|---|---|

### United States House of Representatives

| Preceded by<br>**Spencer D. Pettis** | Member of the U.S. House of Representatives<br>from Missouri's at-large congressional<br>district<br>1831–1837 | Succeeded by<br>**John Miller** |
|---|---|---|

Categories: 1838 deaths   Members of the United States House of Representatives from Missouri   Lieutenant Governors of Missouri   American fur traders   People from Powhatan County, Virginia

People from St. Louis, Missouri   Missouri Jacksonians   Missouri Democratic-Republicans
Jacksonian members of the United States House of Representatives

- This page was last modified on 25 September 2015, at 01:50.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

1955

Specter Range - Wikipedia                                                    1/26/17, 2:08 PM

Coordinates: 36°38′54″N 116°10′21″W

# Specter Range

From Wikipedia, the free encyclopedia

The **Specter Range** is a small mountain range in
southeastern Nye County, Nevada.[3]

The southern margin of the range is bounded by the
Amargosa Desert with the Funeral Mountains and Death
Valley beyond. Yucca Mountain, Jackass Flat and Skull
Mountain lie to the northwest and north across Rock
Valley. The south boundary of Nevada Test Site lies on the
northern slopes of the range. Mercury Valley and the town
of Mercury lie to the northeast. The southeast end of the
range is separated from the northwest end of the Spring
Mountains by a narrow gap near Point of Rocks. U.S.
Route 95 from Las Vegas passes between the two ranges
and continues on past the southern margin of the Specter
Range toward Beatty.[2]

## References

1. *Specter Range NW, Nevada, 7.5 Minute Topographic
   Quadrangle, USGS, 1961*
2. *Beatty, Nevada–California, 30x60 Minute Topographic
   Quadrangle, USGS, 1986*
3. "Specter Range". *Geographic Names Information System.*
   United States Geological Survey. Retrieved 2009-05-04.

Retrieved from "https://en.wikipedia.org/w/index.php?
title=Specter_Range&oldid=621305690"

Categories: Mountain ranges of Nevada
Landforms of Nye County, Nevada
Mountain ranges of the Great Basin
Nevada geography stubs

- This page was last modified on 15 August 2014, at
  04:36.
- Text is available under the Creative Commons
  Attribution-ShareAlike License; additional terms

### Specter Range



Location of the Specter Range mountain gap for U.S.
Route 95 in Nevada.

|  | **Highest point** |
|---|---|
| **Peak** | Eagle Peak [1] |
| **Elevation** | 1,485 m (4,872 ft) |
| **Coordinates** | 36°38.25′N 116°09.39′W |
|  | **Dimensions** |
| **Length** | 13 mi (21 km) NNW–SSE [2] |
| **Width** | 5 mi (8.0 km) |
|  | **Geography** |
| **Country** | United States |
| **State** | Nevada |
| **District** | Nye County |
| **Range coordinates** | 36°38′54″N 116°10′21″W |

Manhattan, Nevada - Wikipedia, the free encyclopedia                                    10/5/15, 8:54 AM

*[handwritten: "Manhattan Project"]*

# Manhattan, Nevada

From Wikipedia, the free encyclopedia

**Manhattan** is a small town in Nye County, Nevada, located at the end of Nevada State Route 377 about 50 miles (80 km) north of Tonopah, the county seat.

It originally was founded in 1867 as part of the silver mining boom. George Wheeler found the district abandoned in 1871.[1] Then, in 1905, as part of the gold boom when "4,000 people flood(ed) into the region". The Nye and Ormsby County Bank, the only stone structure to be built in the town, was erected in 1906, but a decline followed the 1906 San Francisco earthquake and the 1907 depression.[2]

The bank was forced to close. However, another boom in 1909 resulted in mining continuing into the late 1940s.[3] Major mining operations opened and operated through the 1970s to the 1990s but production has relatively recently scaled back significantly.[4]

*[handwritten: Wheeler Peak w/ Great Basin NTH. Park]*

*[handwritten: Coordinates: 38°32′20″N 117°04′30″W]*

### Manhattan, Nevada

**Town**



Sign at the east entrance to Manhattan

Nickname(s): Town of New Beginnings
Motto: Embracing a better Manhattan

Coordinates: 38°32′20″N 117°04′30″W

| | |
|---|---|
| **Country** | United States |
| **State** | Nevada |
| **County** | Nye |
| **Area** | |
| • **Total** | 0.28 sq mi (0.72 km2) |
| • **Land** | 0.28 sq mi (0.72 km2) |
| • **Water** | 0 sq mi (0 km2) |
| **Elevation** | 7,000 ft (2,000 m) |
| **Population (2010)** | |
| • **Total** | 124 |
| • **Density** | 450/sq mi (170/km2) |
| **Time zone** | Pacific (PST) (UTC-8) |
| • **Summer (DST)** | PDT (UTC-7) |

*[handwritten: Boone Titford & Mary Cherry @ Angleworm Ranch - NYE]*

## Contents

- 1 Regional geology
- 2 Local geology
- 3 Local vegetation
- 4 Present day
- 5 Climate
- 6 Notes
- 7 References
- 8 External links

# Regional geology

The Big Smoky Valley is similar to many of the desert valleys in Nevada, characterized by flanking mountain ranges running north to south. Big Smoky Valley is bounded to the south by Lone Mountain, and the east and west by the Toquima and the Toiyabe Ranges, respectively. The valley floor consists primarily of alluvial fans composed of small poorly assorted gravels.

# Henry L. Stimson

From Wikipedia, the free encyclopedia

**Henry Lewis Stimson** (September 21, 1867 – October 20, 1950) was an American statesman, lawyer and Republican Party politician and spokesman on foreign policy. He served as Secretary of War (1911–1913) under Republican William Howard Taft, and as Governor-General of the Philippines (1927–1929). As Secretary of State (1929–1933) under Republican President Herbert Hoover, he articulated the Stimson Doctrine which announced American opposition to Japanese expansion in Asia. He again served as Secretary of War (1940–1945) under Democrats Franklin D. Roosevelt and Harry S. Truman, and was a leading hawk calling for war against Germany. During World War II he took charge of raising and training 13 million soldiers and airmen, supervised the spending of a third of the nation's GDP on the Army and the Air Forces, helped formulate military strategy, and oversaw the building and use of the atomic bomb.

**Henry L. Stimson**



**45th United States Secretary of War**

**In office**

May 22, 1911 – March 4, 1913

| | |
|---|---|
| **President** | William Howard Taft |
| **Deputy** | Robert Shaw Oliver |
| **Preceded by** | Jacob M. Dickinson |
| **Succeeded by** | Lindley M. Garrison |

**Governor-General of the Philippines**

**In office**

December 27, 1927 – February 23, 1929

| | |
|---|---|
| **Appointed by** | Calvin Coolidge |
| **Deputy** | Eugene Allen Gilmore |
| **Preceded by** | Leonard Wood (acting) |
| **Succeeded by** | Eugene Allen Gilmore (acting) |

**46th United States Secretary of State**

**In office**

March 28, 1929 – March 4, 1933

## Contents

- 1 Early career
- 2 Secretary of War (1st term)
- 3 World War I
- 4 Nicaragua and Philippines
- 5 Secretary of State
- 6 Secretary of War (2nd term)
  - 6.1 Japanese American internment
  - 6.2 General Patton
  - 6.3 Morgenthau Plan
  - 6.4 Atomic bomb
  - 6.5 Stimson's vision
- 7 Later years and death

early occupation, it never became official policy. Explaining his opposition to the plan, Stimson insisted to Roosevelt that ten European countries, including Russia, depended upon Germany's export-import trade and production of raw materials and that it was inconceivable that this "gift of nature", populated by peoples of "energy, vigor, and progressiveness", should be turned into a "ghost territory" or "dust heap".

What Stimson most feared, however, was that a subsistence-level economy would turn the anger of the German people against the Allies and thereby "obscure the guilt of the Nazis and the viciousness of their doctrines and their acts". Stimson pressed similar arguments on President Harry S. Truman in the spring of 1945.[23]

Stimson, a lawyer, insisted — against the initial wishes of both Roosevelt and Churchill - on proper judicial proceedings against leading war criminals. He and the United States Department of War drafted the first proposals for an International Tribunal, and this soon received backing from the incoming President Truman. Stimson's plan eventually led to the Nuremberg Trials of 1945-1946 that have had a significant impact on the development of International Law.

# Atomic bomb



Secretary of War **Henry L. Stimson** ready for his Truman cabinet in August 1945.

As Secretary of War, Stimson took direct personal control of the entire atomic bomb project, with direct supervision over General Leslie Groves, head of the Manhattan Project. Both Roosevelt and Harry S. Truman followed Stimson's advice on every aspect of the bomb, and Stimson overruled military officers when they opposed his views.[24][25]

The Manhattan Project was managed by Major General Groves (Corps of Engineers) with a staff of reservists and many thousands of civilian scientists and engineers. Nominally Groves reported directly to General George Marshall, but in fact Stimson was in charge. Stimson secured the necessary money and approval from Roosevelt and from Congress, and made sure Manhattan had the highest priorities. He controlled all planning for the use of the bomb. Stimson wanted "Little Boy" (the Hiroshima bomb) dropped within hours of its earliest possible availability — it was; Japan was to be forced to surrender and the bombing of Hiroshima August 6 would likely be a finishing blow for Tokyo.[26]

Stimson would ultimately conclude that if the United States had guaranteed the Japanese that they would retain their Emperor, they might have surrendered, making the use of atomic bombs unnecessary.[27]

# Stimson's vision

In retrospect historians debate whether the impact of continued blockade, relentless bombing, and the Russian invasion of Manchuria would have somehow forced the Emperor to surrender sometime in late 1945 or early 1946 even without the atomic bombs (though not without very large numbers of allied casualties).[28] But Stimson saw well beyond the immediate end of the war. He was the only top government official who tried to predict the meaning of the atomic age—he envisioned a new era in human affairs. For a half century he had worked to inject order, science, and moralism into matters of law, of state, and of diplomacy. Once again, Stimson defied all criticism about his age by proving that he was still as prescient and on top of his game as ever. The impact of the atom, he foresaw, would go far beyond military concerns to encompass diplomacy and

**William Patrick Stuart-Houston - Wikipedia**, the free ...
https://en.wikipedia.org/wiki/William_Patrick_Hitler
William Patrick Hitler as member of the U.S. Navy between 1944 and 1947
Early life · In Nazi Germany · Emigration to the ... · Later life · in the media

Related searches

Hitler's Family Today

Hitler's Nephew in Navy

Hitler's Family in America

William Hitler Wiki

William Hitler USN

Who was William Hitler

William Patrick Hitler Family Tree

William Willy Patrick Stuart Houston

**Hitler's nephew begged to join U.S. military - NY Daily News**
www.nydailynews.com/...hitler-nephew-begged-join-u-s-military-fight...
New letter shows Hitler's nephew begged to join U.S. military to ... an attempt to join
Canada's military. William Hitler described his use as a ... Us; Careers ...

**Adolf Hitler had a British Nephew Who Joined the U.S. Navy**
...
www.todayifoundout.com/index.php/2011/06/adolf-hitler-had-a...
Adolf Hitler had a British Nephew Who Joined the ... Today I found out Adolf Hitler
had a British nephew who joined the U.S. navy ... The apartment William Hitler ...

Images of **william hitler in us navy**
bing.com/images



See more images of william hitler in us navy



**Corpsman Hitler, US Navy?** - America in WWII magazine
www.americainwwii.com/articles/corpsman-hitler-us-navy
Corpsman Hitler, US Navy? ... William Patrick Hitler receives his US Navy records as
he leaves the service in 1947. US NAVY " Email * First Name ...

**The Führers Nephew – William Patrick Hitler** – Fought In ...
https://www.warhistoryonline.com/featured-article/the-fuhrers...
After leaving the Navy, William Hitler changed his ... After their relationship began,
William, Phyllis, and Bridget tried for some anonymity in the United States.

**Hitler in the US Navy** - Famous Naval Leaders - World of ...
forum.worldofwarships.com › ... › Famous Naval Leaders
6 POSTS   FIRST POST: AUG 09, 2012
Mar 09, 2013 · Hitler in the US Navy. Started by pappina, Apr 29 2014 10:09 PM. This
topic is locked; 5 replies to this topic ... William Patrick Hitler served in the ...

**The Führers Nephew – William Patrick Hitler** – Fought In ...
https://ohifront.wordpress.com/2016/04/30/the-fuhrers-nephew...
FIRST POST: APR 30, 2016
Apr 30, 2016 · There was also Heinz Hitler and William Patrick Hitler, ... William Patrick
Hitler – Fought In The US Navy! 30/04/2016 Βούλγαρης ...

**Q about Hitler's nephew in the US Navy?** | Yahoo Answers
https://au.answers.yahoo.com/question/index?qid=20071027040433AA7y9vn
RESOLVED   7 POSTS   6 TOTAL ANSWERS
Oct 27, 2007 · Adolf Hitler's nephew, William Patrick Hitler, is said to have served in the
US Navy as a medical officer, where he was wounded. Does anyone know what ...

Related searches for william hitler in us navy

| | |
|---|---|
| Hitler's Family Today | Hitler's Family in America |
| Hitler's Nephew in Navy | William Willy Patrick Stuart Houston |
| William Hitler USN | William Patrick Hitler Family Tree |
| William Hitler Wiki | Who was William Hitler |

Some results have been removed

Your results are personalized. Learn more

1   2   3   4   5

# William Patrick Stuart-Houston

From Wikipedia, the free encyclopedia

**William Patrick "Willy" Stuart-Houston** (*name at birth Hitler*; 12 March 1911 – 14 July 1987) was a nephew of Adolf Hitler. Born to Adolf's brother, Alois Hitler, Jr. and his first wife, Bridget Dowling, in Liverpool, Lancashire (now in Merseyside), William Hitler later moved to Germany, but subsequently emigrated to the United States where he served in the U.S. Navy in World War II.

## Contents

- 1 Early life
- 2 In Nazi Germany
- 3 Emigration to the United States
- 4 Later life
- 5 In the media
- 6 See also
- 7 References
  - 7.1 Notes
  - 7.2 Works cited
- 8 External links

*Offensive even.*

*This is crazy! was*

### William Patrick Stuart-Houston



TARGET Berlin

William Patrick Hitler as member of the U.S. Navy between 1944 and 1947

| | |
|---|---|
| Birth name | William Patrick Hitler |
| Nickname(s) | Willy |
| Born | 12 March 1911<br>Liverpool, England |
| Died | 14 July 1987 (aged 76)<br>Patchogue, New York, U.S. |
| Buried at | Holy Sepulchre Cemetery, Coram, New York |
| Allegiance | United States of America |
| Service/branch | United States Navy |
| Years of service | 1944 – 1947 |
| Battles/wars | World War II |
| Awards | Purple Heart<br>World War II Victory Medal |
| Relations | Adolf Hitler (uncle)<br>Alois Hitler, Jr. and Bridget Dowling (parents)<br>Phyllis Jean-Jacques (wife) |

## Early life

William Patrick Hitler was born in Liverpool, Lancashire, the son of Alois Hitler, Jr. and Irish-born Bridget Dowling. The couple had met in Dublin when Alois was living there in 1909; they married in Marylebone in London and moved back north to Liverpool where William was born in 1911.

The family lived in a flat at 102 Upper Stanhope Street, which was destroyed in the last German air raid of the Liverpool Blitz on 10 January 1942. Dowling wrote a manuscript called *My Brother-in-Law Adolf*, in which she says Alois Hitler moved to Liverpool with her,

remaining from November 1912 to April 1913, in order to dodge conscription in Austria.[1]

In 1914, Alois left Bridget and their son for a gambling tour of Europe. He later returned to Germany. Unable to reconnect with them due to the outbreak of World War I, Alois abandoned the family, leaving William to be brought up by his mother. He remarried bigamously, but in the mid-1920s he wrote to Bridget asking her to send William to Germany's Weimar Republic for a visit. She finally agreed in 1929, when William was 18. Alois had had another son, Heinz Hitler, by his German wife. Heinz, in contrast to William, became a committed Nazi and in 1942 died in Soviet captivity.

# In Nazi Germany

In 1933, William Patrick Hitler returned to Germany in an attempt to benefit from his uncle's rise to power. His uncle found him a job at the *Reich Credit Bank* in Berlin. Later, William worked at an Opel automobile factory, and later still as a car salesman. Dissatisfied with these jobs, William persisted in asking his uncle for a better job, writing to him with blackmail threats that he would sell embarrassing stories about the family to the newspapers unless his "personal circumstances" improved.

In 1938, Adolf asked William to relinquish his British citizenship in exchange for a high-ranking job. Expecting a trap, William fled Nazi Germany; he again tried to blackmail his uncle with threats. This time, William threatened to tell the press that Hitler's alleged paternal grandfather was actually a Jewish merchant. Returning to London he wrote an article for *Look* magazine titled "Why I Hate my Uncle."[2] William allegedly did return, briefly, to Germany in 1938. It is unknown what exactly William's role in late-1930s Germany was.

# Emigration to the United States

William left Germany in January 1939 and visited the United States with his mother on a lecture tour[2] at the invitation of publisher William Randolph Hearst. He and his mother were stranded in the U.S. when World War II broke out. After making a special request to President Franklin D. Roosevelt, William was eventually cleared to join the U.S. Navy in 1944, and moved to Sunnyside, Queens in New York.

According to a story circulating after his enlistment, when he went to the draft office and introduced himself, the recruiting officer supposedly replied, "Glad to see you, Hitler. My name's Hess."[2][3]

William Patrick Hitler served in the U.S. Navy during World War II as a Pharmacist's Mate (a designation later changed to Hospital Corpsman) until he was discharged in 1947. He was wounded in action during the war and awarded the Purple Heart.[2]

# Later life

After being discharged from the Navy, William Hitler changed his surname to **Stuart-Houston**. Some authors have commented on his new name's similarity to the name of British anti-semitic writer Houston Stewart Chamberlain.[2]

Stuart-Houston, in 1947, married Phyllis Jean-Jacques, who was born in Germany in the mid-1920s.[4] After their relationship began, William and Phyllis, along with Bridget, tried for anonymity in the United States. They moved to Patchogue, Long Island where William used his medical training to establish a business that analyzed blood samples for hospitals. His laboratory, which he called Brookhaven Laboratories, was located in his home, a two-story clapboard house at 71 Silver Street, Patchogue.[5] The couple had four sons: Alexander Adolf (b. 1949), Louis (b. 1951), Howard Ronald (1957–1989), and Brian William (b. 1965).[2][6]

William Stuart-Houston died on July 14, 1987 in Patchogue, New York, His remains were buried next to his mother's, at the Holy Sepulchre Cemetery in Coram, New York.[7] His widow, Phyllis Jean-Jacques Stuart-Houston, died in 2004.[4]

Howard Ronald Stuart-Houston, a Special Agent with the Criminal Investigation Division of the Internal Revenue Service, died in an automobile accident on September 14, 1989[8] leaving behind no children. He is buried in the Holy Sepulchre Cemetery in Coram, New York.

None of Stuart-Houston's sons have had children. His son Alexander, who became a social worker, said that, contrary to speculation, there was no pact to intentionally end the Hitler bloodline.[2][9]

## In the media

The family's story and Bridget's memoirs were first published by Michael Unger in the *Liverpool Daily Post*, 1973. Unger also edited Bridget Dowling's memoirs, which were first published as *The Memoirs of Bridget Hitler* in 1979; a completely updated version, titled *The Hitlers of Liverpool*, was published in 2011.

Beryl Bainbridge's 1978 novel *Young Adolf* depicts the alleged 1912–13 visit to his Liverpool relatives by a 23-year-old Adolf Hitler. Bainbridge adapted the story into a play as *The Journal of Bridget Hitler* with director Philip Saville,[10] which was broadcast as a *Playhouse* (BBC 2) in 1981.[11]

Grant Morrison and Steve Yeowell's 1989 comic book *The New Adventures of Hitler* is likewise based on the Liverpool visit.

In October 2005, The History Channel aired a one-hour documentary entitled *Hitler's Family*, in which William Patrick Hitler is prominently profiled along with other relatives of Adolf Hitler.

In April 2006, *Little Willy*, a play by Mark Kassen examining the life of William Patrick Hitler, opened at the Ohio Theater in New York.[12]

## See also

- Hitler family

## References

## Notes

# *The Man in the High Castle* (TV series)

From Wikipedia, the free encyclopedia

**The Man in the High Castle** is an American dystopian alternative history television series produced by Amazon Studios, Scott Free, Headline Pictures, Electric Shepherd Productions and Big Light Productions.[1] The series is loosely based on the 1962 novel of the same name by American science fiction author Philip K. Dick.[2] Taking place in 1962—in an alternate history of the world in which the Axis powers won World War II and subdivided the world, splitting the United States into two powers, the Greater Nazi Reich and the Japanese Pacific States—the series follows characters from both sides whose destinies intertwine after coming into contact with a series of propaganda films that show a vastly different history from that of their own.

The pilot premiered on January 15, 2015, and was Amazon's "most-watched since the original series development program began."[3] On February 18, 2015, the series was picked up for a ten-episode season,[4] and the remaining nine episodes were released on November 20, 2015.[5][6] A second season of ten episodes premiered on December 16, 2016.[7] On January 3, 2017, it was announced that Amazon had renewed the series for a third season.[8]

# Contents

- 1 Synopsis
  - 1.1 Season one
  - 1.2 Season two
  - 1.3 Alternate history
- 2 Cast
  - 2.1 Main
  - 2.2 Recurring
    - 2.2.1 John Smith's family
    - 2.2.2 Juliana Crain's family

*The Man in the High Castle*



| | |
|---|---|
| **Genre** | Alternate history<br>Science fiction<br>Thriller |
| **Created by** | Frank Spotnitz |
| **Based on** | *The Man in the High Castle*<br>by Philip K. Dick |
| **Starring** | Alexa Davalos<br>Rupert Evans<br>Luke Kleintank<br>DJ Qualls<br>Joel de la Fuente<br>Cary-Hiroyuki Tagawa<br>Rufus Sewell<br>Brennan Brown<br>Callum Keith Rennie<br>Bella Heathcote |
| **Opening theme** | "Edelweiss", performed by Jeanette Olsson |
| **Composer(s)** | Henry Jackman<br>Dominic Lewis |
| **Country of origin** | United States |
| **Original language(s)** | English |
| **No. of seasons** | 2 |
| **No. of episodes** | 20 (list of episodes) |
| **Production** | |
| **Executive** | Ridley Scott |

     2.2.3  Nobusuke Tagomi's family

     2.2.4  Historical figures

3  Episodes

   3.1  Season 1 (2015)

   3.2  Season 2 (2016)

4  Background

5  Production

6  Advertising controversy

7  Reception

   7.1  Accolades

8  See also

9  References

10  External links

| | |
|---|---|
| **producer(s)** | Frank Spotnitz |
| | Christian Baute |
| | Isa Dick Hackett |
| | Stewart Mackinnon |
| | Christopher Tricarico |
| **Producer(s)** | Michael Cedar |
| | Jean Higgins |
| | Jordan Sheehan |
| | David W. Zucker |
| **Location(s)** | Seattle, Washington |
| | Monroe, Washington |
| | Vancouver, British Columbia |
| **Cinematography** | James Hawkinson and Gonzalo Amat |
| **Editor(s)** | Kathrynn Himoff |
| **Running time** | 48–60 minutes |
| **Production company(s)** | Amazon Studios |
| | Scott Free Productions |
| | Electric Shepherd Productions |
| | Headline Pictures |
| | Big Light Productions |
| | Picrow |
| | Reunion Pictures |
| **Distributor** | Amazon.com |
| **Release** | |
| **Original network** | Amazon Video |
| **Original release** | January 15, 2015 – present |
| **External links** | |
| | Website (http://www.amazon.com/The-Man-High-Castle/dp/B00RSGFRY8) |

# Synopsis

## Season one

The central characters are Juliana Crain, Frank Frink, Joe Blake, John Smith, Nobusuke Tagomi, and Takeshi Kido. The series takes place in an alternate 1962.



The U.S. divided into three parts: the *Japanese Pacific States* in the west, the *Greater Nazi Reich* in the east and the *Neutral Zone* in the middle, as shown in the opening credits.[9]

Juliana Crain is a San Francisco woman who becomes entangled with the resistance when her half-sister Trudy is killed by the Kempeitai, just after giving Juliana a film reel that contains newsreel-style footage depicting an alternate history in which the Allies won World War II and Germany and Japan were defeated. The film is entitled *The Grasshopper Lies Heavy*, and is part of a series of similar newsreels being collected by someone referred to as "The Man in the High Castle". Juliana believes the newsreel reflects some sort of alternate reality and that it is part of some kind of larger truth about how the world should be. Her boyfriend,

Frank Frink (who keeps his Jewish roots hidden in order to avoid extradition and death at the hands of the Nazis), believes that the newsreel has no relation to real-life events. Juliana learns Trudy was carrying the film to Canon City, Colorado, in the Neutral Zone, where she was going to meet someone. Juliana decides to travel there in Trudy's place to find out what her half-sister's mission was. When she arrives in Canon City, she encounters Joe Blake.



Flag of the Greater Nazi Reich in America

Blake is a 27-year-old New Yorker who is a double agent working for the Nazis under Obergruppenführer John Smith, a former US military officer who joined the Nazis and rose through the ranks to become a senior officer in the SS. Blake is pretending to be a member of the resistance while he searches for the resistance contact in Canon City, which is Juliana, substituting for Trudy.



Flag of the Japanese Pacific States

Nobusuke Tagomi is a high-ranking Japanese official (the Trade Minister) in San Francisco. He meets in secret with Nazi official Rudolph Wegener, who is traveling incognito as Swedish businessman Victore Baynes. Tagomi and Wegener are concerned about the power vacuum that will exist when the Reich's Führer Adolf Hitler dies, or is forced to step down due to his worsening Parkinson's disease. Wegener explains that Hitler's successor will want to use the Reich's nuclear bombs against Japan to gain control of the rest of the former United States. Currently, however, Japan and the Third Reich are engaged in a cold war full of tension but no open warfare, with the Japanese lagging behind the Germans technologically.

Frank Frink ends up being arrested when the Japanese and the Nazis become suspicious of Juliana's activities. He refuses to give her up, causing the Japanese to kill Frink's sister and her two children for being Jewish. This leads Frink to plan to kill the visiting Crown Prince and Princess, but he ends up backing out.

## Season two

Season Two of the show broadly encompasses Frank Frink deciding to forgo his hesitancy and relative pacifism and choosing to become a committed member of the American Resistance to the Japanese Empire inside the Pacific States, eventually participating in a successful terrorist bombing of a central-command building of the Pacific States government in downtown San Francisco. The attack kills many Empire military and other top-level leadership and It is also presumed that the size and depth of the incendiary explosion means none of the perpetrators of the bombing — including Frink — survived the attack either.

Juliana Crain claims asylum in the Nazi Reich using their San Francisco Embassy so she can escape Japanese soldiers who hold her responsible for at least one murder. John Smith, seeing that her asylum claim is unlikely to succeed, steps in to the interrogation room and assumes command of her claim himself, ensuring it goes through, and he takes her to New York without Joe Blake's knowledge. Joe Blake himself discovers he was lebensborn, and also that he is the sole biological son of a top-ranking Nazi official in Berlin, Martin Heusmann. Eventually Blake reconciles with Heusmann on the personal level and, in so doing, becomes second-in-command of the Chancellorship after Hitler dies and the Nazi leadership in Berlin grants Heusmann the Reich's Acting Chancellor title, which they do quickly and almost by default.



1967

PHILIP K DICK

THE MAN
IN THE
HIGH CASTLE

PKD

1963

*F 11-24-15*

2/16/17, 3:55 PM

# 'The Man In The High Castle' Ads With Nazi Symbols Removed « CBS New York

**NEW YORK (CBSNewYork)** — A set of controversial subway ads featuring what appear to be Nazi symbols has been removed, following a livid response.

Earlier reports had said Amazon had pulled the ads, but sources later told CBS2 the company was not behind the decision. Sources claimed the Metropolitan Transportation Authority pulled the ads, under pressure from Gov. Andrew Cuomo.

"It's the holiday season, to show people what could be really revolting symbols to them and bring back bad memories is not worth selling more viewership on their show, Cuomo said. "And I would call on them to take the ad down."

The MTA confirmed late Tuesday that Cuomo had wanted the ads removed. A spokesman said that Cuomo's call came after Amazon had already asked for the ads to be removed, WCBS 880's Marla Diamond reported.

"The shuttle train with the wrapped ad for the show was pulled from service after this evening's rush hour, and the ad will be removed. Please note that this afternoon, Gov. Andrew Cuomo called the head of the MTA and asked him to ensure the ads came down," the MTA said in a statement.

The ads for "The Man in the High Castle," which are running on the 42nd Street Shuttle or S Train, feature what look like Japanese Rising Sun flags and Nazi imperial eagles. The show, based on the 1962 Philip K. Dick novel of the same title, imagines an alternate history where the Axis powers win World War II.

As CBS2's Emily Smith reported, the ads covered just one subway car in the entire system, but they covered the entire car. The row of seats on one side of the train show an American flag with the Nazi imperial eagle symbol where the stars should be, while the other shows the Japanese rising sun flag with the blue of the U.S. flag and stars added.

1969

'The Man In The High Castle' Ads With Nazi Symbols Removed « CBS New York                                          2/16/17, 3:55 PM

State Rep. Jeffrey Dinowitz (D-The Bronx) was not pleased.

"It's the whole train, and these are Nazi symbols – symbols that glorify Nazi Germany — for somebody to walk into that," Dinowitz said.

Dinowitz said he is offended as a Jewish man and as a New Yorker.

"There could have been some elderly person who might have been a holocaust survivor, for example. Just to see that, it's really shocking," Dinowitz said. "And that's not the way to get people to watch a TV show."

Mayor Bill de Blasio also earlier called on Amazon to remove the "offensive" ads.

"While these ads technically may be within MTA guidelines, they're irresponsible and offensive to World War II and Holocaust survivors, their families, and countless other New Yorkers," de Blasio said in a statement. "Amazon should take them down."

But earlier, despite backlash from state lawmakers and city leaders, the MTA had chosen to allow the ads to stay.

"The MTA is a government agency and can't accept or reject ads based on how we feel about them," spokesman Kevin Ortiz said in an earlier statement. "We have to follow the standards approved by our board."

Adam Lisberg, a spokesperson for the MTA, also explained that the public agency had no choice but to allow the ads.

"We cannot pick and choose the way WCBS radio can — whether it likes an ad or doesn't like an ad," Lisberg told Silverman.

The MTA recently banned all political advertising, but Lisberg said, "This advertising, whether you find it distasteful or not, obviously they're not advertising Nazism; they're advertising a TV show."

1970

Some subway riders said with the MTA making $138 million a year in advertising revenue, they are not surprised it was denied. Passengers had a variety of feelings about it all.

"I think it could be offensive to some people, yes, but there are a lot of things that are offensive these days," said Jim Oestreich.

"People can make up their own minds and decisions," said Randy Helpburn, who said she is Jewish, but not religious.

"I am a fan of the ('Man in the High Castle') book and I am loving the show," another subway rider said. "It's a parallel universe."

"I wouldn't even have paid attention until you just pointed it out," a fourth said.

But commuter Ann Tobak said when she first saw the ads, "I thought, 'You've got to be kidding me.'" She knew right away it was promoting the series, but she still found the ads inappropriate.

"They should go back and look at history and understand why this is something the average subway rider would prefer not to be dealing with," Tobak told WCBS 880's Alex Silverman. "Plastering the subway car with Nazi insignia struck me as inappropriate."

Tobak also disagreed with Lisberg's contention that the ads were not political advertising.

But Tobak disagrees.

"Being assaulted by images of Nazi insignia is a political statement," she said.

"The MTA has certainly demonstrated in the past that there are certain ads they just will not run, and while this is not a political ad, it's certainly an ad that's in very bad taste," Dinowitz said. "The symbols that are part of this ad are offensive, not only to Jewish people, but to all people."

Amazon released a statement late Tuesday in response to the controversy.

""Amazon Studios creates high-quality, provocative programming that spurs conversation. 'The Man in the High Castle,' based on an acclaimed novel, explores the impact to our freedoms if we had lost World War II. Like 'Transparent' and the movie 'Chi-Raq,' stories that society cares about often touch on important, thought-provoking topics," the statement said. "We will continue to bring this kind of storytelling to our customers."

There was no word late Tuesday on how long it would take to strip the subway car of the ad.

# 3

AT SUNSET, GLANCING up, Juliana Frink saw the dot of light in the sky shoot in an arc, disappear to the west. One of those Nazi rocket ships, she said to herself. Flying to the Coast. Full of big shots. And here I am down below. She waved, although the rocket ship of course had already gone.

Shadows advancing from the Rockies. Blue peaks turning to night. A flock of slow birds, migratory, made their way parallel with the mountains. Here and there a car turned its headlights on; she saw the twin dots along the highway. Lights, too, of a gas station. Houses.

For months now she had been living here in Canon City, Colorado. She was a judo instructor.

Her workday had ended and she was preparing to take a shower. She felt tired. All the showers were in use, by customers of Ray's Gym, so she had been standing, waiting outside in the coolness, enjoying the smell of mountain air; the quiet. Right now she heard the faint murmur from the hamburger stand down the road by the highway's edge. Two huge diesel trucks had parked, and the drivers, in the gloom, could be seen moving about, putting on their leather jackets before entering the hamburger stand.

She thought: Didn't Diesel throw himself out the window of his stateroom? Commit suicide by drowning himself on an ocean voyage? Maybe I ought to do that. But here there was no ocean. But there is always a way. Like in Shakespeare. A pin stuck through one's shirt front, and good-bye Frink. The girl who need not fear marauding homeless from the desert. Walks upright in consciousness of many pinched-nerve possibilities in grizzled salivating adversary. Death instead by, say, sniffing car exhaust in highway town, perhaps through long hollow straw.

I learned that, she thought, from Japanese. Imbibed placid attitude toward mortality, along with money-making judo. How to kill, how to die. Yang and yin. But that's behind, now; this is Protestant land.

It was a good thing to see the Nazi rockets go by overhead and stop, not take any interest of any sort in Canon City, Colorado. Nor in Utah or Wyoming or the eastern part of Nevada, none of the open empty desert states or pasture states. We have no value, she said to herself. We can live out our tiny lives. If we want to. If it matters to us.

From the showers, the noise of a door unlocking. A shape, Miss Davis, finished with her shower, dressed, her clothing under her arm. "Oh, were you waiting, Mrs. Frink? I'm—"

"That's okay," Juliana said.

"You know, Mrs. Frink, I've gotten so much out of judo. Even more than I wanted to tell you."

"You can reduce your hips the 'Zen way,'" Juliana said. "Lose pounds the painless way. I'm sorry, Miss Davis, I'm woolgath-"

"Did they hurt you much?" Miss Davis asked. "When you learned to defend yourself?"

Case 1:17-cv-01035-ABJ   Document 1-12   Filed 05/26/17   Page 78 of 87

the Japs have let it be circulated in the Pacific. I read that a lot of them are reading it. It's popular in the Home Islands. It's stirred up a lot of talk."

Wyndam-Matson said, "Listen. What does he say about Pearl Harbor?"

"President Tugwell is so smart that he has all the ships out to sea. So the U.S. fleet isn't destroyed."

"I see."

"So, there really isn't any Pearl Harbor. They attack, but all they get is some little boats."

"It's called 'The Grasshopper something'?"

"The Grasshopper Lies Heavy. That's a quote from the Bible."

"And Japan is defeated because there's no Pearl Harbor. Listen, Japan would have won anyhow. Even if there had been no Pearl Harbor."

"The U.S. fleet — in his book — keeps them from taking the Philippines and Australia."

"They would have taken them anyhow; their fleet was superior. I know the Japanese fairly well, and it was their destiny to assume dominance in the Pacific. The U.S. was on the decline ever since World War One. Every country on the Allied side was ruined in that war, morally and spiritually."

With stubbornness, the girl said, "And if the Germans had taken Malta, Churchill would have stayed in power and guided England to victory."

"How? Where?"

"In North Africa — Churchill would have defeated Rommel finally."

Wyndam-Matson guffawed.

"And once the British had defeated Rommel, they could ... their whole army back and up through Turkey to join ... of Russian armies and make a stand — in the book, they ... Germans' eastward advance into Russia at some town ...

Volga. We never heard of this town, but it really exists because I looked it up in the atlas."

"What's it called?"

"Stalingrad. And the British turn the tide of the war, there, those German armies that came down from Russia, von Paulus' armies; remember? And the Germans never would have been able to go on into the Middle East and get the needed oil, or on into India like they did and link up with the Japanese. And—"

"No strategy on earth could have defeated Erwin Rommel," Wyndam-Matson said, "And no events like this guy dreamed up, this town in Russia very heroically called 'Stalingrad,' no hold-ing; action could have done any more than delay the outcome; it couldn't have changed it. Listen. I met Rommel. In New York, when I was there on business, in 1948." Actually, he had only seen the Military Governor of the U.S.A. at a reception in the White House, and at a distance. "What a man. What dignity and presence. So I know what I'm talking about," he wound up.

"It was a dreadful thing," Rita said, "when General Rommel was relieved of his post and that awful Lammers was appointed in his place. That's when that murdering and those concentra-tion camps really began."

"They existed when Rommel was Military Governor."

"But—" She gestured. "It wasn't official. Maybe those SS hoods did those acts then ... but he wasn't like the rest of them. He was more like those old Prussians. He was harsh—"

"I tell you who really did a good job in the U.S.A.," Wyn-dam-Matson said, "who you can look to for the economic re-vival. Albert Speer. Not Rommel and not the Organization Todt. Speer was the best appointment the Partei made in North America, he got all those businesses and corporations and fac-tories going — going again, and on an efficient basis, I ... find that out here — as it is, we've got five outfits com-

DEPARTMENT OF THE INTERIOR
UNITED STATES GEOLOGICAL SURVEY

PREPARED IN COOPERATION WITH
U.S. ATOMIC ENERGY COMMISSION



# GEOLOGIC
## QUADRANGLE MAPS
### OF THE
### UNITED STATES

GEOLOGIC MAP
OF THE
SKULL MOUNTAIN QUADRANGLE
NYE COUNTY, NEVADA
By
E. B. Ekren and K. A. Sargent



QUADRANGLE LOCATION

"The Place of the Skull"

aka AREA 51

@ YUCCA MOUNTAIN

1975

Geologic map of the Skull Mountain quadrangle, Nye County, Nevada
Case 1:17-cv-01035-ABJ   Document 1-12   Filed 05/26/17   Page 80 of 87
1/26/17, 2:21 PM

search terms

(http://pubs.er.usgs.gov/publication/gq387) (https://pubs.usgs.gov/gq/0387/report.pdf)

# Geologic map of the Skull Mountain quadrangle, Nye County, Nevada

## Geologic Quadrangle 387

**By:** E.B. Ekren and Kenneth A. Sargent

## Links

- More information: **National Geologic Map Database Index Page** (html) (http://ngmdb.usgs.gov/Prodesc/proddesc_851.htm)
- Document: **Document** (30 pdf) (https://pubs.usgs.gov/gq/0387/report.pdf)
- Preceding Publications:
  - Geologic map of the Skull Mountain quadrangle at the Nevada Test Site, Nye County, Nevada (1964) (/publication/ofr6448)
- Paper version: In stock and available from the **USGS Store**(http://store.usgs.gov/pubsordernow.jsp?~theme=gp&OSTORE=USGSGP&~OKCODE=STARTMATL&g_matnr=23478)
- Download citation as: RIS(http://pubs.er.usgs.gov/publication/gq387?mimetype=ris)

## Abstract

## Study Area



Beatty

Amargosa = Bitter water

(https://developers.arcgis.com)

Leaflet(http://leafletjs.com) | Esri, HERE, Garmin, USGS, NGA, EPA, USDA, NPS

## Additional publication details

**Publication type:** Report

# RUNNING

## ~~VVVLVEU~~

In NEVADA / PLACES TO SEE

## The Real "Last Supper" Was in a Ghost Town Called Rhyolite

JULY 27, 2016

*It's true...*

23 shares



"THE LAST SUPPER" DEATH VALLEY...

## The ghost town that is Rhyolite is one of the reasons why I love Death Valley.  So weird.  Such intrigue!

...Because ghostly figures randomly placed in the middle of nowhere are nothing to be trifled with.

1977

search terms

(http://pubs.er.usgs.gov/publication/gq387) (https://pubs.usgs.gov/gq/0387/report.pdf)

# Geologic map of the Skull Mountain quadrangle, Nye County, Nevada

## Geologic Quadrangle 387

**By:** E.B. Ekren and Kenneth A. Sargent

## Links

- More information: **National Geologic Map Database Index Page** (html) (http://ngmdb.usgs.gov/Prodesc/proddesc_851.htm)
- Document: **Document** (30 pdf) (https://pubs.usgs.gov/gq/0387/report.pdf)
- Preceding Publications:
  - Geologic map of the Skull Mountain quadrangle at the Nevada Test Site, Nye County, Nevada (1964) (/publication/ofr6448)
- Paper version: In stock and available from the **USGS Store**(http://store.usgs.gov/pubsordernow.jsp?~theme=gp&OSTORE=USGSGP&~OKCODE=STARTMATL&g_matnr=23478)
- Download citation as: RIS(http://pubs.er.usgs.gov/publication/gq387?mimetype=ris)

## Abstract

## Study Area

+

−



1978

search terms

(http://pubs.er.usgs.gov/publication/gp305) (https://pubs.usgs.gov/gp/0305/report.pdf)

# Complete Bouguer anomaly map of the Death Valley region, California

## Geophysical Investigation Map 305

**By:** D.R. Mabey

## Links

- Document: **Document** (32 pdf) (https://pubs.usgs.gov/gp/0305/report.pdf)
- Plate: **Plate 1** (8719 pdf) (https://pubs.usgs.gov/gp/0305/plate-1.pdf)
- Download citation as: RIS(http://pubs.er.usgs.gov/publication/gp305?mimetype=ris)

## Abstract
## Study Area



(https://developers.arcgis.com)

Leaflet(http://leafletjs.com) | Esri, HERE, Garmin, FAO, USGS, EPA, NPS

## Additional publication details

**Publication type:** Report

search terms

(http://pubs.er.usgs.gov/publication/ofr6448)

# Geologic map of the Skull Mountain quadrangle at the Nevada Test Site, Nye County, Nevada

## Open-File Report 64-48

**By:** E.B. Ekren and Kenneth A. Sargent

## Links

- Superseding Publications:
  - Geologic map of the Skull Mountain quadrangle, Nye County, Nevada (1965)(/publication/gq387)
- The Publications Warehouse does not have links to digital versions of this publication at this time
- Download citation as: RIS(http://pubs.er.usgs.gov/publication/ofr6448?mimetype=ris)

## Abstract

## Additional publication details

|  |  |
|---|---|
| **Publication type:** | Report |
| **Publication Subtype:** | USGS Numbered Series |
| **Title:** | Geologic map of the Skull Mountain quadrangle at the Nevada Test Site, Nye County, Nevada |
| **Series title:** | Open-File Report |
| **Series number:** | 64-48 |
| **Edition:** | - |
| **Year Published:** | 1964 |
| **Language:** | ENGLISH |
| **Description:** | 1 map |
| **Scale:** | 24000 |

*What better way to get rid of biblical relics*

Accessibility(http://www.usgs.gov/laws/accessibility.html)   FOIA(http://www.usgs.gov/foia/)

Privacy(http://www.usgs.gov/laws/privacy.html)   Policies and Notices(http://www.usgs.gov/laws/policies.html)
URL: http://pubs.er.usgs.gov/publication/ofr6448
Page Contact Information: Pubs Warehouse Contact Page(/contact)
Page Last Modified: February 02, 2012 00:10:39

*than destroying them with ATOMIC WEAPONS?*

| | |
|---|---|
| **Publication Subtype:** | USGS Numbered Series |
| **Title:** | Complete Bouguer anomaly map of the Death Valley region, California |
| **Series title:** | Geophysical Investigation Map |
| **Series number:** | 305 |
| **Edition:** | - |
| **Year Published:** | 1963 |
| **Language:** | ENGLISH |
| **Description:** | 1 map :col. ;66 x 63 cm. on sheet 106 x 71 xm. |
| **Scale:** | 250000 |

Part or all of this report is presented in Portable Document Format (PDF). For best results viewing and printing PDF documents, it is recommended that you download the documents to your computer and open them with Adobe Reader. PDF documents opened from your browser may not display or print as intended. Download the latest version of Adobe Reader(http://get.adobe.com/reader/), free of charge. More information about viewing, downloading, and printing report files can be found here(http://pubs.usgs.gov/potential_problems.html).

Accessibility(http://www.usgs.gov/laws/accessibility.html)    FOIA(http://www.usgs.gov/foia/)

Privacy(http://www.usgs.gov/laws/privacy.html)    Policies and Notices(http://www.usgs.gov/laws/policies_notices.html)
URL: http://pubs.er.usgs.gov/publication/gp305(/publication/gp305)
Page Contact Information: Pubs Warehouse Contact Page(/contact)
Page Last Modified: February 10, 2012 00:11:10

*what better way?*
*Bury them in nuclear waste...*
*in places like Canon City, Colorado and YUCCA MOUNTAIN.*

1981

DEPARTMENT OF THE INTERIOR
UNITED STATES GEOLOGICAL SURVEY

PREPARED IN COOPERATION WITH
THE STATE OF CALIFORNIA
DIVISION OF MINES AND GEOLOGY

# COMPLETE BOUGUER ANOMALY MAP OF THE DEATH VALLEY REGION CALIFORNIA

By
Don R. Mabey

GEOPHYSICAL INVESTIGATIONS
MAP GP-305



PUBLISHED BY THE U. S. GEOLOGICAL SURVEY
1982

FD-35 (Rev. 8-29-85)

FBI

TRANSMIT VIA:
☐ Teletype
☐ Facsimile
☒ Airtel

PRECEDENCE:
☐ Immediate
☐ Priority
☐ Routine

CLASSIFICATION:
☐ TOP SECRET
☐ SECRET
☐ CONFIDENTIAL
☐ UNCLAS E F T O
☐ UNCLAS

Date   10/25/88

S E C R E T

TO:      DIRECTOR, FBI

FROM:    SAC, DALLAS (65C-) (P)

SUBJECT: UNSUB(S);                        (SECRET MATERIAL
         POSSIBLE DISCLOSURE OF            ATTACHED)
         CLASSIFIED INFORMATION REGARDING
         OPERATION MAJESTIC-12;
         ESP-X
         OO:  DALLAS

         This  communication  is  classified  "SECRET"  in  its
entirety.

         Enclosed  for  the  Bureau  is  an  envelope  which  contains
a possible classified document.

         On September 15, 1988, UNITED STATES AIR FORCE, OFFICE
OF  SPECIAL  INVESTIGATIONS  (OSI),  Special  Agent ████████
contacted  the  Dallas  FBI  with  the  enclosed  document,
received  the  document  from ████████████████████████████
████████████████████████████ claims that an individual at the school,
whom he refused to name, gave it to him, claiming he received
it in the mail.

                                    N 65 - 81170 -1

                              Classified by: G-3
                              Declassify on: OADR

2 - Bureau (Enc. 1)
2 - Dallas
(4)

S E C R E T

Approved: ████████████     Transmitted _____   Per _____
                                       (Number)   (Time)